IN THE

# United States Court of Appeals
# for the Federal Circuit

———————

A.L.M. HOLDING COMPANY, AND ERGON ASPHALT & EMULSIONS, INC.,
Plaintiffs-Appellants

v.

ZYDEX INDUSTRIES PRIVATE LTD., AND ZYDEX INC.,
Defendants-Appellees.

———————

Appeal from the U.S. District Court for the District of Delaware,
No. 1:24-cv-00363-JPM, Judge Jon P. McCalla

———————

## NONCONFIDENTIAL JOINT APPENDIX
———————

JOSEPH S. DIEDRICH
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
(608) 258-7380
joseph.diedrich@huschblackwell.com

JEFFER ALI
HUSCH BLACKWELL LLP
80 South 8th Street, Suite 4800
Minneapolis, MN 55402
(612) 852-3610
jeffer.ali@huschblackwell.com

STEPHEN R. HOWE
HUSCH BLACKWELL LLP

EDWARD L. TULIN
ANDREW D. GISH
RAYMOND J. BILDERBECK
CONOR B. MCDONOUGH
GISH PLLC
41 Madison Avenue, 31st Floor
New York, New York 10010
(212) 518-2000
edward@gishpllc.com
andrew@gishpllc.com
ray@gishpllc.com
conor.mcdonough@gishpllc.com

*Counsel to Defendants-Appellees*

511 North Broadway, Suite 1100
Milwaukee, WI 53202
(414) 978-5393
steve.howe@huschblackwell.com

*Counsel to Appellants*

---

## CONFIDENTIAL MATERIALS OMITTED

Pursuant to Fed. Cir. R. 25.1(e)(1)(B), the materials omitted from the Nonconfidential Joint Appendix contain non-public business and financial information that was designated under the Stipulated Protective Order, dated June 14, 2024, entered in Case No. No. 1:24-cv-00363-JPM in the United States District Court for the District of Delaware and were confirmed to be confidential before the filing of the Joint Appendix.

The general nature of the confidential material that has been omitted includes non-public business and financial information related to royalties and other license terms. These materials are omitted from the following pages: APPX83, APPX84, APPX104, APPX126.

# TABLE OF CONTENTS

| Date | ECF No. | Title/Description | Appx Range |
|------|---------|-------------------|------------|
| 6/14/24 | 45 | Stipulated Protective Order (imposing confidentiality (FCR 25.1(e)(1)(A))) [1] | APPXi-APPXxiv |
| 11/25/24 | 147 | Judgment | APPX1 |
| 11/25/24 | 146 | Order Granting Motion to Dismiss for Lack of Standing | APPX2-APPX15 |
| 3/21/24 | 1 | Complaint | APPX16-APPX68 |
| 9/13/17 | 1-17 | Exhibit Q to Complaint, Letter to Zydex Industries/HTAS/SDS Sales | APPX69-APPX70 |
| 10/3/17 | 1-18 | Exhibit R to Complaint, Letter to J. Baxter Burns, II | APPX71 |
| 6/20/24 | 51-01 | Exhibit A to Defendants' Motion to Dismiss, Agreement dated Jan. 1, 2008 | APPX77-APPX98 |
| 6/20/24 | 51-02 | Exhibit B to Defendants' Motion to Dismiss, Sublicense Agreement dated Aug. 19, 2015 | APPX100-APPX120 |
| 6/20/24 | 51-03 | Exhibit C to Defendants' Motion to Dismiss, NAFTA Sublicense Agreement dated October 2015 | APPX122-APPX140 |
|  |  | Civil Docket for Case No. 1:24-cv-00363-JPM, United States District Court for the District of Delaware | APPX141-APPX162 |
| 10/19/10 |  | U.S. Patent No. 7,815,725 | APPX163-APPX180 |
| 7/19/11 |  | U.S. Patent No. 7,981,466 | APPX181-APPX198 |
| 5/27/14 |  | U.S. Patent No. 8,734,581 | APPX199-APPX207 |

---

[1] Although some pages contain "confidential" markings, only the actually redacted portions of the appendix are being claimed as confidential under the protective order and applicable rules.

| Date | ECF No. | Title/Description | Appx Range |
|---|---|---|---|
| 11/3/15 | | U.S. Patent No. 9,175,446 | APPX208-APPX216 |
| 7/19/16 | | U.S. Patent No. 9,394,652 | APPX217-APPX231 |
| 2/26/19 | | U.S. Patent No. 10,214,646 | APPX232-APPX248 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| A.L.M. HOLDING COMPANY and ERGON ASPHALT & EMULSIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDEX INDUSTRIES PRIVATE LIMITED and ZYDEX INC., <br><br> Defendants. | Civil Action No. 1:24-cv-00363-JPM <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED PROTECTIVE ORDER

**1.      Definitions**

        (a)      "Document" is defined to be synonymous in meaning and equal in scope to the definition of that term in Fed. R. Civ. P. 34.

        (b)      "Counsel of Record" is any outside attorney, paralegal, technology specialist or employee of any law firm that files an appearance as counsel of record in this litigation for one of the Litigants.

        (c)      "Information" shall mean and include information contained in or ascertainable from any Materials and any information derived from confidential site visits, inspections, or analyses of confidential product samples or software.

        (d)      "Materials" shall mean documents, portions of documents, product samples, answers to interrogatories, responses to requests for admissions, deposition testimony, trial testimony, and transcripts of deposition testimony and trial testimony, including data, summaries, and compilations derived therefrom.

APPXi

(e)     "Litigant" shall mean A.L.M Holding Company, Ergon Asphalt & Emulsions, Inc., Zydex Industries Private Limited, and/or Zydex Inc.

(f)     "Producing Party" or "Designating Party" shall refer to any Litigant, or to any third party (whether voluntarily or pursuant to subpoena), who discloses, testifies about, produces, or makes available for inspection any Information or Materials under any of the confidentiality designations defined in Sections 1(h)-(i).

(g)     "Receiving Party" shall refer to any person who receives Information or Materials designated under any of the confidentiality designations defined in Sections 1(h)-(i) from a Producing Party.

(h)     "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" shall mean any information that a Designating Party maintains as confidential in the ordinary course and the disclosure of which to the public, the Receiving Party, and/or third parties would likely harm the Designating Party, including by way of non-limiting example:

(i)     non-public technical documents, including schematic diagrams, engineering drawings, engineering notebooks, specifications, formulations, research notes and materials, and any other non-public materials related to technology;

(ii)    non-public information related to a Designating Party's products, services and/or technology under development;

(iii)   non-public business and financial information, including the identity of suppliers, distributors, and potential or actual customers, and competitive business information; and

2

(iv)     information obtained from a third party pursuant to a current non-

disclosure agreement.

(i)     "CONFIDENTIAL" shall mean any information that is not designated as

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY," but which a

Designating Party maintains as confidential in the ordinary course.

**2.     Confidentiality Designation**

(a)     Any Producing Party may designate any Information, Materials, or premises

made available for inspection under any of the confidentiality designations defined in

Sections 1(h)-(i) if the Producing Party reasonably believes the Materials or premises

contain Information that meets the definition of the selected confidentiality designation.

(b)     Information or Materials, other than deposition testimony and transcripts

thereof, shall be so designated by placing the appropriate one of the phrases "HIGHLY

CONFIDENTIAL - ATTORNEY'S EYES ONLY" or "CONFIDENTIAL" on the

Materials containing such Information.

(c)     In the case of premises or things to be inspected, such premises or things

shall be designated in writing by the Producing Party to the Receiving Party at least ten

(10) business days in advance of any inspection, unless the parties agree in writing

otherwise.

(d)     Deposition testimony shall be so designated by counsel for any party by

indicating one of the confidentiality designations from Sections 1(h)-(i) verbally and on

the record at the time of the deposition, or, thereafter, in writing until the expiration of a

period of fourteen (14) calendar days after the receipt of a final deposition transcript.  Up

until the expiration of this fourteen (14) calendar day period or service of the written designations, the contents of the deposition shall be treated as "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY."  Video, DVD, audio or other recorded versions of the depositions will automatically have the same designation as the corresponding transcript.  For such time as any information or documents designated as confidential under any of Sections 1(h)-(i) are disclosed in a deposition, the party whose information or documents are to be disclosed shall have the right to exclude from attendance at the deposition any person who is not entitled to receive such information or documents pursuant to this Order.

**3.      Restrictions on Disclosure and Use**

(a)      No person may disclose to another person or entity any Information contained in or derived from any Materials or premises designated by the opposing party or third party pursuant to this Order as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" without prior written or on-the-record authorization from the Producing Party unless:

(i)      the recipient is Counsel of Record;

(ii)      the recipient is a court reporter undertaking his/her duties in a deposition or other examination relating to this matter;

(iii)      the recipient is a contractor or other personnel retained by a Counsel of Record in connection with the copying, storage, processing, review, management, or inspection of Materials under the employ or supervision of Counsel of Record (including entities performing

4

document hosting, management, and review), provided that prior to any such disclosure the foregoing individual(s) has signed an agreement to be bound by the terms of this Order in the form attached hereto as Exhibit A;

(iv)    the recipient is a graphics consultant, jury consultant, translator, interpreter, or similar litigation service provider retained by a Counsel of Record provided that prior to any such disclosure the foregoing individual(s) has signed an agreement to be bound by the terms of this Order in the form attached hereto as Exhibit A;

(v)    the recipient is an expert (or a member of the expert's staff) or consultant retained by a Counsel of Record in connection with this litigation who is not a past or current employee of a Party or a Party's competitor and, at the time of retention, is not anticipated to become an employee of a Party or a Party's competitor, subject to Section 4 below;

(vi)    the recipient is an employee, officer or director of the party who so designated the document, deposition transcript, thing, or premises;

(vii)    the recipient is the author, is the addressee, is copied on, or is otherwise indicated to be a lawful recipient of the document as indicated by the document or its source;

(viii)    the recipient is the Court or its staff; or

5

(ix)   the recipient is a mediator of the dispute underlying this action, provided that prior to any such disclosure the mediator has signed an agreement to be bound by the terms of this Order in the form attached hereto as Exhibit A.

(b)   "CONFIDENTIAL" information may only be disclosed to individuals permitted to view "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information, under the same terms and requirements of Section 3(a) above, as well as to the in-house counsel, officers, directors, and employees of the Parties to whom disclosure is reasonably necessary for this action, and who have signed the undertaking of Exhibit A prior to any such disclosure.

(c)   No use shall be made of Information, Materials or premises designated by a Designating Party to be "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" except in connection with the judicial or private resolution of this action.

(d)   Nothing herein shall prevent a person from disclosing or using Information, Materials, or premises designated confidential under this Protective Order that were lawfully acquired without restriction by that person other than through production or disclosure in this matter.  Nothing herein shall prevent a party from relying on any legal basis other than this Protective Order in seeking to restrict such disclosure or use.

## 4.   Pre-Disclosure Procedure for Consultants & Expert

Before disclosure of any information designated by an opposing party or third party under any of the confidentiality designations defined in Sections 1(h)-(i)  to any individuals

6

pursuant to Section 3(a)(v) above, (i) the expert or consultant shall complete and execute the Undertaking attached as Exhibit A hereto; (ii) the signed Undertaking shall be served on the Producing Party, along with a current curriculum vitae for the expert and a disclosure of any litigations in which the proposed expert has offered expert testimony, including at deposition or trial in the past ten (10) years; and (iii) the Producing Party shall then have seven (7) days to object to in writing the disclosure of information designated pursuant to Section 1(h) to that expert or consultant.  If such an objection is made, the parties shall promptly meet and confer in good faith to resolve any such objection.  If the parties are unable to resolve any such objection, then the Producing Party may file a motion with the Court no later than fourteen (14) days after providing the above written objection, seeking a protective order.  A Receiving Party shall not disclose any information designated by an opposing party or third party under any of the confidentiality designations defined in Sections 1(h)-(i) to an individual pursuant to Section 3(a)(v) above until either (i) the 7-day objection period has passed; (ii) the parties resolve any objection thereto; or (iii) the Court resolves such objection by order.

5.      **Disputes Regarding Confidential Designations**

In the event that a Receiving Party believes that the designation of a document or category of documents described pursuant to Section 1(h)-(i) is not entitled to such status and production, the Receiving Party shall serve a written request for de-designation identifying the document(s) by Bates number and identifying the specific reason(s) that the Receiving Party believes the document is not entitled to such status and protection.  Within seven (7) calendar days of receiving that written request, the Producing Party

shall either de-designate the documents or identify the specific reasons that the Producing

Party believes that they are entitled to protection under Section 1(h)-(i).  To the extent

that there is any remaining dispute as to the documents, the parties must meet and confer

within seven (7) days of the Producing Party's response.  If the parties are unable to

resolve their dispute, then the Receiving Party may seek relief from the Court.  The

Producing Party shall bear the burden of showing that the designation under Section 1(h)-

(i) was warranted.

**6.      Inadvertent Failure to Designate; Inadvertent Production**

(a)      A party who inadvertently fails to designate a document or deposition

testimony or other Materials, Information, or premises as confidential under any one of

Sections 1(h)-(i) does not thereby waive the right belatedly to do so, but the recipient of

the Materials or Information, or the visitor to such premises, so inadvertently unmarked

shall not suffer sanction for disclosure of the Materials or Information, or Information

derived from such premises, prior to the date on which it receives actual notice of the

confidential nature of the Materials, Information, or premises.  The parties agree to

cooperate to minimize the publication of any inadvertently disclosed Material,

Information, or premises.  All copies of the inadvertently disclosed Materials,

Information, or Information derived from such premises shall to the extent practicable be

retrieved by Counsel of Record from any person who would not have been allowed

access to it if it had been properly designated.

(b)      Inadvertent production of Materials and Information subject to work

product immunity or the attorney-client privilege shall not, by that act alone, constitute a

waiver of the immunity or privilege, provided that the Producing Party notifies the Receiving Party in writing promptly upon learning of same.  Such inadvertently-produced Materials and Information, and all copies thereof, shall be returned to the Producing Party or certified destroyed upon request.  No use may be made of such Materials and Information subsequent to the request to return them except to challenge the privilege claim with the Court or as otherwise determined by the Court.  Nothing in this Order shall prevent any party from requesting that the Court order the production of any such inadvertently-produced Materials and Information; however, the fact of the inadvertent production shall not be used as an argument that the attorney-client privilege or other protections have been waived by the Producing Party.  Nothing in this Order prevents any party from petitioning the Court for return of later discovered, inadvertently produced Materials and Information that are subject to work product immunity or attorney-client privilege. A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding.

7.      **Filing and Use of Confidential Material in Court Proceedings**

(a)      If a party believes it is necessary to file documents containing or describing all or a portion of the content of any Materials, Information, or premises designated confidential under any of Sections 1(h)-(i), it shall seek to file such documents under seal and marked as such.

(b)      When a Receiving Party anticipates that it may be necessary to use Materials, Information, or documents containing or summarizing all or a portion of any

9

Materials, Information, or premises designated confidential under any of Sections 1(h)-(i) at trial or in any hearing before the Court, such Receiving Party shall notify the Designating Party as soon as reasonably possible so the parties can cooperate to request appropriate confidentiality safeguards from the Court.

**8.      Procedure Upon Conclusion of the Action**

Within forty-five (45) days of the conclusion of this action, the Receiving Party will take all reasonable efforts to destroy all Materials and all documents summarizing or describing Materials, Information, or inspections of premises designated pursuant to Section 1(h)-(i) by the Designating Party under this Protective Order and certify such destruction in writing;  provided, however, that work product, briefs, transcripts and exhibits to transcripts, and other court papers prepared for use in this matter need not be returned or destroyed, but may be retained only by Counsel of Record and, if so retained, shall be maintained in accordance with the provisions and confidentiality restrictions of this Protective Order.

**9.      Continuing Obligations of Confidentiality**

Neither the termination of this lawsuit nor the termination of employment of any person who has had access to any Materials or Information designated pursuant to Sections 1(h)-(i) shall relieve such person from the applicable obligations to maintain confidentiality of such Materials and Information, as and for the period of time required hereunder.

**10.     Non-Litigant Discovery**

In the event discovery is taken of any person or entity that is not a Litigant in the

APPXx

lawsuit, such entity or person shall be provided with a copy of this Stipulated Protective Order and may avail itself of its protections by designating Materials, Information, and premises in accordance herewith.

**11.      Modifications Hereto**

The Litigants do not have the ability to alter the terms herein without Court approval. Any modification to the terms herein, including additional terms under which Materials, Information, and premises designated as confidential hereunder may be disclosed to others, must be issued by Court order.

**12.      Violations**

The Litigants agree that violations of this Protective Order may be subject to sanctions as this Court may deem appropriate, which may include, without limitation, monetary fines or other sanctions for contempt of court, and damages sufficient to compensate a Designating Party whose Information, Materials, or premises designated to be "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" were disclosed in violation of this Protective Order.

Dated:  June 13, 2024

PHILLIPS MCLAUGHLIN & HALL, P.A.        POTTER ANDERSON & CORROON LLP

/s/ *Megan C. Haney*                              /s/ *David E. Moore*
John C. Phillips, Jr. (#110)                       David E. Moore (#3983)
Megan C. Haney (#5016)                        Bindu A. Palapura (#5730)
1200 North Broom Street                         Andrew M. Moshos (#6685)
Wilmington, Delaware 19806                   Malisa C. Dang (#7187)
(302) 655-4200                                        Hercules Plaza, 6th Floor
jcp@pmhdelaw.com                                1313 N. Market Street
mch@pmhdelaw.com                              Wilmington, Delaware 19801

APPXxi

*Attorneys for Plaintiff*

(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com
mdang@potteranderson.com

*Attorneys for Defendants*

**SO ORDERED.**

Dated:  06/14/2024                /s/ Jon P. McCalla
                                 Jon P. McCalla
                                 United States District Judge

12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

A.L.M. HOLDING COMPANY and
ERGON ASPHALT & EMULSIONS,
INC.,

      Plaintiffs,

             v.

ZYDEX INDUSTRIES PRIVATE
LIMITED and ZYDEX INC.,

      Defendants.

Civil Action No. 1:24-cv-00363-JPM

**JURY TRIAL DEMANDED**

## EXHIBIT A

**UNDERTAKING TO ABIDE BY PROTECTIVE ORDER**

    I, _____, declare that my address is _____

_____. My current employer is _____.

My current occupation is _____.

    1.      I have received a copy of the Protective Order in the above-captioned

action.

    2.      I will comply with all of the provisions of the Protective Order.  I will hold

in confidence, will not disclose to anyone not qualified under the Protective Order, and

will use only for purposes of this action any Materials and Information marked

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"

that are disclosed to me.

    3.      Promptly upon termination of this action, I will destroy all Materials,

memoranda, recordings, summaries, work notes, or other documents derived from such

13

documents or materials, or containing any Information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" that came into my possession, and all documents and things that I have prepared relating thereto.

    4.    I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in these actions.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____    _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY AND ERGON ASPHALT & EMULSIONS, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-00363-JPM |
| ZYDEX INDUSTRIES PRIVATE LIMITED AND ZYDEX INC., | ) ) ) ) | |
| Defendants/Counterclaim-Plaintiffs. | ) ) ) | |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Motion to Dismiss, filed on June 20, 2024 (ECF No. 49), and the Court having entered an Order Granting Motion to Dismiss for Lack of Standing, (ECF No. 146),

This matter having now been resolved, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause is Dismissed without Prejudice. (See id.)

**SO ORDERED** this 25th day of November, 2024.


/s/ Jon P. McCalla
_____
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| A.L.M. HOLDING COMPANY and ERGON ASPHALT & EMULSIONS, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | |
| v. | ) ) | Case No. 1:24-363-JPM |
| ZYDEX INDUSTRIES PRIVATE LIMITED and ZYDEX INC., | ) ) ) | |
| Defendants/Counterclaim-Plaintiffs. | ) ) ) | |

---

### ORDER GRANTING MOTION TO DISMISS FOR LACK OF STANDING

---

Before the Court is a Motion to Dismiss for Lack of Standing and Opening Brief in Support, filed by Defendants Zydex Industries Private Limited and Zydex Inc. (collectively "Defendants" or "Zydex") on June 20, 2024.  (ECF Nos. 49, 50.)  Plaintiffs A.L.M. Holding Company ("A.L.M") and Ergon Asphalt & Emulsions, Inc. ("Ergon") (collectively "Plaintiffs") filed their Response on July 5, 2024.  (ECF No. 63.)  Defendants filed their Reply on July 12, 2024.  (ECF No. 67.)  For the reasons set forth below, Defendants' Motion is **GRANTED**.

### I.    BACKGROUND

Plaintiffs filed suit against Defendants on March 21, 2024.  (ECF No. 1.)  Plaintiffs allege Defendants infringe or have infringed U.S. Patent Nos. 7,815,725 ("the '725 Patent"); 7,981,466 ("the '466 Patent"); 9,394,652 ("the '652 Patent"); 10,214,646 ("the '646 Patent"); 8,734,581 ("the '581 Patent"); and 9,175,446 ("the '446 Patent") (collectively the "Asserted Patents").  (Id. ¶¶ 15–18, 36–40.)

**A.      The Technology**

The Asserted Patents relate to asphalt paving compositions and methods using "warm mix" paving compositions.  (Id. ¶ 2.)  Warm mix paving compositions are "produced, laid down, and compacted at significantly lower temperatures than hot mix paving compositions."  (Id.)

The Asserted Patents are divided into two groups: (1) the "Asserted Warm Mix Patents," which consists of the '725 Patent, the '466 Patent, the '652 Patent, and the '646 Patent; and (2) the "Asserted Hot Mix/Warm Laid Patents," which consists of the '581 Patent and the '446 Patent.  (Id. ¶¶ 19, 42.)

The Asserted Warm Mix Patents generally relate to asphalt paving compositions and methods involving asphalt containing a lubricating additive, produced at a warm mix temperature.  (Id. ¶¶ 20–23.)  The Asserted Hot Mix/Warm Laid Patents generally relate to an asphalt paving process where bituminous paving materials are prepared near or above hot mix temperatures but paved and compacted at lower temperatures.  (Id. ¶¶ 38, 41–42.)

**B.      Procedural Background**

*i.      The Agreement*

On January 1, 2008, Plaintiffs entered into an agreement granting an exclusive license to the Asserted Patents (the "Agreement") to MeadWestvaco Corporation ("MeadWestvaco" or "Licensee").  (Id. ¶ 47; ECF No. 51-1.)  MeadWestvaco later assigned its rights and obligations under the Agreement to Ingevity Corporation ("Ingevity").  (ECF No. 30 at PageID 639; ECF No. 51-2.)

The Agreement, among other things, addressed: (1) license grants and commercialization, including exclusivity, terms of the license, sublicensing, and Plaintiffs' reserved rights; (2) royalties; and (3) patent litigation. (ECF No. 51-1 at PageID 929, 931, 935.)

ii.    *Motion to Dismiss for Lack of Constitutional Standing*

Defendants filed their First Amended Answer on May 28, 2024. (ECF No. 30.) In their Second Affirmative Defense, Defendants asserted "the Agreement effectively conferred away the hallmarks of patent ownership, including all substantial rights in the Asserted Patents, leaving [Plaintiffs] as bare licensees without standing to sue for infringement of the Asserted Patents." (Id. at PageID 640.)

Defendants filed the instant Motion on June 20, 2024, arguing Plaintiffs have no exclusionary rights under the Agreement, and thus cannot satisfy the injury-in-fact requirement for constitutional standing. (ECF No. 50 at PageID 911.) To support their argument, Defendants state each right given to Plaintiffs under the Agreement is a usage right, not an exclusionary right. (See ECF No. 50 at PageID 912, 915.) Defendants' Motion only concerns the issue of constitutional standing under Article III; it does not address statutory standing. (See ECF No. 67 at PageID 1142 ("constitutional standing . . . [is] the only question presented in the [Motion to Dismiss]").)

Plaintiffs counter they have maintained their exclusionary rights in the Agreement and have thus suffered an injury-in-fact from Defendants' alleged infringement. (See ECF No. 63 at PageID 1093–94.)

## II.    LEGAL STANDARD

### A.    Constitutional Standing in General

"[T]he core component of standing is an essential and unchanging part of the case-or-controversy requirement of Article III." Lujan v. Defs. of Wildlife, 504 U.S. 555, 560 (1992). "To establish standing, a plaintiff must demonstrate that he suffered an injury-in-fact, that the injury is traceable to the conduct complained of, and that the injury is redress-able [sic] by a

favorable decision." <u>Shukh v. Seagate Tech., LLC</u>, 803 F.3d 659, 663 (Fed. Cir. 2015). "The alleged harm must be concrete and particularized." <u>Id.</u> (citing <u>Lujan</u>, 504 U.S. at 560). "The plaintiff, as the party invoking federal jurisdiction, bears the burden of establishing [constitutional standing]." <u>Spokeo, Inc. v. Robins</u>, 578 U.S. 330, 338 (2016).

### B.    Constitutional Standing in Patent Actions

In a patent infringement action, "[t]he party holding the exclusionary rights to the patent suffers legal injury in fact under the statute." <u>Morrow v. Microsoft Corp.</u>, 499 F.3d 1332, 1339 (Fed. Cir. 2007). "Thus, the touchstone of constitutional standing in a patent infringement suit is whether a party can establish that it has an exclusionary right in a patent that, if violated by another, would cause the party holding the exclusionary right to suffer legal injury." <u>WiAV Sols. LLC v. Motorola, Inc.</u>, 631 F.3d 1257, 1265 (Fed. Cir. 2010).

An "exclusionary right" stems from "the legal right to exclude others from making, using, selling, or offering to sell the patented invention in the United States, or importing the invention." <u>See</u> <u>Morrow</u>, 499 F.3d at 1339 (citing 35 U.S.C. §§ 154, 271); <u>see also</u> <u>Deere & Co. v. Kinze Mfg., Inc.</u>, 683 F. Supp. 3d 904, 918 (S.D. Iowa 2023) ("<u>Morrow</u> described the 'exclusionary rights' bestowed by a patent as 'the legal right[s] to exclude others from making, using, selling, or offering to sell the patented invention in the United States, or importing the invention.'"); <u>Uniloc USA, Inc. v. Motorola Mobility, LLC</u>, No. CV 17-1658-CFC, 2020 WL 7771219, at *5 (D. Del. 2020), <u>aff'd</u> 52 F.4th 1340 (Fed. Cir. 2022) ("at its core, the right to exclude is the legal right to prevent others from practicing the asserted patent").[1]

---

[1] The Federal Circuit has not given a definitive list as to what exclusionary rights do and do not entail. <u>See</u> <u>Uniloc</u>, 2020 WL 7771219, at *5 n.2 ("The parties did not cite and I have not found a Federal Circuit case that defines what the 'exclusionary rights' are."). Some courts, including the District of Delaware, in deciding whether a plaintiff has an exclusionary right to confer constitutional standing, have declined to take an expansive view of exclusionary rights. <u>See,</u>

4

## III.    ANALYSIS

Plaintiffs, as the patent owners, have "exclusionary rights as a baseline matter unless it has transferred all exclusionary rights away."  Intell. Tech LLC v. Zebra Techs. Corp., 101 F.4th 807, 816 (Fed. Cir. 2024).  Plaintiffs state their alleged exclusionary rights include:

1. The right to exclude others from practicing the patents.
2. The right to practice the subject matter in the Asserted Patents for research and development purposes.
3. The right to use products purchased from Licensee.
4. The right to sublicense rights to corporate affiliates.
5. The right to dictate the terms and conditions under which one may practice the Asserted Patents if authorized.
6. The right to receive royalties from any authorized use of the patented technology.
7. The right to bring and participate in the control of a lawsuit brought to prohibit any authorized use.
8. The right to collect damages resulting from any litigation.

(ECF No. 63 at PageID 1095 – 96 (citing the Agreement ¶¶ 2.1, 2.3, 2.4, 5.1, 5.2, and 9.3).) [2]

The Court addresses each of the rights from these paragraphs in turn.[3] As explained below, Defendants' arguments prevail, as none of Plaintiffs' alleged exclusionary rights establish constitutional standing.  See infra Sections III.A–F.

---

e.g., Deere, 683 F. Supp. 3d at 918–19 (finding neither "the right to license or sublicense is itself an exclusionary right, nor does the possession of a right to license or sublicense imply, in itself, the possession of an exclusionary right"); Uniloc, 2020 WL 7771219, at *5 (finding "the mere right to license or sublicense a patent is an exclusionary right sufficient to confer Article III standing"); Anglefix, LLC v. Wright Med. Tech., Inc., No. 2:13-CV-02407-JPM-tmp, 2016 WL 3566275, at *5 (W.D. Tenn. June 27, 2016) (McCalla, J.) ("Exclusionary rights under the Patent Act include the right to prevent others from practicing the invention.").  The Court sees no reason to depart from this same approach and declines to take an expansive view of what an exclusionary right may be. Indeed, an exclusionary right solely defined as "the legal right to exclude others from making, using, selling, or offering to sell the patented invention in the United States, or importing the invention" tracks with both Federal Circuit precedent and the language of the Patent Act.  See Morrow, 499 F.3d at 1339 (citing 35 U.S.C. §§ 154, 271).

[2] While Plaintiff did not cite the Agreement ¶ 3.4 in its Brief in Opposition (ECF No. 63 at PageID 1095–96), Plaintiff listed the "right[] to . . . receive royalties" to support its claim of exclusionary rights.  (Id.)  The portion of the Agreement which addresses royalties is Article III, with ¶ 3.4 addressing Minimum Royalties.  (ECF No. 51-1 at PageID 933.)

5

**A.    Licensing and Rights Reserved Under the Agreement ¶¶ 2.1, 2.4 (Rights 1–4)**

Plaintiffs allege they retain exclusionary rights under the Agreement ¶¶ 2.1 and 2.4, specifically:

1. The right to exclude others from practicing the patents under the Agreement ¶ 2.1.
2. The right to practice the subject matter in the Asserted Patents for research and development purposes under the Agreement ¶ 2.4.
3. The right to use products purchased from Licensee under the Agreement ¶ 2.4.
4. The right to sublicense rights to corporate affiliates under the Agreement ¶ 2.4.

(ECF No. 63 at PageID 1095–96.)

The Agreement ¶ 2.1 grants Licensee "a royalty-bearing, wor1dwide license under the Licensed Technology to manufacture, have manufactured, import, use, sell, offer to sell and otherwise commercialize Licensed Products. Th[e] license shall be exclusive [except for the reservations in ¶ 2.4]."  (ECF No. 51-1 at PageID 929.)

The Agreement ¶ 2.4 allows Plaintiffs to:

reserve a royalty-free, worldwide license under the Licensed Technology, with the right to sublicense only their respective Affiliates, to: a) manufacture, have manufactured, import and use Licensed Products and asphalt paving mixtures containing Licensed Products for research and development purposes, and b) manufacture, have manufactured, import, use, sell and offer to sell asphalt paving mixtures containing Licensed Products purchased from MeadWestvaco."

(Id.)

While Plaintiffs argue their reserved rights are exclusionary rights which confer standing, (ECF No. 63 at PageID 1095), Defendants dispute this, stating these rights are usage rights, not exclusionary rights.  (ECF No. 50 at PageID 912–13.)

---

[3] In terms of contract interpretation, the Agreement is governed by Wisconsin law.  (ECF No. 51-1 at PageID 939 ("This Agreement will be construed, governed, interpreted and applied in accordance with the laws of the State of Wisconsin.").)  "Where the terms of a contract are clear and unambiguous," Wisconsin law requires that the contract be construed "according to its literal terms."  Tufail v. Midwest Hospitality, LLC, 833 N.W.2d 586, 592 (Wis. 2013).  While the canons of contract interpretation in Wisconsin are designed to "give effect to the parties' intentions," a "court construes contracts 'as they are written.'"  Id. (citations omitted).

Here, Defendants make the stronger argument. Plaintiffs' rights under the Agreement ¶¶ 2.1 and 2.4 are not exclusionary rights. An "exclusionary right" establishing constitutional standing stems from "the legal right to exclude others from making, using, selling, or offering to sell the patented invention in the United States, or importing the invention." See Morrow, 499 F.3d at 1339 (citing 35 U.S.C. §§ 154, 271); see also Deere, 683 F. Supp. 3d at 918.

An exclusive license for Licensee to commercialize the products under the Agreement ¶ 2.1 is not a right for Plaintiffs to exclude others. Cf. Morrow, 499 F.3d at 1342. Plaintiffs' alleged right is insufficient to establish a right to exclude others from practicing the patents here. It is more arguable that Plaintiffs would have the exclusionary rights needed for standing if they, as Licensors, had not granted Licensee MeadWestvaco an exclusive license, (ECF No. 51-1 at PageID 926, 929). See id. ("Parties that hold the exclusionary rights are often identified as exclusive licensees, because the grant of an exclusive license to make, use, or sell the patented invention carries with it the right to prevent others from practicing the invention.").

Similarly, Plaintiffs' reserved rights under the Agreement ¶ 2.4 are not exclusionary rights. Neither the ability to use the Licensed Products for research and development purposes under ¶ 2.4(a) nor the ability to use Licensed Products purchased from Licensee under ¶ 2.4(b) are exclusionary, as they do not give Plaintiffs the right to exclude others from practicing the invention. Cf. Morrow, 499 F.3d at 1342. Rather, Plaintiff has retained usage rights. Furthermore, the right to sublicense only to Plaintiffs' affiliates under the specific parameters of the Agreement ¶ 2.4 does not demonstrate an exclusionary right, as Plaintiffs cannot exclude others via this right. See id. Thus, Plaintiffs rights under the Agreement ¶¶ 2.1 and 2.4 do not confer constitutional standing. Id.

7

**B.    Dictating the Terms and Conditions to Practice Under the Agreement ¶ 2.3 (Right 5)**

Plaintiffs assert that their ability to review the terms and conditions of sublicensing from licensees, which they deem "the right to dictate the terms and conditions under which one may practice the Asserted Patents," is an exclusionary right which confers standing.  (ECF No. 63 at PageID 1099.)  The Agreement ¶ 2.3 allows for Licensee to sublicense its rights "provided that it first provides the terms and conditions of any such sublicense to [Plaintiffs] for their prior review and approval, which approval shall not be unreasonably withheld."  (ECF No. 51-1 at PageID 929.)  Any "[s]ales made by a sub1icensee shall be reported and royalty paid to [Plaintiffs] as if [Licensee] had made such sale."  (Id.)  Defendants counter this ability is not an exclusionary right.  (ECF No. 50 at PageID 914.)

Defendants' argument prevails.  Plaintiffs' alleged ability to "dictate the terms and conditions" under the Agreement ¶ 2.3 is not an exclusionary right.  (ECF No. 50-1 at PageID 929.)  First, reviewing terms and conditions of sublicenses does not involve exclusion of others in making, selling, or offering to sell the patented products.  Cf. Deere, 683 F. Supp. 3d at 922 (finding the right to "inspect and examine" products made by the licensee or sublicensees that exploit the patents at issue was not an exclusionary right which conferred standing).  Second, because Plaintiffs' approval cannot be "unreasonably withheld," (ECF No. 51-1 at PageID 929), there is no "'significant[] restrict[ion of] the scope' of the exclusive licensee's rights" such that Plaintiffs can claim to have an exclusionary right that confers constitutional standing.  See Nat'l Pasteurized Eggs, Inc. v. Michael Foods, Inc., No. 10-cv-646-WMC, 2012 WL 12996200, at *9 (W.D. Wisc. May 18, 2012).

**C.    Receiving Royalties From Any Authorized Usage of the Patented Technology Under the Agreement ¶ 3.4 (Right 6)**

Plaintiffs point to their ability to "receive royalties from any authorized usage of the patented technology" as an exclusionary right that confers constitutional standing.  (ECF No. 63 at PageID 1096.)  Article 3 of the Agreement governs royalties.  (ECF No. 51-1 at PageID 931–34.)  The Agreement ¶ 3.1 governs earned royalty calculations (subject to the provisions in the Agreement ¶¶ 3.2 and 3.3), while the Agreement ¶ 3.4 governs minimum royalty payments.  The Court considers the Agreement ¶ 3.4 to be the most relevant to Plaintiffs' argument and its analysis, given that it provides that Plaintiffs receive royalties from the license.  See supra n.2.[4]

Here, Plaintiffs cite no authority stating the ability to receive royalties is part of "the legal right to exclude others from making, using, selling, or offering to sell the patented invention in the United States, or importing the invention."  See Morrow, 499 F.3d at 1339.  Indeed, the ability to receive royalties has nothing to do with the making, using, selling, offering to sell, or importing of the patented invention.  See id.  Thus, it cannot confer constitutional standing.

Plaintiffs also use their ability to receive royalties to attempt to distinguish Defendants' caselaw.  (See ECF No. 63 at PageID 1102–03.)  The crux of the Court's analysis, however, is whether Plaintiffs had any exclusionary rights which confer constitutional standing.  See Mann,

---

[4] Paragraph 3.4 of the Agreement (ECF No. 51-1) provides in part as follows:

In order to maintain exclusivity under the license in Paragraph 2.1, Licensee shall pay Licensors minimum annual royalties in the following amounts:

| Calendar Year | Minimum Annual Royalty |
|---|---|
| 1/1/2008 through 12/31/2008 | None |
| 1/1/2009 through 12/31/2009 | None |
| 1/1/2010 throu!?h 12/31/2010 | $200,000 |
| 1/1/2011through.12/31/2011 | $300,000 |
| 1/1/2012 through 12/31/2012 | $400,000 |
| 1/1/2013 through 12/31/2013 and $500,000 thereafter | $500,000 |

499 F.3d at 1339.    Thus, because Plaintiffs' ability to receive royalties does not confer

constitutional standing, their argument against Defendants' caselaw is unavailing.

**D.    Bringing or Participating in the Control of a Lawsuit Brought to Prohibit Any Unauthorized Use Under the Agreement ¶¶ 5.1 and 5.2 (Right 7)**

Plaintiffs allege the ability to bring or participate in a lawsuit against potential infringers

is an exclusionary right which grants them standing.    (ECF No. 63 at PageID 1096.)    The

Agreement ¶ 5.1 provides, in relevant part:

> If any unlicensed third party shall manufacture, use, sell or offer to sell a product or perform a method covered by one or more claims of the Patent Rights in any country in which there exists an actionable right against that third party under the Patent Rights, then the Parties shall mutually determine whether to pursue such infringement. . . . The Parties will jointly cooperate to control the conduct of the legal action and will render one another reasonable assistance.in prosecuting such action, without charge for the time of their respective personnel.

> (ECF No. 51-1 at PageID 935.)

The Agreement ¶ 5.2 provides, in relevant part:

> If either Party does not desire to initiate a legal action under Paragraph 5.1, and if permitted by the laws of the country in question, the non-initiating Party may provide to the other Party (the "Prosecuting Party") such rights as are necessary for the Prosecuting Party to attempt to enforce all or a portion of the Patent Rights against one or more of the unlicensed third parties. . . . The non-initiating Party shall render reasonable assistance to the Prosecuting Party in so enforcing the Patent Rights.

(Id. at PageID 935–36.)    Defendants counter these enforcement rights are not

exclusionary rights that confer standing.    (ECF No. 50 at PageID 916.)

On this point, Defendants' argument prevails. In Morrow, the Federal Circuit found the

"right to sue for infringement" to be "separated" from "exclusionary rights," which confer

standing.    See 499 F.3d at 1342.    Plaintiffs' situation is similar to the trustees in Morrow, whose

right to exclude was "contractually separated" from the right to sue.    Id.    Plaintiffs here "suffer[]

no legal injury in fact to the[ir] patent[s'] exclusionary rights," see id., as the right to participate

in litigation is separate from the exclusionary rights granted to Licensee under the Agreement ¶ 2.1.

Indeed, at least one United States District Court has found a licensor's "rights associated with the initiation or control of patent infringement litigation do not constitute exclusionary rights." Deere, 683 F. Supp. 3d at 920–21. Like the licensor in Deere, any exclusionary rights Plaintiffs may have are separate from their right to sue. See id. Here, this section of the Agreement only pertains to infringement of patent rights and prosecution of said infringement. (See ECF No. 51-1 at PageID 935.) These rights are not exclusionary, as they do not involve the exclusive right to make, use, or sell the inventions. See Morrow, 499 F.3d at 1341 ("[a party's] control with respect to infringement litigation does not lead to the conclusion that [the party] suffers injury in fact from infringement"). Thus, the ability to bring or participate in infringement litigation is not an exclusionary right which confers on Plaintiffs constitutional standing. See Deere, 683 F. Supp. 3d at 920–21.

Even if the ability to participate in or conduct litigation is considered an exclusionary right, Plaintiffs' rights under these paragraphs do not demonstrate the ability to exclude. Specifically, under the Agreement ¶ 5.2, the non-initiating party is not required to provide the necessary rights to enforce the Asserted Patents. (See ECF No. 51-1 at PageID 935 ("the non-initiating Party may provide to the other Party such rights as are necessary for the Prosecuting Party to attempt to enforce all or a portion of the Patent Rights").) If Plaintiffs initiate a patent infringement action independent of Licensee—as they have here—Licensee is not required to provide to Plaintiffs its exclusive right to "manufacture, have manufactured, import, use, sell, offer to sell[, or] otherwise commercialize," (id. at PageID 929), the Asserted Patents. (See id. at PageID 935.) Because any of Plaintiffs' exclusionary rights would depend on Licensee's, they

11

APPX12

do not exist on their own; the Agreement ¶ 5.2 does not confer constitutional standing.  Cf.

Morrow, 499 F.3d at 1342.

Furthermore, Plaintiffs' argument under Mann is unavailing. In their Response, Plaintiffs

cite Mann to argue the Court's decision to grant constitutional standing should hinge on the

sufficiency of a list of rights retained by Plaintiffs, with the most important right involving "the

nature and scope of any right to sue purportedly retained by the licensor." (ECF No. 63 at

PageID 1097 (citing 604 F.3d at 1362).)  This argument is pertinent to Plaintiffs' substantial

rights in the Asserted Patents.  See Mann, 604 F.3d at 1356 (determining the plaintiff was the

owner of the patents because it retrained substantial rights in the patents).  However, "whether a

party possesses all substantial rights in a patent does not implicate standing or subject-matter

jurisdiction." Lone Star Silicon Innovs. LLC v. Nanya Tech. Corp., 925 F.3d 1225, 1235–36

(Fed. Cir. 2019).

While the Federal Circuit itself has "often treated 'statutory standing,' i.e. whether a party

can sue under a statute such as § 281, as jurisdictional," it has cautioned "so-called 'statutory

standing' defects do not implicate a court's subject-matter jurisdiction." Lone Star, 925 F.3d at

1235.  The Court must analyze constitutional standing and statutory standing under separate

standards.  See Anglefix, LLC, 2016 WL 3566275, at *4–6 (analyzing constitutional standing

under an "exclusionary rights" standard and statutory standing separately under an "all

substantial rights" standard, citing Mann only in the statutory standing analysis).  Thus,

Plaintiffs' Mann argument is unavailing for constitutional standing purposes.[5]

.

---

[5] Plaintiffs cite Mann for eight other considerations for determining whether they have
exclusionary rights.  None are availing for the same reason—Mann does not concern
constitutional standing.  See Lone Star, 925 F.3d at 1235.

### E.    Collecting Damages Resulting From Any Litigation Under the Agreement ¶¶ 5.1 and 5.2 (Right 8)

The Agreement ¶¶ 5.1 and 5.2 also address Plaintiffs' ability to collect damages resulting from litigation of patent infringement.  (See ECF No. 51 at PageID 935.)  If Plaintiffs and Licensee agree to pursue infringement litigation, they split the damages evenly; however, if only one party pursues an infringement action, the pursuing party keeps the entirety of the damages. (Id.)

Just as the right to bring or participate in an infringement suit is not an exclusionary right which confers standing, neither is the ability to collect damages on said infringement suits.  (See supra Section III.D; see also Deere, 683 F. Supp. 3d at 920 (finding no exclusionary right for constitutional standing purposes in a right to enforcement where the licensor and licensee share damages).)  Thus, Plaintiffs' ability to collect damages does not confer on them constitutional standing.

### F.    Termination of the Agreement Under the Agreement ¶ 9.3

Plaintiffs cite the Agreement ¶ 9.3 as demonstrating an exclusionary right.  (ECF No. 63 at PageID 1096.)  The Agreement ¶ 9.3 addresses Default.  (ECF No. 51-1 at PageID 938.)  It allows either party to terminate the Agreement upon material breach, provided the defaulting party has written notice of the termination and three months to cure it.  (Id.)

Here, the Agreement ¶ 9.3 does not confer an exclusionary right to Plaintiffs.  First, Plaintiffs' argument regarding this portion of the Agreement is in the context of a Mann analysis. (ECF No. 63 at PageID 1092.)  As stated previously, Mann is unavailing because it analyzes statutory, not constitutional, standing.  (See supra Section III.D.)  Second, Plaintiffs' ability to terminate the Agreement is not an exclusionary right, especially given this ability to terminate is not exclusive to Plaintiffs.  Cf. Deere, 683 F. Supp. 3d at 925 (finding termination rights did not

grant an exclusionary interest).  Thus, the Agreement ¶ 9.3 does not confer on Plaintiffs constitutional standing.

**IV.    CONCLUSION**

For the reasons set forth above, Defendants' Motion is **GRANTED**.  Because Plaintiffs do not have standing under Article III to bring suit, the action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 25th day of November, 2024.


/s/ Jon P. McCalla
_____
 JON P. MCCALLA
 UNITED STATES DISTRICT COURT JUDGE

14

APPX15

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY and | ) | |
| ERGON ASPHALT & EMULSIONS, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. |
| | ) | |
| ZYDEX INDUSTRIES PRIVATE | ) | |
| LIMITED and ZYDEX INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## <u>COMPLAINT</u>

Plaintiffs A.L.M. Holding Company ("A.L.M") and Ergon Asphalt & Emulsions, Inc. ("Ergon") (collectively "Plaintiffs"), for their Complaint against Zydex Industries Private Limited, and Zydex Inc. (collectively "Zydex"), allege as follows:

## <u>NATURE OF ACTION</u>

1.      This is an action for patent infringement under the patent laws of the United States, 35. U.S.C. § 100 et seq., including 35 U.S.C. § 271, arising from Defendants' actions, including making, using, selling, and/or offering for sale one or more products or methods in violation of U.S. Patent Nos. 10,214,646, 7,815,725 B2, 9,394,652 B2, 7,981,466 B2, 8,734,581 B2, and 9,175,446 B2.

2.      Certain of the asserted patents claim paving compositions and methods using "warm mix" paving compositions that are produced and compacted at reduced temperatures compared to the production and compaction temperatures required for conventional "hot mix" paving compositions. Because warm mix paving compositions are produced, laid down, and

compacted at significantly lower temperatures than hot mix paving compositions, the inventive

warm mix paving compositions have several advantages over hot mix paving compositions. These

advantages include reduced energy consumption, reduced emissions and odors, safer working

conditions, quicker reopening of new and repaired roadways, reduced thermal aging of the asphalt

binder, and improved pavement life. The inventive warm mix technology has revolutionized the

asphalt paving industry.

3.      Other of the asserted patents claim paving compositions and methods using

additives that permit the paving and compaction of said compositions at or around warm mix

paving temperatures, while further claiming the production of such compositions at or around hot

mix temperatures, facilitating longer transit times and paving in colder climates where a larger

decrease in temperature between mixing and paving may be desirable.

4.      Defendants make, import, distribute, advertise, offer to sell, and sell additives

specifically designed and marketed to be used to make infringing warm mix paving compositions

and induce their infringing uses.

## THE PARTIES

5.      A.L.M. is a Wisconsin corporation with a principal place of business at 920 10th

Avenue North, Onalaska, Wisconsin 54650. A.L.M. is a holding company of various businesses,

including Mathy Construction Company, which is a family-owned asphalt contractor and major

supplier of aggregates used for road construction asphalt highway and construction projects

throughout the Midwest. A.L.M. is a national leader in industry research and development of

sustainable products and green technologies, including intellectual property co-owned by A.L.M.

and Ergon.

6.      Ergon is a Mississippi corporation with a principal place of business at 2829 Lakeland Drive, Jackson, Mississippi 39232, and is part of a family of businesses within Ergon, Inc., which is a family-owned business focused on petroleum products, transportation, and construction. Ergon makes and markets asphalt products and has become the largest asphalt marketer in North America. Ergon is also a national leader in asphalt industry research and development, including intellectual property co-owned by A.L.M. and Ergon.

7.      Zydex Industries Private Limited is a foreign company based in India, with a principal place of business at Zydex House, 61, Gotri – Sevasi Road, Vadodara – 390021, Gujarat, India ("Zydex Industries").  Upon information and belief, it is a manufacturer of chemical products, including the infringing products sold in the United States through a network of authorized distributors.

8.      Zydex Inc. is a North Carolina corporation with a principal place of business at 106 Kitty Hawk Drive, Morrisville, NC 27560 ("Zydex Inc.").  Upon information and belief, it is a U.S. subsidiary that imports and distributes chemical products, including the infringing products made by defendant Zydex Industries Private Limited. Zydex Industries and Zydex Inc. are collectively referred to as "Zydex".

## JURISDICTION AND VENUE

9.      This is an action for infringement of U.S. Patent No. 7,815,725 B2 (the "'725 Patent"), U.S. Patent No. 7,981,466 B2 (the "'466 Patent"), U.S. Patent No. 9,394,652 B2 (the "'652 Patent"), U.S. Patent No. 10,214,646 (the "'646 Patent"), U.S. Patent No. 8,734,581 B2 (the "'581 Patent"), and U.S. Patent No. 9,175,446 B2 (the "'446 Patent").

10.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

APPX18

11.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12.     The Court has personal jurisdiction over Zydex Industries because it is a foreign corporation that sells infringing products into this country and thus has availed itself of the jurisdiction of this court. The Court also has personal jurisdiction over Zydex Industries because it has contractually consented to the jurisdiction of this court.

13.     The Court has personal jurisdiction over Zydex Inc. because, on information and belief, it does business in this judicial district and has committed acts of infringement in this district as described herein. The Court also has personal jurisdiction over Zydex Inc. because it has contractually consented to the jurisdiction of this court.

14.     Venue is proper in this district because all parties to this lawsuit have contractually consented to venue here.

**BACKGROUND**

**Asserted Warm Mix Patents - U.S. Patent Nos. 7,815,725, 7,981,466, 9,394,652, and 10,214,646**

15.     On October 19, 2010, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 7,815,725 B2 (the "'725 Patent") entitled "Warm Asphalt Binder Compositions Containing Lubricating Agents."

16.     On July 19, 2011, the USPTO duly and legally issued U.S. Patent No. 7,981,466 B2 (the "'466 Patent") entitled "Warm Mix Asphalt Binder Compositions Containing Lubricating Additives."

17.     On July 19, 2016, the USPTO duly and legally issued U.S. Patent No. 9,394,652 B2 (the "'652 Patent") entitled "Warm Mix Asphalt Binder Compositions Containing Lubricating Additives."

4

18.     On February 26, 2019, the USPTO duly and legally issued U.S. Patent No. 10,214,646 B2 (the "'646 Patent") entitled "Warm Mix Paving Composition w/ Lubricating Antistrip Additive."

19.     A.L.M. and Ergon are joint owners of all rights, title, and interest in and to the '725, '466, '652, and '646 Patents, collectively referred to as the "Asserted Warm Mix Patents."

20.     The '725 Patent relates to and claims asphalt paving compositions containing a lubricating additive. Among other things, the claimed compositions are produced at and are at a warm mix temperature at least 30° F lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

21.     The '466 Patent is a divisional of the '725 Patent and relates to and claims methods of making bituminous (*viz.,* asphalt) paving containing a lubricating additive, methods of making warm mix paving compositions containing a lubricating additive, methods of forming a paved surface using a warm mix paving composition containing a lubricating additive, and a paving process using a warm mix paving composition containing a lubricating additive. Among other things, the claimed compositions are produced or mixed at warm mix temperatures as further defined in the '466 Patent claims.

22.     The '652 Patent is a continuation of patents stemming from the '466 and ultimately '725 Patents and relates to and claims warm mix asphalt paving compositions containing recycled asphalt pavement.

23.     The '646 Patent is a continuation of patents stemming from the '466 and ultimately '725 Patents and relates to and claims warm mix asphalt paving compositions containing a lubricating antistrip additive.

5

24.     Prior to the invention of the Asserted Warm Mix Patents, attempts to achieve warm mix asphalt had numerous drawbacks and deficiencies. Such methods and compositions required the step of foaming with water and/or the addition of viscosity reducing additives such as wax at 1.5% or higher, water-containing materials such as zeolites, wet sand or other substances, which were added to the aggregate asphalt binder mixture. The use of these substances had limited use in cold weather and long-haul time applications. Moreover, such prior methods and additives required significant modification to the asphalt mix plant, and further undesirably altered the temperature grade of the asphalt binder itself.

25.     The claimed inventions solved these drawbacks by offering improved ease of use and temperature reduction, thereby allowing for an extended paving season, reduced energy, and cost savings. The Asserted Warm Mix Patents disclose that the claimed lubricating additives allow coating of aggregate and compaction of asphalt compositions at 30 °F or more lower (*viz.*, 16.7 °C or more lower) than similar mixtures that do not have the additive, and increase the ease of coating and compaction. Use of the claimed chemical additive to create a warm mix asphalt composition in a functionally dry, essentially water-free, non-foamed asphalt binder, according to the patented inventions, also avoids the need for costly modifications at the asphalt mix plant, such as those required by prior methods of attempting warm mix asphalt. Lubricating surfactants according to the claimed invention also do not alter the temperature grade of the asphalt binder, in contrast to wax-based warm mix technologies.

26.     The claimed processes and compositions were breakthrough technology in the industry when they were first disclosed in late 2007. The technology embodied in the Asserted Warm Mix Patents continues to represent the most efficient and effective technology for warm mix asphalt today.

27.     On April 1, 2013, and following examination by the USPTO in two consolidated *ex parte* reexaminations which had been separately filed by third-party requestors ArrMaz Custom Chemicals ("ArrMaz") and Sasol Wax GmbH, the USPTO affirmed the patentability of claims 1-18 of the '725 Patent (as amended), determined the patentability of claims 19-52 (as newly added), and issued Ex Parte Reexamination Certificate US 7,815,725 C1 for the '725 Patent.

28.     On March 3, 2015, and following examination by the USPTO in an additional *ex parte* reexamination filed by third-party requestor Akzo Nobel Surface Chemistry, LLC ("Akzo"), the USPTO affirmed the patentability of claims 1-52 of the '725 Patent and issued Ex Parte Reexamination Certificate US 7,815,725 C2 for the '725 Patent.

29.     Copies of the '725 Patent and its US 7,815,725 C1 and US 7,815,725 C2 Reexamination Certificates are attached hereto as Exhibit A.

30.     On February 19, 2015, and following examination by the USPTO in an *ex parte* reexamination request filed by third-party requestor Akzo, the USPTO affirmed the patentability of claims 1-26 of the '466 Patent and issued Ex Parte Reexamination Certificate US 7,781,466 C1 for the '466 Patent.

31.     Copies of the '466 Patent, its Certificate of Correction and its US 7,781,466 C1 Reexamination Certificate are attached hereto as Exhibit B.

32.     The '725 Patent is valid and enforceable and has been successfully litigated as discussed below.

33.     The '466 Patent is valid and enforceable and has been successfully litigated as discussed below.

34.     The '652 Patent is valid and enforceable, and a copy is attached hereto as Exhibit X.

35.     The '646 Patent is valid and enforceable, and a copy is attached hereto as Exhibit C.

**Asserted Hot Mix / Warm Laid Patents – U.S. Patent Nos. 8,734,581 and 9,175,446**

36.     On May 27, 2014, the USPTO duly and legally issued U.S. Patent No. 8,734,581 B2, entitled "Processing Bituminous Mixtures for Paving at Reduced Temperatures."

37.     A copy of the '581 Patent is attached hereto as Exhibit D.

38.     The '581 Patent relates to and claims a bituminous (*viz.*, asphalt) paving process which comprises mixing an asphalt binder, aggregate, and a lubricating additive at a temperature greater than 160℃ to form a bituminous mix and compacting the bituminous mix at a second temperature less than 130℃.

39.     On November 3, 2015, the USPTO duly and legally issued U.S. Patent No. 9,175,446 B2, entitled "Processing Bituminous Mixtures for Paving at Reduced Temperatures."

40.     A copy of the '446 Patent is attached hereto as Exhibit E.

41.     The '446 Patent relates to and claims a bituminous (*viz.*, asphalt) paving process which comprises mixing an asphalt binder, aggregate, and a lubricating additive at a temperature greater than 160℃ to form a bituminous mix, hauling the bituminous mix to a paving site, and compacting the bituminous mix at a second temperature less than 130℃.

42.     As described in the '581 and '446 Patents (the "Asserted Hot Mix Warm Laid Patents"), in certain instances it may be desirable to prepare bituminous paving materials at, near, or in excess of temperatures used for hot mix asphalt, but to pave and compact the paving mixture at lower temperatures, for a number of reasons. For example, such a process can broaden the range of paving and production conditions, allow for increased transportation times, longer working

8

times, or a greater range of application temperatures, and thereby provide improvements in production and paving processes compared to other hot and warm mix processes.

43.     A.L.M. and Ergon are joint owners of all rights, title, and interest in and to the '581 and '446 Patents.

44.     The '581 Patent is valid and enforceable.

45.     The '446 Patent is valid and enforceable.

46.     As used herein, the Asserted Hot Mix Warm Laid Patents and Asserted Warm Mix Patents will collectively be referred to as the "Asserted Patents."

**The Exclusive License to Ingevity**

47.     Effective January 1, 2008, A.L.M. and Ergon granted a royalty-bearing, worldwide license under and to several patent families (including the patent family that resulted in the Asserted Warm Mix Patents, and by later agreement of the parties under the Improvement Patent Rights provisions in the license, the patent family that resulted in the Asserted Hot Mix Warm Laid Patents), to MeadWestvaco Corporation ("MWV"). MWV was a manufacturer and seller of asphalt additives, including its Evotherm® line of warm mix additives which were made and sold under the license. The MWV license was exclusive subject to certain rights reserved by A.L.M. and Ergon. The MWV license provided various rights to MWV under and to the patents-in-suit, including but not limited to the right to grant sublicenses to third parties, and the right to assign or otherwise transfer MWV's license to a third party in connection with certain transfers of MWV's assets or voting stock, or in connection with MWV's merger, consolidation or reorganization.

48.     In 2015, MWV formed WestRock Company ("WestRock") in a merger of MWV with RockTenn Company. In 2016, WestRock formed Ingevity Corporation ("Ingevity") as a spinoff standalone company involved in the specialty chemicals businesses, including asphalt

additives, formerly handled by MWV and WestRock. Due to the above-mentioned transfer provision, Ingevity replaced MWV as the exclusive licensee of the patented technology, with, among other rights, the right to grant sublicenses. Ingevity continues to market and sell Evotherm® additives throughout the world.

49.    Under the terms of this license, the license grant includes, among other things, the right to make, use, sell, offer for sale, and/or import the inventions claimed in each of the Asserted Patents.

50.    Ingevity makes and sells warm mix additive products that compete with the Zydex products discussed herein in the same and/or overlapping markets for the same and/or overlapping end-user customers.

**The Prior Litigation**

51.    In 2013, A.L.M., Ergon and MWV sued Akzo for infringement of the '725 and '466 Patents in the United States District Court for the District of Delaware, Civil Action No. 13-CV-1069-GMS.

52.    In 2013, A.L.M., Ergon, and MWV also sued ArrMaz for infringement of the '725 and '466 Patents in the United States District Court for the District of Delaware, Civil Action No. 13-CV-1070-GMS.

53.    The two lawsuits were consolidated for pre-trial purposes, including claim construction.

54.    After extensive claim construction briefing and argument, in an order dated and filed on November 5, 2014, U.S. District Court Judge Gregory M. Sleet construed the disputed claim terms of the '725 and '466 Patents.

10

55.    In August 2015, and prior to trial, defendant ArrMaz agreed to take a royalty bearing sublicense from MWV under the 7,815,725 B2, 7,981,466 B2, 8,734,581 B2, and 9,175,446 B2 Patents (or the applications ultimately resulting in said patents).

56.    In October 2015, and prior to trial, defendant Akzo agreed to take a royalty bearing sublicense from MWV under the same patents or applications.

57.    On information and belief, the licensed asphalt additives sold by Ingevity, ArrMaz Products Inc. (a successor to ArrMaz now owned by Arkema), and Nouryon (a successor to Akzo) collectively represent the largest-selling warm mix additives in the U.S.

58.    On July 21, 2023, A.L.M. and Ergon sued Zydex and one of its distributors – Hi-Tech Asphalt Solutions, Inc ("HTAS") – for infringement of the '725 and '466 Patents in the United States District Court for the Eastern District of Virginia, Civil Action No. 23-CV-467 (the "E.D.Va. lawsuit").

59.    Zydex was voluntarily dismissed from the E.D.Va. lawsuit.

60.    On January 23, 2024, the parties stipulated to dismissal of the entire lawsuit, *without* prejudice, premised upon Zydex's consent to personal jurisdiction and venue in the District of Delaware.

**Defendants' Business and Use of its ZycoTherm Products**

61.    Zydex claims to be a specialty chemicals company offering an array of chemical technologies for the textile, agriculture, pavement, and construction industries.[1]

62.    According to Zydex, engineers around the world are "looking to adopt technologies that can help realize perpetual pavements at an economical cost" and that in furtherance of that

---

[1] https://zydexgroup.com/us

11

effort, Zydex provides technology that allows road asphalt mixtures to be used in extreme climatic conditions.[2]

63.    As part of these offerings, Zydex advertises three products as part of its ZycoTherm line of products – ZycoTherm, ZycoTherm SP, and ZycoTherm SP2.

64.    Zydex's ZycoTherm line of products are advertised as warm mix additives, which have "been used to produce upwards of 50 million tons of asphalt."[3]

65.    According to Zydex, all three ZycoTherm additives enable "lower production and compaction temperatures during paving," and the ZycoTherm SP and SP2 additives "allow a reduction in mixing temperature (up to 30°C) and compaction temperatures (by 30-40°C)," making them "an environmentally friendly warm-mix additive."[4]

66.    Elsewhere, Zydex advertises its ZycoTherm line of products as enabling "temperature reduction up to 30°C (60°F), during mix production and field compaction", which it states is because "ZycoTherm forms a permanent chemical bond with the aggregate and improved adhesion to bitumen", as opposed to the "weak physical bond between the aggregate and bitumen" formed by "conventional antistrips".[5] These statements are repeated through ZycoTherm promotional materials, including in YouTube videos advertising ZycoTherm's ability to enable said "temperature reduction up to 30°C (60°F), during mix production and field compaction," and that "[c]onsistent and easy compaction can be achieved up to temperatures of 98°C (210°F), thereby enabling longer hauls and cold climate paving.[6]

---

[2] https://zydexgroup.com/us/perpetual-pavement/
[3] https://zydexgroup.com/us/bitumen-additive/
[4] https://zydexgroup.com/us/bitumen-additive/
[5] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[6] https://m.youtube.com/watch?feature=shared&v=ZUgqmbTitiQ

67.      According to Zydex, this results in production temperatures "to as low as 135 °C (275 °F)", "consistent and easy compaction can be achieved up to temperatures of 98 °C (210 °F), thereby enabling longer hauls and cold climate paving," as seen in the Zydex promotional material shown below:



and in Exhibit F.

68.      Zydex specifically advertises these products for their ease of use, noting that they can "easily be added either at the terminal, in the storage tanks, or blended in-line at the hot mix plant" and that they provide for "EXCELLENT COMPACTION IN COLD CLIMATES".[7] A diagram provided by Zydex depicting blending methods for adding its ZycoTherm line of additives to asphalt mixtures is shown below:

---

[7] https://zydexgroup.com/us/bitumen-additive/



and in Exhibit F.

69.     According to the Zydex website, "ZycoTherm is a next generation antistrip additive with the additional benefit of warm mix asphalt (WMA)", providing "superior coating and wetting attributes" and "excellent warm mix asphalt benefits", with the above-mentioned production temperatures "as low as 135 °C (275 °F)", and "Consistent and easy compaction" "up to temperatures of 98 °C (210 °F)".[8]

70.     ZycoTherm consequently is what is referred to in the asphalt industry as an "antistrip" or "antistripping" agent or additive, and also is what is referred to in the industry as a "warm mix additive".

---

[8] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf

71.     On information and belief, Zydex personnel have also stated that "ZycoTherm-SP is a great anti-strip and a good WMA" and that ZycoTherm SP2 "is a whole other animal in terms of performance, not only as a LASA, but as a WMA", with the term "LASA" referring to liquid antistrip additives.

72.     ZycoTherm SP and SP2 are consequently both what is referred to in the asphalt industry as "antistrip" or "antistripping" agents or additives, and also what is referred to in that industry as "warm mix additives".

73.     According to a Zydex "ZycoTherm™ Material Safety Data Sheet" (MSDS) dated April 23, 2013, ZycoTherm contains "hydroxyalkylalkylsilyl compounds 65-70%, benzyl alcohol (CAS # 100-51- 6) 25-27%, and ethylene glycol (CAS # 107-21-1) 3-5%".[9] Also, according to a Zydex "ZycoTherm-SP™ Safety Data Sheet" (SDS) dated 6/2018, ZycoTherm SP contains "alkoxyalkylsilyl compounds 39-41%, benzyl alcohol (CAS # 100-51-6) 58-60%, and ethylene glycol (CAS # 107- 21-1) 1-2%".[10] On information and belief, Zydex personnel have said that SP "and other blends of ZycoTherm have all utilized the same silane chemistry and components.  The ratios have been modified over the years to help make the product more user friendly in both the field and the lab," and that ZycoTherm SP2 "is still a silane, but the molecules along with the carriers have been modified.  In essence, its basically ZycoTherm-SP on steroids."

74.     On information and belief, Zydex sells its ZycoTherm additives through its own subsidiaries as well as through a network of authorized distributors in the United States. These subsidiaries and distributors, in turn, then contract with third parties to provide paving services utilizing warm-mix asphalt compositions containing the ZycoTherm additives. Such third-party

---

[9] Exhibit S, Zydex Material Safety Data Sheet, ZycoTherm, April 23, 2013
[10] Exhibit T, Zydex Material Safety Data Sheet, ZycoTherm SP, June 20, 2018

paving services are used for, among other things, state department of transportation projects and residential and commercial paving services, in accordance with Zydex promotional guidelines and state DOT criteria. On information and belief, this network of distributors includes at least Hi-Tech Asphalt Solutions, Western Infrastructure, KLP Commercial, LLC, and others, providing the ZycoTherm line of additives for the production and use of warm mix asphalt in at least Colorado, South Carolina, Kansas, Illinois, Oregon, Florida, North Carolina, New York, Arizona, California, Texas, Pennsylvania, and Virginia.

75.     These distributors tout the benefits of the ZycoTherm line of products as warm mix additives, demonstrating that they intend the additives to be used as such, as a direct result of Zydex's direction and instruction as stated in at least its advertising and promotional statements. For example, Hi-Tech Asphalt Solutions, a distributor of Zydex's ZycoTherm line of products in the United States, and in particular in Virginia, New York, and Texas, states on its website that ZycoTherm "Eliminates stripping", "Reduces stickiness on trucks and compaction rollers up to 194°F", "Improves field compaction up to 194 °F" and "Improves coating up to 248 °F."[11] Western Infrastructure also promotes its company as using Zydex's products as warm-mix additives, noting that the products perform well when used in accordance with the Colorado Department of Transportation's Warm Mix Asphalt procedure.

76.     On information and belief, state departments of transportation are key end users of Zydex's ZycoTherm line of additives, utilizing them as a warm-mix additive in hundreds of thousands of tons of warm mix asphalt produced and placed on state DOT highways. To be utilized by these state DOT's, additives must be specifically approved as warm mix additives, and must meet defined criteria, including prior use and temperature criteria set forth by those state agencies.

---

[11] https://www.htas.com/zycotherm

77.    Zydex's ZycoTherm line of products have been approved as warm mix asphalt additives in numerous states, including at least Colorado, South Carolina, Kansas, Illinois, Oregon, Florida, North Carolina, New York, Arizona, California, Pennsylvania, Texas, and Virginia, and have been utilized for the production of warm mix asphalt at temperatures at least 30°F lower than that permitted by asphalt mixtures not containing said additives, including temperatures of 280°F or lower.

78.    In some instances, it is Zydex's exclusive distributors who petition state departments of transportation to designate and accept the ZycoTherm line of products as approved warm-mix additives, encouraged by and in reliance on Zydex's marketing statements and promotional activity.

79.    For example, the Colorado Department of Transportation authorized Zydex's ZycoTherm product as an additive that may be used for warm-mix asphalt, listing the key contact for the technology and submission as Matt Elam, owner of Western Infrastructure, Inc.

80.    The Western Infrastructure website says that Western Infrastructure is "the exclusive distributor for Zydex Industries line of road construction chemicals in Colorado, Utah, Wyoming and New Mexico. These products include asphalt anti-strips & warm mix, emulsion additives, dust palliatives and water proofing agents."[12]

**Exemplary Claims of Infringement – '646 Patent**

81.    Independent claim 1 of the '646 Patent recites:

> 1. An asphalt paving composition comprising functionally dry, essentially water-free, non-foamed asphalt binder containing lubricating antistrip additive mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with the functionally dry, essentially water-free, non-foamed asphalt binder and lubricating antistrip additive, wherein the

---

[12] https://better-asphalt.com/

APPX32

lubricating antistrip additive reduces the mixing and compaction temperature of the warm mix paving composition such that the paving composition is produced at and is at a temperature of 280°F. or lower and can be compacted at a temperature of 260°F. or lower, and if the warm mix paving composition also comprises a lubricating wax, then the lubricating wax is 0.5 weight percent or less of the asphalt binder weight.

82.     The making, using, importation, offering for sale, and/or sale by Zydex of its ZycoTherm line of products, and resale and/or use by its customers and distributors in accordance with the information provided by Zydex represents induced and/or contributory infringement of at least claim 1 of the '646 Patent, for reasons discussed above and in more detail below.

83.     Zydex has admitted that its ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 products are lubricating antistrip additives. Zydex's marketing materials state that "ZycoTherm is a next generation antistrip additive with the additional benefit of warm mix asphalt."[13] Moreover, on information and belief, Zydex personnel have also stated that "ZycoTherm-SP is a great anti-strip and a good WMA" and that ZycoTherm SP2 "is a whole other animal in terms of performance, not only as a LASA, but as a WMA", with the term "LASA" referring to liquid antistrip additives. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012, "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA).  Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix."[14] ZycoTherm ZT, ZycoTherm SP, and ZycoTherm SP2 are thus, as noted above, each lubricating antistrip additives, in addition to being warm mix additives.

---

[13] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[14] Exhibit U, Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol, November 2, 2012.

84.     Governmental agencies differentiate between approval of the ZycoTherm line of products solely as an antistrip agent, and as a warm-mix additive in addition to antistrip properties, based on the concentration of ZycoTherm included in the mix. For example, the Virginia Department of Transportation certifies the use for which additives may be included in asphalt mix used in state projects.[15] According to Virginia approval regulations, ZycoTherm may be used as a warm mix additive, provided that it is included in the mixture at a concentration no less than 0.07%. ZycoTherm SP2 is also approved as a warm-mix additive, in concentrations no less than 0.05%. In contrast, the Virginia Department of Transportation has approved both products for inclusion in asphalt mixtures as antistrip agents, with a minimum concentration of 0.03%.[16] Thus, the ZycoTherm line of products not only constitute antistrip agents but have been utilized in sufficient quantities to qualify as such when used as a warm-mix additive, as discussed in more detail below.

85.     S.L. Williamson, an asphalt paving contractor in Virginia and customer of Zydex's infringing products, has admitted that it has added ZycoTherm to asphalt as an antistrip agent.

86.     When used in accordance with the video at https://www.htas.com/zycotherm and the Zydex brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"*,[17] ZycoTherm ZT, ZycoTherm SP, and ZycoTherm SP2 are each added to a functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with uncompacted aggregate.

87.     On information and belief, Zydex's ZycoTherm line of additives do not comprise a lubricating wax. The material data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate

---

[15] Exhibit G, Virginia DOT Materials Approval List at 44-46, 179, assessed at https://www.vdot.virginia.gov/media/vdotvirginiagov/doing-business/technical-guidance-and-support/materials/Approved-List-2023-01-04_Eric-Test.pdf

[16] Exhibit G, Virginia DOT Materials Approval List at 44-46, 179, assessed at https://www.vdot.virginia.gov/media/vdotvirginiagov/doing-business/technical-guidance-and-support/materials/Approved-List-2023-01-04_Eric-Test.pdf

[17] Exhibit V, Zydex Brochure, R_Zycotherm-Flyer_ENG_2018_1.0.

the presence of any wax.[18] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP2, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from "organic additives such as waxes."[19]

88.     Zydex's ZycoTherm products are used as warm-mix additives within the scope of '646 Patent claim 1.

89.     Zydex's ZycoTherm products are advertised to be, are intended to be, and have been utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F and can be compacted at temperatures of 260°F or lower.

90.     By way of a non-limiting example, ZycoTherm and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation.[20] According to the Arizona DOT criteria, "warm mix asphalt" is defined as asphaltic concrete that is produced within the temperature range of 215 to 275°F."[21] And in order to be approved as warm mix additives, the additives "must be a recognized WMA technology with successful projects constructed nationally, with production of at least 100,000 tons of WMA produced and placed on State DOT highways."[22] Thus, the inclusion of ZycoTherm and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA –

---

[18] Exhibit S, T.
[19] https://zydexgroup.com/warm-mix-asphalt-technologies/
[20] Exhibit H, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[21] Exhibit I, Arizona DOT Policy and Procedures Directive, accessed at
https://apps.azdot.gov/files/materials-manuals/Policy-Procedure-Directives/ppd23.pdf
[22] Exhibit H, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

asphalt produced at or below 275°F – within the scope of claim 1.

91.     ZycoTherm SP is listed by the Illinois Department of Transportation as an approved technology "for production of warm mix asphalt (WMA)."[23] As in Arizona, asphalt mixes are only classified as warm mix asphalt, or WMA, by the Illinois DOT if produced at a temperature no greater than 275°F.[24] And to be placed on the approved technology list, the applicant must demonstrate that at least 2000 tons of WMA were successfully produced and placed (i.e., used for paving) including said additive.[25] Thus, ZycoTherm SP has been used to produced WMA – asphalt at or below a temperature of 275°F – within the scope of claim 1.

92.     On information and belief, other states contain similar requirements for approval, providing additional evidence of infringement.

93.     ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 can each also be used as additives for asphalt that can be compacted at a temperature of 260°F or lower. By way of a non-limiting example, Zydex markets its ZycoTherm product as allowing for "easy compaction" at temperatures of 210°F, "thereby enabling longer hauls and cold climate paving."[26] Similarly, Zydex advertises its products as allowing for a reduction of compaction temperatures by 30-40°C,

---

[23] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf
[24] Exhibit K, Illinois DOT Warm Mix Asphalt BDE, accessed at https://apps.dot.illinois.gov/eplan/desenv/110813/DistrictStandardsForWebsite/District%204/D4 SpecialProvisions/BDE%20Specials_with%20Designer%20Notes/Individual%20BDE's/z40600. pdf
[25] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf
[26] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf

21

which is consistent with temperatures below 260°F.[27, 28]

94.     The Zydex website further explains that "Warm mix asphalt" – which it advertises its ZycoTherm line of products as enabling – is asphalt that can "be put down at about 180 degrees Fahrenheit without cooling," demonstrating not only Zydex's intent that its products be used for asphalt laid at these temperatures, but also its knowledge that such use has occurred.[29]

95.     Moreover, the clear evidence of significant quantities of WMA ***produced*** at temperatures at or below 275°F, as discussed above, provides a reasonable inference that the onsite compaction of said mixes has actually occurred at or below 260°F given the natural loss of heat during transportation and lay-down.

96.     Documents submitted by one of Zydex's customers, S.L. Williamson Company, Inc., to the Virginia Department of Transportation further demonstrate that said customer requested, and was granted, dozens of project approvals for the use of Zydex's ZycoTherm line of products in concentrations defined by the state as for use as a warm-mix additive, including projects specifically seeking approval for lay-down temperatures as low as 200°F.

97.     Additional evidence of infringement includes sales of ZycoTherm products that have been used in construction projects in Virginia, including jobs performed by Colony Construction, Inc. of Powhatan, Virginia, in projects for the Virginia Department of Transportation ("Virginia DOT"), including but not limited to Virginia DOT project number HSIP-006-662, N501, which lists a recorded field temperature of 256°F.

98.     On information and belief, including based on Zydex's marketing and promotional statements, Zydex is aware of, intends, and encourages the infringing uses described above.

---

[27] https://zydexgroup.com/bitumen-additive/
[28] See also, https://www.forconstructionpros.com/asphalt/product/12061757/zydex-inc-zycotherm-from-zydex
[29] https://zydexgroup.com/hot-mix-asphalt-vs-warm-mix-asphalt/

99.     For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes at least the aforementioned claims of the '646 Patent.

**Exemplary Claims of Infringement – '725 Patent**

100.    Independent claim 1 of the '725 Patent recites:

> 1. A warm mix asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing ii) lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof, mixed with iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive; wherein the warm mix asphalt paving composition is produced at and is at a warm mix temperature at least 30° F. lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive, and if the lubricating additive comprises a lubricating wax, the wax is 0.5 weight percent or less of the asphalt binder weight.

101.    Dependent claim 20 of the '725 Patent depends from claim 1 and recites:

> 20. A warm mix, asphalt paving composition according to claim 1 at a warm mix temperature of 280°F or lower.

102.    Independent claim 25 of the '725 Patent recites:

> 25. A warm mix asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing ii) lubricating additive selected from the group consisting of lubricating surfactant, lubricating non-surfactant other than non-surfactant additives based on wax chemistry, lubricating acid or combination thereof, mixed with iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive, wherein the warm mix asphalt paving composition is produced at and is at a warm mix temperature at least 30° F lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

103.    Dependent claim 44 of the '725 Patent depends from claim 25 and recites:

> 44. A warm mix, asphalt paving composition according to claim 25 at a warm mix temperature of 280°F or lower.

23

APPX38

104.    The making, using, importation, offering for sale, and/or sale by Zydex of its ZycoTherm line of products, and resale and/or use by its customers and distributors in accordance with the information provided by Zydex represents induced and/or contributory infringement of at least claims 1, 20, 25, and 44 of the '725 Patent, for reasons discussed above and in more detail below.

105.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '725 Patent. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012 (emphasis added), "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA). Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix."

106.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products are also each a "lubricating surfactant" to the extent claimed in the '725 Patent. On information and belief, the Zydex website initially said that ZycoTherm was a "surfactant", but that statement has been removed from the website. A paper by Hasan et al., titled Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm, also identifies ZycoTherm as being a "surfactant-based silane additive."[30] On information and belief, and because as noted above ZycoTherm SP2 "uses the same silane chemistry" as ZycoTherm SP and other blends of ZycoTherm, ZycoTherm SP and SP2 would also be determined be a surfactant. This is also supported by a comparison of the materials present in each product, as reflected in the various Materials Safety Data Sheets.[31] Consequently, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each a "lubricating additive comprising a lubricating surfactant" as called for in the '725 Patent.

---

[30] Exhibit W, Hasan et al, Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm, AIP Conference Proceedings, (October 2017), at p. 1.
[31] Exhibits S, T.

107.    When used in accordance with the video at https://www.htas.com/zycotherm and the Zydex brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"*, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to a functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with the uncompacted aggregate.

108.    On information and belief, Zydex's ZycoTherm line of additives do not comprise a lubricating wax, and thus meet the additional limitation of Claim 1. The materials data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate the presence of any wax.[32] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP and SP2, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from less beneficial technologies, "such as waxes."[33]

109.    Zydex's ZycoTherm line of products are also used as warm-mix additives within the scope of '725 Patent Claims 20 and 44, because they are advertised to be, and indeed have been, utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F, and provide for asphalt mixture that can be compacted at temperatures of 260°F or lower.

110.    By way of a non-limiting example, ZycoTherm and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation.[34] According to the Arizona DOT criteria, "warm mix asphalt" is defined as asphaltic concrete that is produced within the temperature range of 215 to 275°F."[35] And in order

---

[32] Exhibits S, T.
[33] https://zydexgroup.com/warm-mix-asphalt-technologies/
[34] Exhibit H, Arizona DOT Approved Technologies, accessed at https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[35] Exhibit I, Arizona DOT Policy and Procedures Directive, accessed at https://apps.azdot.gov/files/materials-manuals/Policy-Procedure-Directives/ppd23.pdf

to be approved as warm mix additives, the additives "must be a recognized WMA technology with successful projects constructed nationally, with production of at least 100,000 tons of WMA produced and placed on State DOT highways."[36] Thus, the inclusion of ZycoTherm and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA – asphalt produced at or below 275°F. Moreover, such temperatures are typically considered to be at least 30°F lower than corresponding hot-mix temperatures – i.e., comparison temperatures needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

111.    ZycoTherm SP is listed by the Illinois Department of Transportation as an approved technology "for production of warm mix asphalt (WMA)".[37] As in Arizona, asphalt mixes are only classified as warm mix asphalt, or WMA, by the Illinois DOT if produced at a temperature no greater than 275°F.[38] And to be placed on the approved technology list, the applicant must demonstrate that at least 2000 tons of WMA were successfully produced and placed (i.e., used for paving) including said additive.[39]

---

[36] Exhibit H, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[37] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at
https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf
[38] Exhibit K, Illinois DOT Warm Mix Asphalt BDE, accessed at
https://apps.dot.illinois.gov/eplan/desenv/110813/DistrictStandardsForWebsite/District%204/D4
SpecialProvisions/BDE%20Specials_with%20Designer%20Notes/Individual%20BDE's/z40600.pdf
[39] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at
https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf

112.    On information and belief, other states contain similar requirements for approval, providing additional evidence of infringement.

113.    Additional evidence of infringement includes sales of ZycoTherm products that have been used in construction projects in Virginia, including jobs performed by Colony Construction, Inc. of Powhatan, Virginia, in projects for the Virginia Department of Transportation ("Virginia DOT"), including but not limited to Virginia DOT project number HSIP-006-662, N501, which lists a recorded field temperature of 256°F.

114.    Thus, ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 meet the temperature limitations of claims 1, 20, 25, and 44.

115.    On information and belief, including based on Zydex's marketing and promotional statements, Zydex is aware of, intends, and encourages the infringing uses described above.

116.    For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes at least the aforementioned claims of the '725 Patent.

**Exemplary Claims of Infringement – '652 Patent**

117.    Independent claim 1 of the '652 Patent recites:

> 1.      A paving process comprising:
> (a)      adding a lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof to functionally dry, essentially water-free, non-foamed asphalt binder containing less than 5 wt. % water and heated to a warm mix temperature to create a functionally dry warm mix lubricated asphalt binder composition, and if the lubricating additive in the warm mix lubricated asphalt binder composition comprises a lubricating wax, then the lubricating wax is 0.5 wt. % or less of the asphalt binder weight;
> (b)      combining the warm mix lubricated asphalt binder composition with aggregate and recycled asphalt pavement at a warm mix temperature that is lower than a comparison temperature needed to produce a comparison paving material without the lubricating additive;

27

> (c)      mixing to coat the aggregate and recycled asphalt pavement with the lubricated asphalt binder composition to form a warm mix paving material at the warm mix temperature;
> (d)      transferring the warm mix paving material to a paving machine;
> (e)      applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then
> (f)      compacting the applied paving material to form a paved surface.

118.    Dependent claim 2 of the '652 Patent recites:

> 2. A paving process according to claim 1 wherein the warm mix paving material is at a warm mix temperature of 280° F. or lower in step (c).

119.    Dependent claim 5 of the '652 Patent recites:

> 5. A paving process according to claim 1 wherein the warm mix paving material is paved at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

120.    The making, using, importation, offering for sale, and/or sale by Zydex of its ZycoTherm line of products, and resale and/or use by its customers and distributors in accordance with the information provided by Zydex represents induced and/or contributory infringement of at least claim 1 of the '652 Patent, for reasons discussed above and in more detail below.

121.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '652 Patent. Moreover, according to the Zydex document LTP-RD-ZT-001-01 entitled "Zydex® Laboratory Test Protocol ZycoTherm Mixing Protocol" dated November 2, 2012 (emphasis added), "ZycoTherm has a positive effect on mixing, workability and compaction of warm mix asphalt (WMA). Its superior aggregate wetting and coating properties, ensures uniform [binder] film thickness and better lubrication of the warm mix."

122.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products are also each a

"lubricating surfactant" to the extent claimed in the '652 Patent. On information and belief, the Zydex website initially said that ZycoTherm was a "surfactant", but that statement has been removed from the website. A paper by Hasan et al., titled Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm, also identifies ZycoTherm as being a "surfactant-based silane additive."[40] On information and belief, and because as noted above ZycoTherm SP2 "uses the same silane chemistry" as ZycoTherm SP and other blends of ZycoTherm, ZycoTherm SP and SP2 would also be determined be a surfactant. This is also supported by a comparison of the materials present in each product, as reflected in the various Materials Safety Data Sheets.[41] Consequently, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each a "lubricating additive comprising a lubricating surfactant" as called for in the '725 Patent.

123.    When used in accordance with the video at https://www.htas.com/zycotherm and the Zydex brochure entitled *"R_Zycotherm-Flyer_ENG_2018_1.0"*, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to a functionally dry, essentially water-free, non-foamed asphalt binder, and are also mixed with the uncompacted aggregate.

124.    On information and belief, Zydex's ZycoTherm line of additives do not comprise a lubricating wax, and thus meet the additional limitation of Claim 1. The materials data safety sheets for ZycoTherm and ZycoTherm SP fail to indicate the presence of any wax.[42] And on information and belief, Zydex personnel have stated that "other blends of ZycoTherm," which would include ZycoTherm SP2, "have all utilized the same . . . components." The Zydex website further differentiates its chemical additives from less beneficial technologies, "such as waxes."[43]

---

[40] Exhibit W, Hasan et al, Performance Characterizations of Asphalt Binders and Mixtures Incorporating Silane Additive ZycoTherm, AIP Conference Proceedings, (October 2017), at p. 1.
[41] Exhibits S, T.
[42] Exhibits S, T.
[43] https://zydexgroup.com/warm-mix-asphalt-technologies/

125. Zydex's ZycoTherm line of products are also used as warm-mix additives within the scope of '652 Patent claims, because they are advertised to be, and indeed have been, utilized in warm mix asphalt paving compositions produced at and at warm mix temperatures at or below 280°F, and provide for asphalt mixture that can be prepared at a temperature at least 30°F lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

126. By way of a non-limiting example, ZycoTherm and ZycoTherm SP2 are each approved as warm mix asphalt additive technologies by the Arizona State Department of Transportation.[44] According to the Arizona DOT criteria, "warm mix asphalt" is defined as asphaltic concrete that is produced within the temperature range of 215 to 275°F."[45] And in order to be approved as warm mix additives, the additives "must be a recognized WMA technology with successful projects constructed nationally, with production of at least 100,000 tons of WMA produced and placed on State DOT highways."[46] Thus, the inclusion of ZycoTherm and ZycoTherm SP2 as approved warm mix technologies for projects with the Arizona DOT demonstrates that each has been used to produce at least a hundred thousand tons of WMA – asphalt produced at or below 275°F. Moreover, such temperatures are typically considered to be at least 30°F lower than corresponding hot-mix temperatures – i.e., comparison temperatures needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive. Indeed, Zydex's marketing materials consistently advertise its infringing

---

[44] Exhibit H, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf
[45] Exhibit I, Arizona DOT Policy and Procedures Directive, accessed at
https://apps.azdot.gov/files/materials-manuals/Policy-Procedure-Directives/ppd23.pdf
[46] Exhibit H, Arizona DOT Approved Technologies, accessed at
https://azdot.gov/sites/default/files/2023-06/approved_wma_technologies_list_june2023_0.pdf

line of products as allowing for a reduction of mixing temperature of "up to 30℃ (60°F)."[47],[48]. And other Zydex marketing materials advertise a reduction of mixing temperature of 35℃.[49]

127.    ZycoTherm SP is listed by the Illinois Department of Transportation as an approved technology "for production of warm mix asphalt (WMA)".[50] As in Arizona, asphalt mixes are only classified as warm mix asphalt, or WMA, by the Illinois DOT if produced at a temperature no greater than 275°F.[51] And to be placed on the approved technology list, the applicant must demonstrate that at least 2000 tons of WMA were successfully produced and placed (i.e., used for paving) including said additive.[52]

128.    On information and belief, other states contain similar requirements for approval, providing additional evidence of infringement.

129.    Additional evidence of infringement includes sales of ZycoTherm products and advertising materials described throughout this Complaint, which is expressly incorporated herein.

130.    Thus, ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 meet the temperature limitations of at least claims 1-3.

---

[47] https://zydexgroup.com/us/bitumen-additive/
[48] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[49] Exhibit Y, ZycoTherm Promotional Document.
[50] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf
[51] Exhibit K, Illinois DOT Warm Mix Asphalt BDE, accessed at https://apps.dot.illinois.gov/eplan/desenv/110813/DistrictStandardsForWebsite/District%204/D4SpecialProvisions/BDE%20Specials_with%20Designer%20Notes/Individual%20BDE's/z40600.pdf
[52] Exhibit J, Illinois DOT Technologies for Production of Warm Mix Asphalt, accessed at https://idot.illinois.gov/content/dam/soi/en/web/idot/documents/doing-business/specialty-lists/highways/materials/materials---physical-research/hot-mix-asphalt/warmmixasphalttechnologies.pdf

131.    Zydex's infringing products are intended to, and indeed have been utilized in a paving process in which they are combined with aggregate, mixed to coat the aggregate to form a warm mix paving material at the warm mix temperature, transferred to a paving machine, applied to a prepared surface at a warm mix paving temperature, and compacted to form a paved surface.

132.    Moreover, Zydex's infringing products are intended to, and on information and belief have been, utilized in the aforementioned process in which the asphalt binder composition is mixed not only with aggregate but also with recycled asphalt pavement. By way of non-limiting example, a Zydex marking document explains that ZycoTherm improves melting and mixing of hardened asphalt from "RAP/RAS."[53] Another Zydex marketing document states that ZycoTherm improves "the heat transfer to RAP and mixing of virgin binder with oxidized hardened RAP binder."[54] In the paving industry, RAP is used as short hand for "recycled asphalt pavement."

133.    Thus, ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 meet the additional limitations of at least claims 1-3.

134.    On information and belief, including based on Zydex's marketing and promotional statements, Zydex is aware of, intends, and encourages the infringing uses described above.

135.    For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes at least the aforementioned claims of the '652 Patent.

**Exemplary Claims of Infringement – '466 Patent**

136.    Independent claim 1 of the '466 Patent recites:

    1.    A method of making bituminous paving comprising the steps of:
    (a)    mixing a non-foamed asphalt binder composition and lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier,

---

[53] Exhibit Y, ZycoTherm Promotional Document.
[54] https://www.scribd.com/document/392262647/Zydex-Nano-Technology

dispersant viscosity modifier, additive containing viscosity modifier or dispersant modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, with aggregate at a temperature of 280° F. or lower, to coat the aggregate and produce a heated paving material at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive;

(b)        applying the heated paving material to a surface to be paved to provide an applied paving material, and

(c)        compacting the applied paving material at a temperature of 260° F. or lower to form a paved surface.

137.    Independent claim 12 of the '466 Patent recites:

12.        A method of making a warm mix paving composition comprising the steps of:

(a)        adding a lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, to an asphalt binder composition, and

(b)        mixing the asphalt binder composition with aggregate to coat the aggregate and produce a functionally dry, essentially water-free, non- foamed warm mix paving composition and at a warm mix temperature which is at least 30° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder- coated aggregate without the lubricating additive.

138.    Independent claim 17 of the '466 Patent recites:

17.        A method of forming a paved surface comprising the steps of:

(a)        mixing aggregate with a functionally dry, essentially water-free, non- foamed asphalt binder composition comprising an asphalt binder and a lubricating additive selected from the group consisting of a lubricating surfactant, a lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof to coat the aggregate and produce a warm mix paving composition at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the

lubricating additive;

(b)　　supplying the warm mix paving composition to a paving machine at a site to be paved;

(c)　　applying the warm mix paving composition to the site to be paved; and

(d)　　compacting the applied warm mix paving composition to form a paved surface.

139.　Independent claim 20 of the '466 Patent recites:

20. A paving process comprising:

(a)　　adding a lubricating substance consisting of an antistripping agent to a

non-foamed asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition;

(b)　　combining the warm mix lubricated asphalt binder composition with a suitable aggregate;

(c)　　mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material;

(d)　　transferring the warm mix paving material to a paving machine;

(e)　　applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then

(f)　　compacting the applied paving material to form a paved surface.

140.　The making, using, importation, offering for sale, and/or sale by Zydex of its ZycoTherm, ZycoTherm SP, and ZycoTherm SP 2 products represents induced and/or contributory infringement of at least independent claims 1, 12, 17 and 20 of the '466 Patent, for reasons like those discussed above in connection with the '466 and '725 Patents.

141.　As previously stated, and which is incorporated as if fully restated herein, Zydex's ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 products are each "lubricating additives" and a "lubricating surfactant" to the extent claimed in the '466 Patent, and when used in accordance with Zydex and its distributors' product literature and advertising materials, are added to an asphalt binder, and are also mixed with aggregate to produce a warm mix asphalt paving composition at a temperature which is at least 30° F lower than a comparison paving composition containing

binder-coated aggregate without the lubricating additive, and in particular, at temperatures at or below 280°F. As discussed above, Zydex's ZycoTherm products have been used in such a manner at least with respect to various state department of transportation paving projects.

142.    Zydex also advertises, and its distributors have used, the ZycoTherm line of products, in conjunction with warm mix asphalt mixtures compacted at or below 260°F.

143.    Moreover, on information and belief, Zydex, with the assistance of its regional distribution partners, has commissioned testing demonstrating the compaction temperatures of the ZycoTherm line of products, using Ingevity's licensed Evotherm® products as a benchmark.

144.    Moreover, per the Arizona DOT requirements to be listed as warm mix additives, and as discussed above, the ZycoTherm line of products have also been used in an infringing manner in at least 100,000 tons of warm mix asphalt around the country.

145.    Additional evidence of infringement includes sales of ZycoTherm products that have been used in construction projects in Virginia, including jobs performed by Colony Construction, Inc. of Powhatan, Virginia, in projects for the Virginia Department of Transportation ("Virginia DOT"), including but not limited to Virginia DOT project number HSIP-006-662, N501, which lists a recorded field temperature of 256°F.

146.    Upon information and belief, this is a just a small sample of the numerous acts of infringement committed by Zydex and its distributors and customers in Virginia and elsewhere.

147.    The ZycoTherm products therefore have been and continue to be used to infringe the claims of the '466 Patent, including at least independent claims 1, 12, 17 and 20.

148.    On information and belief, including based on Zydex's marketing and promotional statements, Zydex is aware of, intends, and encourages the infringing uses described above.

149.    For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes

35

at least the aforementioned claims of the '466 Patent.

**Exemplary Claims of Infringement – '581 Patent**

150.    Independent claim 1 of the '581 Patent recites:

1. A bituminous paving process, which process comprises:

(a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, and wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and;
(b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 55° C. below the first temperature to provide bituminous pavement having field density values of less than 10% in place air voids for the compacted bituminous mix.

151.    Independent claim 16 of the '581 Patent recites:

16. A bituminous paving process, which process comprises:

(a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, wherein the asphalt binder, aggregate and lubricating additive are essentially water free, and wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and
(b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 20° C. below the first temperature to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

36

152.    The making, using, importation, offering for sale, and/or sale by Zydex of Zydex's ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 products represents induced and/or contributory infringement of at least independent claims 1 and 16 of the '581 Patent, for reasons like those discussed above in connection with the '646, '725, and '466 Patents, the explanation for which is expressly incorporated herein.

153.    For example, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" to the extent claimed in the '581 patent. When used in accordance with Zydex marketing materials, including those hosted at Zydex's distribution partners' websites such as https://www.htas.com/zycotherm, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to an asphalt binder.

154.    Zydex marketing materials advertise the ZycoTherm line of products as having typical dosage ranges of 0.02 to 0.1% by weight of the bitumen binder, with dosages including 0.125% being recommended for certain uses, demonstrating Zydex's knowledge of and intent that its ZycoTherm products are used within the claimed dosage range.[55] This is consistent with the various departments of transportation approvals, including those from the New York Department of Transportation, which notes that ZycoTherm SP should be used in dosages ranging from 0.05% to 0.125%[56], the Missouri Department of Transportation which has approved ZycoTherm SP at dosages ranging from 0.08% to 0.125%[57], and the Pennsylvania Turnpike Commission, which has

---

[55] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[56] Exhibit N, NY DOT Reference Document Regarding Compaction Details, accessed at https://www.dot.ny.gov/divisions/engineering/technical-services/technical-services-repository/details/zycotherm.pdf
[57] Exhibit O, Mississippi DOT Approved Product Report, accessed at https://mdot.ms.gov/applications/mpl/Home/ViewPDF

mandated that ZycoTherm SP2 be the exclusive anti-strip agent used in turnpike construction projects, with dosage ranges of 0.1% when used as a warm mix additive.

155.    S.L. Williamson, an asphalt paving contractor in Virginia and customer of Zydex's infringing products has also admitted that at times it may use ZycoTherm to "allow[] asphalt to be *laid* at lower temperatures" (emphasis added), yet it declined to admit that such projects were mixed at warm mix temperatures. On information and belief, some of said mixtures were therefore mixed at hot mix temperatures and laid at warm mix temperatures, in accordance with the claims of the '581 Patent. Zydex also advertises its products as allowing for a lowered mix temperature "OR Helps in longer hauls OR Allows paving in cold conditions 0-5℃," indicating that Zydex intends, at least in some instances, for its products to be used in asphalt paving compositions prepared at hot-mix temperatures under scenarios where a greater degree of cooling will take place before paving is complete (e.g., longer hauls or extreme cold conditions), and thus constituting hot mixed but warm laid pavement.[58]

156.    As discussed above, the ZycoTherm line of products also can be, are advertised to be, and indeed have been used to create asphalt mixtures that are laid at temperatures less than 130℃ (266°F), and at least 55℃ below the mix temperature. For example, Zydex advertises that its additives enable "Consistent and easy compaction can be achieved up to temperatures of 98 ℃ (210 °F)",[59] which is both less than 130℃ and more than 55℃ (99°F) lower than the claimed first temperature of at least 160℃.

---

[58] Exhibit Y, Zydex Promotional Document.
[59] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf

157.    ZycoTherm, ZycoTherm SP and ZycoTherm SP2 also each have a maximum normal force no more than about 5.5 Newtons at 90℃, in accordance with the claims of the '581 Patent.

158.    Asphalt pavement compositions containing the ZycoTherm line of additives, and mixed and laid in accordance with Zydex advertising and state Department of Transportation guidelines also contain less than 10% in place air voids as called for in '581 Patent claim 1 (viz., field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix as called for in '581 Patent claim 16). Certain of the states for which the ZycoTherm line of products are approved include maximum air void content restrictions, setting the limit below the claimed limitation, and demonstrating infringement by each project utilizing the ZycoTherm line of additives therein. For example, the Texas DOT requires compaction to between 3.8% and 8.5% in place air voids for products mixed at hot mix temperatures.[60]

159.    The aforementioned ZycoTherm products are consequently used, and intended to be used, to infringe the claims of the '581 Patent, including at least independent claims 1 and 16.

160.    For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes at least the aforementioned claims of the '581 Patent.

**Exemplary Claims of Infringement – '446 Patent**

161.    Independent claim 1 of the '446 Patent recites.

    1. A bituminous paving process, which process comprises:

        (a) mixing an asphalt binder, aggregate and lubricating additive at a first temperature greater than 160° C. to form a bituminous mix comprising aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises a lubricating

---

[60] Exhibit P, Texas DOT Item 340, accessed at https://ftp.txdot.gov/pub/txdot-info/cmd/cserve/specs/2014/standard/s340.pdf

non-aqueous surfactant, non-surfactant additive, acid, or combinations thereof;
(b) hauling the bituminous mix to a paving site; and
(c) compacting the bituminous mix at a second temperature less than 130°C., to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

162.    The making, using, importation, offering for sale, and/or sale of Zydex's ZycoTherm, ZycoTherm SP, and ZycoTherm SP2 products represents induced and/or contributory infringement of at least independent claim 1 of the '446 Patent, for reasons like those discussed above in connection with the '646, '725, '466, and '581 Patents, the explanation for which is expressly incorporated herein.

163.    For example, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each "lubricating additives" and lubricating surfactants to the extent claimed in the '446 patent, for the reasons discussed above. Each are also formulated using non-aqueous solvents, and therefore are themselves non-aqueous. When used in accordance with Zydex marketing materials, including those hosted at Zydex's distribution partners' websites such as https://www.htas.com/zycotherm, ZycoTherm, ZycoTherm SP and ZycoTherm SP2 are each added to an asphalt binder.

164.    S.L. Williamson, an asphalt paving contractor in Virginia and customer of Zydex's infringing products has also admitted that at times it may use ZycoTherm to "allow[] asphalt to be **_laid_** at lower temperatures" (emphasis added), yet it declined to admit that such projects were mixed at warm mix temperatures. On information and belief, some of said mixtures were therefore mixed at hot mix temperatures and laid at warm mix temperatures, in accordance with the claims of the '446 Patent.

165.    As discussed above, the ZycoTherm line of products also can be, are advertised to be, and indeed have been used to create asphalt mixtures that are laid at temperatures less than

40

130℃ (266°F), and at least 55℃ below the mix temperature. For example, Zydex advertises that its additives enable "Consistent and easy compaction can be achieved up to temperatures of 98 ℃ (210 °F)",[61] which is both less than 130℃ and more than 55℃ (99°F) lower than the claimed first temperature of at least 160℃.

166.    Asphalt pavement compositions containing the ZycoTherm line of additives, and mixed and laid in accordance with Zydex advertising and state Department of Transportation guidelines are also compacted to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix. Certain of the states for which the ZycoTherm line of products are approved include maximum air void content restrictions, requiring the mix to comprise less than 10% air voids. For example, the Texas DOT requires compaction to between 3.8% and 8.5% in place air voids for products mixed at hot mix temperatures.[62]

167.    The aforementioned ZycoTherm products are consequently used, and intended to be used, to infringe the claims of the '446 Patent, including at least independent claim 1.

168.    For at least the foregoing reasons, Zydex indirectly and/or contributorily infringes at least the aforementioned claims of the '446 Patent.

**Zydex's Willful Infringement**

169.    In September 2017, Plaintiffs sent a letter to Zydex concerning their marketing of ZycoTherm and two other products (ZycoTherm-EZ and Zycosoil). The letter identified seven US patents including the '466 and '725 Patents, as well as their Reexamination Certificates, that, based

---

[61] Exhibit F, Zydex – Odor Free Antistrip and Warm Mix Technology, accessed at https://zydexgroup.com/wp-content/uploads/2023/06/120623-Zycotherm-Brochure.pdf
[62] Exhibit P, Texas DOT Item 340, accessed at https://ftp.txdot.gov/pub/txdot-info/cmd/cserve/specs/2014/standard/s340.pdf

upon available information, Zydex likely required a license to in order to sell the subject products.

Plaintiffs' letter stated that:

> Based on the claims made in your marketing literature and our understanding of the products ZycoTherm, ZycoTherm-EZ and Zycosoil, we believe a license under the portfolio may be needed to import, manufacture, sell, offer for sale or use one or more of those products in the U.S. and other countries listed in the portfolio. Ergon and ALM have exclusively licensed the portfolio to Ingevity. Ingevity has the ability to grant sublicenses, has done so for two significant sellers of warm mix additives, and may be willing to do so in your case. We would be happy to put you in touch with the proper personnel at Ingevity for further discussions.

170. A signed copy of Plaintiffs' September 2017 letter is not presently available to Plaintiffs, but the Word version of the unsigned letter is on information and belief a true copy and is attached hereto as **Exhibit Q**.

171. Zydex replied to Plaintiffs' letter in an October 2017 letter attached hereto as **Exhibit R**. Zydex requested "specific details concerning why Ergon believes Zydex may need a license under Ergon's portfolio in order for Zydex to import, manufacture, sell, offer to sell or use in the U.S. one or more of Zydex's products" and contact information for Ingevity.

172. Zydex has since then launched its ZycoTherm SP and ZycoTherm SP2 products. The ZycoTherm SP2 product is in particular an improved warm mix additive, and on information and belief now has substantial sales. As discussed above, ZycoTherm SP2 has on information and belief been described by Zydex's personnel as "basically ZycoTherm-SP on steroids" and "a whole other animal in terms of performance, not only as a LASA, but as a WMA."

## COUNT I
## INFRINGEMENT OF THE '646 PATENT

173. Plaintiffs repeat the allegations of paragraphs 1 through 172 above as fully set forth herein.

174.     Plaintiffs are the owners of the '646 Patent. Plaintiffs possess the right to enforce the '646 Patent and the right to recover for infringement thereof, including damages for any infringement.

175.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '646 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

176.     Defendants contributorily infringe one or more claims of the '646 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '646 Patent, that Defendants know to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

177.     Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '646 Patent by inducing third parties to infringe the '646 Patent and by contributorily infringing the '646 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '646 Patent.

178.     Defendants' infringement of the '646 Patent is willful.

179.     Defendants will continue to infringe the '646 Patent unless enjoined by this Court.

180.     Plaintiffs have been and continue to be damaged by Defendants' infringement of the '646 Patent in an amount to be determined at trial.

43

181.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '646 Patent is enjoined by this Court.

182.    Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

**COUNT II**
**INFRINGEMENT OF THE '725 PATENT**

183.    Plaintiffs repeat the allegations of paragraphs 1 through 182 above as fully set forth herein.

184.    Plaintiffs are the owners of the '725 Patent. Plaintiffs possess the right to enforce the '725 Patent and the right to recover for infringement thereof, including damages for any infringement.

185.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '725 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

186.    Defendants contributorily infringe one or more claims of the '725 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '725 Patent, that Defendants know to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

44

187.     Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '725 Patent by inducing third parties to infringe the '725 Patent and by contributorily infringing the '725 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '725 Patent.

188.     Defendants' infringement of the '725 Patent is willful.

189.     Defendants will continue to infringe the '725 Patent unless enjoined by this Court.

190.     Plaintiffs have been and continue to be damaged by Defendants' infringement of the '725 Patent in an amount to be determined at trial.

191.     Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '725 Patent is enjoined by this Court.

192.     Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT III
## INFRINGEMENT OF THE '652 PATENT

193.     Plaintiffs repeat the allegations of paragraphs 1 through 192 above as fully set forth herein.

194.     Plaintiffs are the owners of the '652 Patent. Plaintiffs possess the right to enforce the '652 Patent and the right to recover for infringement thereof, including damages for any infringement.

195.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '652 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2

45

products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

196.    Defendants contributorily infringe one or more claims of the '652 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '652 Patent, that Defendants know to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

197.    Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '652 Patent by inducing third parties to infringe the '652 Patent and by contributorily infringing the '652 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '652 Patent.

198.    Defendants' infringement of the '652 Patent is willful.

199.    Defendants will continue to infringe the '652 Patent unless enjoined by this Court.

200.    Plaintiffs have been and continue to be damaged by Defendants' infringement of the '652 Patent in an amount to be determined at trial.

201.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '652 Patent is enjoined by this Court.

202.    Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

**COUNT IV**
**INFRINGEMENT OF THE '466 PATENT**

46

203.     Plaintiffs repeat the allegations of paragraphs 1 through 202 above as fully set forth herein.

204.     Plaintiffs are the owners of the '466 Patent. Plaintiffs possess the right to enforce the '466 Patent and the right to recover for infringement thereof, including damages for any infringement.

205.     Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '466 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

206.     Defendants contributorily infringe one or more claims of the '466 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '466 Patent, that Defendants know to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

207.     Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '466 Patent by inducing third parties to infringe the '466 Patent and by contributorily infringing the '466 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's lubricating additives in a manner that infringes the '466 Patent.

208.     Defendants' infringement of the '466 Patent is willful.

209.     Defendants will continue to infringe the '466 Patent unless enjoined by this Court.

47

210.    Plaintiffs have been and continue to be damaged by Defendants' infringement of the '466 Patent in an amount to be determined at trial.

211.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '466 Patent is enjoined by this Court.

212.    Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## COUNT V
## INFRINGEMENT OF THE '581 PATENT

213.    Plaintiffs repeat the allegations of paragraphs 1 through 212 above as fully set forth herein.

214.    Plaintiffs are the owners of the '581 Patent. Plaintiffs possess the right to enforce the '581 Patent and the right to recover for infringement thereof, including damages for any infringement.

215.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '581 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

216.    Defendants contributorily infringe one or more claims of the '581 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '581 Patent, that Defendants know to be especially made, or adapted for use in

48

making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

217.    Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '581 Patent by inducing third parties to infringe the '581 Patent and by contributorily infringing the '581 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's accused products in a manner that infringes the '581 Patent.

218.    Defendants' infringement of the '581 Patent is willful.

219.    Defendants will continue to infringe the '581 Patent unless enjoined by this Court.

220.    Plaintiffs have been and continue to be damaged by Defendants' infringement of the '581 Patent in an amount to be determined at trial.

221.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '581 Patent is enjoined by this Court.

222.    Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

**COUNT VI**
**INFRINGEMENT OF THE '446 PATENT**

223.    Plaintiffs repeat the allegations of paragraphs 1 through 222 above as fully set forth herein.

224.    Plaintiffs are the owners of the '446 Patent. Plaintiffs possess the right to enforce the '446 Patent and the right to recover for infringement thereof, including damages for any infringement.

49

225.    Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '446 Patent, literally or under the doctrine of equivalents, by importing, offering for sale, and/or selling products, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, to be used in warm mix asphalt paving compositions that embody the patented invention.

226.    Defendants contributorily infringe one or more claims of the '446 Patent by importing, selling, and offering to sell lubricating additives, including the ZycoTherm, ZycoTherm SP and ZycoTherm SP2 products described herein, that are material to making the compositions claimed in the '446 Patent, that Defendants know to be especially made, or adapted for use in making those compositions, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

227.    Defendants have indirectly infringed and continue to indirectly infringe one of more claims of the '446 Patent by inducing third parties to infringe the '446 Patent and by contributorily infringing the '446 Patent. Specifically, Defendants have actively encouraged and instructed other prospective buyers to use Zydex's accused products in a manner that infringes the '446 Patent.

228.    Defendants' infringement of the '446 Patent is willful.

229.    Defendants will continue to infringe the '446 Patent unless enjoined by this Court.

230.    Plaintiffs have been and continue to be damaged by Defendants' infringement of the '446 Patent in an amount to be determined at trial.

231.    Plaintiffs have suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless Defendants' infringement of the '446 Patent is enjoined by this Court.

232.    Defendants' conduct makes this an exceptional case; Plaintiffs should therefore be awarded enhanced damages and its reasonable attorney's fees pursuant to 35 U.S.C. §§ 284 and 285 and other applicable rules, statutes, and law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the following:

a.     A judgment that United States Patent No. 10,214,646 was duly and legally issued, is valid, and enforceable;

b.     A judgment that United States Patent No. 7,815,725 B2 was duly and legally issued, is valid, and enforceable;

c.     A judgment that United States Patent No. 9,394,652 B2 was duly and legally issued, is valid, and enforceable;

d.     A judgment that United States Patent No. 7,981,466 B2 was duly and legally issued, is valid, and enforceable;

e.     A judgment that United States Patent No. 8,734,581 B2 was duly and legally issued, is valid, and enforceable;

f.     A judgment that United States Patent No. 9,175,446 B2 was duly and legally issued, is valid, and enforceable;

g.     A judgment that Defendants have infringed one or more claims of the '646 Patent and that such infringement has been willful;

h.     A judgment that Defendants have infringed one or more claims of the '725 Patent and that such infringement has been willful;

i.     A judgment that Defendants have infringed one or more claims of the '652 Patent and that such infringement has been willful;

j.       A judgment that Defendants have infringed one or more claims of the '466 Patent and that such infringement has been willful;

k.       A judgment that Defendants have infringed one or more claims of the '581 Patent and that such infringement has been willful;

l.       A judgment that Defendants have infringed one or more claims of the '446 Patent and that such infringement has been willful;

m.       An injunction enjoining and restraining Defendants, their officers, directors, agents, servants, employees, attorneys, and all others acting under or through them from directly or indirectly infringing the '646, '725, '652, '466, '581, and '446 Patents;

n.       An injunction enjoining and restraining Defendants, their officers, directors, agents, servants, employees, attorneys, and all others acting under or through them from seeking approval from any governmental or administrative agency authorizing ZycoTherm, ZycoTherm SP, ZycoTherm SP2, or any other substantially similar product from being used in an infringing manner, including but not limited to their use as warm mix additives;

o.       A judgment and order requiring Defendants to pay all damages arising from their infringement of the '646, '725, '652, '466, '581, and '446 Patents, including treble damages for willful infringement pursuant to 35 U.S.C. § 284, with interest;

p.       A determination that this is an exceptional case pursuant to 35 U.S.C. § 285;

q.       A judgment and order directing Defendants to pay the costs and expenses of this action and attorneys' fees pursuant to 35 U.S.C. § 285 and other applicable law, with interest; and

r.       Such further relief as the Court deems just and equitable.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby assert their right to,

52

and hereby demand, a trial by jury of all issues so triable.

Date: March 21, 2024                    Respectfully submitted,

_/s/ John C. Phillips, Jr._
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
302-655-4200 Telephone
302-655-4210 Facsimile
jcp@pmhdelaw.com
mch@pmhdelaw.com

Jeffer Ali
jeffer.ali@huschblackwell.com
HUSCH BLACKWELL LLP
80 S. Eighth Street
Suite 4800
Minneapolis, MN 55402
612-852-3610 Telephone
612-852-2701 Facsimile

Stephen R. Howe
steve.howe@huschblackwell.com
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
414-273-2100 Telephone
414-223-5000 Facsimile

**_Attorneys for Plaintiffs A.L.M. Holding Company and
Ergon Asphalt & Emulsions, Inc._**

53

APPX68



An Ergon Company

P.O. Box 23028
Jackson, MS
39225-3028 USA
601-933-3000
ergonasphalt.com

September 13, 2017                                                       **Via Priority Mail**

Zydex Industries
106 Kitty Hawk Dr
Morrisville, NC 27560

HTAS
6055 Mechanicsville Turnpike
Mechanicsville, VA 23111

SDS Sales and Distribution Services
22765 Savi Ranch Parkway
Suite F
Yorba Linda CA 92887

Re:     Ergon – ALM – Ingevity Warm Mix Patent Portfolio; ZycoTherm, ZycoTherm-
        EZ and Zycosoil

To whom it may concern:

Ergon Asphalt & Emulsions, Inc. of Jackson, Mississippi and ALM Holding Co. of
Onalaska, Wisconsin co-own an extensive warm mix asphalt patent portfolio.  We
enclose a current portfolio copy, and recommend that you review it and at least the
separately enclosed copies of U.S. Patent Nos. 7,815,725 B2 and its first and second
reexamination certificates; 7,968,627 B2; 7,981,466 B2 and its reexamination
certificate; 8,679,245 B2; 8,734,581 B2; 9,175,446 B2 and 9,394,652 B2.  Based on
the claims made in your marketing literature and our understanding of the products
ZycoTherm, ZycoTherm-EZ and Zycosoil, we believe a license under the portfolio
may be needed to import, manufacture, sell, offer for sale or use one or more of
those products in the U.S. and other countries listed in the portfolio.

Ergon and ALM have exclusively licensed the portfolio to Ingevity.  Ingevity has the
ability to grant sublicenses, has done so for two significant sellers of warm mix
additives, and may be willing to do so in your case.  We would be happy to put you
in touch with the proper personnel at Ingevity for further discussions.  We would
also be happy to send you copies of any of the other issued patents or pending
applications listed in the portfolio.

We request in any event your response to this notice letter within the next thirty (30) days.  Thank you for your assistance.

Best regards,


J. Baxter Burns, II
President


cc:     Steve Mathy, ALM Holding Co.
        Andrew Crow, Ingevity

Enc:    Ergon-ALM-Ingevity Warm Mix Asphalt Portfolio
        U.S. Patent No. 7,815,725 B2 and its first and second reexamination certificates
        U.S. Patent No. 7,968,627 B2
        U.S. Patent No. 7,981,466 B2 and its reexamination certificate
        U.S. Patent No. 8,679,245 B2
        U.S. Patent No. 8,734,581 B2
        U.S. Patent No. 9,175,446 B2
        U.S. Patent No. 9,394,652 B2

# *Zydex Industries*

ZYDEX HOUSE, 61, Gotri - Sevasi Road, Gotri, Vadodara - 390 021. Gujarat. INDIA
Tel : +91 265 3312000 Mail : info@zydexindustries.com Web : www.zydexindustries.com

3rd October, 2017

J. Baxter Burns, II
President
Ergon Asphalt & Emulsions, Inc.
P.O. Box 23028
Jackson, MS 39225-3028 (USA)

Dear Mr. Burns,

We are in receipt of your letter dated September 13, 2017.  In your letter, you recommend that Zydex Industries review seven patents you assert are co-owned by Ergon Asphalt & Emulsions and ALM Holding Company: U.S. Patent Nos. 7,815,725; 7,968,627; 7,981,466; 8,679,245; 8,734,581; 9,175,446; and 9,394,652.  You also assert without explanation that after a review of Zydex's "marketing literature" and "your understanding" of the products ZycoTherm, ZycoTherm-EZ, and Zycosoil (collectively, "Zydex's products"), "you believe" a license under your patents "may be needed."

Unfortunately, the vague references to your review of Zydex's marketing literature and your understanding of the names of several of our products does not provide enough information for Zydex to provide any substantive response to your letter.  If Ergon would like Zydex to respond, please inform of the specific details concerning why Ergon believes Zydex may need a license under Ergon's portfolio in order for Zydex to import, manufacture, sell, offer to sell, or use in the U.S. one or more of Zydex's products.

In addition, in your letter you inform that Ingevity is an exclusive licensee to Ergon's patent portfolio and suggest that you can put us in touch with proper persons at Ingevity in the event there are further discussions regarding a license.  When you provide the specific details requested above regarding why Ergon believes Zydex may require a license, please also provide the contact information for the persons you reference at Ingevity.

Very truly yours,

Ajay Ranka (Ph.D)
C.E.O.
Zydex Industries
1661575v1

# EXHIBIT A

CONFIDENTIAL

## Agreement

This Agreement is made this 1st day of January, 2008 (the "Effective Date"), by and among ALM HOLDING CO., a Wisconsin corporation having an office and principal place of business at 920 10th Avenue North, Onalaska, Wisconsin 54650 ("ALM"); ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation having an office and place of business at 2829 Lakeland Drive, Jackson, Mississippi 39215 (Ergon"); and MEADWESTVACO CORPORATION, a Delaware corporation acting through its Specialty Chemicals Division, having an office and principal place of business at 5255 Virginia Avenue, North Charleston, South Carolina 29406 ("MeadWestvaco").

### RECITALS:

**WHEREAS** ALM and Ergon (collectively, the "Licensors") have identified various additives for making Warm Mix Asphalt and have developed various methods for its application, and own know-how and patent rights relating thereto;

**WHEREAS** MeadWestvaco manufactures and sells additives for use in Warm Mix Asphalt, and owns patent rights relating thereto;

**WHEREAS** MeadWestvaco desires an exclusive license, subject to certain rights to be reserved by the Licensors, under the Licensors' Warm Mix Asphalt know-how and patent rights;

**WHEREAS** ALM and Ergon desire a nonexclusive license under MeadWestvaco's Warm Mix Asphalt patent rights;

**WHEREAS** the Licensors desire that they and interested end-users will readily be able to obtain appropriate additives for use in mixing and applying Warm Mix Asphalt;

**WHEREAS** the Licensors and MeadWestvaco each wish to perform further developmental work and make further improvements relating to the manufacture, application or use of Warm Mix Asphalt;

**WHEREAS** the Licensors and MeadWestvaco each wish to increase their respective asphalt and additive businesses and promote the adoption and use of Warm Mix Asphalt; and

**WHEREAS** ALM, Ergon and MeadWestvaco are willing to grant and accept such licenses and to perform such developmental work, subject to the terms and conditions set forth in this Agreement.

**NOW, THEREFORE,** in consideration of these premises and for other good and valuable consideration, receipt of which is hereby acknowledged, ALM, Ergon and MeadWestvaco hereby agree as follows:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

**Execution Version**
ALM00000113

APPX78

ALM00000113

CONFIDENTIAL

## Article I
### Definitions

For the purpose of this Agreement, the following terms shall have the following meanings and shall be applicable to the singular or the plural:

**1.1** **"Affiliate"** means any corporation, firm, partnership, proprietorship, or other form of business organization as to which the control of the business shall be directly or indirectly exercised by a Party, any corporation, firm, partnership, proprietorship or other form of business organization in which a Party directly or indirectly has a fifty percent or greater ownership interest, or any corporation, firm, partnership, proprietorship or other form of business organization that controls or is under common control with a Party.

**1.2** **"Counterpart"** means any patent, utility model or application therefore, including reexaminations and reissues, which under international treaty or national law claims priority to or the benefit of the filing date of an earlier application for a patent or utility model.

**1.3** **"Dry Warm Mix Sales"** means a Licensed Product sold with the intent or understanding that it will be used without non-naturally occurring water.

**1.4** **"Improvement Patent Right"** means any patent, utility model or application therefor and any Counterpart thereof on an invention made by personnel of a Party or its Affiliate after the Effective Date, or if not made by any such personnel then acquired from a third party during the Term of this Agreement, and relating to additives for, or methods for the application of, Warm Mix Asphalt.

**1.5** **"Know-How"** means any information or data developed by Licensors or their Affiliates as of the Effective Date relating to additives for, or methods for the application of, Warm Mix Asphalt. Know-How shall not include information or data which:
   a) was already publicly known prior to the Effective Date, if demonstrable using prior written records; or
   b) relates to the composition or manufacture of asphalt binders which in the absence of an additive described or claimed in the Patent Rights would have to be mixed with aggregate at temperatures at or above 120°C to attain a commercially satisfactory asphalt paving mixture; or
   c) relates to the composition, manufacture or application of asphalt paving mixtures which in the absence of an additive described or claimed in the Patent Rights would have to be applied and initially compacted at temperatures at or above 120°C to attain commercially satisfactory measured air void values.

**1.6** **"Licensed Product"** means any additive sold for use in or in connection with the application of Warm Mix Asphalt and which:
   a) is claimed in the Patent Rights, or
   b) employs Know-How
whether or not an asphalt paving mixture containing such additive is actually applied or compacted. For the avoidance of doubt, aggregate shall not be deemed to be an additive under

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

Execution Version
ALM00000114

APPX79

ALM00000113

CONFIDENTIAL

this paragraph, nor shall any asphalt binder which in the absence of such additive would have to be part of an asphalt paving mixture applied and compacted at temperatures at or above 160°C to attain commercially satisfactory measured air void values.

**1.7** **"Licensed Technology"** means the Patent Rights and Know-How.

**1.8** **"Licensee"** means MeadWestvaco, MeadWestvaco Affiliates and any permitted sublicensee of MeadWestvaco under the rights herein provided, as applicable.

**1.9** **"Other Warm Mix Sales"** means a Licensed Product sold with the intent or understanding that non-naturally occurring water will be added to it or with it to make Warm Mix Asphalt.

**1.10** **"Party"** means ALM, Ergon or MeadWestvaco, as applicable.

**1.11** **"Patent Rights"** mean the patent applications and patents listed in attached Appendix A and their Counterparts.

**1.12** **"Proprietary Information"** means:
   a) the terms but not the existence of this Agreement;
   b) reports and payments made under Article III; and
   c) any other information or material in tangible, oral or visual form disclosed in connection with this Agreement by ALM, an ALM Affiliate, Ergon or an Ergon Affiliate to MeadWestvaco or a MeadWestvaco Affiliate, and any other information or material in tangible, oral or visual form disclosed in connection with this Agreement by MeadWestvaco or a MeadWestvaco Affiliate to ALM, an ALM Affiliate, Ergon or an Ergon Affiliate, provided that such other information or material has itself been marked as "confidential" or "proprietary", or has been so marked in a copy or descriptive summary delivered to the recipient no later than one month after such disclosure. During this one month period, the information or material shall be treated as Proprietary Information.

Proprietary Information shall not include information which:
   a) is or becomes publicly known without breach of legal duty by the recipient; or
   b) was already known by the recipient prior to such disclosure as shown by the recipient's prior written records; or
   c) is obtained in good faith on an unrestricted basis by the recipient from a third party; or
   d) is independently developed by the recipient without reference to the discloser's Proprietary Information.

**1.13** **"Warm Mix Asphalt"** means an asphalt paving mixture containing an asphalt binder, aggregate and additive, which asphalt paving mixture:
   a) may be satisfactorily applied at a temperature greater than or equal to 100°C and less than 160°C; or

-3-
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

Execution Version
ALM00000115

APPX80

ALM00000113

CONFIDENTIAL

b) may be mixed at a chosen mixing temperature and satisfactorily compacted at an initial compaction temperature at least 15°C below the initial compaction temperature required in the absence of such additive, as determined using mixing and compaction temperatures selected based on a commercially-acceptable testing procedure, or as determined using mixing and compaction temperatures selected based on the chosen asphalt grade, mixture type, paving location and environmental conditions where the mixture will be applied.

## Article II
## License Grants and Commercialization

**2.1** **License and Exclusivity.** The Licensors hereby grant to Licensee a royalty-bearing, worldwide license under the Licensed Technology to manufacture, have manufactured, import, use, sell, offer to sell and otherwise commercialize Licensed Products. This license shall be exclusive (with the proviso that Licensors reserve for themselves certain rights set out in Paragraph 2.4) for so long as the annual Earned Royalties paid by Licensee meet the minimum annual royalty amounts set out in Paragraph 3.4. If such minimum annual royalty amounts are not met, then this license shall become non-exclusive as provided in Paragraph 3.4. This license includes the right for third parties to manufacture, use (including for the paving of roads), sell and offer for sale Warm Mix Asphalt containing Licensed Products and paved asphalt surfaces made using Licensed Products, but only to the extent that such Licensed Products have been purchased from a Licensee under this Agreement.

**2.2** **Disclosure of Know-How.** Promptly after execution of this Agreement, Licensors shall disclose to MeadWestvaco the Licensed Technology necessary to permit MeadWestvaco to exercise fully the license grant of Paragraph 2.1, including providing to MeadWestvaco copies of such documents, drawings, pictures, electronic files and other records as MeadWestvaco may reasonably request.

**2.3** **Sublicensing.** For so long as its license under Paragraph 2.1 is exclusive, MeadWestvaco may sublicense its rights under this Agreement provided that it first provides the terms and conditions of any such sublicense to Licensors for their prior review and approval, which approval shall not be unreasonably withheld. The obligations in this Agreement shall be binding on any sublicensee as if it were a Party hereto. Sales made by a sublicensee shall be reported and royalty paid to Licensors as if MeadWestvaco had made such sale. Upon any termination of this Agreement or any conversion of the license under Paragraph 2.1 to a nonexclusive license, all sublicensee rights shall also terminate.

**2.4** **Licensors' Reserved Rights.** Licensors reserve a royalty-free, worldwide license under the Licensed Technology, with the right to sublicense only their respective Affiliates, to:
a) manufacture, have manufactured, import and use Licensed Products and asphalt paving mixtures containing Licensed Products for research and development purposes, and
b) manufacture, have manufactured, import, use, sell and offer to sell asphalt paving mixtures containing Licensed Products purchased from MeadWestvaco.

Execution Version
ALM00000116

ALM00000113

MeadWestvaco agrees that the prices charged by MeadWestvaco or its Affiliates to ALM, Ergon and their respective Affiliates for Licensed Products purchased when exercising the rights set out in this Paragraph 2.4 shall not bear Earned Royalty under this Agreement and shall be less than the lowest price charged by MeadWestvaco or its Affiliates to any third party purchasing similar Licensed Products in the Licensors' markets. If MeadWestvaco is unable, within three months after being asked to do so, to supply or to broker from a third party a commercially satisfactory Licensed Product desired by Licensors or their respective Affiliates for any exercise of the rights set out in Paragraph 2.4 in any Warm Mix Asphalt paving application, then Licensors and their respective Affiliates may without payment of royalties to MeadWestvaco obtain and use a substitute Licensed Product obtained from a third party in order to exercise such rights. In any event, the license under subparagraph 2.4(b) shall include the right for third parties to use and sell paved asphalt surfaces made using such Licensed Products purchased from MeadWestvaco and (only in the case where Licensors are permitted to obtain and use substitute Licensed Products) paved asphalt surfaces made using such substitute Licensed Products. The license under subparagraph 2.4(b) shall also include a royalty-free, worldwide license to Licensors under the patents, utility models and applications therefor listed in Appendix B and their Counterparts, with the right to sublicense only their respective Affiliates, to employ direct injection of aqueous solutions into asphalt using additives purchased from MeadWestvaco or such substitute Licensed Products. Once MeadWestvaco has provided written notice to Licensors of its ability to provide a commercially satisfactory Licensed Product in place of a substitute Licensed Product, Licensors and their respective Affiliates shall, beginning one month after the date of such notice, purchase such commercially satisfactory Licensed Product from MeadWestvaco, and any licenses to third parties in respect of such substitute Licensed Products shall terminate.

**2.5    Warm Mix Asphalt Emulsion License.** MeadWestvaco hereby grants to each of Licensors a royalty-free, worldwide, nonexclusive license under the patents, utility models and applications therefor listed in attached Appendix B and their Counterparts, with the right to sublicense only their respective Affiliates, to manufacture, have manufactured, import, use, sell and offer to sell asphalt paving mixtures containing emulsified asphalt made using additives purchased from MeadWestvaco. MeadWestvaco agrees that the prices charged to ALM, Ergon and their respective Affiliates for such additives shall be less than the lowest price charged to any third party for similar additives. This license includes the right for third parties to use and sell paved asphalt surfaces made using such additives purchased from MeadWestvaco.

**2.6    Improvement Patent Rights.** ALM, Ergon, MeadWestvaco and their respective Affiliates may each continue their own research and development concerning Warm Mix Asphalt. Promptly after filing a Provisional Application for (or acquiring from any third party) any Improvement Patent Rights, and prior to filing any other patent, utility model or application therefor or any Counterpart thereof, the identifying or acquiring Party will advise the other Parties concerning such Improvement Patent Rights. The Parties will thereafter discuss whether such Improvement Patent Rights should be added to Appendix A or Appendix B and whether any other amendments to this Agreement should be made in recognition thereof.

**2.7    Technical Development, Support, & Promotion of Warm Mix Asphalt.** The Parties shall apply good faith efforts toward making Licensed Products which provide commercially

ALM00000113

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

satisfactory Warm Mix Asphalt performance at competitive cost using a variety of asphalt grades at a variety of paving sites, and shall make available the technical resources necessary (including up to three person-days per quarter of help from its technical personnel) for continued technical development, laboratory testing, mixture design or other technical support required to maintain rapid commercial adoption of Warm Mix Asphalt technologies. The parties may arrange for more than three person-days per quarter of such help at an agreed rate for *per diem* charges and travel costs. Except insofar as may be required in connection with MeadWestvaco's marketing of additives for Warm Mix Asphalt containing additives and technology described in patents, utility models and applications therefor listed in Appendix B and their Counterparts, MeadWestvaco shall use commercially reasonable efforts to market Licensed Products for use in Warm Mix Asphalt and shall not market or promote other non-emulsified Warm Mix Asphalt additives as a replacement for the Licensed Products. The Parties shall also use commercially reasonable efforts to promote the benefits and advantages of Warm Mix Asphalt at industry conferences, meetings, and the like. A Party shall not disparage another Party or its products or technologies.

**2.8    Annual Meeting.** The parties shall meet at least once annually at a mutually-agreeable time and place (for example, just prior to the December Asphalt Institute meeting) to discuss their respective plans and requirements for continued technical development and technical support under this Agreement, to discuss additional Warm Mix Asphalt commercialization opportunities and to agree upon timelines for addressing these plans, requirements and opportunities.

**2.9    Limitation on Licenses and Royalties.** No licenses are granted by any Party beyond the licenses expressly set forth in this Agreement, and no other royalties will be owed beyond those expressly set forth in this Agreement.

## Article III
### Royalties, Reports, Payments and Records

**3.1    Earned Royalties.** Subject to the provisions of Paragraphs 3.2 and 3.3, sales by any Licensee or permitted sublicensee under Paragraph 2.3 to any third party of Licensed Products which are (a) Dry Warm Mix Sales claimed in the Patent Rights or (a) Other Warm Mix Sales claimed in the Patent Rights shall bear an "Earned Royalty" based on the formulas shown below:

Earned Royalty = Index Adjusted Selling Price (IASP) X Royalty Rate, wherein

**Earned Royalty for Dry Warm Mix Sales**

| IASP (in U.S. Dollars/Pound of Additive Solids) | Royalty Rate |
|---|---|
| ███████ | |
| ███████ | [███████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

### Earned Royalty for Other Warm Mix Sales

| IASP (in U.S. Dollars/Pound of Additive Solids) | Royalty Rate |
|---|---|
|  |  |
|  |  |

The IASP shall be adjusted quarterly using the U.S. Bureau of Labor Statistics published Producer Price Index (PPI) for Surfactants (bulk surface active agents), Industry Code 325613/Product Code 325613-02, and the following formula:

IASP = Selling Price (SP) ÷ Selling Price Adjustment Factor (SPAF); where

SP = 100% of the active, per-pound selling price of the Licensed Product exclusive of freight & packaging fees; and
SPAF is determined by the following formula:
SPAF = PPI for the last month of each payment period ÷ PPI for January 2008

The formulas for calculating Earned Royalties under Section 3.1 may be renegotiated, on a good faith basis, once the SPAF exceeds a value of 2 or changes by more than 10% in any calendar year. The formulas may also be readjusted if the Licensees reasonably demonstrate that pricing or competitive conditions for Warm Mix Asphalt have changed sufficiently so that the Licensees' ability to sell Licensed Products has been significantly adversely affected. If the Parties cannot agree on an adjustment to the formulas, then the Dispute Resolution procedures of Section 10 may be used to determine such adjustment. If a Licensed Product is sold in combination with another product then the applicable SP and total sales for such Licensed Product shall be no less than the SP and total sales for the Licensed Product if sold by itself.

**3.2     Earned Royalty Reduction Pending the Grant of Substantive U.S. Patent Rights.**
The Earned Royalties determined under Paragraph 3.1 for Dry Warm Mix Sales or Other Warm Mix Sales shall each be reduced by one quarter until such time as the Licensors notify the Licensees that Licensors have received one or more granted U.S. Patents containing at least one patent claim believed by Licensors to cover Dry Warm Mix Sales or Other Warm Mix Sales of Licensed Products sold by a Licensee. The Earned Royalty reduction set forth in the first sentence of this Paragraph 3.2 shall thereafter cease as to Dry Warm Mix Sales or as to Other Warm Mix Sales and the Licensors shall thereafter pay Earned Royalties for Dry Warm Mix Sales or Other Warm Mix Sales as determined under Paragraph 3.1 without reduction. If the Licensees do not agree that such patent claim covers any Licensed Products sold by a Licensee, then Licensors may terminate this Agreement under Paragraph 9.2 as to (i) all the patents and patent applications listed in Appendix A under Dry Warm Mix Sales, (ii) all the patents and patent applications listed in Appendix A under Other Warm Mix Sales, or (iii) all the patents and patent applications listed in Appendix A; and shall meanwhile pay Earned Royalties on such Licensed Product as determined under Paragraph 3.1 without reduction.

**3.3     Earned Royalty Reduction for Emerging Markets.** The Parties recognize that a substantial portion of the costs associated with developing emerging markets will be borne by the

-7-
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

Execution Version
ALM00000119

APPX84

ALM00000113

CONFIDENTIAL

Licensees. In consideration of these costs, the Earned Royalties determined under Paragraphs 3.1 and 3.2 for the Emerging Market Countries listed in Appendix C shall be reduced by one half for the first 4 years following the initial sale of Licensed Product in such country. The Licensees shall promptly advise Licensees when any such initial sales take place. Additional countries may be added to Appendix C upon mutual agreement of Licensees and Licensors. The Earned Royalty under Paragraph 3.1 and any reductions pursuant to Paragraph 3.3 shall be determined based on the location in which the Licensed Product will be used.

**3.4    Minimum Royalties.** In order to maintain exclusivity under the license in Paragraph 2.1, Licensee shall pay Licensors minimum annual royalties in the following amounts:

| Calendar Year | Minimum Annual Royalty |
|---|---|
| 1/1/2008 through 12/31/2008 | None |
| 1/1/2009 through 12/31/2009 | None |
| 1/1/2010 through 12/31/2010 | $200,000 |
| 1/1/2011 through 12/31/2011 | $300,000 |
| 1/1/2012 through 12/31/2012 | $400,000 |
| 1/1/2013 through 12/31/2013 and thereafter | $500,000 |

Earned royalties paid or payable on Licensed Products shall be credited against such minimum royalties. The balance of any minimum royalty due for any calendar year, that is, the amount required to be paid in addition to Earned Royalties for that calendar year in order that the sum equal the minimum royalty for that calendar year, shall be paid with the payment for the last calendar quarter for that calendar year if MeadWestvaco desires to maintain exclusivity. If the applicable minimum royalties are not paid for a calendar year then beginning in the following calendar year Licensors may give MeadWestvaco one month prior written notice before converting MeadWestvaco's license under Paragraph 2.1 to a nonexclusive license. If MeadWestvaco pays to Licensors the balance of the minimum royalty payment within such one month period no such conversion shall occur.

**3.5    Reports and Payments.** No later than one month after the end of each calendar quarter, Licensee shall furnish Licensors with a written report setting forth the quantity sold and total sales of each Licensed Product upon which Earned Royalty is payable under this Article III during that calendar quarter, itemizing the quantity sold and total sales by Licensee, product number and country of sale, together with a computation of the Earned Royalties payable with respect thereto. If a conversion from one currency to another is required to calculate such Earned Royalties, then the conversion rate shall be the U.S. dollar-foreign exchange rate for late New York trading reported in the *Wall Street Journal*, New York print edition, for the last business day of such calendar quarter. Each report shall be accompanied by the amount due in U.S. Dollars. The first written report made under this Agreement shall also include the quantity sold and total sales of Licensed Products sold during all prior calendar quarters, including calendar quarters prior to the Effective Date, together with a computation of the Earned Royalties payable with respect thereto. Upon payment of Earned Royalties for Licensed Products sold during calendar quarters prior to the Effective Date, the Licensed Products so sold shall be deemed to have been licensed under Article 2. If following the making of a report for a

Execution Version
ALM00000120

ALM00000113

calendar quarter under this Paragraph 3.5, the reported beginning and ending PPI values for such calendar quarter are retroactively adjusted by the responsible government agency, then Licensee will furnish Licensors with an amended written report under this Paragraph 3.5 setting forth any corresponding credit or underpayment in the amount of Earned Royalty payable under this Article III for such calendar quarter. That credit or underpayment shall be applied against or added to the next required payment under this paragraph 3.5.

**3.6     Records.** The Licensees shall keep full, complete, and accurate books of account and records covering all transactions relating to this Agreement. The Licensees shall preserve such books and records for a period of at least three years after the calendar quarter to which a transaction relates. At any time prior to a period of one year after the expiration or termination of this Agreement, Licensors may, upon reasonable notice in writing to MeadWestvaco, cause an independent audit to be made of the books and records of any Licensee in order to verify amount of Earned Royalties payable under this Agreement, and prompt adjustment shall be made to compensate for any errors disclosed by the audit. The audit shall be conducted only by an independent accountant during regular business hours and in a reasonable manner so as not to interfere with normal business activities. Audits shall be made hereunder no more frequently than annually. Before any audit may be conducted, the auditor must represent that the auditor's fee will in no manner be determined by the results of the audit and must agree to maintain in confidence and not disclose any Proprietary Information or other confidential information to which the auditor is given access. The Licensees shall preserve books and records pertaining to the audited period until the Parties have agreed upon the amount of Earned Royalty payable thereon. The Licensors will between them agree concerning payment for all expenses and fees of the audit, but if the audit reveals an underpayment for any calendar year of more than ten percent (10%), then MeadWestvaco shall pay the reasonable expenses and fees of the independent auditor for such audit.

## Article IV
## Patent Applications and Patents

**4.1     Diligent Patent Prosecution.** Licensors shall exercise commercially reasonable efforts to secure the prompt grant of claims within the Patent Rights.

**4.2     Information Regarding Patent Rights.** Licensors shall keep MeadWestvaco advised of the status of the patents, utility models and applications therefor in the Patent Rights by promptly providing MeadWestvaco copies of applications, office actions, and other substantive correspondence with foreign associates in respect to Counterparts. Licensors shall duly consider proposals made by MeadWestvaco as to how to respond to such office actions and other substantive correspondence. MeadWestvaco shall keep Licensors advised of the status of the patents, utility models and applications therefor in Appendix B and their Counterparts by promptly providing Licensors copies of applications, office actions, and other substantive correspondence with foreign associates in respect to Counterparts. Licensee shall duly consider proposals made by Licensors as to how to respond to such office actions and other substantive correspondence.

Execution Version
ALM00000121

ALM00000113

CONFIDENTIAL

**4.3    Fees and Charges.** Licensors shall pay the costs for preparation, filing, prosecuting and maintaining the patents, utility models and applications that are now part of or hereafter are added to the Patent Rights. MeadWestvaco shall pay the costs for preparation, filing, prosecuting and maintaining the patent patents, utility models and applications therefor in Appendix B and their Counterparts.

**4.4    Abandonment or Lapse.** If Licensors elect to allow any patent, utility model or application therefor in the Patent Rights to become abandoned or lapse, Licensors shall give MeadWestvaco written notice of such election at least two months prior to the date that action must be taken to avoid such abandonment or lapse. MeadWestvaco shall have the right to take over at its sole expense the filing, prosecution or maintenance of such patent, utility model or application therefor, and to have whole ownership thereof. In such event MeadWestvaco shall not be liable to Licensors in respect to the payment of Earned Royalty thereon, nor in respect to MeadWestvaco's handling of or the results obtained from such filing, prosecution or maintenance. If MeadWestvaco elects to allow any patent, utility model or application therefor in Appendix B or Counterpart thereof to become abandoned or lapse, MeadWestvaco shall give Licensors written notice of such election at least two months prior to the date that action must be taken to avoid such abandonment or lapse. Licensors shall have the right to take over at their joint expense the filing, prosecution or maintenance of such patent, utility model or application therefor, and to have whole ownership thereof. In such event Licensors shall not be liable to MeadWestvaco in respect to the payment of Earned Royalty thereon, nor in respect to the Licensor's handling of or the results obtained from such filing, prosecution or maintenance.

### Article V
### Unlicensed Competition and Patent Litigation

**5.1    Infringement of Patent Rights.** If any unlicensed third party shall manufacture, use, sell or offer to sell a product or perform a method covered by one or more claims of the Patent Rights in any country in which there exists an actionable right against that third party under the Patent Rights, then the Parties shall mutually determine whether to pursue such infringement. If the Parties decide to prosecute a legal action against such unlicensed third party, then the costs of such prosecution, and any damages recovered, shall be split 50:50 between Licensors and MeadWestvaco. The Parties will jointly cooperate to control the conduct of the legal action and will render one another reasonable assistance in prosecuting such action, without charge for the time of their respective personnel.

**5.2    Prosecution of Infringement by MeadWestvaco.** If either Party does not desire to initiate a legal action under Paragraph 5.1, and if permitted by the laws of the country in question, the non-initiating Party may provide to the other Party (the "Prosecuting Party") such rights as are necessary for the Prosecuting Party to attempt to enforce all or a portion of the Patent Rights against one or more of the unlicensed third parties. If the Prosecuting Party initiates any such legal action, then the costs thereof shall be at the Prosecuting Party's own expense. The Prosecuting Party will control the conduct of the legal action, keep the non-initiating Party advised of its progress, and will retain for itself any damages recovered or obtained in the legal action. Damages received under this Paragraph 5.2 shall not be subject to

Execution Version
ALM00000122

ALM00000113

CONFIDENTIAL

the payment of Earned Royalty. The non-initiating Party shall render reasonable assistance to the Prosecuting Party in so enforcing the Patent Rights, without charge other than for the reasonable travel and meal expenses of its required personnel. If the Prosecuting Party reasonably requires, the non-initiating Party shall join the Prosecuting Party as a party in the action and shall be entitled to be represented in the action by its own counsel and at its own expense.

**5.3     Infringement of Third Party Rights.** Each Party will notify the other Parties promptly if it has knowledge of a possible or actual conflict with the intellectual property rights of any third party.

### Article VI
### Proprietary Information

**6.1     Maintain Confidence.** Except as provided elsewhere in this Agreement, the Parties shall maintain Proprietary Information received from another Party in confidence and not disclose such Proprietary Information without the prior written approval of such other Party, except as is expressly permitted by this Agreement; as may be required to comply with any order of a court or any applicable rule, regulation, or law of any jurisdiction. If a Party is required by judicial or administrative process to disclose Proprietary Information received from another Party, it shall promptly notify such other Party and allow the other Party a reasonable time to oppose such process. The foregoing obligations shall remain in force until three years following expiration or termination of this Agreement.

**6.2     Degree of Care.** Each Party shall protect Proprietary Information received from another Party by using the same degree of care, but not less than a reasonable degree of care, to prevent the unauthorized disclosure of such Proprietary Information, as the recipient uses to protect its own confidential information of like nature.

**6.3     Permitted Disclosures.** The Parties may disclose Proprietary Information received from another Party to their respective consultants and outside contractors to the extent reasonably necessary for the purposes of this Agreement, on condition that such consultants and outside contractors agree to be bound by nondisclosure terms at least as stringent as those in this Agreement.

### Article VII
### Warranties, Disclaimers and Relationship of the Parties

**7.1     Patent Rights and Know-How.** There is to the best of the Parties' knowledge and belief no pending or expressly threatened lawsuit, arbitration, or other legal or administrative proceeding relating to the Patent Rights or Know-How, and no pending or expressly threatened lawsuit, arbitration, or other legal or administrative proceeding relating to the patents, utility models and applications therefor listed in Appendix B.

Execution Version
ALM00000123

APPX88

ALM00000113

CONFIDENTIAL

**7.2** **Authority.** Each Party has the full right, power, and authority to execute and deliver this Agreement and to perform its terms. The execution and delivery of this Agreement and the consummation of the transactions required by this Agreement will not violate or conflict with any charter provision or bylaw of any Party or any of its Affiliates. Each Party has taken all required corporate actions to approve and adopt this Agreement. Each Party represents and warrants that the person or persons executing this Agreement on its behalf are duly authorized and empowered to do so.

**7.3** **No Conflicting Agreements.** Each Party warrants that it has no agreements with any third party and no other commitments, options or other obligations which conflict or could conflict in any way with its obligations under this Agreement. During the Term of this Agreement, no Party will enter into any agreement, commitment, option or other obligation in conflict with its obligations under this Agreement.

**7.4** **Relationship of the Parties.** Nothing in this Agreement shall be construed to constitute the Parties as partners or members of a joint venture or to constitute any Party as agent of another Party, nor will any similar relationship be deemed to exist between them. No Party shall hold itself out contrary to the terms of this paragraph, and no Party shall become liable by reason of any representation, act, or omission of another Party contrary to the provisions of this paragraph. This Agreement is not for the benefit of any third party and shall not be deemed to give any right or remedy to any such third party, whether referred to in this Agreement or not.

**7.5** **Guarantees Concerning Affiliates**. Each Party guarantees the performance and all obligations of its Affiliates under this Agreement.

## Article VIII
## Indemnification

**8.1** **By MeadWestvaco.** MeadWestvaco agrees to indemnify, defend and hold harmless the Licensors and their respective directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys fees and all other expenses of litigation and the expenses of handling claims), damages, liabilities and obligations relating to or arising from MeadWestvaco's manufacture, use or sale of any Licensed Product and brought, asserted, commenced or pursued against any of the Licensors or their respective directors, officers, employees, distributors, representatives or agents by any person or entity not a party to this Agreement, regardless of actual or alleged negligence or fault by the Licensors and their respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**8.2** **By the Licensors.** The Licensors agree to indemnify, defend and hold harmless Licensees and their respective directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys fees and all other expenses of litigation and the expenses of

Execution Version
ALM00000124

ALM00000113

CONFIDENTIAL

handling claims), damages, liabilities and obligations relating to or arising from a Licensor's manufacture, use or sale of asphalt paving mixtures containing emulsified asphalt or Licensed Products made using additives purchased from Licensees and brought, asserted, commenced or pursued against Licensees or their respective directors, officers, employees, distributors, representatives or agents by any person or entity not a party to this Agreement, regardless of actual or alleged negligence or fault by Licensees and their respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**8.3** **Scope of Indemnification**. The Parties agree that the indemnities stated in this Article VIII should be construed and applied in favor of indemnification. The Parties also agree that the indemnities (i) apply only to indemnifiable losses brought, asserted, commenced or pursued by any person or entity not a party to this Agreement, and (ii) shall not apply to claims between the Parties arising out of or connected to this Agreement. The indemnity obligations of a Party shall not apply to a claim, action, demand, loss, cost, expense, damage, liability or obligation which is due in part to the other Party's gross negligence, willful misconduct, or breach of this Agreement.

### Article IX
### Term and Termination

**9.1** **Term.** Unless terminated earlier under the provisions of Paragraphs 9.2 or 9.3, this Agreement shall continue until the last to expire of the issued or granted patents within the Patent Rights (the "Term").

**9.2** **Termination Without Cause.** MeadWestvaco shall have the right to terminate this Agreement in its entirety by giving Licensors one year prior written notice.

**9.3** **Default.** This Agreement may be terminated by Licensors for material breach of this Agreement by MeadWestvaco, or by MeadWestvaco for material breach of this Agreement by the Licensors, provided that the terminating Party first gives the defaulting Party written notice of termination specifying the grounds therefor, and the defaulting Party has had three months after such notice is given and received to cure the breach. If not so cured, this Agreement shall terminate at the expiration of such three month period.

**9.4** **Prior Obligations and Liabilities.** No expiration or termination of this Agreement shall relieve any Party of any obligation accrued prior to the date of expiration or termination or relieve a Party in default from liability for damages for breach of this Agreement.
**9.5** **Survival.** The provisions of Articles I, VI, VIII, X and XI and of Paragraphs 3.5 and 3.6 of Article III, Paragraphs 7.4 and 7.5 of Article VII and Paragraph 9.4 of Article IX shall survive expiration or termination of this Agreement. The requirement of furnishing the information required under Paragraph 3.5 shall cease when MeadWestvaco's royalty payment obligations accrued prior to the date of expiration or termination under Paragraph 9.4 have been discharged.

Execution Version
ALM00000125

ALM00000113

CONFIDENTIAL

## Article X
## Governing Law and Dispute Resolution

**10.1    Governing Law.** This Agreement will be construed, governed, interpreted and applied in accordance with the laws of the State of Wisconsin.

**10.2    Dispute Resolution.** Disputes arising among the Parties relating to the making or performance of this Agreement shall be resolved in the following order of preference:

a) by good faith negotiation between executives of Licensors and MeadWestvaco who have authority fully and finally to resolve the dispute;

b) if necessary, by non-binding mediation at a location acceptable to Licensors and MeadWestvaco using a neutral mediator having experience with patent licensing and patent claim interpretation under the Center for Public Resources Model Procedure for Mediation of Business Disputes (with the costs therefor shared equally); or

c) as a last resort only, by litigation of any remaining disputes in the United States District Court for the Western District of Wisconsin. Each Party waives objections to personal jurisdiction and venue over that Party in such court.

**10.3    Confidentiality of Disputes.** All negotiations and proceedings pursuant to this Article X shall be treated as Proprietary Information under Article VI, and as compromise and settlement negotiations for purposes of Rule 408 of the Federal Rules of Evidence and comparable state rules of evidence. Any mediator shall be bound by an agreement containing nondisclosure provisions at least as restrictive as those contained Article VI.

## Article XI
## Miscellaneous

**11.1    Notices.** All notices, requests and other communications given in connection with this Agreement shall be in writing and shall be deemed given upon actual receipt by the addressee. Notices shall be:

a) personally delivered,

b) sent by electronic facsimile transmission,

c) sent by registered or certified mail, return receipt requested, postage prepaid, or

d) sent prepaid by a nationally recognized courier service (for example, Federal Express, UPS or DHL)

to the respective address specified below, or to such other address as a Party may have designated by notice under this Paragraph 11.1:

Execution Version
ALM00000126

APPX91

ALM00000113

CONFIDENTIAL

For ALM:

    Mathy Construction Co.
    920 10th Avenue North
    Onalaska, Wisconsin 54650
    Attn: Gerald Reinke

    Tel. No.: 608-779-6304
    Fax No.: 608-779-9182

    With copies to:
        Faegre & Benson LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        Attn: Paul W. Busse

        Tel. No.: 612-766-7046
        Fax No.: 612-766-1600

        Mathy Construction Co.
        920 10th Avenue North
        Onalaska, Wisconsin 54650
        Attn: David Coriden

        Tel. No.: 608-779-6319
        Fax No.: 608-779-6806

For Ergon:

    Ergon Asphalt & Emulsions, Inc.
    P.O. Box 1639
    Jackson, Mississippi 39215-1639
    Attn: Leslie B. Lampton

    Tel. No.: 601-933-3000
    Fax No.: 601-933-3350

    With a copy to:
        Watson & Jones
        2829 Lakeland Dr.
        Suite 1502
        Jackson, Mississippi 39232
        Attn: J. Kevin Watson

        Tel. No.: 601-939-8900
        Fax No.: 601-932-4400

Execution Version
ALM00000127

ALM00000113

CONFIDENTIAL

For MeadWestvaco:
> MeadWestvaco Corporation
> 5255 Virginia Avenue
> North Charleston, South Carolina 29406
> Attention : President, Specialty Chemicals Division
>
> Tel. No.: 843-740-2315
> Fax No.: 843-740-2329
>
> With a copy to:
>> MeadWestvaco Corporation
>> 1021 Main Campus Drive
>> Raleigh, NC 27606
>> Attn: Neil G. Cohen, Esq.
>> Assistant General Counsel
>>
>> Tel. No.: 919-334-3983
>> Fax No.: 919-834-0844.

Any change of address of a Party shall be promptly communicated in writing to the other Parties.

**11.2   Severability**. If any provision of this Agreement is declared by a court of competent jurisdiction to be invalid, illegal, unenforceable, or void then the Parties shall be relieved of all obligations arising under such provision, but only to the extent that such provision is invalid, illegal, unenforceable, or void, and the Parties will use reasonable efforts to negotiate a substitute, valid and enforceable provision which most nearly addresses their intent in entering into this Agreement. Any remaining provisions of this Agreement capable of substantial performance shall be enforced to the extent permitted by law.

**11.3   Waiver and Modification.** No modification of any of the terms of this Agreement will be valid unless in writing and signed by the Parties. No waiver by a Party of a breach of this Agreement will be deemed a waiver by such Party of any subsequent breach.

**11.4   Prohibition of Certain Assignments.** This Agreement, and the rights and obligations hereunder, may be assigned by a Party to a third party with the written permission of all other Parties (such permission not to be unreasonably withheld), and otherwise may only be assigned or otherwise transferred to a third party in connection with the transfer of substantially all of the assets of a Party or the business unit or division to which this Agreement relates, the transfer of a majority interest in the voting stock of such Party, or the merger, consolidation or reorganization of such Party.

**11.5   Succession.** This Agreement and the rights and obligations granted and undertaken thereunder shall be binding upon and inure to the benefit of the Parties hereto, and their successors, trustees or receivers in bankruptcy and permitted assigns.

Execution Version
ALM00000128

APPX93

ALM00000113

CONFIDENTIAL

**11.6    Headings.** The captions to the various Articles and paragraphs of this Agreement are for reference only and shall not in any way control the meaning or interpretation of this Agreement.

**11.7    Interpretation.** No provision of this Agreement is to be interpreted for or against any Party because that Party or its attorney drafted the provision.

**11.8    No Other Agreement.** The Parties each represent that in entering into this Agreement, they rely on no promise, inducement, or other agreement not expressly contained in this Agreement; that they have read this Agreement and discussed it thoroughly with their respective legal counsel; that they understand all of the provisions of this Agreement and intend to be bound by them; and that they enter into this Agreement voluntarily.

**11.9    Entire Agreement.** This Agreement constitutes the complete and exclusive statement of the terms and conditions between the Parties, and supersedes and merges all prior proposals, understandings and all other agreements, oral or written, between the Parties relating to the subject of this Agreement.

**11.10    Compliance with Laws.** Each Party shall furnish to another Party any information reasonably requested or required by such other Party during the Term of this Agreement to enable such other Party to comply with the requirements of any U.S. or foreign federal, state or government agency.

**11.11    Counterparts.** This Agreement may be executed in counterparts, each of which shall be deemed to be an original, and which shall be deemed to be one and the same agreement.

Execution Version
ALM00000129

APPX94

ALM00000113

CONFIDENTIAL

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in triplicate
and signed by their authorized officers or representatives as of the Effective Date.

**ALM HOLDING CO.**

By

Name: Steven C. Mathy

Title President

**ERGON ASPHALT & EMULSIONS, INC.**

By

Name: J. Baxter Burns, II

Title Executive VP & General Mgr.

**MEADWESTVACO CORPORATION**

By

Name: Edward A. Rose

Title Vice President, Specialty Chemicals Div.

Execution Version
ALM00000130

APPX95

ALM00000113

## Appendix A
## Patent Rights

| Country | Patent, Utility Model or Application No. | Publication No. | Filing Date | Status |
|---------|------------------------------------------|-----------------|-------------|--------|
| US | USSN 61/086331 | -- | August 5, 2008 | Pending |
| US | USSN 61/030750 | -- | February 22, 2008 | Pending |
| US | USSN 11/684973 | US 2007/0191514 A1 | March 12, 2007 | Pending |
| US | USSN 11/374747 | US 2007/0060676 A1 | March 14, 2006 | Pending |
| US | USSN 11/871782 | -- | October 12, 2007 | Pending |
| US | USSN 60/716204 | -- | September 12, 2005 | Expired |
| US | USSN 60/976141 | -- | September 28, 2007 | Expired |
| US | USSN 60/970809 | -- | September 7, 2007 | Expired |
| WO | PCT/US06/33907 | WO 2007/032915 A2 | August 30, 2006 | Pending |
| MX | Mexican Application No. MX/a/2008/003421 | | March 11, 2008 | Pending |
| IN | Indian Application No. TBD (Based on PCT/US06/33907) | | March 11, 2008 | Pending |
| EP | European Application No. 06790099.3 | EP 1924650 | March 12, 2008 | Pending |
| CO | Colombian Application No. 08025774 | | March 11, 2008 | Pending |
| CN | Chinese Application No 200680037912.X | | April 11, 2008 | Pending |
| CA | Canadian Application No. 2622031 | CA 2 622 031 A1 | March 10, 2008 | Pending |
| BR | Brazilian Application No. PI06159125 | | March 12, 2008 | Pending |

Execution Version
ALM00000131

ALM00000113

CONFIDENTIAL

## Appendix B
## MeadWestvaco Patents, Utility Models and Applications

| Country | Patent, Utility Model or Application No. | Publication No. | Filing Date | Status |
|---|---|---|---|---|
| US | USSN 60/545713 | – | February 18, 2004 | Expired |
| US | USSN 11/391146 | US 2007/0082983 A1 | March 28, 2006 | Granted US 7297204 |
| US | USSN 11/457931 | US 2007/0039520 A1 | July 17, 2006 | Abandoned |
| US | USSN 11/735669 | US 2008/0060551 A1 | April 16, 2007 | Abandoned |
| US | USSN 11/852696 | US 2008/0060551 A1 | September 10, 2007 | Pending |
| US | USSN 11/862273 | US2008/0069638 A1 | September 27, 2007 | Pending |
| US | USSN 12/063189 | US 2008/0194738 A1 | February 7, 2008 | Pending |
| TH | Thailand Application No. 0801001869 | – | April 11, 2008 | Pending |
| ZA | South African Application No. 2006/06788 | -- | August 15, 2006 | Granted ZA 2006/06788 |
| ZA | South African Application No. 2007/09624 | -- | November 8, 2007 | Pending |
| WO | PCT/US05/002916 | WO 2005/081775 A2 | January 27, 2005 | Expired |
| WO | PCT/US07/064897 | WO 2007/112335 A2 | March 26, 2007 | Pending |
| WO | PCT/US08/058686 | -- | March 28, 2008 | Pending |
| MX | Mexican Application No. MX/a/2007/014853 | -- | November 26, 2007 | Pending |
| JP | Japanese Application No. 2006-554112 | JP 2007-523280 T2 | August 16, 2006 | Pending |
| JP | Japanese Application No. TBD (based on PCT/US07/064897) | -- | June 24, 2008 | Pending |
| IN | Indian Application No. 1112/KOL NP/2008 | – | March 17, 2008 | Pending |
| EP | European Application No. 05712377.0 | EP 1716207 A2 | August 15, 2006 | Pending |
| EP | European Application No. 07759351.5 | EP 1915420 A2 | December 24, 2007 | Pending |
| CN | Chinese Application No. 200580011645.4 | CN 1942525 | October 18, 2006 | Pending |
| CN | Chinese Application No. 200780000493.7 | – | November 16, 2007 | Pending |
| CA | Canadian Application No. 2556765 | CA 2556765 AA | August 16, 2006 | Pending |
| CA | Canadian Application No. 2609860 | CA 2609860 AA | November 26, 2007 | Pending |
| BR | Brazilian Application No. PI0507841-5 | BR 0507841 A | August 18, 2006 | Pending |
| BR | Brazilian Application No. PI0702862-8 | BRI0702862A | November 6, 2007 | Pending |
| AU | Australian Application No. 2007230689 | AU 7230689 AA | February 21, 2008 | Pending |

Execution Version
ALM00000132

ALM00000113

CONFIDENTIAL

## Appendix C
## Emerging Market Countries

| Country | Date of First Sale |
|---|---|
| Brazil | |
| China | May 1, 2007 |
| India | |
| Russia | |
| Mexico | December 15, 2007 |
| South Africa | |
| Thailand | |

Execution Version
ALM00000133

ALM00000113

# EXHIBIT B

## SUBLICENSE AGREEMENT

This Agreement is made this 19th day of August, 2015 (the "Effective Date"), by and between MEADWESTVACO CORPORATION, a Delaware corporation acting through its Specialty Chemicals Division and having an office and principal place of business at 5600 Virginia Avenue, North Charleston, South Carolina 29406 ("MWV") and ARRMAZ CUSTOM CHEMICALS, INC., a privately-held corporation having an office and principal place of business at 4800 State Road 60 East, Mulberry, FL 33860 ("ArrMaz").

### RECITALS:

**WHEREAS** ALM HOLDING CO., a Wisconsin corporation having an office and principal place of business at 920 10th Avenue North, Onalaska, Wisconsin 54650 ("ALM") and ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation having an office and place of business at 2829 Lakeland Drive, Jackson, Mississippi 39215 ("Ergon") own various patent rights for making and applying Warm Mix Asphalt and have licensed certain of those rights to MWV in a license agreement effective January 1, 2008 (the "MWV License");

**WHEREAS** ArrMaz, acting on behalf of itself and the affiliated companies listed in Appendix A (collectively, the "ArrMaz Companies"), desires to obtain from MWV a nonexclusive sublicense subject to the terms and conditions set forth in this Agreement; and

**WHEREAS** MWV is willing to grant to ArrMaz such a nonexclusive sublicense subject to the terms and conditions set forth in this Agreement.

ALM00000092

ALM00000092

**NOW, THEREFORE**, in consideration of these premises and for other good and valuable consideration, receipt of which is hereby acknowledged, MWV and ArrMaz hereby agree as follows:

## Article I
### Definitions

For the purpose of this Agreement, the following terms shall have the following meanings and shall be applicable to the singular or the plural:

**1.1**   **"Affiliate"** means any corporation, firm, partnership, proprietorship, or other form of business organization as to which the control of the business shall be directly or indirectly exercised by a Party, or any corporation, firm, partnership, proprietorship or other form of business organization in which a Party directly or indirectly has a fifty percent or greater ownership interest.

**1.2**   **"Counterpart"** means any patent, utility model or application therefor, including reexaminations and reissues, which under international treaty or national law claims priority to or the benefit of the filing date of an earlier application for a patent or utility model.

**1.3**   **"Patent Rights"** mean the patent applications, patents and their Counterparts listed in attached Appendix B.

**1.4**   **"Party"** means MWV or ArrMaz, as applicable.

**1.5**   **"Sublicensed Product"** means any additive sold for use as a temperature-reducing additive in the production or application of Warm Mix Asphalt claimed in any one or more claims in the Patent Rights whether or not an asphalt paving mixture containing such additive is actually applied or compacted. For the avoidance of doubt,

- 2 -

aggregate shall not be deemed to be an additive under this Paragraph 1.5, nor shall any asphalt binder which in the absence of such additive would have to be part of an asphalt paving mixture applied and compacted at temperatures at or above 160°C to attain commercially satisfactory measured air void values.

**1.6** **"Warm Mix Asphalt"** means an asphalt paving mixture containing an asphalt binder, aggregate and additive, which asphalt paving mixture:

a) may be satisfactorily applied at a temperature greater than or equal to 100°C and less than 160°C, and may be mixed at a chosen mixing temperature and satisfactorily compacted at an initial compaction temperature at least 15°C below the initial compaction temperature required in the absence of such additive, as determined using mixing and compaction temperatures selected based on a commercially-acceptable testing procedure, or as determined using mixing and compaction temperatures selected based on the chosen asphalt grade, mixture type, paving location and environmental conditions where the mixture will be applied; or

b) is used in a non-foamed asphalt paving mixture under a governmental or paving industry specification, standard, mixture design or bid specifying the use of "warm mix asphalt," "WMA" or comparable terminology in the applicable local language.

## Article II
### Grant and Commercialization

**2.1** **License.** MWV hereby grants to ArrMaz a royalty-bearing, nonexclusive license under the Patent Rights, without the right to sublicense any third party other than an

ALM00000094

APPX102

ALM00000092

ArrMaz Affiliate, to manufacture, have manufactured, import, use, sell, offer to sell and otherwise commercialize Sublicensed Products. This license includes the right for third parties to manufacture, use (including for the paving of roads), sell and offer for sale Warm Mix Asphalt containing Sublicensed Products and paved asphalt surfaces made using Sublicensed Products, but only to the extent that such Sublicensed Products have been purchased from ArrMaz or an ArrMaz Affiliate under this Agreement and Earned Royalty has been or will be paid thereon.

**2.2    Sublicensing of ArrMaz Affiliates.**  For so long as its license under Paragraph 2.1 is in force, ArrMaz may sublicense its rights under this Agreement to any ArrMaz Affiliate, provided that ArrMaz first provides the terms and conditions of the first such sublicense (and any subsequent sublicense if it contains any materially changed terms other than the identity of the parties) to MWV for MWV's prior review and approval, which approval shall not be unreasonably withheld. The obligations in this Agreement shall be binding on any sublicensee as if it were a Party hereto. Earned Royalties on sales made by a sublicensee shall be paid as if ArrMaz had made such sale. Upon any termination of this Agreement, all sublicensee rights shall also terminate.

**2.3    Limitation on Licenses.**  No licenses are granted by any Party beyond the licenses expressly set forth in this Agreement.

**2.4    Marketing and Promotion of Warm Mix Asphalt.**  The Parties recognize the need to promote and provide education regarding authorized uses of ArrMaz Sublicensed Products and MWV's licensed products in Warm Mix Asphalt. Both parties shall ensure that existing and future materials and communications in whatever format or media and whether written or verbal related to their respective products (1) identify their respective

ALM00000095

ALM00000092

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

licensed products as being licensed for use in non-foamed Warm Mix Asphalt; (2)

promote the use of their respective licensed products for use in Warm Mix Asphalt and

(3) do not promote the use of non-licensed, non-royalty bearing products for their

respective low-temperature enabled or compaction improving properties or as a

replacement or alternative for their respective licensed products in Warm Mix Asphalt.

**Article III**

**Royalties, Reports, Payments and Records**

**3.1    Earned Royalties.**  Sales by ArrMaz or any ArrMaz Affiliate to any third party of

Sublicensed Products, net of any credits, refunds, or uncollectible receivables but only to

the extent such credits, refunds or uncollectible receivables relate solely to such

Sublicensed Products, shall bear an "Earned Royalty" based on the formula shown

below:

Earned Royalty = Index Adjusted Selling Price (IASP) X Royalty Rate, wherein

**Earned Royalty for Sublicensed Product Sales**

| IASP (in U.S. Dollars/Pound of Additive Solids) | Royalty Rate |
|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇ |
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ |

The IASP shall be adjusted quarterly using the U.S. Bureau of Labor Statistics published

Producer Price Index (PPI) for Surfactants (bulk surface active agents), Industry Code

325613/Product Code 325613-02, and the following formula:

IASP = Selling Price (SP) ÷ Selling Price Adjustment Factor (SPAF); where

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

ALM00000096

ALM00000092

SP = 100% of the active, per-pound selling price of the Sublicensed Product

exclusive of freight & packaging fees; and

SPAF is determined by the following formula:

SPAF = PPI for the last month of each payment period ÷ PPI for January

2008

If a Sublicensed Product is sold in combination with another product that is not a

Sublicensed Product, then the applicable SP and total sales for such Sublicensed Product

shall be no less than the SP and total sales for the Sublicensed Product if sold by itself.

ArrMaz products containing an asserted antistrip additive together with an asserted warm

mix chemical additive, such as AD-here® LOF 65-00 with CECABASE™ 945, shall, if

sold in connection with the production or application of Warm Mix Asphalt, be deemed

to be a Sublicensed Product, and not a Sublicensed Product sold in combination with

another product that is not a Sublicensed Product. Notwithstanding the foregoing, sales

by ArrMaz and any ArrMaz Affiliate of any Sublicensed Product in any country or

region: (i) not identified in Appendix B, or (ii) in which the Patent Rights listed in

Appendix B are not granted and active shall not bear an Earned Royalty.

**3.2     Reports and Payments.**  No later than one month after the end of each calendar

quarter, ArrMaz shall furnish the Third-Party Administrator with a written report setting

forth the quantity sold and total sales of each Sublicensed Product upon which Earned

Royalty is payable under this Article III during that calendar quarter, itemizing the

product number, quantity sold and total sales for each country of sale by ArrMaz or by

any ArrMaz Affiliate, together with a computation of the Earned Royalties payable with

respect thereto.  If a conversion from one currency to another is required to calculate such

- 6 -

ALM00000097

APPX105

ALM00000092

Earned Royalties, then the conversion rate shall be the U.S. dollar-foreign exchange rate for late New York trading reported in the *Wall Street Journal*, New York print edition or the reasonable equivalent thereof (subject to audit pursuant to Paragraph 3.3 below), for the last business day of such calendar quarter. Each report shall be accompanied by the amount due in U.S. Dollars. The Third-Party Administrator shall be responsible for review and approval of each such ArrMaz written report. The Third-Party Administrator shall treat all such ArrMaz written reports as confidential and shall not provide copies of any of the ArrMaz written reports (or information therein) to MWV. Upon completion of its review and approval of each such ArrMaz written report, the Third-Party Administrator shall remit the ArrMaz royalty payment to MWV via electronic funds transfer without disclosing any of the confidential ArrMaz information in the ArrMaz written report to MWV. If following the making of a report for a calendar quarter under this Paragraph 3.2, the reported beginning and ending PPI values for such calendar quarter are retroactively adjusted by the responsible government agency, then ArrMaz will furnish the Third-Party Administrator with an amended written report under this Paragraph 3.2 setting forth any corresponding credit or underpayment in the amount of Earned Royalty payable under this Article III for such calendar quarter. That credit or underpayment shall be applied against or added to the next required payment under this Paragraph 3.2. The fees and expenses of the Third Party Administrator shall be split equally between: (a) ArrMaz, and (b) MWV, ALM and Ergon.

**3.3    Records.** The Third Party Administrator, ArrMaz and ArrMaz Affiliates shall keep full, complete, and accurate books of account and records covering all transactions relating to this Agreement. The Third Party Administrator, ArrMaz and ArrMaz

- 7 -

ALM00000098

ALM00000092

Affiliates shall preserve such books and records for a period of at least three years after the calendar quarter to which a transaction relates. At any time prior to a period of one year after the expiration or termination of this Agreement, MWV may, upon reasonable notice in writing to ArrMaz, cause an independent audit to be made of the books and records of the Third Party Administrator, ArrMaz or any ArrMaz Affiliate in order to verify amounts of Earned Royalties payable under this Agreement, and prompt adjustment shall be made to compensate for any errors disclosed by the audit. The audit shall be conducted only by an independent auditor during regular business hours and in a reasonable manner so as not to interfere with normal business activities. Audits shall be made hereunder no more frequently than annually. Before any audit may be conducted, the auditor must represent that the auditor's fee will in no manner be determined by the results of the audit and must agree to maintain in confidence and not disclose any confidential information to which the auditor is given access. The Third Party Administrator, ArrMaz and ArrMaz Affiliates shall preserve books and records pertaining to the audited period until the Parties have agreed upon the amount of Earned Royalty payable thereon. The fees and expenses for any such audit shall be paid by MWV unless the audit reveals an underpayment for any calendar year of more than ten percent (10%), in which case ArrMaz shall pay the reasonable expenses and fees of the independent auditor for such audit.

**Article IV**

**Warranties, Disclaimers and Relationship of the Parties**

**4.1.** **Authority**. Each Party has the full right, power, and authority to execute and deliver this Agreement and to perform its terms. The execution and delivery of this

- 8 -

ALM00000099

ALM00000092

Agreement and the consummation of the transactions required by this Agreement will not violate or conflict with any charter provision or bylaw of any Party or any of its Affiliates. Each Party has taken all required corporate actions to approve and adopt this Agreement. Each Party represents and warrants that the person or persons executing this Agreement on its behalf are duly authorized and empowered to do so.

**4.2.    No Conflicting Agreements.** Each Party warrants that it has no agreements with any third party and no other commitments, options or other obligations which conflict or could conflict in any way with its obligations under this Agreement. During the Term of this Agreement, no Party will enter into any agreement, commitment, option or other obligation in conflict with its obligations under this Agreement.

**4.3.    Relationship of the Parties.** Nothing in this Agreement shall be construed to constitute the Parties as partners or members of a joint venture or to constitute any Party as agent of another Party, nor will any similar relationship be deemed to exist between them. No Party shall hold itself out contrary to the terms of this Paragraph 4.3, and no Party shall become liable by reason of any representation, act, or omission of another Party contrary to the provisions of this Paragraph 4.3. Except insofar as this Agreement refers to ALM, Ergon and their respective Affiliates, this Agreement is not for the benefit of any other third party and shall not be deemed to give any right or remedy to any such other third party.

**4.4.    Guarantees Concerning Affiliates**. Each Party guarantees the performance and all obligations of its Affiliates under this Agreement.

ALM00000100

APPX108

ALM00000092

## Article V
### Indemnification

**5.1.1. Indemnification by ArrMaz.** ArrMaz agrees to indemnify, defend and hold harmless MWV and its directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys' fees and all other expenses of litigation and the expenses of handling claims), damages, liabilities and obligations relating to or arising from any manufacture, use or sale by ArrMaz or any ArrMaz Affiliate of any Sublicensed Product, or based on or arising from MWV's status as licensor, and brought, asserted, commenced or pursued against MWV or any of its respective directors, officers, employees, distributors, representatives or agents by any person or entity not a party to this Agreement, regardless of actual or alleged negligence or fault by MWV or its respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**5.2.2. Indemnification by MWV.** MWV agrees to indemnify, defend and hold harmless ArrMaz and its directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys' fees and all other expenses of litigation and the expenses of handling claims), damages, liabilities and obligations relating to or arising from any manufacture, use or sale by MWV or any MWV Affiliate of any Warm Mix Asphalt additive, or based on or arising from ArrMaz's status as licensee, and brought, asserted, commenced or pursued against ArrMaz or any of its respective directors, officers, employees, distributors, representatives or agents by any person or entity not a

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

ALM00000101

ALM00000092

party to this Agreement, regardless of actual or alleged negligence or fault by ArrMaz or their respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**5.2. Scope of Indemnification**. The Parties agree that the indemnities stated in this Article V should be construed and applied in favor of indemnification. The Parties also agree that the indemnities: (i) apply only to indemnifiable losses brought, asserted, commenced or pursued by any person or entity not a party to this Agreement; and (ii) shall not apply to claims between the Parties arising out of or connected to this Agreement.

**Article VI**

**Term and Termination**

**6.1.    Term.**  Unless terminated earlier under the provisions of any of Paragraphs 6.2 through 6.4, this Agreement shall continue until the last to expire of the issued or granted patents within the Patent Rights (the "Term").

**6.2.    Termination of MWV License.**  Termination for any reason of the MWV License shall also terminate this Agreement as of the date of such termination.

**6.3.    Termination Without Cause.**  ArrMaz shall have the right to terminate this Agreement in its entirety without cause by giving MWV one year prior written notice.

**6.4.    Termination for Default.**  This Agreement may be terminated by MWV for material breach of this Agreement by ArrMaz, or by ArrMaz for material breach of this Agreement by MWV, provided that the terminating Party first gives the defaulting Party written notice of termination specifying the grounds therefor, and the defaulting Party has

ALM00000102

APPX110

ALM00000092

had three months after such notice is given and received to cure the breach. If not so cured, this Agreement shall terminate at the expiration of such three month period.

**6.5.**     **Prior Obligations and Liabilities.**  No expiration or termination of this Agreement shall relieve any Party of any obligation accrued prior to the date of expiration or termination or relieve a Party in default from liability for damages for breach of this Agreement.

**6.6.**     **Survival.**  The provisions of Articles I, IV, V, VII and VIII and of Paragraphs 3.2 and 3.3 of Article III and Paragraphs 6.5 and 6.6 of this Article VI shall survive expiration or termination of this Agreement.

## Article VII
## Governing Law and Dispute Resolution

**7.1.**     **Governing Law.**  This Agreement will be construed, governed, interpreted and applied in accordance with the laws of the State of Delaware.

**7.2.**     **Dispute Resolution.**  Disputes arising among the Parties relating to the making or performance of this Agreement shall be resolved in the following order of preference:

a)  by good faith negotiation between executives of MWV and ArrMaz who have authority fully and finally to resolve the dispute and who shall meet within two months following written notice of the dispute or within such later period as shall be agreed by the Parties;

b)  if necessary thereafter, by non-binding mediation at a location acceptable to MWV and ArrMaz using a neutral mediator having experience with patent licensing and patent claim interpretation under the Center for Public

ALM00000103

ALM00000092

Resources Model Procedure for Mediation of Business Disputes (with the costs therefor shared equally); or

c) as a last resort only, by litigation of any remaining disputes in the United States District Court for the District of Delaware. Each Party waives objections to personal jurisdiction and venue over that Party in such court.

**7.3.** **Confidentiality of Disputes.** All negotiations and proceedings pursuant to this Article VII shall be treated as a compromise and settlement negotiations for purposes of Rule 408 of the Federal Rules of Evidence and comparable state rules of evidence. Any mediator shall be bound by an agreement containing nondisclosure provisions at least as restrictive as those contained in Paragraph 8.1.

**Article VIII**

**Miscellaneous**

**8.1.** **Confidentiality.** The terms of this Sublicense Agreement are confidential. The Parties shall keep terms and particulars of this Sublicense Agreement strictly confidential and no Party shall now or hereafter disclose such terms and particulars to any third party except: (i) with the prior written consent of the other Party; (ii) as may be required by applicable law, regulation or order of a governmental authority of competent jurisdiction; provided that, to the extent permitted by law or regulation, the Party required to make such a disclosure gives as much notice as is reasonably possible to the other Party to contest such order or requirement and takes all reasonable actions in an effort to minimize the nature and extent of such disclosure; (iii) during the course of litigation so long as the disclosure of such terms and conditions is subject to the same restrictions as is the confidential information of the other litigating parties, such restrictions are embodied

ALM00000104

ALM00000092

in a court-entered protective order limiting disclosure to outside counsel and such disclosing Party provides the other Party written notice at least ten (10) business days prior to such disclosure; (iv) in confidence to the professional legal and financial counsel representing such Party; (v) in confidence to any party covered by the releases and waivers granted herein; (vi) to third parties under non-disclosure agreements in the course of sublicensing activities of MWV or in merger, acquisition or investment discussions by either Party; or (vii) by any Party to the extent necessary to fulfill its disclosure obligations under the Securities Exchange Act of 1934, as amended, and other applicable securities laws and regulations. Notwithstanding the foregoing, the Parties may make disclosures consistent with Paragraph 2.4.

**8.2.  Notices.** All notices, requests and other communications given in connection with this Agreement shall be in writing and shall be deemed given upon actual receipt by the addressee. Notices shall be:

a) personally delivered,

b) sent by electronic facsimile transmission,

c) sent by registered or certified mail, return receipt requested, postage prepaid, or

d) sent prepaid by a nationally recognized courier service (for example, Federal Express, UPS or DHL)

to the respective address specified below, or to such other address as a Party may have designated by notice under this Paragraph 8.2:

> For MeadWestvaco:
> MeadWestvaco Corporation
> 5600 Virginia Avenue
> North Charleston, South Carolina 29406

ALM00000105

APPX113

ALM00000092

Attention: President, Specialty Chemicals Division
Tel. No.: 843-740-2315
Fax No.: 843-740-2329

With a copy to:
WestRock Company
501 S. 5th Street
Richmond, VA 23219-0501

Attention: Neil G. Cohen, Esq.
Chief IP Counsel
Tel. No.: 804-444-3983
Fax No.: 866-763-7155

For ArrMaz:
ArrMaz Custom Chemicals, Inc.
Road Science Division
6502 S. Yale Avenue
Tulsa, OK 74136
Attention: President, Road Science Division
Tel. No.: 918-960-3818
Fax No.: 918-960-3918

With a copy to:
ArrMaz Custom Chemicals, Inc.
Road Science Division
6502 S. Yale Avenue
Tulsa, OK 74136
Attention: Troy Ellis, General Counsel
Tel. No,: 918-960-3804
Fax No,:918-960-3904

Any change of address of a Party shall be promptly communicated in writing to the other

Parties.

**8.3.    Severability**.  If any provision of this Agreement is declared by a court of

competent jurisdiction to be invalid, illegal, unenforceable, or void then the Parties shall

be relieved of all obligations arising under such provision, but only to the extent that such

provision is invalid, illegal, unenforceable, or void, and the Parties will use reasonable

efforts to negotiate a substitute, valid and enforceable provision which most nearly

ALM00000106

APPX114

ALM00000092

addresses their intent in entering into this Agreement. Any remaining provisions of this Agreement capable of substantial performance shall be enforced to the extent permitted by law.

**8.4.**     **Waiver and Modification**. No modification of any of the terms of this Agreement will be valid unless in writing and signed by the Parties. No waiver by a Party of a breach of this Agreement will be deemed a waiver by such Party of any subsequent breach.

**8.5.**     **Prohibition of Certain Assignments.** This Agreement, and the rights and obligations hereunder, may be assigned by a Party to a third party with the written permission of the other Party (such permission not to be unreasonably withheld), and otherwise may only be assigned or otherwise transferred to a third party in connection with the transfer of substantially all of the assets of a Party or the business unit or division to which this Agreement relates, the transfer of a majority interest in the voting stock of such Party, or the merger, consolidation or reorganization of such Party.

**8.6.**     **Succession.** This Agreement and the rights and obligations granted and undertaken thereunder shall be binding upon and inure to the benefit of the Parties hereto, and their successors, trustees or receivers in bankruptcy and permitted assigns.

**8.7.**     **Headings**. The captions to the various Articles and Paragraphs of this Agreement are for reference only and shall not in any way control the meaning or interpretation of this Agreement.

**8.8.**     **Interpretation**. No provision of this Agreement is to be interpreted for or against any Party because that Party or its attorney drafted the provision.

ALM00000107

ALM00000092

**8.9.    No Other Agreement**.  The Parties each represent that in entering into this Agreement, they rely on no promise, inducement, or other agreement not expressly contained in this Agreement; that they have read this Agreement and discussed it thoroughly with their respective legal counsel; that they understand all of the provisions of this Agreement and intend to be bound by them; and that they enter into this Agreement voluntarily.

**8.10.    Entire Agreement**.  This Agreement constitutes the complete and exclusive statement of the terms and conditions between the Parties, and supersedes and merges all prior proposals, understandings and all other agreements, oral or written, between the Parties relating to the subject of this Agreement.

**8.11.    Compliance with Laws**.  Each Party shall furnish to another Party any information reasonably requested or required by such other Party during the Term of this Agreement to enable such other Party to comply with the requirements of any U.S. or foreign federal, state or other governmental agency.

**8.12.    Counterparts**.  This Agreement may be executed in counterparts, each of which shall be deemed to be an original, and which shall be deemed to be one and the same agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in duplicate and signed by their authorized officers or representatives as of the Effective Date.

ALM00000108

ALM00000092

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

MEADWESTVACO CORPORATION

By _____

Title *President, Specialty Chemicals*

ARRMAZ CUSTOM CHEMICALS, INC.

By _____

Title *Div. President*

- 18 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SUBJECT TO PROTECTIVE ORDER

ALM00000109

APPX117

ALM00000092

## Appendix A

### ArrMaz Affiliated Companies

AMP Acquisition Co.

Arr-Maz Products, LP

Arr-Maz Global Holdings S.L.

Arr-Maz China LLC

ArrMaz Chemicals (Yunnan) Co. Ltd.

ArrMaz Chemicals SAS

Arr-Maz Brazil LLC

ARR-MAZ do Brasil, Ltda.

ArrMaz Gulf Chemicals Company, Ltd.

ArrMaz Morocco, LLC

ArrMaz Morocco, SARLAU

ALM00000110

APPX118

ALM00000092

## Appendix B
## ALM/Ergon Patent Rights

| Country or Region | Application No. | Publication or Patent No. | Filing Date | Status |
|---|---|---|---|---|
| US | 60/716,204 | - | September 12, 2005 | Inactive |
| US | 11/374,747 | 8,454,739 | March 14, 2006 | Granted |
| US | 11/684,973 | 8,454,740 | March 12, 2007 | Granted |
| US | 12/543,782 | 8,454,741 | August 19, 2009 | Granted |
| US | 13/907,108 | 8,828,135 | May 31, 2013 | Granted |
| WO | PCT/US2006/033907 | 2007/032915 | August 30, 2006 | Inactive |
| EP | 06790099.3 | 1924650 | August 30, 2006 | Pending |
| BR | PI06159125 | | August 30, 2006 | Pending |
| CA | 2622031 | 2,622,031 | August 30, 2006 | Granted |
| CN | 200680037912.X | 101287801 | August 30, 2006 | Inactive |
| CN | 201510088816.9 | - | August 30, 2006 | Pending |
| CO | 08.025.774 | 1757 | August 30, 2006 | Granted |
| IN | 1206/CHENP/2008 | 265112 | August 30, 2006 | Granted |
| MX | MX/a/2008/003421 | 316835 | August 30, 2006 | Granted |
| US | 60/970,809 | - | September 7, 2007 | Inactive |
| US | 60/976,141 | - | September 28, 2007 | Inactive |
| US | 11/871,782 | 7,815,725 | October 12, 2007 | Control Nos. 90/011,731 & 90/011,983 Reexam. Cert. issued 4/1/2013 Control No. 90/013,102 Reexam. Cert. Issued 3/03/2015 |
| US | 12/896,488 | 7,981,466 | October 1, 2010 | Control No. 90/013,120 Reexam. Cert. Issued 1/23/2015 |
| US | 12/896,532 | 7,981,952 | October 1, 2010 | Granted |
| US | 12/896,570 | 7,968,627 | October 1, 2010 | Granted |
| US | 13/112,815 | 8,323,394 | May 20, 2011 | Control No. 90/012,976 Reexam Cert. Issued 11/20/2014 |
| US | 13/683,043 | 8,679,245 | November 21, 2012 | Granted |
| US | 14/223,569 | 2014/0286705 | March 24, 2014 | Pending |
| WO | PCT/US2008/075452 | 2009/033060 | September 5, 2008 | Inactive |
| EP | 08829370.9 | 2185649 | September 5, 2008 | Pending |
| BR | PI08166676 | - | September 5, 2008 | Pending |

ALM00000111

APPX119

ALM00000092

| Country or Region | Application No. | Publication or Patent No. | Filing Date | Status |
|---|---|---|---|---|
| CA | 2698734 | - | September 5, 2008 | Pending |
| CN | 200880114881.2 | ZL200880114881.2 | September 5, 2008 | Granted |
| CN | 20130238877.X | 103374234 | September 5, 2008 | Pending |
| CO | 10.027.024 | 4128 | September 5, 2008 | Granted |
| IN | 1310/CHENP/2010 | 1310/CHENP/2010 | September 5, 2008 | Pending |
| MX | MX/a/2010/002588 | 304177 | September 5, 2008 | Granted |
| TH | 0801004547 | 122349 | September 4, 2008 | Pending |
| US | 61/030,750 | - | February 22, 2008 | Inactive |
| US | 12/390,120 | 7,902,277 | February 20, 2009 | Granted |
| US | 13/039,066 | 8,138,242 | March 2, 2011 | Granted |
| US | 13/422,048 | 8,734,581 | March 16, 2012 | Granted |
| US | 14/215,987 | 2014/0199122 | March 17, 2014 | Pending |
| WO | PCT/US2009/034742 | 2009/105688 | February 20, 2009 | Inactive |
| BR | PI0908184.4 | - | February 20, 2009 | Pending |
| CL | 897-2010 | - | February 20, 2009 | Pending |
| CN | 200980113108.9 | 102015902 | February 20, 2009 | Pending |
| CO | 10-102.763 | 3477 | February 20, 2009 | Granted |
| IN | 5870/CHENP/2010 | 5870/CHENP2010 | February 20, 2009 | Pending |
| MX | MX/a/2010/009223 | 307135 | February 20, 2009 | Granted |
| MX | MX/a/2012/010764 | 316927 | September 18, 2012 | Granted |
| TH | 0901000761 | - | February 23, 2009 | Pending |

ALM00000112

APPX120

ALM00000092

# EXHIBIT C

## NAFTA SUBLICENSE AGREEMENT

This Agreement is made this _____ day of October, 2015 (the "Effective Date"), by and between MEADWESTVACO CORPORATION, a Delaware corporation acting through its Specialty Chemicals Division and having an office and principal place of business at 5600 Virginia Avenue, North Charleston, South Carolina 29406 ("MWV") and AKZO NOBEL SURFACE CHEMISTRY LLC, a Delaware limited liability company and having an office and principal place of business at 525 West Van Buren Street, Chicago, IL 60607 ("Akzo").

### RECITALS:

**WHEREAS** ALM HOLDING CO., a Wisconsin corporation having an office and principal place of business at 920 10th Avenue North, Onalaska, Wisconsin 54650 ("ALM") and ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation having an office and place of business at 2829 Lakeland Drive, Jackson, Mississippi 39215 ("Ergon") own various patent rights for making and applying Warm Mix Asphalt and have licensed certain of those rights to MWV in a license agreement effective January 1, 2008 (the "MWV License");

**WHEREAS** Akzo, acting on behalf of itself and its Affiliates, desires to obtain from MWV a nonexclusive sublicense in the U.S., Canada and Mexico ("NAFTA Countries") subject to the terms and conditions set forth in this Agreement; and

**WHEREAS** MWV is willing to grant to Akzo such a nonexclusive sublicense subject to the terms and conditions set forth in this Agreement;

ALM00000134

ALM00000134

**NOW, THEREFORE**, in consideration of these premises and for other good and valuable consideration, receipt of which is hereby acknowledged, MWV and Akzo hereby agree as follows:

### Article I
### Definitions

For the purpose of this Agreement, the following terms shall have the following meanings and shall be applicable to the singular or the plural:

**1.1 "Affiliate"** means any corporation, firm, partnership, proprietorship, or other form of business organization as to which the control of the business shall be directly or indirectly exercised by a Party; or any corporation, firm, partnership, proprietorship or other form of business organization in which a Party directly or indirectly has a fifty percent or greater ownership interest.

**1.2 "Counterpart"** means any patent, utility model or application therefor, including reexaminations and reissues, which under international treaty or national law claims priority to or the benefit of the filing date of an earlier application for a patent or utility model.

**1.3 "Patent Rights"** mean the patent applications, patents and their Counterparts listed in attached Appendix A.

**1.4 "Party"** means MWV or Akzo, as applicable.

**1.5 "Sublicensed Product"** means Rediset LQ or any future formulary modifications of Rediset LQ that do not materially alter its current formulation and/or its marketed end uses, which is sold for use as a temperature-reducing additive in the production or application of Warm Mix Asphalt claimed in any one or more claims in the Patent Rights

- 2 -

ALM00000135

ALM00000134

whether or not an asphalt paving mixture containing such additive is actually applied or compacted.

**1.6 "Warm Mix Asphalt"** means an asphalt paving mixture containing a non-foamed asphalt binder, aggregate and Sublicensed Product, which Sublicensed Product is used in the asphalt paving mixture to reduce the production temperature 30 °F or more below the conventional temperature used in the production of hot mix asphalt. Nothing in this Agreement shall prohibit Akzo from advertising, promoting or qualifying any product, including Rediset LQ, for foamed asphalt applications regardless of temperature.

**Article II**
**Grant and Commercialization**

**2.1     License.** MWV hereby grants to Akzo a royalty-bearing, nonexclusive license under the Patent Rights, without the right to sublicense any third party other than an Akzo Affiliate, to manufacture, have manufactured, import, use, sell, offer to sell and otherwise commercialize Sublicensed Products in the NAFTA Countries. This license includes the right for toll manufacturers to manufacture Sublicensed Products for Akzo or Akzo Affiliates; for distributors to sell and offer for sale in the NAFTA Countries Sublicensed Products obtained from Akzo or Akzo Affiliates; and for other third parties to manufacture, use (including for the paving of roads), sell and offer for sale Warm Mix Asphalt containing Sublicensed Products and paved asphalt surfaces made using Sublicensed Products in the NAFTA Countries; but in each such case only to the extent that such Sublicensed Products have been made by or for or obtained from Akzo or an Akzo Affiliate under this Agreement and Earned Royalty has been or will be paid thereon.

ALM00000136

ALM00000134

**2.2** **Sublicensing of Akzo Affiliates.** For so long as its license under Paragraph 2.1 is in force, Akzo may sublicense its rights under this Agreement to any Akzo Affiliate in a NAFTA Country. The obligations in this Agreement shall be binding on any sublicensee as if it were a Party hereto. Earned Royalties on sales made by a sublicensee shall be paid as if Akzo had made such sale. Upon any termination of this Agreement, all sublicensee rights shall also terminate.

**2.3** **Limitation on Licenses.** No licenses are granted by MWV outside the NAFTA Countries, and no other licenses are granted by any Party beyond the licenses expressly set forth in this Agreement.

**2.4** **Marketing and Promotion of Warm Mix Asphalt.** The Parties recognize the need to promote and provide education regarding authorized uses of Akzo Sublicensed Products and MWV's licensed products in Warm Mix Asphalt. Both parties shall ensure that existing and future materials and communications in the NAFTA Countries in whatever format or media and whether written or verbal related to their respective products (1) identify their respective licensed products as being licensed for use as an additive in Warm Mix Asphalt; (2) promote the use of their respective licensed products for use as an additive in Warm Mix Asphalt; and (3) do not promote the use of antistrips for reducing production or compaction temperatures in Warm Mix Asphalt or as being a replacement or alternative for their respective licensed products in Warm Mix Asphalt. For the avoidance of doubt, nothing in this paragraph is meant to bar the promotion of, or require the payment of royalties on, antistrip additives to the extent such additives are used in asphalt mixes other than Warm Mix Asphalt.

ALM00000137

APPX125

ALM00000134

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –
SUBJECT TO PROTECTIVE ORDER

## Article III

### Royalties, Reports, Payments and Records

**3.1    Earned Royalties.**  Sales by Akzo or any Akzo Affiliate to any third party of

Sublicensed Products, net of any credits, refunds, or uncollectible receivables but only to

the extent such credits, refunds or uncollectible receivables relate solely to such

Sublicensed Products, shall bear an "Earned Royalty" based on the formula shown

below:

Earned Royalty = Index Adjusted Selling Price (IASP) X Royalty Rate, wherein

**Earned Royalty for Sublicensed Product Sales**

| IASP (in U.S. Dollars/Pound of Additive Solids) | Royalty Rate |
|---|---|
| ███████ | ███ |
| ████████ | ████ ████ |

The IASP shall be adjusted quarterly using the U.S. Bureau of Labor Statistics published

Producer Price Index (PPI) for Surfactants (bulk surface active agents), Industry Code

325613/Product Code 325613-02, and the following formula:

IASP = Selling Price (SP) ÷ Selling Price Adjustment Factor (SPAF); where

SP = 100% of the active, per-pound selling price of the Sublicensed Product

exclusive of  freight & packaging fees; and

SPAF is determined by the following formula:

SPAF = PPI for the last month of each payment period ÷ PPI for January

2008

- 5 -

ALM00000138

ALM00000134

If a Sublicensed Product is sold in combination with another product that is not a Sublicensed Product, then the applicable SP and total sales for such Sublicensed Product shall be no less than the SP and total sales for the Sublicensed Product if sold by itself. Akzo products containing an asserted antistrip additive blended together with a Sublicensed Product, such as Rediset LQ, shall, if sold in connection with the production or application of Warm Mix Asphalt, be deemed to be a Sublicensed Product, and not a Sublicensed Product sold in combination with another product that is not a Sublicensed Product. Notwithstanding the foregoing, sales by Akzo and any Akzo Affiliate of any Sublicensed Product in any NAFTA Country in which the Patent Rights listed in Appendix B are not granted and active shall not bear an Earned Royalty.

**3.2    Reports and Payments.**  No later than forty-five (45) days after the end of each calendar quarter, Akzo shall furnish the Third-Party Administrator with a written report setting forth the quantity sold and total sales of each Sublicensed Product upon which Earned Royalty is payable under this Article III during that calendar quarter, itemizing the product number, quantity sold and total sales for each country of sale by Akzo or by any Akzo Affiliate, together with a computation of the Earned Royalties payable with respect thereto.  If a conversion from one currency to another is required to calculate such Earned Royalties, then the conversion rate shall be the U.S. dollar-foreign exchange rate for late New York trading reported in the *Wall Street Journal*, New York print edition or the reasonable equivalent thereof (subject to audit pursuant to Paragraph 3.3 below), for the last business day of such calendar quarter.  Each report shall be accompanied by the amount due in U.S. Dollars.  The Third-Party Administrator shall be responsible for review and approval of each such Akzo written report.  The Third-Party Administrator

- 6 -

shall treat all such Akzo written reports as confidential and shall not provide copies of any of the Akzo written reports (or information therein) to MWV. Upon completion of its review and approval of each such Akzo written report, the Third-Party Administrator shall remit the Akzo royalty payment to MWV via electronic funds transfer without disclosing any of the confidential Akzo information in the Akzo written report to MWV. If following the making of a report for a calendar quarter under this Paragraph 3.2, the reported beginning and ending PPI values for such calendar quarter are retroactively adjusted by the responsible government agency, then Akzo will furnish the Third-Party Administrator with an amended written report under this Paragraph 3.2 setting forth any corresponding credit or underpayment in the amount of Earned Royalty payable under this Article III for such calendar quarter. That credit or underpayment shall be applied against or added to the next required payment under this Paragraph 3.2. The fees and expenses of the Third Party Administrator shall be split equally between: (a) Akzo, and (b) MWV, ALM and Ergon.

**3.3     Records.**  The Third Party Administrator, Akzo and Akzo Affiliates shall keep full, complete, and accurate books of account and records covering all transactions relating to this Agreement. The Third Party Administrator, Akzo and Akzo Affiliates shall preserve such books and records for a period of at least three years after the calendar quarter to which a transaction relates. At any time prior to a period of one year after the expiration or termination of this Agreement, MWV may, upon reasonable notice in writing to Akzo, cause an independent audit to be made of the books and records of the Third Party Administrator, Akzo or any Akzo Affiliate in order to verify amounts of Earned Royalties payable under this Agreement, and prompt adjustment shall be made to

ALM00000140

ALM00000134

compensate for any errors disclosed by the audit. The audit shall be conducted only by an independent auditor during regular business hours and in a reasonable manner so as not to interfere with normal business activities. Audits shall be made hereunder no more frequently than annually. Before any audit may be conducted, the auditor must represent that the auditor's fee will in no manner be determined by the results of the audit and must agree to maintain in confidence and not disclose any confidential information to which the auditor is given access. The Third Party Administrator, Akzo and Akzo Affiliates shall preserve books and records pertaining to the audited period until the Parties have agreed upon the amount of Earned Royalty payable thereon. The fees and expenses for any such audit shall be paid by MWV unless the audit reveals an underpayment for any calendar year of more than ten percent (10%), in which case Akzo shall pay the reasonable expenses and fees of the independent auditor for such audit.

## Article IV
### Warranties, Disclaimers and Relationship of the Parties

**4.1.** **Authority**. Each Party has the full right, power, and authority to execute and deliver this Agreement and to perform its terms. The execution and delivery of this Agreement and the consummation of the transactions required by this Agreement will not violate or conflict with any charter provision or bylaw of any Party or any of its Affiliates. Each Party has taken all required corporate actions to approve and adopt this Agreement. Each Party represents and warrants that the person or persons executing this Agreement on its behalf are duly authorized and empowered to do so.

**4.2.** **No Conflicting Agreements.** Each Party warrants that it has no agreements with any third party and no other commitments, options or other obligations which conflict or

- 8 -

ALM00000141

ALM00000134

could conflict in any way with its obligations under this Agreement. During the Term of this Agreement, no Party will enter into any agreement, commitment, option or other obligation in conflict with its obligations under this Agreement.

**4.3.     Relationship of the Parties.**  Nothing in this Agreement shall be construed to constitute the Parties as partners or members of a joint venture or to constitute any Party as agent of another Party, nor will any similar relationship be deemed to exist between them.  No Party shall hold itself out contrary to the terms of this Paragraph 4.3, and no Party shall become liable by reason of any representation, act, or omission of another Party contrary to the provisions of this Paragraph 4.3.  Except insofar as this Agreement refers to ALM, Ergon and their respective Affiliates, this Agreement is not for the benefit of any other third party and shall not be deemed to give any right or remedy to any such other third party.

**4.4.     Guarantees Concerning Affiliates**.  Each Party guarantees the performance and all obligations of its Affiliates under this Agreement.

**Article V**

**Indemnification**

**5.1.1. Indemnification by Akzo.**  Akzo agrees to indemnify, defend and hold harmless MWV and its directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys' fees and all other expenses of litigation and the expenses of handling claims), damages, liabilities and obligations relating to or arising from any manufacture, use or sale by Akzo or any Akzo Affiliate of any Sublicensed Product, or based on or arising from MWV's status as licensor, and brought, asserted, commenced or

- 9 -

ALM00000134

pursued against MWV or any of its respective directors, officers, employees, distributors, representatives or agents by any person or entity not a party to this Agreement, regardless of actual or alleged negligence or fault by MWV or its respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**5.1.2. Indemnification by MWV**. MWV agrees to indemnify, defend and hold harmless Akzo and its directors, officers, employees, distributors, representatives and agents from any and all claims, actions, demands, losses, costs, expenses (including but not limited to reasonable attorneys' fees and all other expenses of litigation and the expenses of handling claims), damages, liabilities and obligations relating to or arising from any manufacture, use or sale by MWV or any MWV Affiliate of any Warm Mix Asphalt additive, or based on or arising from Akzo's status as licensee, and brought, asserted, commenced or pursued against Akzo or any of its respective directors, officers, employees, distributors, representatives or agents by any person or entity not a party to this Agreement, regardless of actual or alleged negligence or fault by Akzo or its respective directors, officers, employees, distributors, representatives and agents, including but not limited to indemnifiable losses relating to sickness, bodily injury, personal injury, or death of any person, property damage, or business damage.

**5.2. Scope of Indemnification**. The Parties agree that the indemnities stated in this Article V should be construed and applied in favor of indemnification. The Parties also agree that the indemnities: (i) apply only to indemnifiable losses brought, asserted, commenced or pursued by any person or entity not a party to this Agreement; and (ii)

ALM00000143

APPX131

ALM00000134

shall not apply to claims between the Parties arising out of or connected to this Agreement.

**Article VI**

**Term and Termination**

**6.1.    Term.**  Unless terminated earlier under the provisions of any of Paragraphs 6.2 through 6.4, this Agreement shall continue until the last to expire of the issued or granted patents within the Patent Rights (the "Term").

**6.2.    Termination of MWV License.**  Termination for any reason of the MWV License shall also terminate this Agreement as of the date of such termination.

**6.3.    Termination Without Cause.**  Akzo shall have the right to terminate this Agreement in its entirety without cause by giving MWV one year prior written notice.

**6.4.    Termination for Default.**  This Agreement may be terminated by MWV for material breach of this Agreement by Akzo, or by Akzo for material breach of this Agreement by MWV, provided that the terminating Party first gives the defaulting Party written notice of termination specifying the grounds therefor, and the defaulting Party has had three months after such notice is given and received to cure the breach.  If not so cured, this Agreement shall terminate at the expiration of such three month period.

**6.5.    Prior Obligations and Liabilities.**  No expiration or termination of this Agreement shall relieve any Party of any obligation accrued prior to the date of expiration or termination or relieve a Party in default from liability for damages for breach of this Agreement.

ALM00000144

ALM00000134

**6.6.** **Survival.** The provisions of Articles I, IV, V, VII and VIII and of Paragraphs 3.2 and 3.3 of Article III and Paragraphs 6.5 and 6.6 of this Article VI shall survive expiration or termination of this Agreement.

**Article VII**

**Governing Law and Dispute Resolution**

**7.1.** **Governing Law.** This Agreement will be construed, governed, interpreted and applied in accordance with the laws of the State of Delaware.

**7.2.** **Dispute Resolution.** Disputes arising among the Parties relating to the making or performance of this Agreement shall be resolved in the following order of preference:

a) by good faith negotiation between executives of MWV and Akzo who have authority fully and finally to resolve the dispute and who shall meet within two months following written notice of the dispute or within such later period as shall be agreed by the Parties;

b) if necessary thereafter, by non-binding mediation at a location acceptable to MWV and Akzo using a neutral mediator having experience with patent licensing and patent claim interpretation under the Center for Public Resources Model Procedure for Mediation of Business Disputes (with the costs therefor shared equally); or

c) as a last resort only, by litigation of any remaining disputes in the United States District Court for the District of Delaware. Each Party waives objections to personal jurisdiction and venue in such court.

**7.3.** **Confidentiality of Disputes.** All negotiations and proceedings pursuant to this Article VII shall be treated as compromise and settlement negotiations for purposes of

- 12 -

ALM00000145

APPX133

ALM00000134

Rule 408 of the Federal Rules of Evidence and comparable state rules of evidence. Any mediator shall be bound by an agreement containing nondisclosure provisions at least as restrictive as those contained in Paragraph 8.1.

## Article VIII
### Miscellaneous

**8.1. Confidentiality**. The terms of this Sublicense Agreement are confidential. The Parties shall keep terms and particulars of this Sublicense Agreement strictly confidential and no Party shall now or hereafter disclose such terms and particulars to any third party except: (i) with the prior written consent of the other Party; (ii) as may be required by applicable law, regulation or order of a governmental authority of competent jurisdiction; provided that, to the extent permitted by law or regulation, the Party required to make such a disclosure gives as much notice as is reasonably possible to the other Party to contest such order or requirement and takes all reasonable actions in an effort to minimize the nature and extent of such disclosure; (iii) during the course of litigation so long as the disclosure of such terms and conditions is subject to the same restrictions as is the confidential information of the other litigating parties, such restrictions are embodied in a court-entered protective order limiting disclosure to outside counsel, and such disclosing Party provides the other Party written notice at least ten (10) business days prior to such disclosure; (iv) in confidence to the professional legal and financial counsel representing such Party; (v) in confidence to any party covered by the releases and waivers granted herein; (vi) to third parties under non-disclosure agreements in the course of sublicensing activities of MWV or in merger, acquisition or investment discussions by either Party; or (vii) by any Party to the extent necessary to fulfill its disclosure

- 13 -

APPX134

ALM00000134

obligations under the Securities Exchange Act of 1934, as amended, and other applicable securities laws and regulations. Notwithstanding the foregoing, the Parties may make disclosures consistent with Paragraph 2.4.

**8.2.    Notices.** All notices, requests and other communications given in connection with this Agreement shall be in writing and shall be deemed given upon actual receipt by the addressee. Notices shall be:

a) personally delivered,

b) sent by electronic facsimile transmission,

c) sent by registered or certified mail, return receipt requested, postage prepaid, or

d) sent prepaid by a nationally recognized courier service (for example, Federal Express, UPS or DHL)

to the respective address specified below, or to such other address as a Party may have designated by notice under this Paragraph 8.2:

> For MeadWestvaco:
> MeadWestvaco Corporation
> 5600 Virginia Avenue
> North Charleston, South Carolina 29406
> Attention: President, Specialty Chemicals Division
> Tel. No.: 843-740-2315
> Fax No.: 843-740-2329

> With a copy to:
> WestRock Company
> 501 S. 5th Street
> Richmond, VA 23219-0501

> Attention: Neil G. Cohen, Esq.
> Chief IP Counsel
> Tel. No.: 804-444-3983
> Fax No.: 866-763-7155

ALM00000147

ALM00000134

For Akzo:
> Akzo Nobel Surface Chemistry LLC
> Attn: General Manager North America
>
> 525 West Van Buren Street
> Chicago, IL 60607-3835
> Attention: Americas
> Tel. No.: 312-544-7035
> Fax No.: 312-206-9087

With a copy to:
> Akzo Nobel
> Legal, IP & Compliance
> Attn: Director IP Americas
> 525 West Van Buren Street
> Chicago, IL 60607-3835
> Tel. No.: 312-544-6992
> Fax No.: 312-544-7379

Any change of address of a Party shall be promptly communicated in writing to the other Party.

**8.3.    Severability**. If any provision of this Agreement is declared by a court of competent jurisdiction to be invalid, illegal, unenforceable, or void then the Parties shall be relieved of all obligations arising under such provision, but only to the extent that such provision is invalid, illegal, unenforceable, or void, and the Parties will use reasonable efforts to negotiate a substitute, valid and enforceable provision which most nearly addresses their intent in entering into this Agreement. Any remaining provisions of this Agreement capable of substantial performance shall be enforced to the extent permitted by law.

**8.4.    Waiver and Modification**. No modification of any of the terms of this Agreement will be valid unless in writing and signed by the Parties. No waiver by a

ALM00000148

APPX136        ALM00000134

Party of a breach of this Agreement will be deemed a waiver by such Party of any subsequent breach.

**8.5.    Prohibition of Certain Assignments.**  This Agreement, and the rights and obligations hereunder, may be assigned by a Party to a third party with the written permission of the other Party (such permission not to be unreasonably withheld), and otherwise may only be assigned or otherwise transferred to a third party in connection with the transfer of substantially all of the assets of a Party or the business unit or division to which this Agreement relates, the transfer of a majority interest in the voting stock of such Party, or the merger, consolidation or reorganization of such Party.

**8.6.    Succession.**  This Agreement and the rights and obligations granted and undertaken thereunder shall be binding upon and inure to the benefit of the Parties hereto, and their successors, trustees or receivers in bankruptcy and permitted assigns.

**8.7.    Headings.**  The captions to the various Articles and Paragraphs of this Agreement are for reference only and shall not in any way control the meaning or interpretation of this Agreement.

**8.8.    Interpretation.**  No provision of this Agreement is to be interpreted for or against any Party because that Party or its attorney drafted the provision.

**8.9.    No Other Agreement.**  The Parties each represent that in entering into this Agreement, they rely on no promise, inducement, or other agreement not expressly contained in this Agreement; that they have read this Agreement and discussed it thoroughly with their respective legal counsel; that they understand all of the provisions of this Agreement and intend to be bound by them; and that they enter into this Agreement voluntarily.

ALM00000149

ALM00000134

**8.10. Entire Agreement.** This Agreement constitutes the complete and exclusive statement of the terms and conditions between the Parties, and supersedes and merges all prior proposals, understandings and all other agreements, oral or written, between the Parties relating to the subject of this Agreement.

**8.11. Compliance with Laws.** Each Party shall furnish to another Party any information reasonably requested or required by such other Party during the Term of this Agreement to enable such other Party to comply with the requirements of any U.S. or foreign federal, state or other governmental agency.

**8.12. Counterparts.** This Agreement may be executed in counterparts, each of which shall be deemed to be an original, and which shall be deemed to be one and the same agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in duplicate and signed by their authorized officers or representatives as of the Effective Date.

MEADWESTVACO CORPORATION

By

Title    ED ROSE

AKZO NOBEL SURFACE CHEMISTRY LLC

By

Title

- 17 -

AKZO NOBEL SURFACE CHEMISTRY LLC

By _M. DE Jong_
10 - 5 - 2015

Title _CONTROLLER_

By _Loan Nguyen Maury_ 10 - 6 - 2015

Title _General Manager NA_

- 18 -

ALM00000151

ALM00000134

# Appendix A

## ALM/Ergon Patent Rights

| Country or Region | Application No. | Publication or Patent No. | Filing Date | Status |
|---|---|---|---|---|
| US | 60/716,204 | - | September 12, 2005 | Inactive |
| US | 11/374,747 | 8,454,739 | March 14, 2006 | Granted |
| US | 11/684,973 | 8,454,740 | March 12, 2007 | Granted |
| US | 12/543,782 | 8,454,741 | August 19, 2009 | Granted |
| US | 13/907,108 | 8,828,135 | May 31, 2013 | Granted |
| CA | 2622031 | 2,622,031 | August 30, 2006 | Granted |
| MX | MX/a/2008/003421 | 316835 | August 30, 2006 | Granted |
| US | 60/970,809 | - | September 7, 2007 | Inactive |
| US | 60/976,141 | - | September 28, 2007 | Inactive |
| US | 11/871,782 | 7,815,725 | October 12, 2007 | Control Nos. 90/011,731 & 90/011,983 Reexam. Cert. issued 4/1/2013 Control No. 90/013,102 Reexam. Cert. Issued 3/03/2015 |
| US | 12/896,488 | 7,981,466 | October 1, 2010 | Control No. 90/013,120 Reexam. Cert. Issued 1/23/2015 |
| US | 12/896,532 | 7,981,952 | October 1, 2010 | Granted |
| US | 12/896,570 | 7,968,627 | October 1, 2010 | Granted |
| US | 13/112,815 | 8,323,394 | May 20, 2011 | Control No. 90/012,976 Reexam Cert. Issued 11/20/2014 |
| US | 13/683,043 | 8,679,245 | November 21, 2012 | Granted |
| US | 14/223,569 | 2014/0286705 | March 24, 2014 | Pending |
| CA | 2698734 | - | September 5, 2008 | Pending |
| MX | MX/a/2010/002588 | 304177 | September 5, 2008 | Granted |
| US | 61/030,750 | - | February 22, 2008 | Inactive |
| US | 12/390,120 | 7,902,277 | February 20, 2009 | Granted |
| US | 13/039,066 | 8,138,242 | March 2, 2011 | Granted |
| US | 13/422,048 | 8,734,581 | March 16, 2012 | Granted |
| US | 14/215,987 | 2014/0199122 | March 17, 2014 | Pending |
| MX | MX/a/2010/009223 | 307135 | February 20, 2009 | Granted |
| MX | MX/a/2012/010764 | 316927 | September 18, 2012 | Granted |

ALM00000152

APPX140

ALM00000134

**Query**    **Reports** ▾    **Utilities** ▾    **Help**    **Log Out**

CLOSED,APPEAL,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:24-cv-00363-JPM

| | |
|---|---|
| A.L.M. Holding Company et al v. Zydex Industries Private Limited et al | Date Filed: 03/21/2024 |
| Assigned to: Judge Jon P McCalla | Date Terminated: 11/25/2024 |
| Case in other court: Federal Circuit, 25-01317 | Jury Demand: Plaintiff |
| Cause: 35:1 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**A.L.M. Holding Company**                    represented by    **John C. Phillips , Jr.**
Phillips, McLaughlin & Hall, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
Email: jcp@pmhdelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffer Ali**
Email: jeffer.ali@huschblackwell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John C. Wittmer**
Email: john.wittmer@huschblackwell.com
*TERMINATED: 10/16/2024*
*PRO HAC VICE*

**Kimberly Chew**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan C. Haney**
Phillips, McLaughlin & Hall, P.A.
DE
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
Fax: 302-655-4210
Email: mch@pmhdelaw.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Howe**
Email: steve.howe@huschblackwell.com

APPX141

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ergon Asphalt & Emulsions, Inc.**        represented by   **John C. Phillips , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Megan C. Haney**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zydex Industries Private Limited**       represented by   **David Ellis Moore**
                                                            Potter Anderson & Corroon, LLP
                                                            1313 N. Market St., Hercules Plaza, 6th Flr.
                                                            P.O. Box 951
                                                            Wilmington, DE 19899-0951
                                                            (302) 984-6000
                                                            Email: dmoore@potteranderson.com
                                                            *LEAD ATTORNEY*

                                                            **Andrew Gish**
                                                            Email: Andrew@gishpllc.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew Mark Moshos**
                                                            Potter Anderson & Corroon LLP
                                                            1313 North Market Street
                                                            6th Floor
                                                            Wilmington, DE 19801-6108
                                                            302-984-6288
                                                            Email: amoshos@potteranderson.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Conor B. McDonough**
                                                            Email: conor.mcdonough@gishpllc.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Darlena Subashi**
                                                            Email: darlena.subashi@gishpllc.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Edward L. Tulin**
                                                            Email: Edward@gishpllc.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

APPX142

**Ray Bilderbeck**
Email: ray@gishpllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

Zydex Inc.                                    represented by **David Ellis Moore**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

                                                              **Andrew Gish**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Andrew Mark Moshos**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Conor B. McDonough**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Darlena Subashi**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Edward L. Tulin**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ray Bilderbeck**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**

Zydex Inc.                                    represented by **David Ellis Moore**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

                                                              **Andrew Gish**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Conor B. McDonough**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Darlena Subashi**

APPX143

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward L. Tulin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zydex Industries Private Limited**          represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*

**Andrew Gish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor B. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darlena Subashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward L. Tulin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**A.L.M. Holding Company**          represented by **John C. Phillips , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffer Ali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Wittmer**

APPX144

(See above for address)
*TERMINATED: 10/16/2024*
*PRO HAC VICE*

**Megan C. Haney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen R. Howe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ergon Asphalt & Emulsions, Inc.**          represented by **John C. Phillips , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan C. Haney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zydex Industries Private Limited**          represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*

**Andrew Gish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor B. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darlena Subashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward L. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zydex Inc.**          represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*

**Andrew Gish**

APPX145

(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor B. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darlena Subashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward L. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**A.L.M. Holding Company**                    represented by  **John C. Phillips , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jeffer Ali**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John C. Wittmer**
                                                              (See above for address)
                                                              *TERMINATED: 10/16/2024*
                                                              *PRO HAC VICE*

                                                              **Megan C. Haney**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stephen R. Howe**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**<u>Counter Defendant</u>**

**Ergon Asphalt & Emulsions, Inc.**          represented by  **John C. Phillips , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Megan C. Haney**

APPX146

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zydex Industries Private Limited**          represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*

**Andrew Gish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Mark Moshos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor B. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darlena Subashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward L. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zydex Inc.**                                represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*

**Andrew Gish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Mark Moshos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor B. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darlena Subashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

APPX147

**Edward L. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray Bilderbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**A.L.M. Holding Company**                    represented by   **John C. Phillips , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffer Ali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Wittmer**
(See above for address)
*TERMINATED: 10/16/2024*
*PRO HAC VICE*

**Megan C. Haney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen R. Howe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ergon Asphalt & Emulsions, Inc.**           represented by   **John C. Phillips , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan C. Haney**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2025 | 151 | TRANSCRIPT REQUEST by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. (Haney, Megan) (Entered: 01/03/2025) |
| 12/26/2024 | 150 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 149 Notice of Appeal (Federal Circuit) filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. USCA Case Number 25-1317 (jfm) (Entered: 12/27/2024) |

APPX148

| 12/23/2024 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re [149](#) Notice of Appeal (Federal Circuit). (oam) (Entered: 12/23/2024) |
|---|---|---|
| 12/23/2024 | | APPEAL - Credit Card Payment received re [149](#) Notice of Appeal (Federal Circuit) filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. ( Filing fee $605, receipt number ADEDC-4576528.) (Phillips, John) (Entered: 12/23/2024) |
| 12/23/2024 | [149](#) | NOTICE OF APPEAL to the Federal Circuit of [147](#) Judgment, . Appeal filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 12/23/2024) |
| 11/25/2024 | [148](#) | FINAL Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 10,214,646; 7,815,725; 9,394,652; 7,981,466 ; 8,734,581; 9,175,446. (mpb) (Entered: 11/25/2024) |
| 11/25/2024 | [147](#) | JUDGMENT: This action having come before the Court on Defendant's Motion to Dismiss, filed on June 20, 2024 (ECF No. [49](#) ), and the Court having entered an Order Granting Motion to Dismiss for Lack of Standing, (ECF No. [146](#) ). This matter having now been resolved, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is Dismissed without Prejudice. (CASE CLOSED) Signed by Judge Jon P McCalla on 11/25/2024. (mpb) (Entered: 11/25/2024) |
| 11/25/2024 | [146](#) | ORDER: Defendant's Motion to Dismiss for Lack of Standing (D.I. [49](#) ) is GRANTED. Because the Plaintiffs do not have standing under Article III to bring suit, the action is hereby DISMISSED WITHOUT PREJUDICE. (See Order for further details). Signed by Judge Jon P McCalla on 11/25/2024. (mpb) (Entered: 11/25/2024) |
| 11/20/2024 | [145](#) | REDACTED VERSION of [140](#) Answering Brief in Opposition, by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 11/20/2024) |
| 11/18/2024 | [144](#) | NOTICE OF SERVICE of Defendants' Final Claim Constructions and Disclosure of Supporting Evidence filed by Zydex Industries Private Limited, Zydex Inc..(Moshos, Andrew) (Entered: 11/18/2024) |
| 11/18/2024 | [143](#) | NOTICE OF SERVICE of Plaintiffs' Final Claim Constructions and Supporting Evidence Pursuant to Local Patent Rule 4.2(c) filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 11/18/2024) |
| 11/18/2024 | | Pro Hac Vice Attorney Kimberly Chew for A.L.M. Holding Company added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (scs) (Entered: 11/18/2024) |
| 11/14/2024 | [142](#) | ORDER granting D.I. [136](#) MOTION for Pro Hac Vice Appearance of Attorney Kimberly Chew. Signed by Judge Jon P McCalla on 11/14/2024. (mpb) (Entered: 11/15/2024) |
| 11/14/2024 | [141](#) | DECLARATION re [140](#) Answering Brief in Opposition, [130](#) MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents *of Jeffer Ali* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7) (Phillips, John) (Entered: 11/14/2024) |
| 11/14/2024 | [140](#) | [SEALED] ANSWERING BRIEF in Opposition re [130](#) MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..Reply Brief due date per Local Rules is 11/21/2024. (Phillips, John) (Entered: 11/14/2024) |

APPX149

| 11/13/2024 | 139 | REDACTED VERSION of 132 Declaration, by Zydex Industries Private Limited, Zydex Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Moore, David) (Entered: 11/13/2024) |
| --- | --- | --- |
| 11/13/2024 | 138 | REDACTED VERSION of 131 Opening Brief in Support, by Zydex Industries Private Limited, Zydex Inc.. (Moore, David) (Entered: 11/13/2024) |
| 11/13/2024 | 137 | Pro Hac Vice Fee - Credit Card Payment received for Kimberly Chew. ( re 136 MOTION for Pro Hac Vice Appearance of Attorney Kimberly Chew )( Payment of $ 50, receipt number ADEDC-4547147).(Haney, Megan) (Entered: 11/13/2024) |
| 11/13/2024 | 136 | MOTION for Pro Hac Vice Appearance of Attorney Kimberly Chew - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Attachments: # 1 Certification of Kimberly Chew)(Haney, Megan) (Entered: 11/13/2024) |
| 11/12/2024 | 135 | SO ORDERED, re 133 STIPULATION TO EXTEND TIME for Defendants to file public versions of D.I. 131 and D.I. 132 to November 13, 2024 filed by Zydex Industries Private Limited, Zydex Inc. Signed by Judge Jon P McCalla on 11/12/2024. (mpb) (Entered: 11/12/2024) |
| 11/12/2024 | 134 | NOTICE of Subsequent Development by Zydex Industries Private Limited, Zydex Inc. re 130 MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moshos, Andrew) (Entered: 11/12/2024) |
| 11/08/2024 | 133 | STIPULATION TO EXTEND TIME for Defendants to file public versions of D.I. 131 and D.I. 132 to November 13, 2024 - filed by Zydex Inc., Zydex Industries Private Limited. (Moshos, Andrew) (Entered: 11/08/2024) |
| 11/01/2024 | 132 | [SEALED] DECLARATION re 130 MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents *of Edward L. Tulin* by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Moore, David) (Entered: 11/01/2024) |
| 11/01/2024 | 131 | [SEALED] OPENING BRIEF in Support re 130 MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents filed by Zydex Inc., Zydex Industries Private Limited.Answering Brief/Response due date per Local Rules is 11/15/2024. (Moore, David) (Entered: 11/01/2024) |
| 11/01/2024 | 130 | MOTION to Remove Plaintiffs' Confidentiality Designations From the Non-Confidential Portions of the Deposition Transcripts of the Inventors of the Asserted Patents - filed by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Text of Proposed Order) (Moore, David) (Entered: 11/01/2024) |
| 10/30/2024 | 129 | NOTICE to Take Deposition of John D'Angelo on November 6, 2024 [Revised Notice] filed by Zydex Inc., Zydex Industries Private Limited.(Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 128 | NOTICE to Take Deposition of Dr. Gayle King on November 5, 2024 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 10/30/2024) |
| 10/29/2024 | 127 | NOTICE to Take Deposition of John D'Angelo on November 11, 2024 filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 10/29/2024) |

APPX150

| 10/28/2024 | 126 | NOTICE OF SERVICE of Rebuttal Claim Construction Declaration of John D'Angelo Ph.D. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 10/28/2024) |
|---|---|---|
| 10/16/2024 | 125 | NOTICE requesting Clerk to remove John Wittmer as co-counsel. Reason for request: no longer affiliated with the case. (Haney, Megan) (Entered: 10/16/2024) |
| 10/15/2024 | 124 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-8) [Contains Information Designated as Highly Confidential - Attorneys' Eyes Only] filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 10/15/2024) |
| 10/14/2024 | 123 | NOTICE OF SERVICE of Declaration of Gayle King Ph.D. [Highly Confidential - Attorneys' Eyes Only] filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 10/14/2024) |
| 10/04/2024 | 122 | NOTICE OF SERVICE of Subpoena to Hi-Tech Asphalt Solutions, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 10/04/2024) |
| 10/04/2024 | 121 | ANSWER to 108 Answer to Amended Complaint, Counterclaim *Plaintiffs' Answer and Affirmative Defenses to Defendants' Counterclaims* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 10/04/2024) |
| 10/01/2024 | 120 | NOTICE OF SERVICE of Plaintiffs' Validity and Enforceability Contentions filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 10/01/2024) |
| 09/30/2024 | 119 | NOTICE OF SERVICE of Defendants' Preliminary Claim Constructions and Evidence filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 09/30/2024) |
| 09/30/2024 | 118 | NOTICE OF SERVICE of Plaintiffs' Preliminary Proposed Constructions of Claim Terms to be Construed filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 09/30/2024) |
| 09/27/2024 | 117 | SUR-REPLY BRIEF re 68 MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad] [Defendants' Supplemental Brief in Further Support of Their Motion for Issuance of Letter of Request and Commissions for the Taking of Evidence Abroad (re DI 109)]* filed by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit A-H) (Moshos, Andrew) (Entered: 09/27/2024) |
| 09/23/2024 | | Pro Hac Vice Attorney Darlena Subashi for Zydex Inc. and Zydex Industries Private Limited added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mws) (Entered: 09/23/2024) |
| 09/18/2024 | 116 | NOTICE OF SERVICE of A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Supplemental Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s First Set of Interrogatories (Nos. 1-15) filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 09/18/2024) |
| 09/18/2024 | 115 | ORDER granting D.I. 113 MOTION for Pro Hac Vice Appearance of Attorney Darlena Subashi of Gish PLLCSigned by Judge Jon P McCalla on 09/18/2024. (oam) (Entered: 09/18/2024) |

APPX151

| 09/18/2024 | 114 | Pro Hac Vice Fee - Credit Card Payment received for Darlena Subashi. ( re 113 MOTION for Pro Hac Vice Appearance of Attorney Darlena Subashi of Gish PLLC )( Payment of $ 50, receipt number ADEDC-4500956).(Moshos, Andrew) (Entered: 09/18/2024) |
| --- | --- | --- |
| 09/18/2024 | 113 | MOTION for Pro Hac Vice Appearance of Attorney Darlena Subashi of Gish PLLC - filed by Zydex Inc., Zydex Industries Private Limited. (Moshos, Andrew) (Entered: 09/18/2024) |
| 09/18/2024 | 112 | Official Transcript of Status Conference held on 9/16/2024 before Judge Jon P. McCala. Court Reporter/Transcriber Tina DuBose Gibson, Email: Tina_Gibson@tnwd.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 10/9/2024. Redacted Transcript Deadline set for 10/21/2024. Release of Transcript Restriction set for 12/17/2024. (jfm) (Entered: 09/18/2024) |
| 09/18/2024 | 111 | NOTICE OF SERVICE of Plaintiffs' Final Identification of Claim Terms to be Construed filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 09/18/2024) |
| 09/17/2024 | 110 | NOTICE OF SERVICE of Defendants' Final Identification of Claim Terms to be Construed filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 09/17/2024) |
| 09/16/2024 | 109 | AMENDED SCHEDULING ORDER: Opening Expert Reports due by 10/14/2024. Rebuttal Expert Reports due by 10/28/2024. Expert Discovery due by 11/11/2024. Claim Construction Opening Brief due by 12/2/2024. Claim Construction Answering Brief due by 12/20/2024. Joint Claim Construction Brief due by 1/3/2025. A Markman Hearing is set for 1/19/2025 at 10:00 AM Virtually before Judge Jon P McCalla. Signed by Judge Jon P McCalla on 09/16/2024. (vfm) (Entered: 09/17/2024) |
| 09/16/2024 | | Minute Entry: for proceedings held before Judge Jon P McCalla - Status Conference held on 9/16/2024. Jeffer Ali, John Phillips, Jr., and Stephen Howe appeared for the plaintiff. Edward Tulin appeared for the defendant. Parties updated the court as to product samples and completion of document production The Court orders document production to be complete by September 30. An Order will be entered. (Court Reporter: Tina Gibson) (Court Reporter Tina Gibson.) (jfm) (Entered: 09/16/2024) |
| 09/13/2024 | 108 | ANSWER to Amended Complaint, re: 102 Amended Complaint,, with Jury Demand *Affirmative Defenses, and*, COUNTERCLAIM against All Plaintiffs by Zydex Industries Private Limited, Zydex Inc..(Moshos, Andrew) (Entered: 09/13/2024) |
| 09/09/2024 | 107 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Initial Invalidity Contentions with Exhibits A1-A6, B1-B4, C1-C2, and D1-D2 filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 09/09/2024) |
| 09/09/2024 | 106 | [SEALED] Letter to The Honorable Jon Phipps McCalla from Andrew M. Moshos regarding Response to Plaintiffs September 6, 2024 Letter - re 105 Letter. (Moshos, Andrew) (Entered: 09/09/2024) |
| 09/06/2024 | 105 | Letter to The Honorable Jon P. McCalla from John C. Phillips, Jr. regarding Plaintiffs' Opposition to Defendants' revised requests for depositions. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Phillips, John) (Entered: 09/06/2024) |
| 09/05/2024 | 104 | Letter to The Honorable Jon Phipps McCalla from Andrew M. Moshos regarding Court's August 23, 2024 Order regarding Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad - re 97 Order,,,, Set Deadlines,,,. |

APPX152

| | | (Attachments: # [1] Exhibit A - Redline, # [2] Exhibit B)(Moshos, Andrew) (Entered: 09/05/2024) |
|---|---|---|
| 08/30/2024 | [103] | Letter to the Honorable Jon P. McCalla from John C. Phillips, Jr. regarding Amended Complaint - re [102] Amended Complaint,,.. (Attachments: # [1] Exhibit A)(Phillips, John) (Entered: 08/30/2024) |
| 08/30/2024 | [102] | AMENDED COMPLAINT against All Defendants - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C, # [4] Exhibit D, # [5] Exhibit E, # [6] Exhibit F, # [7] Exhibit G, # [8] Exhibit H, # [9] Exhibit I, # [10] Exhibit J, # [11] Exhibit K, # [12] Exhibit L, # [13] Exhibit M, # [14] Exhibit N, # [15] Exhibit O, # [16] Exhibit P, # [17] Exhibit Q, # [18] Exhibit R, # [19] Exhibit S, # [20] Exhibit T, # [21] Exhibit U, # [22] Exhibit V, # [23] Exhibit W, # [24] Exhibit X, # [25] Exhibit Y)(Phillips, John) (Entered: 08/30/2024) |
| 08/30/2024 | [101] | Joint STATUS REPORT *re Mediation* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 08/30/2024) |
| 08/29/2024 | [100] | NOTICE OF SERVICE of Subpoena to Sales and Distribution Services, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 08/29/2024) |
| 08/28/2024 | [99] | NOTICE OF SERVICE of Notice of Third Party Subpoena Duces Tecum on Arrmaz Products Inc., and Notice of Third Party Subpoena Ad Testificandum on Arrmaz Products Inc. filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 08/28/2024) |
| 08/23/2024 | [98] | Official Transcript of Video Motion Conference held on 8/22/2024 before Judge Jon P. McCala. Court Reporter/Transcriber Tina DuBose Gibson, Email: Tina_Gibson@tnwd.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 9/13/2024. Redacted Transcript Deadline set for 9/23/2024. Release of Transcript Restriction set for 11/21/2024. (jfm) (Entered: 08/23/2024) |
| 08/23/2024 | [97] | ORDER: Plaintiffs are to produce the Baumgardner transcript by August 27, 2024, and to produce the exhibits, notebooks, and 2 association report by August 29, 2024. Defendants are to then edit their document requests and questions to narrow the categories of requests in each letter of request and commission (ECF No.68-2 at Page ID 1165-1203) based off the information received. For Dortmunder Guasphalt GmbH & Co. KG ("DGA Group") in Germany, Defendants are to narrow their requests for testimony (ECF No. 68-2 at Page ID 1173.) For Arkema Group ("Arkema") in France, Defendants are to narrow their requests for testimony and documents (ECF 68-2 at Page ID 1184.) Defendants are to produce such amended requests by September 5, 2024. (See Order for further details) Signed by Judge Jon P McCalla on 8/23/2024. (mpb) (Entered: 08/23/2024) |
| 08/22/2024 | | Minute Entry: Jeffer Ali and John Phillips, Jr. appeared for the plaintiff. Edward Tulin appeared for the defendant. The Court heard arguments re: Defendants (Zydex Industries and Zydex Inc.) for Issuance of Letters of Request under the Hague Evidence Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. Fives factors/elements reviewed. Plaintiff will produce depositions by August 27, 2024 and notebooks by August 29, 2024. Motion taken under advisement. The Court will enter an order. (Court Reporter: Tina Gibson) (jfm) (Entered: 08/22/2024) |

APPX153

| 08/19/2024 | 96 | NOTICE OF SERVICE of Third Party Subpoena Duces Tecum on Arkema Specialty Surfactants, and Third Party Subpoena Ad Testificandum on Arkema Specialty Surfactants filed by Zydex Inc., Zydex Industries Private Limited.(Moore, David) (Entered: 08/19/2024) |
|---|---|---|
| 08/19/2024 | 95 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s First Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Production filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 08/19/2024) |
| 08/14/2024 | 94 | NOTICE to Take Deposition of S.L. Williamson Corporation on August 22, 2024 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 08/14/2024) |
| 08/14/2024 | 93 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' Fourth Set of Requests for Admission filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 08/14/2024) |
| 08/14/2024 | 92 | NOTICE OF SERVICE of (1) A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s Second Set of Interrogatories (Nos. 16-19); and (2) A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s Second Set of Requests for Production filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 08/14/2024) |
| 08/12/2024 | 91 | NOTICE OF SERVICE of (1) Plaintiffs' Preliminary Identification of Claim Terms To Be Construed; (2) A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Supplemental Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s First Set of Requests for Production; and (3) Plaintiffs' Fourth Set of Requests for Admissions to Defendants filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 08/12/2024) |
| 08/09/2024 | 90 | NOTICE to Take Deposition of S.L. Williamson Corporation on August 21, 2024 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 08/09/2024) |
| 08/09/2024 | 89 | NOTICE to Take Deposition of Arizona Department of Transportation on August 21, 2024 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 08/09/2024) |
| 08/09/2024 | 88 | NOTICE OF SERVICE of Defendants' Preliminary Identification of Claim Terms to be Construed filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 08/09/2024) |
| 08/09/2024 | 87 | REPLY BRIEF re 68 MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad]* filed by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit J-M)(Moshos, Andrew) (Entered: 08/09/2024) |
| 08/08/2024 | 86 | ORDER: Defendant's MOTION for Leave to File *A Reply and Additional Exhibits In Support of Their Motion for Issuance of Letters of Request and Commissions* (ECF No. 83 ) is GRANTED. Defendants shall file the submitted reply brief and all attachments thereto as a separate docket entry. Signed by Judge Jon P McCalla on 8/8/2024. (mpb) (Entered: 08/09/2024) |
| 08/08/2024 | 85 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' Third Set of Requests for Admission filed by Zydex Inc., |

APPX154

| | | Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 08/08/2024) |
|---|---|---|
| 08/06/2024 | 84 | MEMORANDUM in Support re 83 MOTION for Leave to File *A Reply and Additional Exhibits In Support of Their Motion for Issuance of Letters of Request and Commissions* filed by Zydex Inc., Zydex Industries Private Limited.Answering Brief/Response due date per Local Rules is 8/20/2024. (Moshos, Andrew) (Entered: 08/06/2024) |
| 08/06/2024 | 83 | MOTION for Leave to File *A Reply and Additional Exhibits In Support of Their Motion for Issuance of Letters of Request and Commissions* - filed by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1 - Reply Brief with Exhibits)(Moshos, Andrew) (Entered: 08/06/2024) |
| 08/06/2024 | 82 | ORDER Setting Videoconference: A Video Motion Conference is set for 8/22/2024 at 09:30 AM (CT) / 10:30 AM (ET) before Judge Jon P McCalla. Email invitations will be sent at least one day prior to the conference. See Order for further details. Signed by Judge Jon P McCalla on 8/6/2024. (jfm) (Entered: 08/06/2024) |
| 08/05/2024 | 81 | REQUEST for Oral Argument by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. re 68 MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad]*. (Phillips, John) (Entered: 08/05/2024) |
| 08/02/2024 | 80 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for Admission filed by Zydex Inc., Zydex Industries Private Limited.(Moore, David) (Entered: 08/02/2024) |
| 08/01/2024 | 79 | NOTICE OF SERVICE of A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Supplemental Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s First Set of Requests for Production Nos. 5, 6, 7, 8, 29, 30, 31, 36, 37, 38, 39, 43, 44, 45, 46, 51, 52, 56, 81 and 83 and A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Supplemental Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s Interrogatory Nos. 2, 3, 4, 5, 7, 8, 9, 12, 13 and 14 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 08/01/2024) |
| 07/30/2024 | 78 | NOTICE OF SERVICE of Notice of Service of Subpoena Ad Testificandum to Arkema, Inc., Notice of Service of Subpoena Duces Tecum to Arkema, Inc., Notice of Service of Subpoena Ad Testificandum to Nouryon Chemicals LLC, and Notice of Service of Subpoena Duces Tecum to Nouryon Chemicals LLC filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/30/2024) |
| 07/30/2024 | 77 | DECLARATION re 76 Answering Brief in Opposition, *of Jeffer Ali* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Phillips, John) (Entered: 07/30/2024) |
| 07/30/2024 | 76 | ANSWERING BRIEF in Opposition re 68 MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad]* filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..Reply Brief due date per Local Rules is 8/6/2024. (Phillips, John) (Entered: 07/30/2024) |
| 07/30/2024 | 75 | NOTICE OF SERVICE of Defendants' Phase II Initial Disclosures Pursuant to Fed. R. CIV. P. 26(a)(1)(A) filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/30/2024) |
| 07/29/2024 | 74 | NOTICE OF SERVICE of Plaintiffs' Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 07/29/2024) |

APPX155

| 07/26/2024 | 73 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-8) [Contains Information Designated as Highly Confidential - Attorneys' Eyes Only], and Zydex Industries Private Limited and Zydex Inc.'s First Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Admission filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/26/2024) |
|---|---|---|
| 07/23/2024 | 72 | NOTICE OF SERVICE of Zydex Industries Private Limited's And Zydex Inc.'s Second Set Of Requests For Production To A.L.M. Holding Company And Ergon Asphalt & Emulsions; and Zydex Industries Private Limited's And Zydex Inc.'s Second Set Of Interrogatories (Nos. 16-19) To A.L.M. Holding Company And Ergon Asphalt & Emulsions filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/23/2024) |
| 07/22/2024 | 71 | NOTICE OF SERVICE of A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s First Set of Interrogatories (Nos. 1-15) and A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s Objections and Responses to Zydex Industries Private Limited's and Zydex Inc.'s First Set of Requests for Production filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 07/22/2024) |
| 07/19/2024 | 70 | REDACTED VERSION of 67 Reply Brief by Zydex Inc., Zydex Industries Private Limited. (Moore, David) (Entered: 07/19/2024) |
| 07/16/2024 | 69 | DECLARATION re 68 MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad] [Declaration of Conor Brew McDonough]* by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit E-F)(Moshos, Andrew) (Entered: 07/16/2024) |
| 07/16/2024 | 68 | MOTION for Issuance of Letters Rogatory *[Motion for Issuance of Letters of Request and Commissions for the Taking of Evidence Abroad]* - filed by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A-D and G-I)(Moshos, Andrew) (Entered: 07/16/2024) |
| 07/12/2024 | 67 | [SEALED] REPLY BRIEF re 49 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Defendants' Motion to Dismiss for Lack of Standing]* filed by Zydex Inc., Zydex Industries Private Limited. (Moore, David) (Entered: 07/12/2024) |
| 07/12/2024 | 66 | REDACTED VERSION of 63 Answering Brief in Opposition, by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Haney, Megan) (Entered: 07/12/2024) |
| 07/10/2024 | 65 | NOTICE OF SERVICE of Plaintiffs' Third Set of Requests for Admissions to Defendants filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 07/10/2024) |
| 07/08/2024 | 64 | NOTICE OF SERVICE of Third Party Subpoena Ad Testificandum on Ingevity Corporation, and Third Party Subpoena Duces Tecum on Ingevity Corporation filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/08/2024) |
| 07/05/2024 | 63 | [SEALED] ANSWERING BRIEF in Opposition re 49 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Defendants' Motion to Dismiss for Lack of Standing]* filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..Reply Brief due date per Local Rules is 7/12/2024. (Phillips, John) (Entered: 07/05/2024) |
| 07/03/2024 | 62 | NOTICE OF SERVICE of Plaintiffs' Second Set of Requests for Admission to Defendants filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 07/03/2024) |

APPX156

| 07/03/2024 | 61 | NOTICE OF SERVICE of Zydex Industries Private Limited's Responses and Objections to Notice of Deposition filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/03/2024) |
|---|---|---|
| 07/01/2024 | 60 | NOTICE OF SERVICE of Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Admission, Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-8), and Zydex Industries Private Limited and Zydex Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 07/01/2024) |
| 06/28/2024 | 59 | NOTICE to Take Deposition of Zydex Industries Private Limited on July 24, 2024 filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 06/28/2024) |
| 06/27/2024 | 58 | REDACTED VERSION of 51 Declaration, by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moshos, Andrew) (Entered: 06/27/2024) |
| 06/27/2024 | 57 | REDACTED VERSION of 50 Opening Brief in Support, by Zydex Inc., Zydex Industries Private Limited. (Moshos, Andrew) (Entered: 06/27/2024) |
| 06/27/2024 | 56 | NOTICE OF SERVICE of Subpoena to KLP Commercial LLC d/b/a KLP Construction Supply filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/27/2024) |
| 06/27/2024 | 55 | NOTICE OF SERVICE of Subpoena to Western Infrastructure, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/27/2024) |
| 06/25/2024 | 54 | NOTICE OF SERVICE of Defendants' Initial Non-Infringement Contentions Pursuant to LPR 3.3 with Exhibits A-F filed by Zydex Inc., Zydex Industries Private Limited. (Moshos, Andrew) (Entered: 06/25/2024) |
| 06/24/2024 | 53 | NOTICE OF SERVICE of Plaintiffs' Disclosures Pursuant to the Court's Order Governing Discovery of Electronically Stored Information filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/24/2024) |
| 06/20/2024 | 52 | NOTICE OF SERVICE of Zydex Industries Private Limited's and Zydex Inc.'s First Set of Requests for Production to A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc., and Zydex Industries Private Limited's and Zydex Inc.'s First Set of Interrogatories (Nos. 1-15) to A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc. filed by Zydex Inc., Zydex Industries Private Limited.(Moshos, Andrew) (Entered: 06/20/2024) |
| 06/20/2024 | 51 | [SEALED] DECLARATION re 49 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Defendants' Motion to Dismiss for Lack of Standing] [Transmittal Declaration of Edward L. Tulin]* by Zydex Inc., Zydex Industries Private Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moshos, Andrew) (Entered: 06/20/2024) |
| 06/20/2024 | 50 | [SEALED] OPENING BRIEF in Support re 49 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Defendants' Motion to Dismiss for Lack of Standing]* filed by Zydex Inc., Zydex Industries Private Limited.Answering Brief/Response due date per Local Rules is 7/5/2024. (Moshos, Andrew) (Entered: 06/20/2024) |
| 06/20/2024 | 49 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Defendants' Motion to Dismiss for Lack of Standing]* - filed by Zydex Inc., Zydex Industries Private |

APPX157

| | | |
|---|---|---|
| | | Limited. (Attachments: # 1 Text of Proposed Order)(Moshos, Andrew) (Entered: 06/20/2024) |
| 06/17/2024 | 48 | NOTICE OF SERVICE of Defendants' Phase I Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) filed by Zydex Inc., Zydex Industries Private Limited.(Moore, David) (Entered: 06/17/2024) |
| 06/14/2024 | 47 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosures filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/14/2024) |
| 06/14/2024 | 46 | ORDER Governing Discovery of Electronically Stored Information. Signed by Judge Jon P McCalla on 6/14/2024. (rlr) (Entered: 06/14/2024) |
| 06/14/2024 | 45 | STPULATED PROTECTIVE ORDER Signed by Judge Jon P McCalla on 6/14/2024. (mpb) (Entered: 06/14/2024) |
| 06/14/2024 | 44 | NOTICE OF SERVICE of Subpoena to Illinois Department of Transportation filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/14/2024) |
| 06/14/2024 | 43 | NOTICE OF SERVICE of Subpoena to Arizona Department of Transportation filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/14/2024) |
| 06/13/2024 | 42 | PROPOSED ORDER Governing Discovery of Electronically Stored Information by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Haney, Megan) (Entered: 06/13/2024) |
| 06/13/2024 | 41 | PROPOSED ORDER Protective Order by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Haney, Megan) (Entered: 06/13/2024) |
| 06/11/2024 | 40 | ANSWER to 30 Answer to Complaint, Counterclaim *Plaintiffs' Answer and Affirmative Defenses to Defendants' Counterclaims* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/11/2024) |
| 06/11/2024 | 39 | NOTICE OF SERVICE of Subpoena to Colony Construction, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/11/2024) |
| 06/11/2024 | 38 | NOTICE OF SERVICE of Subpoena to S.L. Williamson Company, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/11/2024) |
| 06/11/2024 | 37 | NOTICE OF SERVICE of Subpoena to Allan Myers VA, Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/11/2024) |
| 06/03/2024 | 36 | NOTICE OF SERVICE of (1) Plaintiffs' First Set of Interrogatories to Defendants; (2) Plaintiffs' First Set of Requests for Production to Defendants; and (3) Plaintiffs' First Set of Requests for Admissions to Defendants filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 06/03/2024) |
| 05/31/2024 | 35 | Official Transcript of Video Scheduling Conference held on 5/30/2024 before Judge Jon P. McCalla. Court Reporter/Transcriber Tina Gibson,Email: Tina_Gibson@tnwd.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 6/21/2024. Redacted Transcript Deadline set for 7/1/2024. Release of Transcript Restriction set for 8/29/2024. (apk) (Entered: 05/31/2024) |

APPX158

| | | |
|---|---|---|
| 05/31/2024 | 34 | SCHEDULING ORDER. Signed by Judge Jon P McCalla on 5/31/2024. (apk) (Entered: 05/31/2024) |
| 05/30/2024 | | Minute Entry for a Video Scheduling Conference held before Judge Jon P McCalla - Scheduling Conference held on 5/30/2024. Jeffer Ali, Stephen Howe and John Phillips, Jr. appeared for the plaintiffs. Andrew Gish, David Ellis Moore, and Edward Tulin appeared for the defendants. Parties presented a brief technology tutorial, including bonding, asphalt mix, additives, etc. Brief discussion ensued as to the matter of standing. Defense will file under seal a motion re: standing by June 20, 2024. Plaintiffs response will be filed no later than July 5, 2024. Defense reply should be filed by July 12. 2024. A Protective Order will filed by June 13, 2024. The Court set additional preliminary dates/deadlines, adopting, for the most part, plaintiffs proposed schedule A Scheduling Order to be filed. Mediation is scheduled for August 23, 2024. The Court set a Video (Zoom) Status Conference for Monday, September 16, 2024 at 9:30 AM / 10:30 AM. An Order will be entered. (Court Reporter: Tina Gibson). (apk) (Entered: 05/30/2024) |
| 05/30/2024 | 33 | NOTICE OF SERVICE of Plaintiffs' Technology Tutorial filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Phillips, John) (Entered: 05/30/2024) |
| 05/30/2024 | 32 | NOTICE OF SERVICE of Defendants' Technology Tutorial filed by Zydex Inc..(Moshos, Andrew) (Entered: 05/30/2024) |
| 05/29/2024 | 31 | NOTICE OF SERVICE of Plaintiffs' Initial Infringement Contentions for U.S. Patent Nos. 10,214,646, 7,815,725 B2, 9,394,652 B2, 7,981,466 B2, 8,734,581 B2 and 9,175,446 B2 Against Zydex Industries Private Limited and Zydex Inc. filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc..(Haney, Megan) (Entered: 05/29/2024) |
| 05/28/2024 | 30 | Amended ANSWER to 1 Complaint,, with Jury Demand , *Affirmative Defenses, and,* COUNTERCLAIM against A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. by Zydex Industries Private Limited, Zydex Inc..(Moore, David) (Entered: 05/28/2024) |
| 05/28/2024 | 29 | ORDER: For good cause shown, the stipulation is GRANTED. Plaintiff has until June 4, 2024 to respond to Defendants' current Answer and Counterclaim in this action, should it remain operative until then. Signed by Judge Jon P McCalla on 5/28/2024. (apk) (Entered: 05/28/2024) |
| 05/28/2024 | 28 | PROPOSED ORDER Scheduling Order and Joint Planning Report by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 05/28/2024) |
| 05/24/2024 | 27 | STIPULATION TO EXTEND TIME for Plaintiffs to respond to Defendants' original Counterclaim to June 4, 2024 - filed by Zydex Inc., Zydex Industries Private Limited. (Moore, David) (Entered: 05/24/2024) |
| 05/08/2024 | | Pro Hac Vice Attorney Edward L. Tulin for Zydex Inc. and Zydex Industries Private Limited added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (oam) (Entered: 05/08/2024) |
| 05/07/2024 | 26 | ORDER granting D.I. 24 MOTION for Pro Hac Vice Appearance of Attorney Edward L. Tulin of GISH PLLC. Signed by Judge Jon P McCalla on 5/7/2024. (mpb) (Entered: 05/08/2024) |
| 05/07/2024 | 25 | Pro Hac Vice Fee - Credit Card Payment received for Edward L. Tulin. ( re 24 MOTION for Pro Hac Vice Appearance of Attorney Edward L. Tulin of GISH PLLC )( Payment of $ 50, receipt number ADEDC-4401589).(Moore, David) (Entered: 05/07/2024) |

APPX159

| | | |
|---|---|---|
| 05/07/2024 | 24 | MOTION for Pro Hac Vice Appearance of Attorney Edward L. Tulin of GISH PLLC - filed by Zydex Inc., Zydex Industries Private Limited. (Moore, David) (Entered: 05/07/2024) |
| 05/06/2024 | 23 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Zydex Inc.. (Moore, David) (Entered: 05/06/2024) |
| 05/06/2024 | 22 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Zydex Industries Private Limited. (Moore, David) (Entered: 05/06/2024) |
| 05/06/2024 | 21 | ANSWER to 1 Complaint,, with Jury Demand *and*, COUNTERCLAIM against All Plaintiffs by Zydex Inc., Zydex Industries Private Limited.(Moore, David) (Entered: 05/06/2024) |
| 04/29/2024 | 20 | SCHEDULING ORDER: A video scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on Thursday, May 30, 2024, at 9:30 A.M. (CT) / 10:30 A.M. (ET). Email invitations will be sent at least one day before the conference. See Order for further details. Signed by Judge Jon P McCalla on 04/29/2024. (vfm) (Entered: 04/29/2024) |
| 04/26/2024 | | Case Reassigned to Judge Jon P McCalla. Please include the initials of the Judge (JPM) after the case number on all documents filed. (nms) (Entered: 04/26/2024) |
| 04/22/2024 | 19 | STATEMENT *Third-Party Litigation Funding Arrangements Disclosure* by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Haney, Megan) (Entered: 04/22/2024) |
| 04/10/2024 | | Pro Hac Vice Attorney John C. Wittmer for A.L.M. Holding Company added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mkr) (Entered: 04/10/2024) |
| 04/10/2024 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney John Wittmer, filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. Ordered by Judge Colm F. Connolly on 4/10/2024. (kmd) (Entered: 04/10/2024) |
| 04/10/2024 | 18 | Pro Hac Vice Fee - Credit Card Payment received for John Wittmer. ( re 17 MOTION for Pro Hac Vice Appearance of Attorney John Wittmer )( Payment of $ 50, receipt number ADEDC-4381194).(Haney, Megan) (Entered: 04/10/2024) |
| 04/10/2024 | 17 | MOTION for Pro Hac Vice Appearance of Attorney John Wittmer - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Haney, Megan) (Entered: 04/10/2024) |
| 04/09/2024 | | Pro Hac Vice Attorney Conor B. McDonough, Ray Bilderbeck,Andrew Gish for Zydex Inc., and Zydex Industries Private Limited added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (apk) (Entered: 04/09/2024) |
| 04/03/2024 | | SO ORDERED, re 15 MOTION for Pro Hac Vice Appearance of Attorneys Andrew Gish, Ray Bilderbeck, and Conor McDonough of GISH PLLC, filed by Zydex Industries Private Limited, Zydex Inc. Ordered by Judge Colm F. Connolly on 4/3/2024. (kmd) (Entered: 04/03/2024) |
| 04/03/2024 | 16 | Pro Hac Vice Fee - Credit Card Payment received for Andrew Gish, Ray Bilderbeck, and Conor McDonough. ( re 15 MOTION for Pro Hac Vice Appearance of Attorney Andrew Gish, Ray Bilderbeck and Conor McDonough of GISH PLLC )( Payment of $ 150, receipt number ADEDC-4376347).(Moore, David) (Entered: 04/03/2024) |

APPX160

| 04/03/2024 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Andrew Gish, Ray Bilderbeck and Conor McDonough of GISH PLLC - filed by Zydex Inc., Zydex Industries Private Limited. (Moore, David) (Entered: 04/03/2024) |
| --- | --- | --- |
| 03/27/2024 | 14 | SUMMONS Returned Executed by Ergon Asphalt & Emulsions, Inc., A.L.M. Holding Company.Zydex Inc. served on 3/25/2024, answer due 5/6/2024. (Phillips, John) (Entered: 03/27/2024) |
| 03/27/2024 | 13 | SUMMONS Returned Executed by Ergon Asphalt & Emulsions, Inc., A.L.M. Holding Company.Zydex Industries Private Limited served on 3/25/2024, answer due 5/6/2024. (Phillips, John) (Entered: 03/27/2024) |
| 03/27/2024 | | Pro Hac Vice Attorney Stephen R. Howe for A.L.M. Holding Company added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (oam) (Entered: 03/27/2024) |
| 03/27/2024 | | Pro Hac Vice Attorney Jeffer Ali for A.L.M. Holding Company added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (oam) (Entered: 03/27/2024) |
| 03/27/2024 | 12 | STANDING ORDER REGARDING BRIEFING IN ALL CASES (nmf) (Entered: 03/27/2024) |
| 03/27/2024 | | SO ORDERED, re 11 Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, *or Otherwise Respond* filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc., Set/Reset Answer Deadlines: Zydex Inc. answer due 5/6/2024; Zydex Industries Private Limited answer due 5/6/2024. Signed by Judge Colm F. Connolly on 3/27/2024. (nmf) (Entered: 03/27/2024) |
| 03/27/2024 | | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Jeffer Ali filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc., 9 MOTION for Pro Hac Vice Appearance of Attorney Stephen R. Howe filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc. Signed by Judge Colm F. Connolly on 3/27/2024. (nmf) (Entered: 03/27/2024) |
| 03/27/2024 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 03/27/2024) |
| 03/26/2024 | 11 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, *or Otherwise Respond* - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 03/26/2024) |
| 03/21/2024 | 10 | Pro Hac Vice Fee - Credit Card Payment received for Stephen R. Howe. ( re 9 MOTION for Pro Hac Vice Appearance of Attorney Stephen R. Howe )( Payment of $ 50, receipt number ADEDC-4367741).(Phillips, John) (Entered: 03/21/2024) |
| 03/21/2024 | 9 | MOTION for Pro Hac Vice Appearance of Attorney Stephen R. Howe - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 03/21/2024) |
| 03/21/2024 | 8 | Pro Hac Vice Fee - Credit Card Payment received for Jeffer Ali. ( re 7 MOTION for Pro Hac Vice Appearance of Attorney Jeffer Ali )( Payment of $ 50, receipt number ADEDC-4367734).(Phillips, John) (Entered: 03/21/2024) |
| 03/21/2024 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Jeffer Ali - filed by A.L.M. Holding Company, Ergon Asphalt & Emulsions, Inc.. (Phillips, John) (Entered: 03/21/2024) |

APPX161

| 03/21/2024 | [6](#) | Summonses Issued as to Zydex Inc. and Zydex Industries Private Limited on 3/21/2024. (Attachments: # [1](#) Summons Issued Zydex Industries Private Limited)(jfm) (Entered: 03/21/2024) |
|---|---|---|
| 03/21/2024 | [5](#) | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Ergon, Inc. for Ergon Asphalt & Emulsions, Inc. filed by Ergon Asphalt & Emulsions, Inc. (jfm) (Entered: 03/21/2024) |
| 03/21/2024 | [4](#) | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by A.L.M. Holding Company. (jfm) (Entered: 03/21/2024) |
| 03/21/2024 | [3](#) | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) see attached. (jfm) (Entered: 03/21/2024) |
| 03/21/2024 | [2](#) | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jfm) (Entered: 03/21/2024) |
| 03/21/2024 | [1](#) | COMPLAINT FORT PATENT INFRINGEMENT filed with Jury Demand against Zydex Inc., Zydex Industries Private Limited (Filing fee $ 405, receipt number ADEDC-4367324.) - filed by Ergon Asphalt & Emulsions, Inc., A.L.M. Holding Company. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M, # [14](#) Exhibit N, # [15](#) Exhibit O, # [16](#) Exhibit P, # [17](#) Exhibit Q, # [18](#) Exhibit R, # [19](#) Exhibit S, # [20](#) Exhibit T, # [21](#) Exhibit U, # [22](#) Exhibit V, # [23](#) Exhibit W, # [24](#) Exhibit X, # [25](#) Exhibit Y, # [26](#) Civil Cover Sheet)(jfm) (Entered: 03/21/2024) |

|  | **PACER Service Center** | | |
|---|---|---|---|
| | **Transaction Receipt** | | |
| | 02/05/2025 10:24:31 | | |
| **PACER Login:** | STLouisAccess | **Client Code:** | 0000000-0000022jjb |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00363-JPM Start date: 1/1/1975 End date: 2/5/2025 |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

APPX162



US007815725B2

(12) **United States Patent**

Reinke et al.

(10) **Patent No.:** **US 7,815,725 B2**

(45) **Date of Patent:** **Oct. 19, 2010**

(54) **WARM ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING AGENTS**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **ALM Holding Co.**, Onalaska, WI (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/871,782**

(22) Filed: **Oct. 12, 2007**

(65) **Prior Publication Data**

US 2009/0068348 A1    Mar. 12, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**
*E01C 7/18*    (2006.01)

(52) **U.S. Cl.** ............... **106/284.06**; 106/274; 106/284.4; 427/138

(58) **Field of Classification Search** ............ 106/284.06, 106/271, 284.4

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,014,103 A | 1/1912 | Wallbaum |
| 1,373,661 A | 4/1921 | Johansen |
| 1,384,805 A | 7/1921 | McSwiney |
| 1,542,626 A | 6/1925 | MacKay |
| 1,640,544 A | 8/1927 | Headley |
| 1,674,523 A | 6/1928 | Sadtler |
| 1,778,760 A | 10/1930 | Hay |
| 1,815,089 A | 7/1931 | Alsdorf |
| 1,834,552 A | 12/1931 | Sadtler et al. |
| 1,842,139 A | 1/1932 | Alsdorf |
| 1,887,518 A | 11/1932 | Sadtler |
| 1,888,295 A | 11/1932 | Smith |
| 1,932,648 A | 10/1933 | Taylor |
| 1,948,881 A | 2/1934 | Kirschbraun |
| 1,988,336 A | 1/1935 | Roediger |
| 1,988,879 A | 1/1935 | Steininger |
| 2,023,068 A | 12/1935 | Flood |

(Continued)

FOREIGN PATENT DOCUMENTS

AU        433003        2/1973

(Continued)

OTHER PUBLICATIONS

Bonola et al., "Technologies for the Production of Asphalt Mixes With Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.

(Continued)

*Primary Examiner*—Michael Kornakov
*Assistant Examiner*—Xiao Zhao
(74) *Attorney, Agent, or Firm*—Faegre & Benson LLP

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.

**18 Claims, 4 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,025,945 A | 12/1935 | Forrest | |
| 2,046,902 A | 7/1936 | Kirschbraun | |
| 2,087,401 A | 7/1937 | Fair | |
| 2,191,295 A | 2/1940 | Dohse et al. | |
| 2,243,519 A | 5/1941 | Barth | |
| 2,283,192 A | 5/1942 | Ditto | |
| 2,317,959 A | 4/1943 | Johnson et al. | |
| 2,340,449 A | 2/1944 | Barwell | |
| 2,427,488 A | 9/1947 | Anderson et al. | |
| 2,461,971 A | 2/1949 | Fischer | |
| 2,550,481 A | 4/1951 | Jense | |
| 2,861,787 A | 11/1958 | Csanyi | |
| 2,888,418 A * | 5/1959 | Albanese et al. | 427/213 |
| 2,901,369 A | 8/1959 | Otto Pordes | |
| 2,917,395 A | 12/1959 | Csanyi | |
| 3,855,167 A * | 12/1974 | Bowman | 523/208 |
| 3,904,428 A | 9/1975 | McConnaughay | |
| 4,197,209 A * | 4/1980 | Zinke et al. | 508/430 |
| 4,234,346 A | 11/1980 | Latta, Jr. et al. | |
| 4,244,747 A | 1/1981 | Leonard, Jr. et al. | |
| 4,348,237 A | 9/1982 | Ruckel | |
| 4,592,507 A | 6/1986 | Benedict | |
| 4,692,350 A | 9/1987 | Clarke et al. | |
| 4,724,003 A | 2/1988 | Treybig et al. | |
| 5,109,041 A | 4/1992 | Matsuno et al. | |
| 5,539,029 A | 7/1996 | Burris | |
| 5,622,554 A * | 4/1997 | Krogh et al. | 106/284.06 |
| 5,721,296 A | 2/1998 | Mizunuma et al. | |
| 5,772,749 A | 6/1998 | Schilling et al. | |
| 5,788,755 A | 8/1998 | Salminen | |
| 5,827,360 A | 10/1998 | Salminun | |
| 6,136,898 A | 10/2000 | Loza et al. | |
| 6,197,837 B1 | 3/2001 | Hill et al. | |
| 6,451,885 B1 | 9/2002 | Dresin et al. | |
| 6,559,206 B1 | 5/2003 | Durand et al. | |
| 6,576,050 B1 | 6/2003 | Samanos | |
| 6,588,974 B2 | 7/2003 | Hildebrand et al. | |
| 6,793,964 B2 | 9/2004 | Hoad | |
| 6,846,354 B2 | 1/2005 | Larsen et al. | |
| 6,913,416 B2 | 7/2005 | Hildebrand et al. | |
| 7,041,165 B2 | 5/2006 | Malot | |
| 7,114,843 B2 | 10/2006 | Romier et al. | |
| 7,114,875 B2 | 10/2006 | Romier et al. | |
| 7,160,943 B2 | 1/2007 | Burris et al. | |
| 7,297,204 B2 | 11/2007 | Crews et al. | |
| 7,309,390 B2 | 12/2007 | Falkiewicz | |
| 2002/0170464 A1 | 11/2002 | Larson et al. | |
| 2004/0014845 A1 | 1/2004 | Takamura et al. | |
| 2004/0223808 A1 | 11/2004 | Romier et al. | |
| 2004/0244646 A1 | 12/2004 | Larsen et al. | |
| 2005/0018530 A1 | 1/2005 | Romier et al. | |
| 2005/0284333 A1 * | 12/2005 | Falkiewicz | 106/284.1 |
| 2006/0086288 A1 | 4/2006 | Bourrel et al. | |
| 2006/0169173 A1 | 8/2006 | Dupuis et al. | |
| 2006/0236614 A1 | 10/2006 | Antoine et al. | |
| 2006/0240185 A1 | 10/2006 | Antoine et al. | |
| 2006/0288907 A1 | 12/2006 | Fox | |
| 2007/0039520 A1 | 2/2007 | Crews et al. | |
| 2007/0060676 A1 | 3/2007 | Reinke | |
| 2007/0082983 A1 | 4/2007 | Crews et al. | |
| 2007/0191514 A1 | 8/2007 | Reinke et al. | |
| 2009/0088499 A1 | 4/2009 | Barreto et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2006231250 | 4/2006 |
| EP | 0 568 021 A | 11/1993 |
| EP | 1398351 | 3/2004 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| EP | 0994923 | 1/2006 |
| GB | 429548 | 5/1935 |
| JP | 2002-332606 | 11/2002 |
| JP | 2006132131 | 5/2006 |
| WO | 9522661 | 8/1995 |
| WO | 0162852 | 8/2001 |
| WO | WO 02/16499 | 2/2002 |
| WO | 2005081775 | 9/2005 |
| WO | 2006106222 | 10/2006 |
| WO | 2006106222 A1 | 10/2006 |
| WO | 2007/032915 | 3/2007 |
| WO | WO 2008/148974 A | 12/2008 |
| WO | WO 2009/033060 | 3/2009 |

## OTHER PUBLICATIONS

Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.

Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.

Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, Iowa, Aug. 2007, 11 pp.

Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.

Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.

Hurley et al., "Evaluation of Aspha-Min® Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, 30 pp., Jun. 2005.

Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.

Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.

Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads, and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp., not dated.

Kristjansdorttir, Warm Mix Asphalt for Cold Weather Paving, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University of Washington, 2006, 127 pp.

Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.

Hurley et al., "Evaluation of Evotherm® for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.

Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements For Southern Africa, 1999, 7 pp.

Hurley et al., "Evaluation of Sasobit® for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.

Ceca Arkema Group, "Green Road Formulation-Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www.siliporite.com, accessed Nov. 21, 2007, 1 pg.

"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)", European Roads Review, Special Issue, BGRA, Feb. 2004 (pp. 1-11).

International Search Report issued in PCT/US2006/33907, mailed Sep. 24, 2007, 4 pages.

Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Pavement Materials and construction Team. AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.

International Search Report for PCT/US2008/075452, mailed Feb. 13, 2009, 13 pages.

International Search Report for PCT/US2009/034742, mailed May 26, 2009, 10 pages.

* cited by examiner



FIGURE 1

COMPARE SASOBIT WAX AT 2 LOADINGS TO
E-6 AND TO NEAT PG 58-28
ALL TESTS AT 90°C & 100 μm GAP

07-030A, 1-5% Sasobit, 25x0-1 mm, cup, 90°C,
07-030A, 1-5% Sasobit, 25x0-1 mm, cup, 90°C,
07-030AA, 0-5% Sasobit, 25x0-1 mm, cup, 90°C,
PG 58-28, neat, 25x0-1 mm, cup, 90°C,
07-030AA, 0-5% Sasobit, 25x0-1 mm, cup, 90°C,
07-030E, 0-2% E-6, 25x0-1 mm, cup, 90°C,



FIGURE 2

COMPARE NEAT PG 58-28 TO SASOBIT AT 0.5% AND 1.5% LOADINGS AND TO MONTAN WAX AT 1% LOADING, 90°C and 50 μm GAP



FIGURE 3

COMPARE NEAT PG 58-28 TESTED AT 3
TEMPERATURES, 125°C, 100°C, & 90°C-GAP 50 µm



FIGURE 4

COMPARE POLYMER & ACID MODIFIED BINDERS W/ & W/O ADDITIVES TO NEAT 58-28

# WARM ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING AGENTS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/976,141 filed Sep. 28, 2007 and U.S. Provisional Application No. 60/970,809 filed Sep. 7, 2007, the entire contents of each of which are hereby expressly incorporated by reference.

## BACKGROUND

International Application WO 2007/032915, incorporated by reference herein, reports a warm mix asphalt binder composition and process that injects a foaming, lubricating aqueous solution into a stream of asphalt cement prior to incorporation of the asphalt cement plus foaming, lubricating solution with aggregate at reduced temperatures to produce a warm mix asphalt paving mixture. Evaluations of warm mix compositions produced with this process provide a basis for the warm mix compositions and processes disclosed in this application.

## SUMMARY

The present invention provides functionally dry warm mix asphalt binder compositions, polymer modified asphalt binder compositions or polymer/acid-modified asphalt binder compositions that have been modified with lubricating non-aqueous surfactants, non-surfactant additives or acids or combinations thereof (collectively, lubricating agents or additives). The term "functionally dry" as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "warm mix" regime, as further described herein. The mentioned lubricating non-aqueous surfactants, non-surfactant additives or acids, such as phosphoric acid additives, provide asphalt binder compositions that can be adequately mixed with aggregate at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt binder or cement that does not contain these lubricating additives or combinations thereof. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 30-50° F. lower, even temperatures more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt/aggregate mixture that does not contain a lubricating additive or combinations thereof. Another meaning for the term "functionally dry" as used herein is "essentially water-free" as described in the detailed description.

The asphalt binder compositions and aggregate mixtures that contain lubricating agents or additives disclosed in the present application may also include liquid antistripping additives used in conventional asphalt/aggregate mixtures.

Methods of preparing the present asphalt binder compositions as well as methods of using the present asphalt binder compositions mixed with aggregate to prepare paved surfaces are also disclosed in this application.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and an asphalt cement modified with a lubricating surfactant.

FIG. 2 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and two asphalt cements modified with a lubricating wax.

FIG. 3 is a graph plotting the measured viscosities and normal forces with respect to velocity as a measure of lubricity of an asphalt cement at three different temperatures.

FIG. 4 is a graph plotting the measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement, a related polymer-acid modified asphalt cement further modified with polyphosphoric acid, a polymer-acid modified asphalt cement further modified with a liquid antistripping additive and a polymer-acid modified asphalt cement further modified with a lubricating surfactant.

## DETAILED DESCRIPTION

Earlier work confirms that laboratory compaction of field-produced warm mixes utilizing the reported foaming, lubricating solution can be adequately compacted at temperatures approximately 30-50° F. or more below typical hot mix asphalt compaction temperatures days after field production. Testing of mix samples taken at the paver have shown that this mix contains approximately 0.5 wt %, or less, water which is an amount of water being well below the amount of water generally utilized in conventional warm mix production. The only component of the foaming, lubricating solution remaining with the asphalt mixture is an effective concentration of the surfactant providing the lubricating effect. This observation indicates that the incorporation of water in conjunction with a foam for the production of warm mix is not an essential component in all instances, although the water may be used in a system for delivery of the lubricating additive into the asphalt binder or cement. The present invention thus relies, in part, in determining that the lubricating properties of additives added to an asphalt binder or cement are an important component of the present warm mix asphalt mixtures and that it is not necessary or essential to use foamed asphalt binders or emulsified asphalt binders that are used in conventional warm mix asphalt binder compositions, mixtures and paving processes.

As used in the present application, each of the terms "functionally dry" or "essentially water-free" means or is intended to refer to an asphalt binder composition that contains less water or moisture than is routinely used in conventional or known warm mixes. This term does not mean and is not intended to refer to a warm mix composition that is completely free of water, moisture or added water. For example, it is well known that aggregate that will be mixed with the present asphalt binder compositions will also contain varying amounts of water and that water may affect the aggregate coating process. In embodiments of the present invention it is acceptable that there is some moisture contained in the aggregate, because a completely dry aggregate is not practical or may not be desirable. The amounts of water or moisture in the aggregate will vary for any number of reasons including but not limited to the particular geographical region where the aggregate is crushed or stockpiled, the local weather conditions, the local temperature of the particular stockpile facilities. Due to this variation in the water content of the aggregate, it is expected that there may be adjustments made to the actual water content of the asphalt binder compositions of this invention before the aggregate is coated with the asphalt mixture in order to achieve acceptable coating of the aggregate. If the aggregate is either very wet or very dry the water the water content of the aggregate may be adjusted or altered

or, alternatively, the water or moisture content of the asphalt binder composition may be adjusted or altered in order to optimize or ensure adequate coating of the aggregate during mixing. Warm mixes of the present invention will generally include about 2-9 wt % asphalt binder composition and about 91-98 wt % aggregate. In certain embodiments, the warm mixes will include about 3-8 wt % asphalt binder composition and about 92-97 wt % aggregate. asphalt/aggregate. The amount of asphalt binder composition required will depend upon mix type, layer in the pavement structure, aggregate size or traffic considerations, among other factors.

The moisture content of the asphalt binder composition may be changed in a number of ways such as injecting or spraying water into the asphalt binder compositions. Even though the asphalt binder compositions may have the water or moisture content adjusted or altered, these compositions are considered to be functionally dry because the overall water content is lower or substantially lower than other known or conventional warm mix asphalt binder compositions or mixtures.

In addition, it is well known that different grades of asphalt will have different mixing properties and conditions. Adjustments or alterations of the water or moisture concentrations that take into account different asphalt grades are also considered to be functionally dry (or essentially water-free) asphalt binder compositions. When variations in the water contents of different aggregates and different asphalt grades are accounted for, the asphalt/aggregate mixes of mixtures of the present invention will typically have a water content in a range of less than about 5 wt %. In many instances the water content is less than about 1 wt %. In certain embodiments of this invention, the asphalt binder compositions comprise less than 0.5 wt % water. It is understood, however, that water contents outside this range would still be with in the scope of the present claims and embodiments of the invention when the claimed compositions contain the lubricating agents or additives, including the non-aqueous surfactants, non-surfactant additives and acids, disclosed in this application.

This application discloses that surfactants in both aqueous or non-aqueous form and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder or cement at levels as low as 0.1 wt %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed to produce a bituminous mixture without an added lubricating additive or agent. The lubricating additive then enables compaction of these mixtures at 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed for compaction of similar bituminous mixtures.

Non-aqueous surfactants as additives have been commonly incorporated into asphalt cement to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically as a functionally dry or water free warm mix composition have not been readily apparent to those skilled in the art prior to the disclosure of the elements and examples of this invention and the invention referenced in U.S. Provisional Application Ser. No. 60/976,141 and U.S. Provisional Application Ser. No. 60/970,809. Suitable lubricating surfactants as additives include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactant additives may be specifically grouped into four classifications: i) anionic surface agents to include, but not limited to, fatty acids (saturated and unsaturated fatty acids),

fatty acid pitch (stearic acid pitch), and fatty acid derivatives (fatty acid esters and fatty acid sulfonates), organo phosphates (alkyl phosphates); ii) cationic surface agents to include, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) ampholytic surface agents to include, but not limited to, amino acids, amino acid derivatives, betain derivatives (alkylbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) non-ionic surface agents to include, but not limited to, fatty acid ester bonds (SPANS and TWEENS), with surfactants ether bonds (alkylphenolpolyoxyethylenes and polyoxyethylenated alcohols), surfactants with amid bonds (alcanolamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethylenated mercaptans.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder or cement to produce warm mix based on the concept that these wax additives reduce the viscosity of the wax asphalt blend to an extent sufficient to enable production and lay down of the asphalt/aggregate mixture at reduced temperatures. The data in this application indicates that typical wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, N.J.) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may be selected from a group of paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum derived and refined waxes (slack wax and refined micro-crystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (animal and vegetable waxes e.g. bees wax and carnuaba wax), modified natural waxes (brown coal derivative, e.g., montan wax and mineral oil derivatives), partial synthetic waxes (acid waxes, ester waxes, amid waxes, alcohol waxes and oxidized polyethylene waxes), or full synthetic waxes (Fischer-Tropsch waxes and polyethylene waxes).

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and additives containing viscosity modifiers and/or dispersant viscosity modifiers as well as extrusion and molding production processing aids, polyolefins and sulfur, may provide lubricating characteristics to petroleum products and may also be used as a non-surfactant additive for functionally dry or waterless warm mix asphalt formulations. Such additives include, but are not limited to, VMS and DVMS used in engine lubricating oils (polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; processing aids used in extrusion and molding operations (high trans content polyoctenamer reactive polymer), polyolefins (ethylene vinyl acetate (EVA), acrylic polymers and silicones); and sulfur (as sulfur impurities in fuels have been known to provide lubrication properties).

This application also discloses that different concentrations of phosphoric acid, are another class of additives that can, when incorporated into an asphalt cement at levels as low as about 0.2-1.0 wt %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F., or greater difference, below the tem-

US 7,815,725 B2

5

peratures normally needed to produce a bituminous mixture without the phosphoric acid additives.

The following data set out in the examples below indicate that the addition of surfactant in non-aqueous form enables utilization of asphalt cements that have been produced using acid modifiers, typically those acid modifiers being those drawn from the type of polyphosphoric acid (PPA) or super-phosphoric acid (SPA), although other grades of phosphoric acid and other types of acids, such as mineral acids, other inorganic acids or organic acids, may be utilized with the present invention.

While not intending to be bound by theory, the present invention is based, in part, on the observations that the lubricating agents and additives disclosed in this application provide a warm mix having desired visco-lubricity characteristics or properties. As used in this application the term "visco-lubricity" means a characteristic of a material that it exhibits under high rotational velocity as the gap thickness of the material being tested approaches zero. As the gap thickness is reduced and as rotational velocity is increased, the material's viscosity begins to decrease but the normal force between the plates begins to increase. A material that has good visco-lubricity characteristics will exhibit less normal force increase than one which has poor visco-lubricity. Stated another way, the ability of the material being tested to enable the plates to easily rotate relative to each other becomes more important than the viscosity of the material being tested. An example illustrating the meaning of the term "visco-lubricity" is the observed reduced requirements for the mixing and compaction temperatures of polymer modified asphalt binders compared to conventional asphalt binders. Based on purely viscosity data, polymer modified binders should

require mixing and compaction temperatures that are 20-50° F. higher than those which common practice have found to be adequate. Many studies have been conducted to explain this apparent contradiction however none have proven wholly satisfactory. It is now believed that these polymer systems are creating a lubricated asphalt binder having visco-lubricity properties that provide adequate mixing to coat aggregate particles and further provide mix compaction at temperatures substantially below those predicted based on viscosity alone.

Another example illustrating the meaning of the term visco-lubricity is the reduction in dry tensile strength of many mixtures produced using conventional asphalt binders combined with liquid antistrip or antistripping additives. Those skilled in the art of performing tensile strength ratio (TSR) tests to verify that bituminous mixtures will not be water sensitive, have seen that the dry tensile strength of mixtures using antistrip treated binders can be noticeably lower than the dry tensile strength of the same mix produced with the same binder but without antistrip. This observation has typically been attributed to a reduction in binder viscosity or stiffness due to the addition of the antistrip to the binder.

6

However, there is often minor reduction in viscosity or stiffness when low levels of antistrip are added to the binder. It is now believed that this tensile strength reduction is an example of the antistrip lubricating the mix resulting in the observed reduced dry tensile strength. A typical recent example will serve to make the point.

A PG 58-28 with and without antistrip was used to produce a mix for tensile strength ratio testing according AASHTO test method T-283. Rheological properties of the PG 58-28 with and without the antistrip were determined. All results are shown in Table 1. For these particular samples there is actually a slight increase in stiffness after the addition of the antistrip (6.3% increase) and yet the dry tensile strength of the mix with the antistrip is reduced by 22.7% based on the average values of the two results using the PG 58-28 without antistrip. The wet strength is reduced by only 8.4%. This reduction in dry tensile strength, which does not occur with all mixes and all binders, is certainly a common response observed by asphalt mix design technicians. Based on the present warm mix work and lubricity testing disclosed herein, the dry tensile strengths are being reduced due to the lubricating effect of antistripping additive. The specimens tested for wet strength are typically saturated to a level of 60 to 80%. The reduced strength of saturated mixes without antistrip is typically attributed to debonding of the binder from the aggregate, which typically can be visually verified. When an antistrip functions as desired there is little or no visual debonding of binder from the aggregate, but it must be considered that reduction in wet strength of the antistrip treated mixes is beginning at the reduced value indicated by the dry strength of the antistrip treated mixes due to the lubricating effect of the antistrip.

TABLE I

| Sample | % AC | DSR, G*/sin(δ) @ 58° C., kPa | Complex viscosity @ 58° C., Pa · s | Dry Strength, PSI | Wet Strength, PSI | TSR |
|---|---|---|---|---|---|---|
| 58-28, no antistrip | 5.5% | 1.33 | 133 | 78.2 | 51.9 | 66.4% |
| 58-28, no antistrip | 5.8% | 1.33 | 133 | 72.4 | 47.7 | 65.9% |
| 58-28, 0.3% antistrip | 5.6% | 1.42 | 142 | 58.2 | 45.6 | 78.4% |

Laboratory Testing of Lubricity

Since there are no readily available rheological tests identified for determining the lubricity of asphalt cement, the following test provides comparative testing of asphalt cement at different temperatures and with different additives to determine lubricity. This test is described as follows.

1. An AR2000 dynamic shear rheometer using a heated air test chamber was utilized.

2. A shallow cylindrical cup measuring approximately 35 mm in diameter with and approximately 5 mm in height was used to contain the liquid being tested. This cup was secured to the bottom pedestal of the test fixture in the rheometer.

3. A small quantity of the asphalt cement or asphalt cement plus lubricating additive was added to the bottom of the cup. A 25 mm diameter flat plate was used as an upper test fixture in the rheometer. This upper test fixture is a typical test fixture used in plate-plate rheological testing with this instrument.

4. The plate attached to the upper test fixture is brought into contact with the specimen in the cup and the gap is reduced until a membrane of material to be tested is either 100 or 50 μm thick.

7

5. The test we used is a steady shear test with increasing velocity. The specimen is maintained at a constant temperature while the upper plate rotates in one direction with a programmed increase in angular velocity. As the rotational speed increases the drag between the upper plate and the bottom of the cup increases. In addition normal force increases attempting to force the plates apart. The more lubricating character an additive has the lower the normal force buildup.

In reference to Figures, the upper sets of plotted data are for viscosity, while the lower sets of plotted data are for normal force.

## EXAMPLE 1 AND DATA REPRESENTED IN FIG. 1

A neat PG 58-28 asphalt cement was tested as described above at 90° C. (194° F.) as being representative of a low end, but not uncommon, warm mix asphalt compaction temperature. A material thickness of 100 μm was used. FIG. 1 illustrates that, as the test velocity increases, the viscosity of the material is nearly steady and then begins to gradually decrease until a point is reached where the viscosity decreases very rapidly. For the neat PG 58-28 (black solid diamonds) the normal force begins to increase at a velocity of approximately 50 radians/sec. As the test velocity increases the normal force increases for the neat asphalt until the endpoint of the test is reached. The normal force increases to approximately 2.7 newtons. Several different additives and usage levels are compared in this plot. Two different tests of the PG 58-28 with 1.5 wt % Sasobit™ wax are shown, the open and solid circles. In one test (the open circle) the normal force reached a value of approximately 1.2 newtons before the test terminated. In the other test (solid circles) the normal force reached about 0.4 newtons. Two tests at a usage level of 0.5 wt % Sasobit™ wax are also shown (open and solid squares). In both of those tests the maximum normal force never exceeded 0.4 newtons. Lastly, E-6, an ethoxylated tallow diamine (Akzo Nobel Co.), was added at 0.2% by weight to the PG 58-28 and tested (open diamond). This sample achieved a maximum normal force of approximately 0.7 newtons before decreasing. For all blends it is possible to observe that the viscosity of the neat asphalt and the asphalt plus additives is similar from blend to blend for low to medium velocities. The normal forces are also similar until the test velocity becomes quite high. Then the blends with the additives exhibit lower normal forces and in several instances the normal force values peak and then diminish. The data in this plot supports the assertion that (1) the addition of wax additives such as Sasobit™ wax do not appreciably diminish the viscosity in the low to medium velocity ranges of the asphalt cement at warm mix compaction temperatures (regardless of dosage level) and (2) the addition of the wax additive does provide evidence of lubricating the blend compared to the control, neat PG 58-28.

## EXAMPLE 2 AND DATA REPRESENTED IN FIG. 2

To better differentiate between neat asphalt and asphalt containing lubricating additives, the gap in the testing fixture was reduced to 50 μm. FIG. 2 illustrates the normal force comparison of neat PG 58-28 (open circles), 1.5 wt % Sasobit™ wax (open squares), 1% montan wax (solid squares) and 0.5 wt % Sasobit™ wax (solid circles). The normal force for the neat PG 58-28 increases to approximately 8 newtons at 100 radians/second. The normal force for the 1.5 wt % Sasobit™ wax increases to approximately 5.5 newtons before

8

decreasing. Both the 1 wt % montan wax and 0.5 wt % Sasobit™ wax only reach a normal force maximum of about 3 newtons. For all of these blends note that the viscosities of the various samples are very nearly identical in the low and medium velocity ranges, indicating that the wax additives are not functioning by a mechanism of decreasing the viscosity of the asphalt and wax blends.

## EXAMPLE 3 AND DATA REPRESENTED IN FIG. 3

A common way to achieve properties suitable for an asphalt cement that enable it to be compacted is to increase its temperature. FIG. 3 illustrates the variation in viscosity and normal force for a neat PG 58-28 at 3 different temperatures; those temperatures being 90° C. (194° F.), 100° C. (212° F.) and 125° C. (257° F.). FIG. 3 illustrates that as the temperature increases the viscosity decreases, as would be expected. FIG. 3 also illustrates that between a test velocity of 10 and 20 radians/second the normal force begins to increase. As the test temperature increases the normal force peak shifts to lower values at ever increasing velocity values. At 100 radians/second the 90° C. sample exhibits a normal force of about 9 newtons, the 100° C. sample exhibits a normal force of about 4.5 newtons and the 125° C. sample exhibits a normal force of just under 2 newtons. It is instructive to realize that typical hot mix asphalt materials are initially compacted in the range of 125° C. but are not initially compacted at 90° C. This data indicates that warming a PG 58-28 provides lubricating properties in the binder that are acceptable for compaction, whereas typically contractors would not allow a paving mix to cool to a temperature as low as 90° C. before beginning compaction. Therefore hot mix and warm mix are on a continuum line of temperature and it is the nature of the additives that enable warm mix materials to be compacted adequately at temperatures in the 90-100° C. range.

## EXAMPLE 4 AND DATA REPRESENTED IN FIG. 4

Example 4 illustrates the impact of polyphosphoric acid (PPA) plus other additives on the reduction of normal force buildup in the asphalt binder. A polymer modified PG 58-34 which also contains PPA as a reactant was tested in duplicate (open and solid circles). Additionally 0.5 wt % INNOVALT W phosphate ester antistripping material was added to the PG 58-34 and tested and in another sample 0.3 wt % E-6 ethoxylated tallow diamine was added to the PG 58-34. All of these samples were compared to a standard PG 58-28. All tests were conducted at 90° C. with a 50 μm test gap. The data plotted in FIG. 4 indicate that even though the viscosity of the 58-34 and its blends (upper curves on the plot) are greater than the viscosity of the PG 58-28, the normal force values are uniformly lower at 10 radians/second and higher. The INNOVALT W added to the PG 58-34 showed the greatest reduction in normal force build-up, but the PG 58-34 with just the acid additive also showed surprising reduction in normal force relative to a neat, unmodified binder. In summary, PPA at typical usage levels (0.2 to 1 wt %) can serve as a lubricating additive in the production of warm mix asphalt binder compositions.

## EXAMPLE 5

A PG 64-28 asphalt binder was made by blending 0.75 weight percent polyphosphoric acid with a PG 58-28 asphalt cement. To this blend was added 0.5 wt % phosphate ester

9

antistripping additive and 0.2 wt % of E-6 ethoxylated tallow diamine. This asphalt binder blend was mixed using no water at 230° F. with a gravel aggregate. A 100% coating was achieved of the aggregate at this temperature. The mix was compacted to produce Hamburg rut testing specimens at 230° F. achieving the density values expected of a hot mix asphalt.

One test of a paved material's performance is to simulate vehicle traffic stress by the number of repetitive passes a roller supporting a specified weight load must make to cause formation of a rut of a specified depth in the material. Such testing of compacted material produced by the inventive process was done using a testing machine referred to as a Hamburg Wheel Tracking ("HWT") Tester, also known as a PMW Wheel Tracker, available from Precision Machine and Welding, Salina, Kans. The number of Hamburg passes required to reach a rut depth of 10 mm when the compacted material tested in a dry condition was used for comparative evaluation. The test conditions were 158 lb. wheel load, 52 passes per minute at the test temperature using heated air to achieve the specimen test temperature. Generally, when all other variables are essentially the same, the greater the number of passes, the better the anticipated paving mix performance. Those persons of ordinary skill in the art and familiar with the HWT will recognize paving materials that are suitable for a particular application based on the results that are provided when samples are subjected to these test conditions.

Rut tests were performed on specimens produced as identified above using completely dry aggregate and compared to rut tests performed on specimens produced using the same 64-28 plus 0.5 weight percent phosphate ester plus 0.2 weight percent of E-6 introduced using a water dispersed solution as set out in United States Published Application 2007/0191514). Hamburg rut tests were conducted at 50° C. in a water immersed procedure. The average number of rut passes to reach 12.5 mm of rutting was 7300 for the specimens prepared according the procedure of this invention and 4176 according to the procedure using the aqueous, foaming lubricating solution. Further the binders from specimens from each rut test were extracted and recovered and the rheological properties determined at 64° C. The PG 64-28 plus 0.5 weight percent phosphate ester antistrip had a test value for G*/sin (delta) of 1.12 kiloPascals at 64° C. The binder recovered from the mixture produced using the foaming, lubricating solution had a test value of 1.27 kiloPascals and the binder recovered from the mixture produced using the procedure of this invention had a test value of 1.99 kiloPascals. Normally one would expect the value of G*/sin(delta) to increase as a result of mixing and recovery. While there was a slight increase using the foaming lubricating solution it is most likely that a more substantial increase was counteracted by the interaction of the polyphosphoric acid with the water from the foaming solution and the basic character of the dispersed E-6 diamine. By adding the E-6 in non-aqueous form as per this invention the value of G*/sin(delta) increased to greater and more typical levels while still maintaining the ability of the mixture to be produced and compacted under warm mix conditions. The above further supports the embodiment of the present invention for the production of warm mix using binders containing acid modifiers.

### EXAMPLE 6

A field trial using 300 tons of mix that was produced from PG 58-28 asphalt binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This mix was made at a counterflow drum mix plant and placed on a private road. The mix contained 20% RAP

10

and warm mix was produced at a temperature of about 220-240° F. Compaction took place at temperatures ranging from 205-220° F. Typical hot mix temperatures for this same mix were 310° F. mix temperature and initial compaction temperatures in the range of 285° F. and higher. Field cores obtained one day after mix laydown and compaction showed results of 93.3% and 93.8% of maximum theoretical density. The target density for this mix by specification is 92.0% or greater.

### EXAMPLE 7

A field trial consisting of 700 tons was conducted using a PG 58-28 binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This blend was mixed with a limestone aggregate through a counterflow drum mixing facility. Warm mix was produced at temperatures varying from 210° F. to as high as 260° F. due to plant variations caused by low production rates during the trial. However, when the mix discharge temperature was stabilized at 225° F. to 235° F. the coating of the aggregate was at 100%. This mixture was further taken to an on-going road project and successfully paved at temperatures ranging from 225° F. to as low as 200° F. Cores cut from this trial pavement exhibited in place densities of 90.8%, 91.6%, 92.2%, 91.2%, 92.1% and 94.0% with values of 91-92% being typical for in place densities when this type of mix is placed as a hot mix. The mixture produced during this trial contained 20 wt % reclaimed asphalt pavement (RAP). This is significant because the utilization of RAP is an important component of the Hot Mix Asphalt (HMA) paving industry. Although the top end amount of RAP in warm mix is a matter of choice, an amount could be greater than about 50 wt % because of the requirement that the warm mix discharge temperature be kept low relative to conventional HMA. This same mixture when produced as a conventional hot mix asphalt was mixed at a temperature of 300-310° F. and compacted at temperatures approximately 15-20° F. cooler than the mix temperature.

### EXAMPLE 8

A field trial was conducted using a PG 58-28 binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This blend was then mixed with aggregate containing 30 wt % RAP at mixing temperatures ranging from 220-240° F. Compaction took place at temperatures ranging g form 205-225° F. After this asphalt binder composition was mixed with aggregate, applied and compacted the pavement densities were determined using standard industry procedures.

The following densities were measured.

1 foot off center line—95.4% of maximum theoretical density

6 feet off center line—94.7% of maximum theoretical density

Shoulder of road paved over crushed aggregate base—92.5% of maximum theoretical density

The two pavement densities were taken on pavement sections paved over conventional hot mix asphalt. Typically the first layer of mix paved over aggregate has lower densities because the underlying structure is not as rigid. Target mix density for the mix over pavement is 92% or higher and the density for shoulder mix over crushed aggregate is 91% or higher. This warm mix sample had measured physical properties that were above minimum properties for conventional heat mix samples.

EXAMPLE 9

A treated asphalt binder composition of PG 58-28 binder modified with E-6 ethoxylated tallow diamine surfactant and polyamine antistripping additive was added to a tank that had held an untreated asphalt. As a mix with aggregate containing 30 wt % RAP was beginning to be made, the untreated binder in the tank was first pumped into a mixing drum at warm mix temperatures. This untreated binder did not produce a coated asphalt/aggregate mix. After some time when the treated binder was being eventually incorporated into the mix, good coating in the 220-240° F. temperature range was achieved. Approximately 700 tons of this warm mix was placed and compacted in the field at temperatures ranging from about 212-228° F. A sample of this mix was taken for moisture content determination just as the mix was discharged from the mixing drum at a discharge temperature of about 235° F. The sample was placed in a plastic container and sealed. Within 30 minutes this sample was tested for moisture content using a solvent refluxing procedure, ASTM D 1461. The moisture content of the mix was 0.25 wt %.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities were determined using standard industry procedures. The following densities were measured from randomly selected samples—93.3%, 93.4% and 93.8% of maximum theoretical density. Normal hot mix produced at this plant with the same aggregate and RAP materials and untreated PG58-28 was mixed at 325° F. and paved at approximately 300° F. and compacted 5-10° F. below the paving temperature.

EXAMPLE 10

Using the same aggregate and RAP as Example 9, about 200 tons of warm mix using a blend of PG 58-28 binder, 0.5 wt % Sasobit wax and 0.3 wt % polyamine antistripping additive. A well coated warm mix containing 30 wt % RAP was produced at temperatures ranging from 215-240° F. When the mix was produced on the cooler end of this temperature range, there was tendency of the mix to drag due to sticking on the paver screed. However, when the mixing temperature again increased to 240° F., the dragging of the mix disappeared. This mix appeared to compact adequately.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities were determined using standard industry procedures. The following density was measured from a randomly selected sample—93.0% of maximum theoretical density. The following density results were determined: 92.7% on the shoulder, 93.0% in the region where the mix was sticking, 93.4%, 93.5% and 93.3% at other locations on the pavement where the mixing temperature was back in the 230-240° F. range. For this project shoulder density minimum requirements were 92.0% of maximum theoretical density and mainline pavement minimum density requirements were 93.0% of maximum theoretical density.

EXAMPLE 11

A laboratory mix was produced using a PG 70-22 binder modified with SBS (styrene butadiene styrene) polymer. To this blend was added 0.3% polyphosphoric acid and 0.3% PreTech Pavegrip 650 (an amine based antistrip). The asphalt temperature was 325° F. and was being used at 5.3%. The aggregate was completely dry and heated to 260° F. and verified with a certified thermometer. The mixture was put together and mixed in a bucket mixer for approximately 30 to 45 seconds. The coating was 100% and comparable to the hot mix version that was compacted previously. The heat in the bucket dropped below 240° F. before the sample was removed

from the mixer. The sample was then "cured" for 2 hours at 248° F. and then compacted with 37 blows per side on the Marshall Hammer compacting machine. The resultant sample had about 5.88% average air voids. Data comparing the hot mix version and warm mix version are listed in Table 2.

TABLE 2

| Binder = PG70-22 (SBS) | Mix Temp | Compaction Temp | Blows | Air Voids |
|---|---|---|---|---|
| 0.3% PPA, 0.3% AS | 340 | 300 | 30 | 5.49 |
| 0.3% PPA, 0.3% AS | 340 | 266 | 37 | 5.59 |
| 0.3% PPA, 0.3% AS | 340 | 248 | 37 | 5.77 |
| 0.3% PPA, 0.3% AS | 260 | 248 | 37 | 5.88 |

EMBODIMENTS OF THE INVENTION

A first embodiment of the present invention is a warm mix, functionally dry asphalt binder composition comprising a lubricating surfactant. Suitable lubricating surfactants include neutral, cationic and anionic surfactants. One suitable surfactant is an ethoxylated tallow diamine surfactant. In alternative embodiments of the invention, the lubricating surfactant and be used in an amount of about 0.1-1.0 wt % of the asphalt binder composition.

A second embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating wax. Suitable lubricating waxes include montan waxes, petroleum waxes or amide waxes. In alternative embodiments of the invention, the lubricating wax may be used in amount of about less than 1.5 wt % of the asphalt binder composition. In other alternative embodiments of the invention the lubricating wax may be used in an amount of about 0.1-0.5 wt %.

A third embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating acid such as, for example, anhydrous phosphoric acid. Suitable lubricating phosphoric acid grades include polyphosphoric acid (PPA), superphosphoric acid (SPA), or other grades of phosphoric acid. One suitable phosphoric acid derivative is polyphosphoric acid. In alternative embodiments of the invention, the lubricating phosphoric acid derivative may be used in an amount of about 0.2-1.0 wt % of the asphalt binder composition.

Both the first, second and third embodiments of the present asphalt binder compositions may be mixed with aggregate at a temperature of about 280° F. and lower temperatures (where this mixing temperature may be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder) and that the then resultant mixture may be compacted at a temperature of about 280° F. and lower temperatures (where this compaction temperature may also be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder). Hot mix asphalt mixtures produced from the same binders not utilizing the present invention are reasonably anticipated to require respective mixing and compaction temperatures 70-100° F. higher that those temperatures stated above.

Another embodiment of the present invention is a functionally dry warm mix polymer/acid modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

Still another embodiment of the present invention is a functionally dry warm mix polymer modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

This embodiment provides a modified asphalt binder composition that can be mixed with aggregate at a temperature

13

14

that is at least 30-50° F. below, even temperatures more than 50° F. lower, or as much as 100° F. lower than the temperature that is adequate to mix a similar modified asphalt binder composition that does not contain a lubricating surfactant, a lubricating wax or a lubricating acid or combinations thereof.

The present invention also includes forming a paved surface using the novel warm mix composition described herein. In this aspect, a paving mix may be made in the temperature ranges described herein using the composition described. The mixing typically occurs away from the paving site, and the mixture is then hauled to the site and supplied to a paving machine. The mixture of the lubricated asphalt binder composition and aggregate is then applied by the paving machine to a prepared surface after which it is usually roller compacted by additional equipment while still at an elevated temperature. The compacted aggregate and asphalt mixture eventually hardens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary in the mixture for proper paving. This will result in cost savings attributable to the present invention because of the reduced need for thermal energy to be supplied or maintained in the practice of the present invention. For common binders used in the practice of the present invention, the visco-lubricity characteristics of the binder and lubricating agent composition affect the temperature needed to provide thorough coating of the aggregate and application and compaction of the asphalt and aggregate mixture according to the present invention.

Accordingly, in one aspect, the present invention includes a paved surface formed using the novel warm mix composition described herein. Such a paved surface comprises a compacted mixture of an aggregate and a functionally dry warm mix asphalt binder composition including an asphalt binder, and one or more members selected from the group consisting of a lubricating surfactant, a lubricating non-surfactant additive, a lubricating acid or combinations thereof. In another aspect, the present invention includes a method of forming a paved surface using the novel warm mix composition described herein.

The present inventive process includes adding a lubricating substance into an asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition; combining the warm mix lubricated asphalt binder composition with a suitable aggregate; mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material; transferring the warm mix paving material to a paving machine; applying the warm mix paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface.

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The following is claimed:

1. An asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing; ii) lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof, mixed with; iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive suitable for use as a warm mix paving composition; wherein the warm mix paving composition is produced at a warm mix temperature which is at least 30° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive, and wherein when

the lubricating additive comprises a Fischer-Tropsch or Montan wax, the wax is 1.5 wt. % or less of the functionally dry, essentially water-free, non-foamed asphalt binder weight.

2. An asphalt paving composition according to claim 1 wherein the warm mix paving composition is paved and compacted at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

3. An asphalt paving composition according to claim 2 wherein the warm mix paving composition when paved and compacted has a density 91% or higher compared to maximum theoretical density.

4. An asphalt paving composition according to claim 1 wherein the aggregate includes up to 100 weight percent reclaimed asphalt pavement (RAP).

5. An asphalt paving composition according to claim 1 wherein the asphalt binder comprises a polymer-modified, acid-modified or polymer- and acid-modified binder.

6. An asphalt paving composition according to claim 1 comprising a cationic surfactant as lubricating additive.

7. An asphalt paving composition according to claim 6 wherein the cationic surfactant comprises an alkyl amine, amido amine, alkyl quaternary ammonium salt or heterocyclic quaternary ammonium salt.

8. An asphalt paving composition according to claim 6 wherein the cationic surfactant comprises ethoxylated tallow diamine.

9. An asphalt paving composition according to claim 1 wherein the lubricating additive is about 0.1 to 1.5 weight percent of the asphalt binder weight.

10. An asphalt paving composition according to claim 1 wherein the lubricating additive is about 0.2 to 1.0 weight percent of the asphalt binder weight.

11. An asphalt paving composition according to claim 1 wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap.

12. An asphalt paving composition according to claim 1 wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap.

13. An asphalt paving composition according to claim 1 wherein the warm mix paving composition is produced at a warm mix temperature more than 50° F. lower than the comparison production temperature.

14. An asphalt paving composition according to claim 1 wherein the warm mix paving composition is produced at a warm mix temperature more than 100° F. lower than the comparison production temperature.

15. An asphalt binder composition according to claim 1 wherein the asphalt binder is a Performance Graded (PG) asphalt binder.

16. An asphalt binder composition according to claim 1 wherein the warm mix paving composition contains less than 5 wt. % water.

17. An asphalt binder composition according to claim 1 wherein the warm mix paving composition contains less than 1 wt. % water.

18. An asphalt binder composition according to claim 1 wherein the warm mix paving composition contains less than 0.5 wt. % water.

* * * * *


(12) **EX PARTE REEXAMINATION CERTIFICATE** (9585th)

# United States Patent
Reinke et al.

(10) **Number:** US 7,815,725 C1

(45) **Certificate Issued:** Apr. 1, 2013

(54) **WARM ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING AGENTS**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **ALM Holding Co.**, Onalaska, WI (US)

**Reexamination Request:**
No. 90/011,731, Jun. 21, 2011
No. 90/011,983, Oct. 27, 2011

**Reexamination Certificate for:**
Patent No.: **7,815,725**
Issued: **Oct. 19, 2010**
Appl. No.: **11/871,782**
Filed: **Oct. 12, 2007**

**Related U.S. Application Data**

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**
*E01C 7/18* (2006.01)

(52) **U.S. Cl.**
USPC ................. **106/284.06**; 106/274; 106/284.4; 427/138

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceedings for Reexamination Control Numbers 90/011,731 and 90/011,983, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Elizabeth McKane

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.



**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-18** are determined to be patentable as amended.

New claims **19-52** are added and determined to be patentable.

**1.** [An] *A warm mix* asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing[:] ii) lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof, mixed with[:] iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive, [suitable for use as a warm mix paving composition]; wherein the warm mix *asphalt* paving composition is produced at *and is at a* warm mix temperature [which is] at least 30° F. lower than a comparison [production] temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive, and [wherein when] *if* the lubricating additive *in the warm mix asphalt paving* composition comprises [a Fischer-Tropsch or Montan] *a lubricating* wax, *then the lubricating* wax is [1.5 wt. %] *0.5 weight percent* or less of the [functionally dry, essentially water-free, non-foamed] asphalt binder weight.

**2.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein the warm mix *asphalt* paving composition is paved [and compacted] at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

**3.** [An] *A warm mix* asphalt paving composition according to claim **2** wherein the warm mix *asphalt* paving composition [when paved and compacted] has a *compacted* density 91% or higher compared to maximum theoretical density.

**4.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein the aggregate includes [up to 100 weight percent] reclaimed asphalt pavement (RAP).

**5.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein the asphalt binder comprises a polymer-modified, acid-modified or polymer- and acid-modified binder.

**6.** [An] *A warm mix* asphalt paving composition according to claim **1** comprising a cationic surfactant as lubricating additive.

**7.** [An] *A warm mix* asphalt paving composition according to claim **6** wherein the cationic surfactant comprises an alkyl amine, amido amine, alkyl quaternary ammonium salt or heterocyclic quaternary ammonium salt.

**8.** [An] *A warm mix* asphalt paving composition according to claim **6** wherein the cationic surfactant comprises ethoxylated tallow diamine.

**9.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein the lubricating additive is about 0.1 to 1.5 weight percent of the asphalt binder weight *when the lubricating additive is other than a lubricating wax.*

**2**

**10.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein the lubricating additive is about 0.2 to 1.0 weight percent of the asphalt binder weight *when the lubricating additive is other than a lubricating wax.*

**11.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 um gap.

**12.** [An] *A warm mix* asphalt paving composition according to claim **1** wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 um gap.

**13.** [An] *A warm mix* asphalt paving composition according to claim **1** [wherein the warm mix paving composition is produced] at a warm mix temperature more than 50° F. lower than the comparison [production] temperature.

**14.** [An] *A warm mix* asphalt paving composition according to claim **1** [wherein the warm mix paving composition is produced] at a warm mix temperature more than 100° F. lower than the comparison [production] temperature.

**15.** [An] *A warm mix* asphalt binder composition according to claim **1** wherein the asphalt binder is a Performance Graded (PG) asphalt binder.

**16.** [An] *A warm mix* asphalt binder composition according to claim **1** wherein the warm mix *asphalt* paving composition contains less than 5 wt. % water.

**17.** [An] *A warm mix* asphalt binder composition according to claim **1** wherein the warm mix *asphalt* paving composition contains less than 1 wt. % water.

**18.** [An] *A warm mix* asphalt binder composition according to claim **1** wherein the warm mix *asphalt* paving composition contains less than 0.5 wt. % water.

**19.** *A warm mix asphalt paving composition according to claim 1 wherein the lubricating additive is less than 1.0 weight percent of the asphalt binder weight when the lubricating additive is other than a lubricating wax.*

**20.** *A warm mix, asphalt paving composition according to claim 1 at a warm mix temperature of 280° F. or lower.*

**21.** *A warm mix asphalt paving composition according to claim 1 at a warm mix temperature of 210-260° F.*

**22.** *A warm mix asphalt paving composition according to claim 1 at a warm mix temperature of 215-240° F.*

**23.** *A warm mix asphalt paving composition according to claim 1 paved at a warm mix temperature of 260° F. or lower.*

**24.** *A warm mix asphalt paving composition according to claim 1 comprising a combination of lubricating additives.*

**25.** *A warm mix asphalt paving composition comprising i) functionally dry, essentially water-free, non-foamed asphalt binder containing ii) lubricating additive selected from the group consisting of lubricating surfactant, lubricating non-surfactant other than non-surfactant additives based on wax chemistry, lubricating acid or combination thereof, mixed with iii) uncompacted aggregate to provide aggregate coated with binder and lubricating additive, wherein the warm mix asphalt paving composition is produced at and is at a warm mix temperature at least 30° F. lower than a comparison temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.*

**26.** *A warm mix asphalt paving composition according to claim 25 wherein the warm mix paving composition is paved at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.*

27. A warm mix asphalt paving composition according to claim 26 wherein the warm mix asphalt paving composition has a compacted density 91% or higher compared to maximum theoretical density.

28. A warm mix asphalt paving composition according to claim 25 wherein the aggregate includes reclaimed asphalt pavement (RAP).

29. A warm mix asphalt paving composition according to claim 25 wherein the asphalt binder comprises a polymer-modified, acid-modified or polymer- and acid-modified binder.

30. A warm mix asphalt paving composition according to claim 25 comprising a cationic surfactant as lubricating additive.

31. A warm mix asphalt paving composition according to claim 30 wherein the cationic surfactant comprises an alkyl amine, amido amine, alkyl quaternary ammonium salt or heterocyclic quaternary ammonium salt.

32. A warm mix asphalt paving composition according to claim 30 wherein the cationic surfactant comprises ethoxylated tallow diamine.

33. A warm mix asphalt paving composition according to claim 25 wherein the lubricating additive is about 0.1 to 1.5 weight percent of the asphalt binder weight.

34. A warm mix asphalt paving composition according to claim 25 wherein the lubricating additive is about 0.2 to 1.0 weight percent of the asphalt binder weight.

35. A warm mix asphalt paving composition according to claim 25 wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 um gap.

36. A warm mix asphalt paving composition according to claim 25 wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 um gap.

37. A warm mix asphalt paving composition according to claim 25 at a warm mix temperature more than 50° F. lower than the comparison temperature.

38. A warm mix asphalt paving composition according to claim 25 at a warm mix temperature more than 100° F. lower than the comparison temperature.

39. A warm mix asphalt binder composition according to claim 25 wherein the asphalt binder is a Performance Graded (PG) asphalt binder.

40. A warm mix asphalt binder composition according to claim 25 wherein the warm mix asphalt paving composition contains less than 5 wt. % water.

41. A warm mix asphalt binder composition according to claim 25 wherein the warm mix asphalt paving composition contains less than 1 wt. % water.

42. A warm mix asphalt binder composition according to claim 25 wherein the warm mix asphalt paving composition contains less than 0.5 wt. % water.

43. A warm mix asphalt paving composition according to claim 25 wherein the lubricating additive is less than 1.0 weight percent of the asphalt binder weight.

44. A warm mix asphalt paving composition according to claim 25 at a warm mix temperature of 280° F. or lower.

45. A warm mix asphalt paving composition according to claim 25 at a warm mix temperature of 210-260° F.

46. A warm mix asphalt paving composition according to claim 25 at a warm mix temperature of 215-240° F.

47. A warm mix asphalt paving composition according to claim 25 paved at a warm mix temperature of 260° F. or lower.

48. A warm mix asphalt paving composition according to claim 1 wherein the lubricating additive is a lubricating surfactant.

49. A warm mix asphalt paving composition according to claim 1 wherein the lubricating additive is a lubricating non-surfactant other than non-surfactant additives based on wax chemistry.

50. A warm mix asphalt paving composition according to claim 1 wherein the lubricating additive is a lubricating acid.

51. A warm mix asphalt paving composition according to claim 25 comprising a combination of lubricating additives.

52. A warm mix asphalt paving composition according to claim 1 wherein the combination is a lubricating surfactant and a lubricating acid.

\* \* \* \* \*



US007815725C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10519th)

# United States Patent
Reinke et al.

(10) **Number:** US 7,815,725 C2

(45) **Certificate Issued:** Mar. 3, 2015

(54) **WARM ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING AGENTS**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **Ergon Asphalt & Emulsions, Inc.**, Jackson, MS (US)

**Reexamination Request:**
No. 90/013,102, Dec. 20, 2013

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **7,815,725** |
| Issued: | **Oct. 19, 2010** |
| Appl. No.: | **11/871,782** |
| Filed: | **Oct. 12, 2007** |

Reexamination Certificate C1 7,815,725 issued Apr. 1, 2013

**Related U.S. Application Data**

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *E01C 7/18* | (2006.01) |
| *C08L 95/00* | (2006.01) |
| *C04B 26/26* | (2006.01) |
| *C08L 91/06* | (2006.01) |
| *C04B 18/16* | (2006.01) |
| *C04B 24/34* | (2006.01) |
| *E01C 19/10* | (2006.01) |
| *C08K 5/00* | (2006.01) |

| | |
|---|---|
| *C08K 5/521* | (2006.01) |
| *E01C 19/08* | (2006.01) |
| *C04B 103/40* | (2006.01) |
| *C04B 111/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *C08L 95/00* (2013.01); *C04B 26/26* (2013.01); *C08L 91/06* (2013.01); *C04B 18/167* (2013.01); *C04B 24/34* (2013.01); *E01C 19/10* (2013.01); *C08K 5/0008* (2013.01); *C08K 5/521* (2013.01); *E01C 19/08* (2013.01); *C04B 2103/40* (2013.01); *C04B 2111/0075* (2013.01); *C08L 2555/60* (2013.01); *C08L 2666/40* (2013.01); *C08L 2666/36* (2013.01); *C08L 2555/24* (2013.01)
USPC .................. **106/284.06**; 106/274; 106/284.4; 427/138

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,102, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Timothy Speer

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.



1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-52** is confirmed.

\* \* \* \* \*

2



US007981466B2

(12) **United States Patent**
Reinke et al.

(10) **Patent No.:** **US 7,981,466 B2**
(45) **Date of Patent:** **Jul. 19, 2011**

(54) **WARM MIX ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING ADDITIVES**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **A.L.M. Holding Company**, Onalaska, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/896,488**

(22) Filed: **Oct. 1, 2010**

(65) **Prior Publication Data**

US 2011/0020537 A1 Jan. 27, 2011

**Related U.S. Application Data**

(62) Division of application No. 11/871,782, filed on Oct. 12, 2007, now Pat. No. 7,815,725.

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**
**B05D 5/10** (2006.01)

(52) **U.S. Cl.** .................. **427/138**; 106/271; 106/284.06; 106/284.4; 106/280

(58) **Field of Classification Search** ............. 106/284.06, 106/271, 284.4, 280; 427/138
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,014,103 | A | 1/1912 | Wallbaum |
| 1,373,661 | A | 4/1921 | Johansen |
| 1,384,805 | A | 7/1921 | McSwiney |
| 1,542,626 | A | 6/1925 | MacKay |
| 1,640,544 | A | 8/1927 | Headley |
| 1,674,523 | A | 6/1928 | Sadtler |
| 1,778,760 | A | 10/1930 | Hay |
| 1,815,089 | A | 7/1931 | Alsdorf |
| 1,932,648 | A | 10/1931 | Taylor |
| 1,834,552 | A | 12/1931 | Sadtler et al. |
| 1,842,139 | A | 1/1932 | Alsdorf |
| 1,887,518 | A | 11/1932 | Sadtler |
| 1,888,295 | A | 11/1932 | Smith |
| 1,948,881 | A | 2/1934 | Kirschbraun |
| 1,988,336 | A | 1/1935 | Roediger |
| 1,988,879 | A | 1/1935 | Steininger |
| 2,023,068 | A | 12/1935 | Flood |
| 2,025,945 | A | 12/1935 | Forrest |
| 2,046,902 | A | 7/1936 | Kirschbraun |
| 2,087,401 | A | 7/1937 | Fair |
| 2,191,295 | A | 2/1940 | Dohse et al. |
| 2,243,519 | A | 5/1941 | Barth |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 433003 | 2/1973 |

(Continued)

OTHER PUBLICATIONS

AKZO International Highway Chemical Newsletter, Chemical Division, Spring 1989, pp. 1-9.

(Continued)

*Primary Examiner* — Frederick Parker
*Assistant Examiner* — Xiao Zhao

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.

**26 Claims, 4 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,283,192 A | 5/1942 | Ditto | |
| 2,317,959 A | 4/1943 | Johnson et al. | |
| 2,340,449 A | 2/1944 | Barwell | |
| 2,427,488 A | 9/1947 | Anderson et al. | |
| 2,461,971 A | 2/1949 | Fischer | |
| 2,550,481 A | 4/1951 | Jense | |
| 2,861,787 A | 11/1958 | Csanyi | |
| 2,888,418 A * | 5/1959 | Albanese et al. | 427/213 |
| 2,901,369 A | 8/1959 | Pordes | |
| 2,917,395 A | 12/1959 | Csanyi | |
| 3,855,167 A * | 12/1974 | Bowman | 523/208 |
| 3,904,428 A | 9/1975 | McConnaughay | |
| 4,197,209 A | 4/1980 | Zinke et al. | |
| 4,234,346 A | 11/1980 | Latta, Jr. et al. | |
| 4,244,747 A | 1/1981 | Leonard, Jr. et al. | |
| 4,348,237 A | 9/1982 | Ruckel | |
| 4,592,507 A | 6/1986 | Benedict | |
| 4,692,350 A | 9/1987 | Clarke et al. | |
| 4,724,003 A | 2/1988 | Treybig et al. | |
| 5,109,041 A | 4/1992 | Matsuno et al. | |
| 5,539,029 A | 7/1996 | Burris | |
| 5,622,554 A * | 4/1997 | Krogh et al. | 106/284.06 |
| 5,721,296 A | 2/1998 | Mizumuma et al. | |
| 5,772,749 A | 6/1998 | Schilling et al. | |
| 5,788,755 A | 8/1998 | Salminen | |
| 5,827,360 A | 10/1998 | Salminun | |
| 5,925,233 A | 7/1999 | Miller et al. | |
| 6,136,898 A | 10/2000 | Loza et al. | |
| 6,197,837 B1 | 3/2001 | Hill et al. | |
| 6,451,885 B1 | 9/2002 | Dresin et al. | |
| 6,559,206 B1 | 5/2003 | Durand et al. | |
| 6,576,050 B1 | 6/2003 | Sananos | |
| 6,588,974 B2 | 7/2003 | Hildebrand et al. | |
| 6,793,964 B2 | 9/2004 | Hoad | |
| 6,846,354 B2 | 1/2005 | Larsen et al. | |
| 6,913,416 B2 | 7/2005 | Hildebrand et al. | |
| 7,041,165 B2 | 5/2006 | Malot | |
| 7,114,843 B2 | 10/2006 | Romier et al. | |
| 7,114,875 B2 | 10/2006 | Romier et al. | |
| 7,160,943 B2 | 1/2007 | Burris et al. | |
| 7,297,204 B2 | 11/2007 | Crews et al. | |
| 7,309,390 B2 | 12/2007 | Falkiewicz | |
| 2002/0170464 A1 * | 11/2002 | Larsen et al. | 106/273.1 |
| 2004/0014845 A1 | 1/2004 | Takamura et al. | |
| 2004/0223808 A1 | 11/2004 | Romier et al. | |
| 2004/0244646 A1 | 12/2004 | Larsen et al. | |
| 2005/0018530 A1 | 1/2005 | Romier et al. | |
| 2005/0284333 A1 * | 12/2005 | Falkiewicz | 106/284.04 |
| 2006/0086288 A1 | 4/2006 | Bourrel et al. | |
| 2006/0169173 A1 | 8/2006 | Dupuis et al. | |
| 2006/0236614 A1 | 10/2006 | Antoine et al. | |
| 2006/0240185 A1 | 10/2006 | Antoine et al. | |
| 2006/0288907 A1 | 12/2006 | Fox | |
| 2007/0039520 A1 | 2/2007 | Crews et al. | |
| 2007/0060676 A1 * | 3/2007 | Reinke | 524/59 |
| 2007/0082983 A1 | 4/2007 | Crews et al. | |
| 2007/0191514 A1 | 8/2007 | Reinke et al. | |
| 2009/0088499 A1 | 4/2009 | Barreto et al. | |
| 2011/0017096 A1 | 1/2011 | Reinke | |
| 2011/0020537 A1 | 1/2011 | Reinke | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2006231250 | 10/2006 |
| EP | 0 568 021 | 11/1993 |
| EP | 994923 | 4/2000 |
| EP | 1398351 | 3/2004 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| GB | 429548 | 5/1935 |
| GB | 783015 | 9/1957 |
| GB | 2234512 | 2/1991 |
| JP | 2002-332606 | 11/2002 |
| JP | 2006-132131 | 5/2006 |
| WO | WO 95/22661 | 8/1995 |
| WO | 01/16233 | 3/2001 |
| WO | WO 01/62852 | 8/2001 |
| WO | WO 02/16499 | 2/2002 |
| WO | WO 2005/081775 | 9/2005 |
| WO | WO 2006/106222 | 10/2006 |
| WO | WO 2007/032915 | 3/2007 |
| WO | 2007/112335 | 10/2007 |
| WO | WO 2008/148974 | 12/2008 |
| WO | WO 2009/033060 | 3/2009 |

## OTHER PUBLICATIONS

Anderson, David A., et al, "The Effect of Antistrip Additives on the Properties of Asphalt Cement," Asphalt Paving Technology 1982, Proceedings Association of Asphalt Paving Technologists Technical Sessions, Kansas City, Missouri, vol. 51, Feb. 22, 23 & 24, 1982, pp. 298-317.

Gudimettla, Jagan M., et al., "Workability of Hot Mix Asphalt," National Center for Asphalt Technology, Apr. 2003, 66 pages.

James, A.D., et al., "Adhesion Agents for Use in Hot Mixes and Cut-Back Bitumens," presented in the 3rd IRF Middle East Regional Meeting, Riyadh, Saudi Arabia, 1988, 10 pages.

LaPointe, Dennis G., e-mail correspondence, May 2011, 4 pages.

Lavin, Patrick, "Asphalt Pavements: A practical guide to design, production and maintenance for engineers and architects," 2003, pp. 347.

Logaraj, Sundaram, et al., "Surface-active bitumen additive for warm mix asphalt with adhesion promoting properties," 2009, 12 pages.

Paez, R., "Production of Modifier Asphalt Additives in Equator," 2005 International Symposium on Pavement Recycling, Sau Paulo, Barzil, Mar. 14-16, 2005, pp. 1-11.

Schwartz, Anthony M., et al., Surface Active Agents and Detergents, vol. 2, 1977, pp. 673-677.

Tarrer, A.R., et al., "The Effect of the Physical and Chemical Characteristics of the Aggregate on Bonding," Strategic Highway Research Program, Feb. 1991, 31 pages.

"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)," European Roads Review, Special Issue, BGRA, Feb. 2004 (pp. 1-11).

Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.

Bonola et al., "Technologies for the Production of Asphalt Mixes With Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.

Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads, and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp.

Ceca Arkema Group, "Green Road Formulation-Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www. siliporite.com, accessed Nov. 21, 2007, 1 pg.

Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.

Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.

Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Pavement Materials and construction Team, AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.

Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, Iowa, Aug. 2007, 11 pp.

Hurley et al., "Evaluation of Aspha-Min™ Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, 30 pp., Jun. 2005.

Hurley et al., "Evaluation of Evotherm™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.

Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.

Hurley, Graham C. et al., "Evaluation of Sasobit™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.

International Search Report and Written Opinion issued in PCT/US2008/075452, mailed Feb. 13, 2009,13 pages.

International Search Report for PCT/US2009/034742, mailed May 26, 2009, 10 pages.

International Search Report issued in PCT/US2006/33907, mailed Sep. 24, 2007, 4 pages.

Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements for Southern Africa, 1999, 7 pp.

Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.

Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.

Kristjansdottir, Olof, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University or Washington, 2006, 127 pp.

Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.

Naidoo, P., "Fischer-Tropsch Hard Wax Chemistry In Warm Mix Asphalt Applications," Petersen Asphalt Research Conference, Abstract and Presentation Slides, Jun. 20-22, 2005.

Naidoo, P., Sasobit In "Warm Mix Asphalt" Applications 9 Years of Global Successes, World Asphalt Conference Presentation Slides, Mar. 14, 2006.

Malick R.BN, Bradley J.E., Bradbury R.L.., "An Evaluation of Heated Reclaimed Asphalt Pavement (RAP) Material and Wax Modified Asphalt for Use in Recycled Hot Mix Asphalt (HMA)," 2007.

Damm, K., Abraham J., Butz T., Hildebrand G., Riebesehl G., "Asphalt Flow Improvers as Intelligent Fillers for Hot Asphalts— A New Chapter in Asphalt Technology," Journal of Applied Asphalt Binder, vol. 2, Issue 1, p. 36-70, Apr. 2002.

Choi, Y., Warm Asphalt Review, Austroads Report, Arrb Research, RETT220B, Publication No. AP-T91/07, Nov. 2007.

* cited by examiner



FIGURE 1

COMPARE SASOBIT WAX AT 2 LOADINGS TO
E-6 AND TO NEAT PG 58-28
ALL TESTS AT 90°C & 100 μm GAP



FIGURE 2

COMPARE NEAT PG 58-28 TO SASOBIT AT 0.5% AND 1.5% LOADINGS AND TO MONTAN WAX AT 1% LOADING. 90°C and 50 µm GAP

PG 58-28, neat, 25x0·05 mm, cup, 90°C;
07-030AA, 0·5% Sasobit, 25x0·05 mm, cup, 90°C;
07-030A, 1·5% Sasobit, 25x0·05 mm, cup, 90°C;
07-030B, 1·0% Montan, 25x0·05 mm, cup, 90°C;



FIGURE 3

COMPARE NEAT PG 58-28 TESTED AT 3
TEMPERATURES, 125°C, 100°C, & 90°C-GAP 50 µm

○ PG 58-28, neat, 25x0·05 mm, cup, 125°C,
● PG 58-28, neat, 25x0·05 mm, cup, 100°C,
□ PG 58-28, neat, 25x0·05 mm, cup, 90°C,



FIGURE 4

COMPARE POLYMER & ACID MODIFIED BINDERS W/ & W/O ADDITIVES TO NEAT 58-28

# WARM MIX ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING ADDITIVES

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 11/871,782, filed on Oct. 12, 2007, which claims the benefit under 35 U.S.C. §119(e) to U.S. Provisional Application No. 60/976,141 filed Sep. 28, 2007 and U.S. Provisional Application No. 60/970,809 filed Sep. 7, 2007, all of which are incorporated herein by reference in their entirety.

## BACKGROUND

International Application WO 2007/032915, incorporated by reference herein, reports a warm mix asphalt binder composition and process that injects a foaming, lubricating aqueous solution into a stream of asphalt cement prior to incorporation of the asphalt cement plus foaming, lubricating solution with aggregate at reduced temperatures to produce a warm mix asphalt paving mixture. Evaluations of warm mix compositions produced with this process provide a basis for the warm mix compositions and processes disclosed in this application.

## SUMMARY

The present invention provides functionally dry warm mix asphalt binder compositions, polymer modified asphalt binder compositions or polymer/acid/acid-modified asphalt binder compositions that have been modified with lubricating non-aqueous surfactants, non-surfactant additives or acids or combinations thereof (collectively, lubricating agents or additives). The term "functionally dry" as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "warm mix" regime, as further described herein. The mentioned lubricating non-aqueous surfactants, non-surfactant additives or acids, such as phosphoric acid additives, provide asphalt binder compositions that can be adequately mixed with aggregate at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt binder or cement that does not contain these lubricating additives or combinations thereof. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 30-50° F. lower, even temperatures more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt/aggregate mixture that does not contain a lubricating additive or combinations thereof. Another meaning for the term "functionally dry" as used herein is "essentially water-free" as described in the detailed description.

The asphalt binder compositions and aggregate mixtures that contain lubricating agents or additives disclosed in the present application may also include liquid antistripping additives used in conventional asphalt/aggregate mixtures.

Methods of preparing the present asphalt binder compositions as well as methods of using the present asphalt binder compositions mixed with aggregate to prepare paved surfaces are also disclosed in this application.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and an asphalt cement modified with a lubricating surfactant.

FIG. 2 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and two asphalt cements modified with a lubricating wax.

FIG. 3 is a graph plotting the measured viscosities and normal forces with respect to velocity as a measure of lubricity of an asphalt cement at three different temperatures.

FIG. 4 is a graph plotting the measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement, a related polymer-acid modified asphalt cement further modified with polyphosphoric acid, a polymer-acid modified asphalt cement further modified with a liquid antistripping additive and a polymer-acid modified asphalt cement further modified with a lubricating surfactant.

## DETAILED DESCRIPTION

Earlier work confirms that laboratory compaction of field-produced warm mixes utilizing the reported foaming, lubricating solution can be adequately compacted at temperatures approximately 30-50° F. or more below typical hot mix asphalt compaction temperatures days after field production. Testing of mix samples taken at the paver have shown that this mix contains approximately 0.5 wt %, or less, water which is an amount of water being well below the amount of water generally utilized in conventional warm mix production. The only component of the foaming, lubricating solution remaining with the asphalt mixture is an effective concentration of the surfactant providing the lubricating effect. This observation indicates that the incorporation of water in conjunction with a foam for the production of warm mix is not an essential component in all instances, although the water may be used in a system for delivery of the lubricating additive into the asphalt binder or cement. The present invention thus relies, in part, in determining that the lubricating properties of additives added to an asphalt binder or cement are an important component of the present warm mix asphalt mixtures and that it is not necessary or essential to use foamed asphalt binders or emulsified asphalt binders that are used in conventional warm mix asphalt binder compositions, mixtures and paving processes.

As used in the present application, each of the terms "functionally dry" or "essentially water-free" means or is intended to refer to an asphalt binder composition that contains less water or moisture than is routinely used in conventional or known warm mixes. This term does not mean and is not intended to refer to a warm mix composition that is completely free of water, moisture or added water. For example, it is well known that aggregate that will be mixed with the present asphalt binder compositions will also contain varying amounts of water and that water may affect the aggregate coating process. In embodiments of the present invention it is acceptable that there is some moisture contained in the aggregate, because a completely dry aggregate is not practical or may not be desirable. The amounts of water or moisture in the aggregate will vary for any number of reasons including but not limited to the particular geographical region where the aggregate is crushed or stockpiled, the local weather conditions, the local temperature of the particular stockpile facilities. Due to this variation in the water content of the aggregate, it is expected that there may be adjustments made to the actual water content of the asphalt binder compositions of this invention before the aggregate is coated with the asphalt mixture in order to achieve acceptable coating of the aggregate. If the aggregate is either very wet or very dry the water the water content of the aggregate may be adjusted or altered

or, alternatively, the water or moisture content of the asphalt binder composition may be adjusted or altered in order to optimize or ensure adequate coating of the aggregate during mixing. Warm mixes of the present invention will generally include about 2-9 wt % asphalt binder composition and about 91-98 wt % aggregate. In other embodiments, the warm mixes will include about 3-8 wt % asphalt binder composition and about 92-97 wt % aggregate. asphalt/aggregate. The amount of asphalt binder composition required will depend upon mix type, layer in the pavement structure, aggregate size or traffic considerations, among other factors.

The moisture content of the asphalt binder composition may be changed in a number of ways such as injecting or spraying water into the asphalt binder compositions. Even though the asphalt binder compositions may have the water or moisture content adjusted or altered, these compositions are considered to be functionally dry because the overall water content is lower or substantially lower than other known or conventional warm mix asphalt binder compositions and mixtures.

In addition, it is well known that different grades of asphalt will have different mixing properties and conditions. Adjustments or alterations of the water or moisture concentrations that take into account different asphalt grades are also considered to be functionally dry (or essentially water-free) asphalt binder compositions. When variations in the water contents of different aggregates and different asphalt grades are accounted for, the asphalt/aggregate mixes of mixtures of the present invention will typically have a water content in a range of less than about 5 wt %. In many instances the water content is less than about 1 wt %. In certain embodiments of this invention, the asphalt binder compositions comprise less than 0.5 wt % water. It is understood, however, that water contents outside this range would still be within the scope of the present claims and embodiments of the invention when the claimed compositions contain the lubricating agents or additives, including the non-aqueous surfactants, non-surfactant additives and acids, disclosed in this application.

This application discloses that surfactants in both aqueous or non-aqueous form and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder or cement at levels as low as 0.1 wt %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed to produce a bituminous mixture without an added lubricating additive or agent. The lubricating additive then enables compaction of these mixtures at 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed for compaction of similar bituminous mixtures.

Non-aqueous surfactants as additives have been commonly incorporated into asphalt cement to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically as a functionally dry or water free warm mix composition have not been readily apparent to those skilled in the art prior to the disclosure of the elements and examples of this invention and the invention referenced in U.S. Provisional Application No. 60/976,141 and U.S. Provisional Application No. 60/970,809. Suitable lubricating surfactants as additives include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactant additives may be specifically grouped into four classifications: i) anionic surface agents to include, but not limited to, fatty acids (saturated and unsaturated fatty acids), fatty acid

pitch (stearic acid pitch), and fatty acid derivatives (fatty acid esters and fatty acid sulfonates), organo phosphates (alkyl phosphates); ii) cationic surface agents to include, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) ampholytic surface agents to include, but not limited to, amino acids, amino acid derivatives, betain derivatives (alkyl-lbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) non-ionic surface agents to include, but not limited to, fatty acid ester bonds (SPANS and TWEENS), with surfactants ether bonds (alkylphenolpolyoxeythylenes and plyoxyethylenated alcohols), surfactants with amid bonds (alcanolamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethylenated mercaptans.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder or cement to produce warm mix based on the concept that these wax additives reduce the viscosity of the wax asphalt blend to an extent sufficient to enable production and lay down of the asphalt/aggregate mixture at reduced temperatures. The data in this application indicates that typical wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, N.J.) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may be selected from a group of paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum derived and refined waxes (slack wax and refined micro-crystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (animal and vegetable waxes e.g. bees wax and carnuaba wax), modified natural waxes (brown coal derivative, e.g., montan wax and mineral oil derivatives), partial synthetic waxes (acid waxes, ester waxes, amid waxes, alcohol waxes and oxidized polyethylene waxes), or full synthetic waxes (Fischer-Tropsch waxes and polyethylene waxes).

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and additives containing viscosity modifiers and/or dispersant viscosity modifiers as well as extrusion and molding production processing aids, polyolefins and sulfur, may provide lubricating characteristics to petroleum products and may also be used as a non-surfactant additive for functionally dry or waterless warm mix asphalt formulations. Such additives include, but are not limited to, VMS and DVMS used in engine lubricating oils (polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; processing aids used in extrusion and molding operations (high trans content polyoctenamere reactive polymer), polyolefins (ethylene vinyl acetate (EVA), acrylic polymers and silicones); and sulfur (as sulfur impurities in fuels have been known to provide lubrication properties).

This application also discloses that different concentrations of phosphoric acid, are another class of additives that can, when incorporated into an asphalt cement at levels as low as about 0.2-1.0 wt %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F., or greater difference, below the tem-

5

peratures normally needed to produce a bituminous mixture without the phosphoric acid additives.

The following data set out in the examples below indicate that the addition of surfactant in non-aqueous form enables utilization of asphalt cements that have been produced using acid modifiers, typically those acid modifiers being those drawn from the type of polyphosphoric acid (PPA) or super-phosphoric acid (SPA), although other grades of phosphoric acid and other types of acids, such as mineral acids, other inorganic acids or organic acids, may be utilized with the present invention.

While not intending to be bound by theory, the present invention is based, in part, on the observations that the lubricating agents and additives disclosed in this application provide a warm mix having desired visco-lubricity characteristics or properties. As used in this application the term "visco-lubricity" means a characteristic of a material that it exhibits under high rotational velocity as the gap thickness of the material being tested approaches zero. As the gap thickness is reduced and as rotational velocity is increased, the material's viscosity begins to decrease but the normal force between the plates begins to increase. A material that has good visco-lubricity characteristics will exhibit less normal force increase than one which has poor visco-lubricity. Stated another way, the ability of the material being tested to enable the plates to easily rotate relative to each other becomes more important than the viscosity of the material being tested. An example illustrating the meaning of the term "visco-lubricity" is the observed reduced requirements for the mixing and compaction temperatures of polymer modified asphalt binders compared to conventional asphalt binders. Based on purely viscosity data, polymer modified binders should require mixing and compaction temperatures that are 20-50° F. higher than those which common practice have found to be adequate. Many studies have been conducted to explain this apparent contradiction however none have proven wholly satisfactory. It is now believed that these polymer systems are creating a lubricated asphalt binder having visco-lubricity properties that provide adequate mixing to coat aggregate particles and further provide mix compaction at temperatures substantially below those predicted based on viscosity alone.

Another example illustrating the meaning of the term visco-lubricity is the reduction in dry tensile strength of many mixtures produced using conventional asphalt binders combined with liquid antistrip or antistripping additives. Those skilled in the art of performing tensile strength ratio (TSR) tests to verify that bituminous mixtures will not be water sensitive, have seen that the dry tensile strength of mixtures using antistrip treated binders can be noticeably lower than the dry tensile strength of the same mix produced with the same binder but without antistrip. This observation has typically been attributed to a reduction in binder viscosity or stiffness due to the addition of the antistrip to the binder. However, there is often minor reduction in viscosity or stiffness when low levels of antistrip are added to the binder. It is now believed that this tensile strength reduction is an example of the antistrip lubricating the mix resulting in the observed reduced dry tensile strength. A typical recent example will serve to make the point.

A PG 58-28 with and without antistrip was used to produce a mix for tensile strength ratio testing according AASHTO test method T-283. Rheological properties of the PG 58-28 with and without the antistrip were determined. All results are shown in Table 1. For these particular samples there is actually a slight increase in stiffness after the addition of the antistrip (6.3% increase) and yet the dry tensile strength of the mix with the antistrip is reduced by 22.7% based on the

6

average values of the two results using the PG 58-28 without antistrip. The wet strength is reduced by only 8.4%. This reduction in dry tensile strength, which does not occur with all mixes and all binders, is certainly a common response observed by asphalt mix design technicians. Based on the present warm mix work and lubricity testing disclosed herein, the dry tensile strengths are being reduced due to the lubricating effect of antistripping additive. The specimens tested for wet strength are typically saturated to a level of 60 to 80%. The reduced strength of saturated mixes without antistrip is typically attributed to debonding of the binder from the aggregate, which typically can be visually verified. When an antistrip functions as desired there is little or no visual debonding of binder from the aggregate, but it must be considered that reduction in wet strength of the antistrip treated mixes is beginning at the reduced value indicated by the dry strength of the antistrip treated mixes due to the lubricating effect of the antistrip.

TABLE 1

| Sample | % AC | DSR, G*/sin(δ) @ 58° C., kPa. | Complex viscosity @ 58° C., Pa · s | Dry Strength, PSI | Wet Strength, PSI | TSR |
|---|---|---|---|---|---|---|
| 58-28, no antistrip | 5.5% | 1.33 | 133 | 78.2 | 51.9 | 66.4% |
| 58-28, no antistrip | 5.8% | 1.33 | 133 | 72.4 | 47.7 | 65.9% |
| 58-28, 0.3% antistrip | 5.6% | 1.42 | 142 | 58.2 | 45.6 | 78.4% |

Laboratory Testing of Lubricity

Since there are no readily available rheological tests identified for determining the lubricity of asphalt cement, the following test provides comparative testing of asphalt cement at different temperatures and with different additives to determine lubricity. This test is described as follows.

1. An AR2000 dynamic shear rheometer using a heated air test chamber was utilized.

2. A shallow cylindrical cup measuring approximately 35 mm in diameter with and approximately 5 mm in height was used to contain the liquid being tested. This cup was secured to the bottom pedestal of the test fixture in the rheometer.

3. A small quantity of the asphalt cement or asphalt cement plus lubricating additive was added to the bottom of the cup. A 25 mm diameter flat plate was used as an upper test fixture in the rheometer. This upper test fixture is a typical test fixture used in plate-plate rheological testing with this instrument.

4. The plate attached to the upper text fixture is brought into contact with the specimen in the cup and the gap is reduced until a membrane of material to be tested is either 100 or 50 μm thick.

5. The test we used is a steady shear test with increasing velocity. The specimen is maintained at a constant temperature while the upper plate rotates in one direction with a programmed increase in angular velocity. As the rotational speed increases the drag between the upper plate and the bottom of the cup increases. In addition normal force increases attempting to force the plates apart. The more lubricating character an additive has the lower the normal force buildup.

In reference to Figures, the upper sets of plotted data are for viscosity, while the lower sets of plotted data are for normal force.

Example 1 and Data Represented in FIG. 1

A neat PG 58-28 asphalt cement was tested as described above at 90° C. (194° F.) as being representative of a low end,

but not uncommon, warm mix asphalt compaction temperature. A material thickness of 100 μm was used. FIG. 1 illustrates that, as the test velocity increases, the viscosity of the material is nearly steady and then begins to gradually decrease until a point is reached where the viscosity decreases very rapidly. For the neat PG 58-28 (black solid diamonds) the normal force begins to increase at a velocity of approximately 50 radians/sec. As the test velocity increases the normal force increases for the neat asphalt until the endpoint of the test is reached. The normal force increases to approximately 2.7 newtons. Several different additives and usage levels are compared in this plot. Two different tests of the PG 58-28 with 1.5 wt % Sasobit™ wax are shown, the open and solid circles. In one test (the open circle) the normal force reached a value of approximately 1.2 newtons before the test terminated. In the other test (solid circles) the normal force reached about 0.4 newtons. Two tests at a usage level of 0.5 wt % Sasobit™ wax are also shown (open and solid squares). In both of those tests the maximum normal force never exceeded 0.4 newtons. Lastly, E-6, an ethoxylated tallow diamine (Akzo Nobel Co.), was added at 0.2% by weight to the PG 58-28 and tested (open diamond). This sample achieved a maximum normal force of approximately 0.7 newtons before decreasing. For all blends it is possible to observe that the viscosity of the neat asphalt and the asphalt plus additives is similar from blend to blend for low to medium velocities. The normal forces are also similar until the test velocity becomes quite high. Then the blends with the additives exhibit lower normal forces and in several instances the normal force values peak and then diminish. The data in this plot supports the assertion that (1) the addition of wax additives such as Sasobit™ wax do not appreciably diminish the viscosity in the low to medium velocity ranges of the asphalt cement at warm mix compaction temperatures (regardless of dosage level) and (2) the addition of the wax additive does provide evidence of lubricating the blend compared to the control, neat PG 58-28.

### Example 2 and Data Represented in FIG. 2

To better differentiate between neat asphalt and asphalt containing lubricating additives, the gap in the testing fixture was reduced to 50 μm. FIG. 2 illustrates the normal force comparison of neat PG 58-28 (open circles), 1.5 wt % Sasobit™ wax (open squares), 1% montan wax (solid squares) and 0.5 wt % Sasobit™ wax (solid circles). The normal force for the neat PG 58-28 increases to approximately 8 newtons at 100 radians/second. The normal force for the 1.5 wt % Sasobit™ wax increases to approximately 5.5 newtons before decreasing. Both the 1 wt % montan wax and 0.5 wt % Sasobit™ wax only reach a normal force maximum of about 3 newtons. For all of these blends note that the viscosities of the various samples are very nearly identical in the low and medium velocity ranges, indicating that the wax additives are not functioning by a mechanism of decreasing the viscosity of the asphalt and wax blends.

### Example 3 and Data Represented in FIG. 3

A common way to achieve properties suitable for an asphalt cement that enable it to be compacted is to increase its temperature. FIG. 3 illustrates the variation in viscosity and normal force for a neat PG 58-28 at 3 different temperatures; those temperatures being 90° C. (194° F.), 100° C. (212° F.) and 125° C. (257° F.). FIG. 3 illustrates that as the temperature increases the viscosity decreases, as would be expected. FIG. 3 also illustrates that between a test velocity of 10 and 20 radians/second the normal force begins to increase. As the test

temperature increases the normal force peak shifts to lower values at ever increasing velocity values. At 100 radians/second the 90° C. sample exhibits a normal force of about 9 newtons, the 100° C. sample exhibits a normal force of about 4.5 newtons and the 125° C. sample exhibits a normal force of just under 2 newtons. It is instructive to realize that typical hot mix asphalt materials are initially compacted in the range of 125° C. but are not initially compacted at 90° C. This data indicates that warming a PG 58-28 provides lubricating properties in the binder that are acceptable for compaction, whereas typically contractors would not allow a paving mix to cool to a temperature as low as 90° C. before beginning compaction. Therefore hot mix and warm mix are on a continuum line of temperature and it is the nature of the additives that enable warm mix materials to be compacted adequately at temperatures in the 90-100° C. range.

### Example 4 and Data Represented in FIG. 4

Example 4 illustrates the impact of polyphosphoric acid (PPA) plus other additives on the reduction of normal force buildup in the asphalt binder. A polymer modified PG 58-34 which also contains PPA as a reactant was tested in duplicate (open and solid circles). Additionally 0.5 wt % INNOVALT W phosphate ester antistripping material was added to the PG 58-34 and tested and in another sample 0.3 wt % E-6 ethoxylated tallow diamine was added to the PG 58-34. All of these samples were compared to a standard PG 58-28. All tests were conducted at 90° C. with a 50 μm test gap. The data plotted in FIG. 4 indicate that even though the viscosity of the 58-34 and its blends (upper curves on the plot) are greater than the viscosity of the PG 58-28, the normal force values are uniformly lower at 10 radians/second and higher. The INNOVALT W added to the PG 58-34 showed the greatest reduction in normal force build-up, but the PG 58-34 with just the acid additive also showed surprising reduction in normal force relative to a neat, unmodified binder. In summary, PPA at typical usage levels (0.2 to 1 wt %) can serve as a lubricating additive in the production of warm mix asphalt binder compositions.

### Example 5

A PG 64-28 asphalt binder was made by blending 0.75 weight percent polyphosphoric acid with a PG 58-28 asphalt cement. To this blend was added 0.5 wt % phosphate ester antistripping additive and 0.2 wt % of E-6 ethoxylated tallow diamine. This asphalt binder blend was mixed using no water at 230° F. with a gravel aggregate. A 100% coating was achieved of the aggregate at this temperature. The mix was compacted to produce Hamburg rut testing specimens at 230° F. achieving the density values expected of a hot mix asphalt.

One test of a paved material's performance is to simulate vehicle traffic stress by the number of repetitive passes a roller supporting a specified weight load must make to cause formation of a rut of a specified depth in the material. Such testing of compacted material produced by the inventive process was done using a testing machine referred to as a Hamburg Wheel Tracking ("HWT") Tester, also known as a PMW Wheel Tracker, available from Precision Machine and Welding, Salina, Kans. The number of Hamburg passes required to reach a rut depth of 10 mm when the compacted material tested in a dry condition was used for comparative evaluation. The test conditions were 158 lb. wheel load, 52 passes per minute at the test temperature using heated air to achieve the specimen test temperature. Generally, when all other variables are essentially the same, the greater the number of

passes, the better the anticipated paving mix performance. Those persons of ordinary skill in the art and familiar with the HWT will recognize paving materials that are suitable for a particular application based on the results that are provided when samples are subjected to these test conditions.

Rut tests were performed on specimens produced as identified above using completely dry aggregate and compared to rut tests performed on specimens produced using the same 64-28 plus 0.5 weight percent phosphate ester plus 0.2 weight percent of E-6 introduced using a water dispersed solution (as set out in United States Published Application 2007/0191514). Hamburg rut tests were conducted at 50° C. in a water immersed procedure. The average number of rut passes to reach 12.5 mm of rutting was 7300 for the specimens prepared according the procedure of this invention and 4176 according to the procedure using the aqueous, foaming lubricating solution. Further the binders from specimens from each rut test were extracted and recovered and the rheological properties determined at 64° C. The PG 64-28 plus 0.5 weight percent phosphate ester antistrip had a test value for G*/sin (delta) of 1.12 kiloPascals at 64° C. The binder recovered from the mixture produced using the foaming, lubricating solution had a test value of 1.27 kiloPascals and the binder recovered from the mixture produced using the procedure of this invention had a test value of 1.99 kiloPascals. Normally one would expect the value of G*/sin(delta) to increase as a result of mixing and recovery. While there was a slight increase using the foaming lubricating solution it is most likely that a more substantial increase was counteracted by the interaction of the polyphosphoric acid with the water from the foaming solution and the basic character of the dispersed E-6 diamine. By adding the E-6 in non-aqueous form as per this invention the value of G*/sin(delta) increased to greater and more typical extent while still maintaining the ability of the mixture to be produced and compacted under warm mix conditions. The above further supports the embodiment of the present invention for the production of warm mix using binders containing acid modifiers.

### Example 6

A field trial using 300 tons of mix that was produced from PG 58-28 asphalt binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This mix was made at a counterflow drum mix plant and placed on a private road. The mix contained 20% RAP and warm mix was produced at a temperature of about 220-240° F. Compaction took place at temperatures ranging from 205-220° F. Typical hot mix temperatures for this same mix were 310° F. mix temperature and initial compaction temperatures in the range of 285° F. and higher. Field cores obtained one day after mix laydown and compaction showed results of 93.3% and 93.8% of maximum theoretical density. The target density for this mix by specification is 92.0% or greater.

### Example 7

A field trial consisting of 700 tons was conducted using a PG 58-28 binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This blend was mixed with a limestone aggregate through a counterflow drum mixing facility. Warm mix was produced at temperatures varying from 210° F. to as high as 260° F. due to plant variations caused by low production rates during the trial. However, when the mix discharge temperature was stabilized at 225° F. to 235° F. the coating of the aggregate was

at 100%. This mixture was further taken to an on-going road project and successfully paved at temperatures ranging from 225° F. to as low as 200° F. Cores cut from this trial pavement exhibited in place densities of 90.8%, 91.6%, 92.2%, 91.2%, 92.1% and 94.0% with values of 91-92% being typical for in place densities when this type of mix is placed as a hot mix. The mixture produced during this trial contained 20 wt % reclaimed asphalt pavement (RAP). This is significant because the utilization of RAP is an important component of the Hot Mix Asphalt (HMA) paving industry. Although the top end amount of RAP in warm mix is a matter of choice, an amount could be greater than about 50 wt % because of the requirement that the warm mix discharge temperature be kept low relative to conventional HMA. This same mixture when produced as a conventional hot mix asphalt was mixed at a temperature of 300-310° F. and compacted at temperatures approximately 15-20° F. cooler than the mix temperature.

### Example 8

A field trial was conducted using a PG 58-28 binder with 0.3 wt % polyamine antistripping additive and 0.3 wt % E-6 ethoxylated tallow diamine added. This blend was then mixed with aggregate containing 30 wt % RAP at mixing temperatures ranging from 220-240° F. Compaction took place at temperatures ranging from 205-225° F. After this asphalt binder composition was mixed with aggregate, applied and compacted the pavement densities were determined using standard industry procedures.

The following densities were measured.

1 foot off center line—95.4% of maximum theoretical density

6 feet off center line—94.7% of maximum theoretical density

Shoulder of road paved over crushed aggregate base—92.5% of maximum theoretical density

The two pavement densities were taken on pavement sections paved over conventional hot mix asphalt. Typically the first layer of mix paved over aggregate has lower densities because the underlying structure is not as rigid. Target mix density for the mix over pavement is 92% or higher and the density for shoulder mix over crushed aggregate is 91% or higher. This warm mix sample had measured physical properties that were above minimum properties for conventional heat mix samples.

### Example 9

A treated asphalt binder composition of PG 58-28 binder modified with E-6 ethoxylated tallow diamine surfactant and polyamine antistripping additive was added to a tank that had held an untreated asphalt. As a mix with aggregate containing 30 wt % RAP was beginning to be made, the untreated binder in the tank was first pumped into a mixing drum at warm mix temperatures. This untreated binder did not produce a coated asphalt/aggregate mix. After some time when the treated binder was being eventually incorporated into the mix, good coating in the 220-240° F. temperature range was achieved. Approximately 700 tons of this warm mix was placed and compacted in the field at temperatures ranging from about 212-228° F. A sample of this mix was taken for moisture content determination just as the mix was discharged from the mixing drum at a discharge temperature of about 235° F. The sample was placed in a plastic container and sealed. Within 30 minutes this sample was tested for moisture content using a solvent refluxing procedure, ASTM D 1461. The moisture content of the mix was 0.25 wt %.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities were determined using standard industry procedures. The following densities were measured from randomly selected samples—93.3%, 93.4% and 93.8% of maximum theoretical density. Normal hot mix produced at this plant with the same aggregate and RAP materials and untreated PG58-28 was mixed at 325° F. and paved at approximately 300° F. and compacted 5-10° F. below the paving temperature.

## Example 10

Using the same aggregate and RAP as Example 9, about 200 tons of warm mix using a blend of PG 58-28 binder, 0.5 wt % Sasobit wax and 0.3 wt % polyamine antistripping additive. A well coated warm mix containing 30 wt % RAP was produced at temperatures ranging from 215-240° F. When the mix was produced on the cooler end of this temperature range, there was tendency of the mix to drag due to sticking on the paver screed. However, when the mixing temperature again increased to 240° F., the dragging of the mix disappeared. This mix appeared to compact adequately.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities were determined using standard industry procedures. The following density was measured from a randomly selected sample—93.0% of maximum theoretical density. The following density results were determined: 92.7% on the shoulder, 93.0% in the region where the mix was sticking, 93.4%, 93.5% and 93.3% at other locations on the pavement when the mixing temperature was back in the 230-240° F. range. For this project shoulder density minimum requirements were 92.0% of maximum theoretical density and mainline pavement minimum density requirements were 93.0% of maximum theoretical density.

## Example 11

A laboratory mix was produced using a PG 70-22 binder modified with SBS (styrene butadiene styrene) polymer. To this blend was added 0.3% polyphosphoric acid and 0.3% PreTech Pavegrip 650 (an amine based antistrip). The mixing temperature was 325° F. and was being used at 5.3%. The aggregate was completely dry and heated to 260° F. and verified with a certified thermometer. The mixture was put together and mixed in a bucket mixer for approximately 30 to 45 seconds. The coating was 100% and comparable to the hot mix version that was compacted previously. The heat in the bucket dropped below 240° F. before the sample was removed from the mixer. The sample was then "cured" for 2 hours at 248° F. and then compacted with 37 blows per side on the Marshall Hammer compacting machine. The resultant sample had about 5.88% average air voids. Data comparing the hot mix version and warm mix version are listed in Table 2.

TABLE 2

| Binder = PG70-22 (SBS) | Mix Temp | Compaction Temp | Blows | Air Voids |
|---|---|---|---|---|
| 0.3% PPA, 0.3% AS | 340 | 300 | 30 | 5.49 |
| 0.3% PPA, 0.3% AS | 340 | 266 | 37 | 5.59 |
| 0.3% PPA, 0.3% AS | 340 | 248 | 37 | 5.77 |
| 0.3% PPA, 0.3% AS | 260 | 248 | 37 | 5.88 |

## Embodiments of the Invention

A first embodiment of the present invention is a warm mix, functionally dry asphalt binder composition comprising a lubricating surfactant. Suitable lubricating surfactants include neutral, cationic and anionic surfactants. One suitable surfactant is an ethoxylated tallow diamine surfactant. In alternative embodiments of the invention, the lubricating surfactant may be used in an amount of about 0.1-1.0 wt % of the asphalt binder composition.

A second embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating wax. Suitable lubricating waxes include montan waxes, petroleum waxes or amide waxes. In alternative embodiments of the invention, the lubricating wax may be used in amount of about less than 1.5 wt % of the asphalt binder composition. In other alternative embodiments of the invention the lubricating wax may be used in an amount of about 0.1-0.5 wt %.

A third embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating acid such as, for example, anhydrous phosphoric acid. Suitable lubricating phosphoric acid grades include polyphosphoric acid (PPA), superphosphoric acid (SPA), or other grades of phosphoric acid. One suitable phosphoric acid derivative is polyphosphoric acid. In alternative embodiments of the invention, the lubricating phosphoric acid derivative may be used in an amount of about 0.2-1.0 wt % of the asphalt binder composition.

Both the first, second and third embodiments of the present asphalt binder compositions may be mixed with aggregate at a temperature of about 280° F. and lower temperatures (where this mixing temperature may be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder) and that the then resultant mixture may be compacted at a temperature of about 260° F. and lower temperatures (where this compaction temperature may also be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder). Hot mix asphalt mixtures produced from the same binders not utilizing the present invention are reasonably anticipated to require respective mixing and compaction temperatures 70-100° F. higher that those temperatures stated above.

Another embodiment of the present invention is a functionally dry warm mix polymer/acid modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

Still another embodiment of the present invention is a functionally dry warm mix polymer modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

This embodiment provides a modified asphalt binder composition that can be mixed with aggregate at a temperature that is at least 30-50° F. below, even temperatures more than 50° F. lower, or as much as 100° F. lower than the temperature that is adequate to mix a similar modified asphalt binder composition that does not contain a lubricating surfactant, a lubricating wax or a lubricating acid or combinations thereof.

The present invention also includes forming a paved surface using the novel warm mix composition described herein. In this aspect, a paving mix may be made in the temperature ranges described herein using the composition described. The mixing typically occurs away from the paving site, and the mixture is then hauled to the site and supplied to a paving machine. The mixture of the lubricated asphalt binder composition and aggregate is then applied by the paving machine to a prepared surface after which it is usually roller compacted

13

by additional equipment while still at an elevated temperature. The compacted aggregate and asphalt mixture eventually hardens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary in the mixture for proper paving. This will result in cost savings attributable to the present invention because of the reduced need for thermal energy to be supplied or maintained in the mixture. For common binders used in the practice of the present invention, the visco-lubricity characteristics of the binder and lubricating agent composition affect the temperature needed to provide thorough coating of the aggregate and application and compaction of the asphalt and aggregate mixture according to the present invention.

Accordingly, in one aspect, the present invention includes a paved surface formed using the novel warm mix composition described herein. Such a paved surface comprises a compacted mixture of an aggregate and a functionally dry warm mix asphalt binder composition including an asphalt binder, and one or more members selected from the group consisting of a lubricating surfactant, a lubricating non-surfactant additive, a lubricating acid or combinations thereof. In another aspect, the present invention includes a method of forming a paved surface using the novel warm mix composition described herein.

The present inventive process includes adding a lubricating substance into an asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition; combining the warm mix lubricated asphalt binder composition with a suitable aggregate; mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material; transferring the warm mix paving material to a paving machine; applying the warm mix paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface.

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The following is claimed:

1. A method of making bituminous paving comprising the steps of:
  (a) mixing a non-foamed asphalt binder composition and lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, with aggregate at a temperature of 280° F. or lower, to coat the aggregate and produce a heated paving material at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive;
  (b) applying the heated paving material to a surface to be paved to provide an applied paving material, and
  (c) compacting the applied paving material at a temperature of 260° F. or lower to form a paved surface.

2. The method of claim 1 wherein the mixing temperature in step a) is 220-240° F.

3. The method of claim 1 wherein the compacting temperature in step (c) is 205-225° F.

14

4. The method of claim 1 comprising employing about 0.1-0.5 wt % lubricating surfactant, or about 0.2-1.0 wt % lubricating acid based on the asphalt binder weight.

5. The method of claim 1 wherein the lubricating additive comprises a cationic surfactant.

6. The method of claim 5 wherein the cationic surfactant is selected from the group consisting of an alkyl amine, amido amine, alkyl quaternary ammonium salt and heterocyclic quaternary ammonium salt.

7. The method of claim 5 wherein the cationic surfactant comprises ethoxylated tallow diamine.

8. The method of claim 5 wherein the cationic surfactant comprises a phosphorus derivative.

9. The method of claim 8 wherein the phosphorus derivative is selected from the group consisting of an organo phosphate, alkyl phosphate, phosphate ester, and phosphate ester antistrip material.

10. The method of claim 1 comprising polyphosphoric acid as lubricating additive.

11. The method of claim 1 wherein the lubricating additive is selected from the group consisting of an amino acid, amino acid derivative, betain derivative, imidazoline and imidazoline derivative.

12. A method of making a warm mix paving composition comprising the steps of:
  (a) adding a lubricating additive selected from the group consisting of a lubricating surfactant, lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof, to an asphalt binder composition, and
  (b) mixing the asphalt binder composition with aggregate to coat the aggregate and produce a functionally dry, essentially water-free, non-foamed warm mix paving composition and a warm mix temperature which is at least 30° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

13. The method of claim 12 comprising producing the warm mix paving composition at a warm mix temperature at least 50° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

14. The method of claim 12 comprising producing the warm mix paving composition at a warm mix temperature at least 100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive.

15. The method of claim 12 further comprising adjusting the water content of the asphalt binder composition by injecting a predetermined amount of water into the asphalt binder composition before mixing the composition with the aggregate.

16. The method of claim 12, further comprising adjusting the water content of the aggregate to a level below 5 wt % before being mixed with the asphalt binder composition.

17. A method of forming a paved surface comprising the steps of:
  (a) mixing aggregate with a functionally dry, essentially water-free, non-foamed asphalt binder composition comprising an asphalt binder and a lubricating additive selected from the group consisting of a lubricating surfactant, a lubricating acid, viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and mold-

15

ing production processing aid, polyolefin, sulfur and combinations thereof to coat the aggregate and produce a warm mix paving composition at a warm mix temperature at least 30-100° F. lower than a comparison production temperature needed to produce a comparison paving composition containing binder-coated aggregate without the lubricating additive;

(b) supplying the warm mix paving composition to a paving machine at a site to be paved;

(c) applying the warm mix paving composition to the site to be paved; and

(d) compacting the applied warm mix paving composition to form a paved surface.

**18**. The method of claim **17** comprising coating the aggregate with the asphalt binder composition at 220-240° F.

**19**. The method of claim **17** comprising compacting the applied warm mix paving composition at 205-225° F.

**20**. A paving process comprising:

(a) adding a lubricating substance consisting of an anti-stripping agent to a non-foamed asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition;

(b) combining the warm mix lubricated asphalt binder composition with a suitable aggregate;

(c) mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material;

(d) transferring the warm mix paving material to a paving machine;

(e) applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then

16

(f) compacting the applied paving material to form a paved surface.

**21**. A paving process according to claim **20** wherein the warm mix paving material is at 220-280° F. in step c) and at 205-260° F. in step e).

**22**. A paving process according to claim **20** wherein the warm mix paving material is functionally dry.

**23**. A paving process according to claim **20** further comprising injecting water into the asphalt binder composition.

**24**. The method of claim **1** comprising employing less than 1.5 wt % lubricating additive when the lubricating agent is selected from the group consisting of a viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof.

**25**. The method of claim **24** comprising employing about 0.1-1.0 wt % lubricating additive when the lubricating agent is selected from the group consisting of a viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof.

**26**. The method of claim **24** comprising employing about 01-0.5 wt % lubricating additive when the lubricating agent is selected from the group consisting of a viscosity modifier, dispersant viscosity modifier, additive containing viscosity modifier or dispersant viscosity modifier, extrusion and molding production processing aid, polyolefin, sulfur and combinations thereof.

* * * * *

# CERTIFICATE OF CORRECTION

| | |
|---|---|
| PATENT NO. | : 7,981,466 B2 |
| APPLICATION NO. | : 12/896488 |
| DATED | : July 19, 2011 |
| INVENTOR(S) | : Gerald H. Reinke, Gaylon L. Baumgardner and Steven L. Engber |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 13, Line 51, Claim 1(a):

"dispersant modifier" should be --dispersant viscosity modifier--

Signed and Sealed this
Twenty-eighth Day of February, 2012

David J. Kappos
Director of the United States Patent and Trademark Office



US007981466C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10506th)

# United States Patent
Reinke et al.

(10) **Number:** US 7,981,466 C1
(45) **Certificate Issued:** Feb. 19, 2015

(54) **WARM MIX ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING ADDITIVES**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **Ergon Asphalt & Emulsions, Inc.**, Jackson, MS (US)

**Reexamination Request:**
No. 90/013,120, Jan. 15, 2014

**Reexamination Certificate for:**
Patent No.: **7,981,466**
Issued: **Jul. 19, 2011**
Appl. No.: **12/896,488**
Filed: **Oct. 1, 2010**

Certificate of Correction issued Feb. 28, 2012

**Related U.S. Application Data**

(62) Division of application No. 11/871,782, filed on Oct. 12, 2007, now Pat. No. 7,815,725.

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**
| | |
|---|---|
| *B05D 5/10* | (2006.01) |
| *C04B 26/26* | (2006.01) |
| *C04B 24/34* | (2006.01) |
| *E01C 19/10* | (2006.01) |
| *C08L 95/00* | (2006.01) |
| *E01C 19/08* | (2006.01) |
| *C08K 5/00* | (2006.01) |
| *C08L 91/06* | (2006.01) |
| *C04B 18/16* | (2006.01) |
| *C08K 5/521* | (2006.01) |
| *C04B 111/00* | (2006.01) |
| *C04B 103/40* | (2006.01) |

(52) **U.S. Cl.**
CPC ................ *C04B 26/26* (2013.01); *C04B 24/34* (2013.01); *E01C 19/10* (2013.01); *C08L 95/00* (2013.01); *E01C 19/08* (2013.01); *C08K 5/0008* (2013.01); *C08L 91/06* (2013.01); *C08K 5/521* (2013.01); *C04B 18/167* (2013.01); *C04B 2111/0075* (2013.01); *C08L 2555/60* (2013.01); *C08L 2555/24* (2013.01); *C08L 2666/40* (2013.01); *C08L 2666/36* (2013.01); *C04B 2103/40* (2013.01)
USPC ...... 427/138; 106/271; 106/280; 106/284.06; 106/284.4

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,120, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Timothy Speer

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.



1

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-26** is confirmed.

\* \* \* \* \*

2



US008734581B2

(12) **United States Patent**     (10) **Patent No.:**    **US 8,734,581 B2**

Reinke et al.              (45) **Date of Patent:**    ***May 27, 2014**

(54) **PROCESSING BITUMINOUS MIXTURES FOR PAVING AT REDUCED TEMPERATURES**

(75) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **A.L.M. Holding Company**, Onalaska, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/422,048**

(22) Filed: **Mar. 16, 2012**

(65) **Prior Publication Data**

US 2012/0213584 A1    Aug. 23, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/039,066, filed on Mar. 2, 2011, now Pat. No. 8,138,242, which is a continuation of application No. 12/390,120, filed on Feb. 20, 2009, now Pat. No. 7,902,277.

(60) Provisional application No. 61/030,750, filed on Feb. 22, 2008.

(51) **Int. Cl.**
*C08L 95/00*      (2006.01)

(52) **U.S. Cl.**
USPC .................... **106/281.1**; 106/273.1; 106/277

(58) **Field of Classification Search**
USPC .................................. 106/273.1, 277, 281.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,014,103 A | 1/1912 | Wallbaum | |
| 1,373,661 A | 4/1921 | Johansen | |
| 1,384,805 A | 7/1921 | McSwiney | |
| 1,542,626 A | 6/1925 | MacKay | |
| 1,640,544 A | 8/1927 | Headley | |
| 1,674,523 A | 6/1928 | Sadtler | |
| 1,778,760 A | 10/1930 | Hay | |
| 1,086,250 A | 5/1931 | Barton et al. | |
| 1,806,250 A * | 5/1931 | Hack .............................. | 106/269 |
| 1,815,089 A | 7/1931 | Alsdorf | |
| 1,834,552 A | 12/1931 | Sadtler et al. | |
| 1,842,139 A | 1/1932 | Alsdorf | |
| 1,887,518 A | 11/1932 | Sadtler | |
| 1,888,295 A | 11/1932 | Smith | |
| 1,932,648 A | 10/1933 | Taylor | |
| 1,948,881 A | 2/1934 | Kirschbaum | |
| 1,988,336 A | 1/1935 | Roediger | |
| 1,988,879 A | 1/1935 | Steininger | |
| 2,023,068 A | 12/1935 | Flood | |
| 2,025,945 A | 12/1935 | Forrest | |
| 2,046,902 A | 7/1936 | Kirschbaum | |
| 2,087,401 A | 7/1937 | Fair | |

| | | |
|---|---|---|
| 2,191,295 A | 2/1940 | Dohse |
| 2,243,519 A | 5/1941 | Barth |
| 2,283,192 A | 5/1942 | Ditto |
| 2,317,959 A | 4/1943 | Johnson et al. |
| 2,340,449 A | 2/1944 | Barwell |
| 2,374,732 A | 5/1945 | Colburn |
| 2,427,488 A | 9/1947 | Anderson et al. |
| 2,461,971 A | 2/1949 | Fischer |
| 2,550,481 A | 4/1951 | Jense |
| 2,861,787 A | 11/1958 | Csanyi |
| 2,888,418 A | 5/1959 | Albanese et al. |
| 2,901,369 A | 8/1959 | Pordes |
| 2,917,395 A | 12/1959 | Csanyi |
| 3,855,167 A | 12/1974 | Bowman |
| 3,904,428 A | 9/1975 | McConnaughay |
| 4,197,209 A | 4/1980 | Zinke et al. |
| 4,198,177 A | 4/1980 | Brett et al. |
| 4,234,346 A | 11/1980 | Latta, Jr. et al. |
| 4,244,747 A | 1/1981 | Leonard, Jr. et al. |
| 4,348,237 A | 9/1982 | Ruckel |
| 4,592,507 A | 6/1986 | Benedict |
| 4,692,350 A | 9/1987 | Clarke et al. |
| 4,724,003 A | 2/1988 | Treybig et al. |
| 4,836,857 A | 6/1989 | Hopkins |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 433003 | 2/1973 |
| AU | 2006231250 | 10/2006 |

(Continued)

OTHER PUBLICATIONS

Akzo International Highway Chemical Newsletter, Chemical Division, Spring 1989, pp. 1-9.

Anderson, David A., et al, "The Effect of Antistrip Additives on the Properties of Asphalt Cement," Asphalt Paving Technology 1982. Proceedings Association of Asphalt Paving Technologists Technical Sessions, Kansas City, Missouri, vol. 51, Feb. 22, 23 & 24, 1982, pp. 298-317.

Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.

Bonola et al., "Technologies for the Production of Asphalt Mixes with Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.

Booth et al., "Development of Very High Bitumen Content Emulsions for Sprayed Sealing," Proceedings 17th ARRB Conference, Part 3, pp. 73-89.

(Continued)

*Primary Examiner* — Peter Szekely

(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

Bituminous paving mixtures containing lubricating agents or additives may be prepared at hot mix temperatures and cooled, paved and compacted at temperatures 10-55° C. lower than the hot mix temperatures. The increased temperature range between the hot mix temperatures and the paving and compacting temperatures is facilitated by the improved compacting properties of the paving mixture when it includes the lubricating agents or additives.

**19 Claims, 1 Drawing Sheet**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,109,041 | A | 4/1992 | Matsuno et al. |
| 5,539,029 | A | 7/1996 | Burris |
| 5,622,554 | A | 4/1997 | Krogh et al. |
| 5,721,296 | A | 2/1998 | Mizunuma et al. |
| 5,772,749 | A | 6/1998 | Schilling et al. |
| 5,788,755 | A | 8/1998 | Salminen |
| 5,827,360 | A | 10/1998 | Salminen |
| 5,925,233 | A | 7/1999 | Miller et al. |
| 6,074,469 | A | 6/2000 | Collins et al. |
| 6,136,898 | A | 10/2000 | Loza et al. |
| 6,197,837 | B1 | 3/2001 | Hill et al. |
| 6,451,885 | B1 | 9/2002 | Dresin et al. |
| 6,559,206 | B1 | 5/2003 | Durand et al. |
| 6,576,050 | B1 | 6/2003 | Samanos |
| 6,588,974 | B2 | 7/2003 | Hildebrand et al. |
| 6,793,964 | B2 | 9/2004 | Hoad |
| 6,846,354 | B2 | 1/2005 | Larsen et al. |
| 6,913,416 | B2 | 7/2005 | Hildebrand et al. |
| 7,041,165 | B2 | 5/2006 | Malot |
| 7,114,843 | B2 | 10/2006 | Romier et al. |
| 7,114,875 | B2 | 10/2006 | Romier et al. |
| 7,160,943 | B2 | 1/2007 | Burris et al. |
| 7,297,204 | B2 | 11/2007 | Crews et al. |
| 7,309,390 | B2 | 12/2007 | Falkiewicz |
| 7,815,725 | B2 | 10/2010 | Reinke et al. |
| 7,902,277 | B2 * | 3/2011 | Reinke et al. .............. 524/71 |
| 7,968,627 | B2 | 6/2011 | Reinke et al. |
| 7,981,466 | B2 | 7/2011 | Reinke et al. |
| 7,981,952 | B2 | 7/2011 | Reinke et al. |
| 8,138,242 | B2 * | 3/2012 | Reinke et al. .............. 524/69 |
| 2002/0170464 | A1 | 11/2002 | Larsen et al. |
| 2004/0014845 | A1 | 1/2004 | Takamura et al. |
| 2004/0223808 | A1 | 11/2004 | Romier et al. |
| 2004/0244646 | A1 | 12/2004 | Larsen et al. |
| 2005/0018530 | A1 | 1/2005 | Romier et al. |
| 2005/0284333 | A1 | 12/2005 | Falkiewicz |
| 2006/0086288 | A1 | 4/2006 | Bourrel et al. |
| 2006/0169173 | A1 | 8/2006 | Dupuis et al. |
| 2006/0236614 | A1 | 10/2006 | Antoine et al. |
| 2006/0240185 | A1 | 10/2006 | Antoine et al. |
| 2006/0288907 | A1 | 12/2006 | Fox |
| 2007/0039520 | A1 | 2/2007 | Crews et al. |
| 2007/0060676 | A1 | 3/2007 | Reinke |
| 2007/0082983 | A1 | 4/2007 | Crews et al. |
| 2007/0191514 | A1 | 8/2007 | Reinke et al. |
| 2009/0088499 | A1 | 4/2009 | Barreto et al. |
| 2011/0017096 | A1 | 1/2011 | Reinke et al. |
| 2011/0020537 | A1 | 1/2011 | Reinke et al. |
| 2011/0021673 | A1 | 1/2011 | Reinke et al. |
| 2011/0152410 | A1 | 6/2011 | Reinke et al. |
| 2011/0214589 | A1 | 9/2011 | Reinke et al. |
| 2011/0243661 | A1 | 10/2011 | Baumgardner et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0568021 | 11/1993 |
| EP | 0994923 | 4/2000 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| EP | 1398351 | 6/2007 |
| GB | 429548 | 5/1935 |
| GB | 783015 | 9/1957 |
| GB | 2006220 | 5/1979 |
| GB | 2234512 | 8/1989 |
| JP | 02332606 | 11/2002 |
| JP | 2006/132131 | 5/2006 |
| WO | 95/22661 | 8/1995 |
| WO | 01/16233 | 3/2001 |
| WO | 01/62852 | 8/2001 |
| WO | 02/16490 | 2/2002 |
| WO | 02/103116 | 12/2002 |
| WO | 2005/081775 | 9/2005 |
| WO | 2006/106222 | 10/2006 |
| WO | 2007/032915 | 3/2007 |

| | | |
|---|---|---|
| WO | 2007/112335 | 10/2007 |
| WO | 2008/148974 | 12/2008 |
| WO | 2009/033060 | 3/2009 |

OTHER PUBLICATIONS

Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads, and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp.

Ceca Arkema Group, "Green Road Formulation-Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www.siliporite.com, accessed Nov. 21, 2007, 1 p.

Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.

Choi, Y., Warm Asphalt Review, Austroads Report, Arrb Research, RETT220B, Publication No. AP-T91/07, Nov. 2007.

Damm, K., Abraham, J., Butz, T., Hildebrand, G., Riebesehl, G., "Asphalt Flow Improvers as Intelligent Fillers for Hot Asphalts—A New Chapter in Asphalt Technology," Journal of Applied Asphalt Binder, vol. 2, Issue 1, p. 36-70, Apr. 2002.

Declaration of Patrick Lavin, Jun. 6, 2011; explains 26 years of experience with essentially water-free, non-foaming binders along with the use of additives and the effects of temperature on paving.

Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.

Extended European Search Report, EP Application No. 06790099.3, mailed Jan. 4, 2013.

Giannattasio, Allessandro, "To improve the quality of road bitumen," Reprint from the Italian Building and Construction Issue No. 69/1998-19th Year; pp. 2, 3, 7.

Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Pavement Materials and Construction Team, AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.

Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, IA, Aug. 2007, 11 pp.

Gudimettla, Jagan M., et al., "Workability of Hot Mix Asphalt," National Center for Asphalt Technology, Apr. 2003, 66 pages.

Hurley et al., "Evaluation of Aspha-Min™ Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University; 30 pp., Jun. 2005.

Hurley et al., "Evaluation of Evotherm™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.

Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.

Hurley, Graham C., et al., "Evaluation of Sasobit™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.

International Search Report issued in PCT/US/2006/33907, mailed Sep. 24, 2007, 4 pages.

International Search Report and Written Opinion issued in PCT/US2008/075452, mailed Feb. 13, 2009, 13 pages.

International Search Report for PCT/US2009/034742, mailed May 26, 2009, 10 pages.

International Search Report and Written Opinion issued in PCT/US2009/052830, mailed Sep. 16, 2010, 9 pages.

Iterchimica Company; "Abstract of the 2005 production categories and applications," Iterchimica Brochure, p. 2 (2005).

James, A.D., et al., "Adhesion Agents for Use in Hot Mixes and Cut-Back Bitumens," presented at the 3rd IRF Middle East Regional Meeting, Riyadh, Saudi Arabia, 1988, 10 pages.

Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements for Southern Africa, 1999, 7 pp.

(56)  **References Cited**

OTHER PUBLICATIONS

Jenkins, "Mix Design Considerations for Cold and Half-Warm Bituminous Mixes with Emphasis on Foamed Bitumen," dissertation submitted to the Department of Civil Engineering, University of Stellenbosch in fulfillment for the degree of Doctor of Philosophy, Sep. 1, 2000, pp. 1-XVII, 1.

Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.

Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.

Kristjansdottir, Olof, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University of Washington, 2006, 127 pp.

LaPointe, Dennis G., e-mail correspondence, May 2011, 4 pages.

Lavin, Patrick, "Asphalt Pavements: A practical guide to design, production and maintenance for engineers and architects," 2003, pp. 347.

Logaraj, Sundaram, et al., "Surface-active bitumen additive for warm mix asphalt with adhesion promoting properties," 2009, 12 pages.

"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)", European Roads Review, Special Issue, BGRA, Feb, 2004 (pp. 1-11).

Maccarrone et al., "Cold Asphalt Systems as an Alternative to Hot Mix," XP055014266, pp. 1-6, Jan. 1, 1995.

Maccarrone et al., "Pavement Recycling Using Foamed Bitumen," Proceedings 17th ARRB Conference, Part 3, pp. 349-365.

Malick, R.BN, Bradley, J.E., Bradbury, R.L., An Evaluation of Heated Reclaimed Asphalt Pavement (RAP) Material and Wax Modified Asphalt for Use in Recycled Hot Mix Asphalt (HMA)," 2007.

Naidoo, P., "Fischer-Tropsch Hard Wax Chemistry in Warm Mix Asphalt Applications," Petersen Asphalt Research Conference, Abstract and Presentation Slides, Jun. 20-22, 2005.

Naidoo, P., Sasobit in Warm Mix Asphalt Applications 9 Years of Global Successes, World Asphalt Conference Presentation Slides, Mar. 14, 2006.

Paez, R., "Production of Modifier Asphalt Additives in Equator," 2005 International Symposium on Pavement Recycling, Sau Paulo, Brazil, Mar. 14-16, 2005, pp. 1-11.

Petersen, J. Claine, "Relationships Between Asphalt Chemical Composition and Performance-Related Properties," ISSA Meeting, Phoenix Arizona, Jan. 23-27, 1982, 10th page.

Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.

Schwartz, Anthony M., et al., Surface Active Agents and Detergents, vol. 2, 1977, pp. 673-677.

Tarrer, A.R., et al., "The Effect of the Physical and Chemical Characteristics of the Aggregate on Bonding," Strategic Highway Research Program, Feb. 1991, 31 pages.

"Asphaltic Concrete Mixtures for Roads and Aerodromes and Asphaltic Concrete," Interstate Standards, Specifications, GOST 9128-97, Interstate Scientific and Technical Commission on Standardization Technical Rating and Certification in Construction (ISTCS), Moscow 1998.

Redicote® E-6, Akzo Nobel Technical Information, Asphalt Applications, 2003.

Redicote® E-6, Akzo Nobel Material Safety Data Sheet, 2004.

Redicote® E-6, Akzo Nobel Material Safety Data Sheet, 2010.

Redicote® E-6, Akzo Nobel, 2011.

Declaration of Gerald H. Reinke Under 37 CFR 1.132, Jun. 1, 2012.

Declaration of Jan Alboszta Under 37 CFR 1.132, Jun. 1, 2012.

Boldyrev et al., Experience in Using AMDOR-9 Adhesion Additive in the Practice of Road Construction, International Conference 'Bitumen in road construction', 2005.

Chiman, "Aspects of Influence of Additive on Characteristics of Non-Polimetricos Asphalt," Corporation for Research and Development in Asphalt Transport Sector and Industrial Corasfaltatos.

Butz et al., "Modification of Road Bituments with the Fischer-Tropsch Paraffin Sasobit," Journal of Applied Asphalt Technlogy, Oct./2001.

Florida Department of Transportation, Standard Specifications for Road and Bridge Construction, 2007.

Gaudefroy et al., "Laboratory Investigations on the Mechanical Performances of Foamed Bitumen Mixes Using Half-Warm Aggregates," TRB 2007 Annual Meeting CD-ROM.

Kanitpong et al., "Laboratory Study on Warm Mix Asphalt Additives," TRB 2007 Annual Meeting CD-ROM.

Kristjansdottir et al., "Assessing the Potential for Warm Mix Asphalt Technology Adoption," TRB 2007 Annual Meeting CD-ROM.

Modern Asphalts, Autumn 2006, Issue No. 18.

Prowell et al., "Field Performance of Warm Mix Asphalt at the NCAT Test Track," TRB 2007 Annual Meeting CD-ROM.

Sasobit Product Information 124, 9 pp., Apr. 22, 2004.

Sasobit Roads and Trials with Sasobit, 7 pp.

Transportation Research Broad, 86th Annual Meeting Program, Jan. 21-25, 2007.

Wasiuddin et al., "A Comparative Study of Sasobit and Alpha-Min for Warm Mix Asphalt," TRB 2007 Annual Meeting CD-ROM.

DIN 1995 Requirements for the Binders, Oct. 1989.

Defendant Akzo Nobel Surface Chemistry LLC's Answer and Counterclaims, Case 1:13-cv-01069GMS Document 12, filed Oct. 7, 2013, pp. 1-10.

Akzo Answer Exhibit A, Case 1:13-cv-01069GMS Document 12, filed Oct. 7, 2013, pp. 1-10.

Defendant Arr-Maz Custom Chemicals, Inc.'s Answer, Affirmative Defenses, and Counterclaims, Case 1:13-cv-01070 GMS, Document 12, filed Sep. 6, 2013, pp. 1-11.

U.S. District Court, District of Delaware (Wilmington), Civil Docket for Case 1:13-cv-01069-GMS.

U.S. District Court, District of Delaware (Wilmington), Civil Docket for Case 1:13-cv-01070-GMS.

Non-Final Office Action in Reexam No. 90/012,976, mailed Nov. 15, 2013.

Reexamination Order Granting, Reexam No. 90/012,976, mailed Oct. 29, 2013.

Request for Ex Parte Reexamination, Reexam No. 90/012,976, filed Sep. 6, 2013.

Reexamination Order Granting, Reexam No. 90/013,102, mailed Feb. 27, 2014.

Request for Ex Parte Reexamination, Reexam No. 90/013,102, filed Dec. 20, 2013.

Request for Ex Parte Reexamination, Reexam No. 90/013,120, filed Jan. 15, 2014.

* cited by examiner



US 8,734,581 B2

# PROCESSING BITUMINOUS MIXTURES FOR PAVING AT REDUCED TEMPERATURES

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. Application No. 13/039,066, filed Mar. 3, 2011, U.S. Pat. No. 8,138,242, which is a continuation of U.S. application Ser. No. 12/390,120, filed Feb. 20, 2009, U.S. Pat. No. 7,902,277, which claims the benefit under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/030,750, filed Feb. 22, 2008, all of which are incorporated herein by reference in their entirety.

## BACKGROUND

Paving materials are typically prepared in an asphalt plant at elevated temperatures before being transported to a construction site. The chosen paving material mixing temperature may depend on a number of factors including the chosen binder, the distance or transportation time to the construction site, and ambient temperature conditions en route and at the site. For example, some paving materials are prepared at 130° C. or higher and, during transportation to the construction site, may cool by about 5-8° C. However, in some instances the paving materials must be transported for relatively long times (e.g., more than two hours), for relatively long distances (e.g., more than 300 Km), or be exposed to very cool outdoor temperatures (e.g., less than 5° C.). This may lead to excessive cooling of the paving materials, which in turn may cause issues during paving or compacting. In some such instances, the temperatures at which the paving materials are prepared may be increased to compensate for such cooling. However, increased preparation temperatures may cause other issues including one or more of increased evaporation of volatiles, degradation of some of the components of the paving materials, and excessive energy consumption.

## SUMMARY

The present application provides processing conditions for bituminous paving mixtures containing lubricating agents or additives in which the paving mixtures may be prepared at hot mix temperatures and then when cooled can be paved and compacted at temperatures 10-55° C. lower (or more than 55° C. lower) than the hot mix preparation temperatures. The increased range between the hot mix temperatures and the paving and compacting temperatures is provided, in part, by the improved compacting properties provided by these lubricating agents or additives.

The present invention provides processing an asphalt binder and bituminous paving mixture in order to allow, for example, increased transportation times, longer working times, or a greater range of application temperatures. These properties provide improvements in production and paving processes compared to other hot and warm mix processes.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 illustrates an increase in the difference between production and compaction temperatures for a bituminous paving mixture prepared according to the process of the present invention compared to bituminous paving mixtures prepared at hot mix or warm mix temperatures.

## DETAILED DESCRIPTION

It may be desirable for a variety of reasons to prepare bituminous paving materials at, near, or in excess of tempera-

tures used for hot mix asphalt but to pave and compact this paving mixture at least about 10° C., between about 17-45° C., between about 10-55° C., or more than 55° C., below the temperatures at which the paving material is prepared. For example, the bituminous paving mixture may be compacted at temperatures 17, 22, 28, 33, 39, 44 or 50° C. below the temperature at which the paving mixture is prepared. Further, the bituminous paving mixture may be compacted at temperatures at least about 10° C., at least about 15° C., at least about 20° C., at least about 30° C., at least about 40° C., or at least about 45° C. below the temperature at which the paving mixture is prepared. According to the processes of this invention, hot mix temperatures, for example, may be greater than about 130° C., greater than about 135° C., greater than about 140° C., greater than about 150° C., greater than 160° C., greater than 170° C., or greater than about 175° C. In other embodiments, hot mix preparation temperatures may be between about 120° C. and about 175° C., between about 130° C. and about 170° C., between about 135° C. and 170° C., between about 140° C. and about 150° C., or between about 150° C. and 160° C. Paving and compaction temperatures, for example, may be less than about 160° C., less than about 145° C., less than about 135° C., less than about 130° C., less than about 125° C., less than about 120° C., or less than about 100° C. In some examples, the paving and compaction temperatures may be in a temperature range of about 60° C. to about 160° C., between about 80° C. and about 150° C., between about 100° C. and about 135° C., or between about 100° C. and about 125° C.

Utilization of the process and additives provided in this application enables the production and paving of bituminous paving mixtures under a wide range of conditions. After being compacted at warm temperatures, the bituminous paving mixtures have acceptable field densities for a compacted bituminous material. Exemplary field densities include, but are not limited to less than 10% place air voids, less than 8% in place air voids and less than 5% in place air voids (when measured according to accepted practices in the paving industry).

Warm mix asphalt compositions are used to produce bituminous paving mixtures at temperatures below those used to produce hot mix asphalt compositions. In addition to producing a bituminous paving mixture at reduced temperatures, warm mix compositions also allow paving and compacting these bituminous paving mixtures at temperatures below those used to pave and compact hot mix asphalt. These reduced temperatures may be 33-45° C. or more below the temperatures used to produce and pave hot mix asphalt compositions.

U.S. application Ser. No. 11/871,782 reports functionally dry asphalt binder compositions, polymer modified asphalt binder compositions and polymer/acid-modified asphalt binder compositions thereof that have been modified with lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof (collectively, lubricating agents or additives). These lubricating agents or additives provide asphalt binder compositions which can be adequately mixed with aggregate at temperatures 17-28° C. lower, even more than 28° C. lower, or as much as 55° C. lower than a substantially similar asphalt binder or asphalt cement that does not contain these lubricating additives. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 17-28° C. lower, even temperatures more than 28° C. lower, or as much as 55° C. lower than a substantially similar asphalt/aggregate mixture that does not contain these lubricating

APPX203

additives. The entire disclosure of U.S. application Ser. No. 11/871,782, filed Oct. 12, 2007 is incorporated by reference in this application.

Some embodiments of the present invention include a method or process that uses a bituminous paving material containing lubricating agents or additives that may be prepared at temperatures up to, or in excess of, hot mix asphalt production temperatures, and that may be cooled and subsequently paved and compacted at least about 10° C., between about 17-45° C., between about 10-55° C. or more than 55° C., below the hot mix asphalt production temperatures. According to the process of this invention, an asphalt binder, lubricating additive and aggregate are mixed at temperatures 10-55° C., or greater, above the paving and compacting temperatures of the resulting bituminous paving material.

As illustrated in FIG. 1, the process of the present invention provides an increase in the temperature difference between production and compaction temperatures for bituminous mixtures compared to bituminous mixtures prepared and compacted when using hot mix or warm mix processes. When a bituminous mixture is prepared and compacted using a hot mix process, the difference between the production and compaction temperatures is schematically illustrated by ARROW **1**. Similarly, when a bituminous mixture is prepared and compacted using a warm mix process the difference between the production and compaction temperatures is illustrated by ARROW **2**. In contrast to the hot and warm mix processes, the process of the present invention provides for preparing a bituminous mixture at a hot mix temperature and then compacting the mixture at a lower or reduced temperature similar to compaction temperatures used for bituminous mixtures prepared by warm mix processes. The increased difference in the production and compaction temperatures of the present process is illustrated by ARROW **3**. The increased or expanded difference between the production temperature and compaction temperature permits, for example, one or more of increased transportation times, longer working times and a greater range of application temperatures.

Water employed in some other warm mix technologies may not be essential to the successful production of bituminous material containing the lubricating agents or additives. The production of hot mix asphalt to produce a bituminous mixture at or near hot mix asphalt temperatures, with or without any additives, results in the removal of water as a component in these hot mix compositions. Bituminous mixtures containing a lubricating additive, with or without added water, and bituminous mixtures produced by injecting water into an asphalt binder containing a lubricating additive, are both intended to be within the scope of the present invention.

Warm paving and compaction processes may be used in a variety of different scenarios. One scenario is using a "warm mix asphalt" where the production and paving of a bituminous mix is carried out at temperatures significantly lower than the temperatures used to produce and pave a hot mix asphalt using the same binder (or suitable asphalt cement). In this scenario, "warm" refers to production and paving temperatures that may be 33-45° C., or more, below the hot mix and hot paved temperatures for a similar binder. There are, however, circumstances where it is desirable or even necessary to produce a bituminous paving mix at, near or in excess of hot mix temperatures with the intention of paving and compacting this bituminous paving mix at reduced temperatures that are associated with warm mix conditions.

Some reasons for producing a bituminous paving mixture at, near, or in excess of hot mix production temperatures but paving and compacting this mixture at 10-55° C., or more

than 55° C., below the temperatures at which the mix is produced include, but are not limited to, the following scenarios:

1) In some geographical regions the cost to move and set up a bituminous mix facility could be cost prohibitive for a small paving project and therefore it would be more cost effective to produce the bituminous mixture at a remote location at an elevated temperature and haul the mix to the paving project site thus resulting in the need to be able to pave and compact the mix at reduced temperatures.

2) In some geographical regions the aggregate resources might not exist or might not be developed to the extent that it is financially viable to produce the bituminous mixture at or near the location of the paving project, thus there could be a need to produce the bituminous mixture at a location with the requisite aggregate resources at an elevated temperature but still be able to compact the mixture at a reduced temperature after the bituminous mix has been hauled to paving project.

3) It may be desirable for other reasons to haul the bituminous mixture a long distance (resulting in a substantial reduction in the temperature of the mixture) without having to excessively heat the bituminous mix during production at the mix facility while still being able to pave this mixture upon arrival at a project site. This avoids potential quality problems that may be associated with having to excessively heat a bituminous mix.

4) Still another reason is the desire to provide bituminous mix to a contractor to perform minor repair patches during the course of a day without returning to the bituminous mix facility to obtain fresh paving mixture at an elevated temperature.

5) During early and late season bituminous mix placement (especially in cooler climates) it may be desirable to produce bituminous mix at a temperature in excess of the temperature employed to produce a warm mix for the mix in question, thus enabling the bituminous mix so produced to be compacted at a temperature 10-55° C., or more than 55° C., below the temperature at which the mix is produced.

For these different scenarios or conditions, and others, the ability to compact the bituminous paving mixture at reduced temperatures regardless of the production temperature is an improvement over existing processes.

Depending on the needs of the individual bituminous mix producer these reduced mix production temperatures are not essential and may not be desired even though the ability to pave and compact this mix at substantially reduced temperatures may be desired and perhaps essential. Utilization of the production process reported in this application enables production of bituminous paving mixture at any reasonable temperature, but allows the contractor to place and pave the mixture at reduced temperatures.

Surfactants (in both aqueous or non-aqueous form) and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder at levels as low as 0.1 wt %, provide sufficient lubrication of the asphalt binder so that aggregate may be adequately coated and then paved and compacted at temperatures 10-55° C., or more than 55° C., lower than the temperatures normally needed for compaction of similar bituminous mixtures that do not include the lubricating agent or additive.

Non-aqueous surfactants have been incorporated into asphalt binder as additives to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically in a functionally

dry or water free warm mix composition have not been appreciated. (The term "functionally dry", or "essentially water free", as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "hot mix" regime, for example as described above.) Exemplary surfactants include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactants may be specifically grouped into four classifications: i) anionic surfactants including, but not limited to, fatty acids (e.g., saturated and unsaturated fatty acids), fatty acid pitch (e.g., stearic acid pitch), and fatty acid derivatives (e.g., fatty acid esters and fatty acid sulfonates), and organo phosphates (e.g., alkyl phosphates); ii) cationic surfactants including, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) amphoteric surfactants including, but not limited to, amino acids, amino acid derivatives, betain derivatives (e.g., alkylbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) nonionic surfactants including, but not limited to, fatty acid esters (e.g., SPAN or TWEEN surfactants), surfactants with ether links (e.g., alkylphenolpolyoxeythylenes and polyoxyethylenated alcohols), surfactants with amide groups (e.g., alkylamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethyleneated mercaptans. One exemplary surfactant is an ethoxylated tallow diamine surfactant.

In one exemplary embodiment of the invention, the lubricating surfactant may be used in an amount in the range of about 0.1-1.0 wt % based on the weight of the asphalt binder. Other amounts that are within the scope of this invention include the ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder to produce warm mix paving mixtures. Wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, N.J.) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may include paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum, petroleum-derived and refined waxes (slack wax and refined macrocrystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (e.g., animal, vegetable, and mineral waxes such as beeswax and carnuaba wax), modified natural waxes (e.g., brown coal derivatives such as montan wax and mineral oil derivatives), partial synthetic waxes (e.g., acid waxes, ester waxes, amide waxes, alcohol waxes and oxidized polyethylene waxes), and full synthetic waxes (e.g., Fischer-Tropsch waxes and polyethylene waxes).

In one exemplary embodiment of the invention, the lubricating wax may be used in amount of about less than 1.5 wt % of the weight of the asphalt binder. In other exemplary embodiments of the invention, the lubricating wax may be used in an amount in the range of about 0.1-1.0 wt %. Other amounts are within the scope of this invention and include ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and addi-

tives containing viscosity modifiers or dispersant viscosity modifiers as well as extrusion processing aids, molding processing aids, polyolefins, or sulfur, may provide lubricating characteristics to petroleum products and may also be used as non-surfactant lubricating additives. Such additives include, but are not limited to, VMS and DVMS used in engine lubricating oils (e.g., polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; extrusion processing aids; molding processing aids (e.g., high trans content polyoctenamer reactive polymers); polyolefins, ethylene vinyl acetates; acrylic polymers; silicones; and elemental sulfur or sulfur derivatives (e.g., sulfur impurities used in fuels to provide lubrication properties). These lubricating additives may, for example, be used in an amount in the range of about 0.1-1.0 wt %, about 0.1-0.5 wt %, about 0.1-0.4 wt %, or 0.1-0.3 wt %.

Phosphoric acids or their derivates are also another class of additives that can, when incorporated into an asphalt binder at levels as low as about 0.2-1.0 wt %, provide sufficient lubrication of a bituminous mixture so that it may be adequately compacted at temperatures 10-55° C., or more than 55° C., below the temperatures normally needed to compact a similar bituminous mixture without the use of this class of phosphoric acid additives. Exemplary lubricating phosphoric acid grades include polyphosphoric acid (PPA), superphosphoric acid (SPA), and other grades of phosphoric acid. In exemplary embodiments of the invention, the lubricating phosphoric acid derivative may be used in an amount of about 0.1-1.5 wt % or about 0.2-1.0 wt % based on the weight of the asphalt binder. Other amounts are within the scope of this invention and include ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Some embodiments of the present process may use paving mixtures mixed with aggregate and optional reclaimed asphalt pavement (RAP) at a hot mix temperature (where this hot mix temperature may be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder) and then the resultant mixture may be compacted at a temperature of 10-55° C., or more than this amount, lower then the hot mix temperature. The amounts of RAP that may be included in the paving mixtures may be 1-98 wt % of the mix, 10-60 wt % of the mix, or up to about 30 wt % of the mix.

Still another embodiment of the present process may use polymer modified asphalt binder compositions comprising a lubricating additive. Exemplary polymer modified asphalt binders may include modifiers such as, but not limited to, synthetic polymers, reclaimed rubber, and reclaimed polymers (e.g., reclaimed polyolefins and polyesters). Other examples of polymer modified asphalt binder compositions are provided in U.S. Patent Application No. 61/101,942, filed Oct. 1, 2008, entitled "Stable Emulsions for Producing Polymer Modified Asphalt," which is incorporated herein by reference in its entirety.

Still another embodiment of the present process may use fiber modified asphalt binder compositions comprising a lubricating additive. Exemplary fiber modified asphalt binders may include fibers such as, but not limited to, organic and inorganic fibers (e.g., polyolefin, cellulosic and mineral fibers).

The present invention also includes forming a paved surface using the paving mixtures made by the process described herein. In this embodiment, a paving mix may be made in the hot mix temperature ranges described herein. The mixing

may occur at or away from the paving site, and the mixture may cool as it is being hauled to the site and supplied to a paving machine. The paving mixture is then applied by the paving machine to a prepared surface after which it is usually roller compacted by additional equipment while still at an elevated temperature, for example at any of the paving and compacting temperature ranges provided herein. The compacted aggregate and asphalt mixture eventually stiffens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary for proper paving.

The present inventive process also includes the process of adding a lubricating substance into a heated asphalt binder; combining the lubricated asphalt binder composition with a suitable aggregate that may optionally contain varying amounts of RAP; at any of the hot mix temperature ranges provided herein, mixing to coat the aggregate and optional RAP with the lubricated asphalt binder composition to form a paving material; transferring the paving material to a paving machine; applying the paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface at any of the paving and compacting temperature ranges provided herein.

## EXAMPLE 1

The inclusion of varying amounts of Reclaimed Asphalt Pavement (RAP) as a component in bituminous mix is a desired option to the bituminous paving industry. Varying amounts of RAP levels, including but not limited to 1-98 wt % of the mix, 10-60 wt % of the mix, or up to about 30 wt % of the mix, have been used successfully with some warm mix processes. In this example, one bituminous mix was produced with RAP at a hot mix temperature and another bituminous mix was produced with RAP at a warm mix temperature. Both of these mixes were then compacted at a reduced temperature relative to a conventional hot mix compaction temperature.

A paving mix suitable for a 1 million ESAL pavement utilizing 20% RAP was used in this example. The target virgin binder content for this paving mix was 4.7% by weight of mix. A PG 58-28 binder containing 0.5% Akzo Nobel E-6 ethoxylated tallow diamine by weight of binder was used as the virgin binder for two mixes. The two mixes were evaluated as detailed below:

### TABLE 1

Comparison of Hot Mix and Warm Mix Production
Using 20% Rap with Both Mixes Compacted At Warm Temperature

| Conditions | Mix 1 - Hot mix, warm compaction | Mix 2 - Warm mix, warm compaction |
|---|---|---|
| Mixing temperature | 148° C. (300° F.) | 110° C. (230° F.) |
| Conditioning time total | 2 hrs | 2 hrs |
| Conditioning temp | | 104° C. (220° F.) |
| Conditioning temp 1 | 30 minutes @ 135° C. (275° F.) | |
| Conditioning temp 2 | 30 minutes @ 121° C. (250° F.) | |
| Conditioning temp 3 | 30 minutes @ 110° C. (230° F.) | |
| Conditioning temp 4 | 30 minutes @ 104° C. (220° F.) | |
| Compaction temp | 104° C. (220° F.) | 104° C. (220° F.) |
| Air voids @ design gyrations | 3.5% | 3.4% |

The hot mixed, warm compacted mix was sequentially cooled to the warm compaction temperature in order to simulate a paving mix that would be produced at a hot mix temperature and then hauled to a paving project site so that the mix temperature gradually dropped over a period of time to the warm compaction temperature. This data shows no detriment of having produced a paving mix containing selected amounts of RAP, such as but not limited to 20 wt %, at 148° C. and having maintained the mix at elevated temperatures for a period of time prior to cooling to the final compaction temperature and then compacting. That data show that mixes having lubricating agents described herein may be successfully compacted at warm mix compaction temperatures regardless of whether the mixes are prepared using warm or hot mix preparation temperatures. In cases in which the mix does not include a lubricating agent and the mix is prepared using hot mix temperatures and compacted using warm mix temperatures, excessive air voids (e.g., an increase of at least 1-2 percentage points for in place voids) would be in the compacted paving material.

## EXAMPLE 2

A PG 70-28 polymer modified asphalt paving mix suitable for 10 million ESAL was produced with course mix aggregate at a mixing temperature of 157-163° C. When compacted at a standard compaction temperature between 140-146° C., the paving had unacceptably low and inconsistent field density values. When 0.3% phosphate ester was added to the paving mix, prepared at the above temperatures (157-163° C.), break-down rolled at normal compaction temp (140-146° C.), and densified at about 113° C., the field density values were at an acceptable level and also were more consistent.

Provided in Table 2 below are some exemplary preparation and compaction temperatures for a variety of asphalt grades having one or more of the lubricating agents described herein.

### TABLE 2

| Asphalt Grade | Preparation temperature | Compaction temperature |
|---|---|---|
| PG58-28 | 135-143° C. | 96-102° C. |
| PG64-22 | 146-163° C. | 135-152° C. |
| PG64-28 | 143-154° C. | 102-107° C. |
| PG76-22 | 160-177° C. | 146-163° C. |

The paving materials described herein may be prepared in any suitable commercial asphalt plant. Examples include a DOUBLE BARREL GREEN™ plant, a counter flow plant, a parallel flow plant, a remixer plant, a batch plant, and a double drum plant. The materials may be transported and applied using any suitable equipment.

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The invention claimed is:
1. A bituminous paving process, which process comprises:
   a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, and wherein a blend of the asphalt binder and lubricating additive has a measured

US 8,734,581 B2

9

maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and

b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 55° C. below the first temperature to provide bituminous pavement having field density values of less than 10% in place air voids for the compacted bituminous mix.

2. The process of claim 1 wherein the lubricating non-aqueous surfactants comprise i) anionic surfactants comprising saturated fatty acids, unsaturated fatty acids, fatty acid pitch, fatty acid esters, fatty acid sulfonates, organo phosphates, or alkyl phosphates; ii) cationic surfactants comprising alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, or amido amines; iii) amphoteric surfactants comprising amino acids, alkylbetains, alkylaminobetains, or imidazolines; or iv) nonionic surfactants comprising surfactants with ether links, alkylphenolpolyoxeythylenes, polyoxyethylenated alcohols, surfactants with amide groups, alkylamides, mono and diethanolamides, alkylenated oxide copolymers, or polyoxyethyleneated mercaptans.

3. The process of claim 2 wherein the non-aqueous surfactant comprises an ethoxylated tallow diamine surfactant.

4. The process of claim 1 wherein the lubricating non-surfactant additives comprise paraffin waxes, non-paraffin waxes, petroleum, petroleum-derived and refined waxes, slack wax, refined macrocrystalline wax, natural waxes, animal waxes, vegetable waxes, mineral waxes, beeswax, carnuaba wax, modified natural waxes, montan wax, partial synthetic waxes, acid waxes, ester waxes, amide waxes, alcohol waxes, oxidized polyethylene waxes, full synthetic waxes, Fischer-Tropsch waxes or polyethylene waxes.

5. The process of claim 1 wherein the lubricating acids comprise lubricating phosphoric acid grades, polyphosphoric acid, superphosphoric acid, or other grades of phosphoric acid.

6. The process of claim 1 wherein the bituminous mix contains about 0.1-0.4 wt % lubricating additive based on the asphalt binder weight.

7. The process of claim 1 wherein the bituminous mix comprises about 1-98 wt % reclaimed asphalt pavement based on the bituminous mix weight.

8. The process of claim 1 wherein the bituminous mix comprises about 10-60 wt % reclaimed asphalt pavement based on the bituminous mix weight.

10

9. The process of claim 1 wherein the second temperature is less than about 125° C.

10. The process of claim 1 wherein the second temperature is less than 120° C.

11. The process of claim 1 wherein the second temperature is less than 100° C.

12. The process of claim 1 wherein the first temperature is greater than 170° C.

13. The process of claim 1 wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap.

14. The process of claim 1 wherein the compacted mix has a field density value greater than 92% of maximum theoretical density.

15. The process of claim 1 wherein the compacted mix has a field density value greater than 95% of maximum theoretical density.

16. A bituminous paving process, which process comprises:

a) mixing an asphalt binder, aggregate and 0.1-1.0 wt % lubricating additive based on the asphalt binder weight at a first temperature greater than 160° C. to form a bituminous mix consisting essentially of aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof, wherein the asphalt binder, aggregate and lubricating additive are essentially water free, and wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap, and

b) compacting the bituminous mix at a second temperature less than 130° C. and at least about 20° C. below the first temperature to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

17. The process of claim 16 wherein the second temperature is more than 55° C. below the first temperature.

18. The process of claim 16 wherein the first temperature is greater than 170° C.

19. The process of claim 1 comprising mixing an aqueous solution of the lubricating additive with the asphalt binder.

* * * * *



US009175446B2

(12) **United States Patent**
Reinke et al.

(10) **Patent No.:** **US 9,175,446 B2**
(45) **Date of Patent:** *Nov. 3, 2015

(54) **PROCESSING BITUMINOUS MIXTURES FOR PAVING AT REDUCED TEMPERATURES**

(71) Applicant: **ALM HOLDING COMPANY**, Onalaska, WI (US)

(72) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignee: **A.L.M Holding Company**, Onalaska, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/215,987**

(22) Filed: **Mar. 17, 2014**

(65) **Prior Publication Data**

US 2014/0199122 A1 Jul. 17, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/422,048, filed on Mar. 16, 2012, now Pat. No. 8,734,581, which is a continuation of application No. 13/039,066, filed on Mar. 2, 2011, now Pat. No. 8,138,242, which is a continuation of application No. 12/390,120, filed on Feb. 20, 2009, now Pat. No. 7,902,277.

(60) Provisional application No. 61/030,750, filed on Feb. 22, 2008.

(51) **Int. Cl.**
| | |
|---|---|
| *C08L 95/00* | (2006.01) |
| *E01C 7/18* | (2006.01) |
| *E01C 7/26* | (2006.01) |

(52) **U.S. Cl.**
CPC . *E01C 7/18* (2013.01); *C08L 95/00* (2013.01); *E01C 7/26* (2013.01)

(58) **Field of Classification Search**
CPC ............... E01C 7/18; E01C 7/22; E01C 7/26; E01C 7/265; C08L 95/00; C08L 2555/26; B28C 5/003
USPC .................................. 106/281.1, 273.1, 277
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,014,103 A | 1/1912 | Wallbaum |
| 1,373,661 A | 4/1921 | Johansen |
| 1,384,805 A | 7/1921 | McSwiney |
| 1,542,626 A | 6/1925 | MacKay |
| 1,640,544 A | 8/1927 | Headley |
| 1,674,523 A | 6/1928 | Sadtler |
| 1,778,760 A | 10/1930 | Hay |
| 1,086,250 A | 5/1931 | Barton et al. |
| 1,806,250 A | 5/1931 | Ernest et al. |

| | | |
|---|---|---|
| 1,815,089 A | 7/1931 | Alsdorf |
| 1,834,552 A | 12/1931 | Sadtler |
| 1,842,139 A | 1/1932 | Alsdorf |
| 1,887,518 A | 11/1932 | Sadtler |
| 1,888,295 A | 11/1932 | Smith |
| 1,932,648 A | 10/1933 | Taylor |
| 1,948,881 A | 2/1934 | Kirschbaum |
| 1,988,336 A | 1/1935 | Roediger |
| 1,988,879 A | 1/1935 | Steininger |
| 2,023,068 A | 12/1935 | Flood |
| 2,025,945 A | 12/1935 | Forrest |
| 2,046,902 A | 7/1936 | Kirschbaum |
| 2,087,401 A | 7/1937 | Fair |
| 2,191,295 A | 2/1940 | Dohse |
| 2,243,519 A | 5/1941 | Barth |
| 2,283,192 A | 5/1942 | Ditto |
| 2,317,959 A | 4/1943 | Johnson et al. |
| 2,340,449 A | 2/1944 | Barwell |
| 2,374,732 A | 5/1945 | Colburn |
| 2,427,488 A | 9/1947 | Anderson et al. |
| 2,461,971 A | 2/1949 | Fischer |
| 2,550,481 A | 4/1951 | Jense |
| 2,861,787 A | 11/1958 | Csanyi |
| 2,888,418 A | 5/1959 | Albanese et al. |
| 2,901,369 A | 8/1959 | Pordes |
| 2,917,395 A | 12/1959 | Csanyi |
| 3,855,167 A | 12/1974 | Bowman |
| 3,904,428 A | 9/1975 | McConnaughay |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 433003 | 2/1973 |
| AU | 2006231250 | 10/2006 |

(Continued)

OTHER PUBLICATIONS

AKZO International Highway Chemical Newsletter, Chemical Division. Spring 1989, pp. 1-9.
Anderson, David A., et al, "The Effect of Antistrip Additives on the Properties of Asphalt Cement," Asphalt Paving Technology 1982, Proceedings Association of Asphalt Paving Technologists Technical Sessions, Kansas City, Missouri, vol. 51, Feb. 22, 23 & 24, 1982, pp. 298-317.
Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.
Bonola et al., "Technologies for the Production of Asphalt Mixes with Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.
Booth et al., "Development of Very High Bitumen Content Emulsions for Sprayed Sealing," Proceedings 17th Arab Conference, Part 3, pp. 73-89.

(Continued)

*Primary Examiner* — Randy Gulakowski
*Assistant Examiner* — Christopher M Rodd
(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

Bituminous paving mixtures containing lubricating agents or additives may be prepared at hot mix temperatures and cooled, paved and compacted at temperatures 10-55° C. lower than the hot mix temperatures. The increased temperature range between the hot mix temperatures and the paving and compacting temperatures is facilitated by the improved compacting properties of the paving mixture when it includes the lubricating agents or additives.

**21 Claims, 1 Drawing Sheet**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,197,209 | A | 4/1980 | Zinke et al. |
| 4,198,177 | A | 4/1980 | Brett et al. |
| 4,234,346 | A | 11/1980 | Latta, Jr. et al. |
| 4,244,747 | A | 1/1981 | Leonard, Jr. et al. |
| 4,348,237 | A | 9/1982 | Ruckel |
| 4,592,507 | A | 6/1986 | Benedict |
| 4,692,350 | A | 9/1987 | Clarke et al. |
| 4,724,003 | A | 2/1988 | Treybig et al. |
| 4,836,857 | A | 6/1989 | Hopkins |
| 5,109,041 | A | 4/1992 | Matsuno et al. |
| 5,539,029 | A | 7/1996 | Burris |
| 5,622,554 | A | 4/1997 | Krogh et al. |
| 5,721,296 | A | 2/1998 | Mizunuma et al. |
| 5,772,749 | A | 6/1998 | Schilling et al. |
| 5,788,755 | A | 8/1998 | Salminen |
| 5,827,360 | A | 10/1998 | Salminen |
| 5,925,233 | A | 7/1999 | Miller et al. |
| 6,074,469 | A | 6/2000 | Collins et al. |
| 6,136,898 | A | 10/2000 | Loza et al. |
| 6,197,837 | B1 | 3/2001 | Hill et al. |
| 6,451,885 | B1 | 9/2002 | Dresin et al. |
| 6,559,206 | B1 | 5/2003 | Durand et al. |
| 6,576,050 | B1 | 6/2003 | Samanos |
| 6,588,974 | B2 | 7/2003 | Hildebrand et al. |
| 6,793,964 | B2 | 9/2004 | Hoad |
| 6,846,354 | B2 | 1/2005 | Larsen et al. |
| 6,913,416 | B2 | 7/2005 | Hildebrand et al. |
| 7,041,165 | B2 | 5/2006 | Malot |
| 7,114,843 | B2 | 10/2006 | Romier et al. |
| 7,114,875 | B2 | 10/2006 | Romier et al. |
| 7,160,943 | B2 | 1/2007 | Burris et al. |
| 7,297,204 | B2 | 11/2007 | Crews et al. |
| 7,309,390 | B2 | 12/2007 | Falkiewicz |
| 7,815,725 | B2 | 10/2010 | Reinke et al. |
| 7,902,277 | B2 | 3/2011 | Reinke et al. |
| 7,968,627 | B2 | 6/2011 | Reinke et al. |
| 7,981,466 | B2 | 7/2011 | Reinke et al. |
| 7,981,952 | B2 | 7/2011 | Reinke et al. |
| 8,138,242 | B2 | 3/2012 | Reinke et al. |
| 8,440,011 | B2 * | 5/2013 | Naidoo et al. ............. 106/273.1 |
| 2002/0170464 | A1 | 11/2002 | Larsen et al. |
| 2004/0014845 | A1 | 1/2004 | Takamura et al. |
| 2004/0223808 | A1 | 11/2004 | Romier et al. |
| 2004/0244646 | A1 | 12/2004 | Larsen et al. |
| 2005/0018530 | A1 | 1/2005 | Romier et al. |
| 2005/0284333 | A1 | 12/2005 | Falkiewicz |
| 2006/0086288 | A1 | 4/2006 | Bourrel et al. |
| 2006/0169173 | A1 | 8/2006 | Dupuis et al. |
| 2006/0236614 | A1 | 10/2006 | Antoine et al. |
| 2006/0240185 | A1 | 10/2006 | Antoine et al. |
| 2006/0288907 | A1 | 12/2006 | Fox |
| 2007/0039520 | A1 | 2/2007 | Crews et al. |
| 2007/0060676 | A1 | 3/2007 | Reinke |
| 2007/0082983 | A1 | 4/2007 | Crews et al. |
| 2007/0169668 | A1 | 7/2007 | Moss et al. |
| 2007/0191514 | A1 * | 8/2007 | Reinke et al. ................ 524/59 |
| 2009/0088499 | A1 | 4/2009 | Barreto et al. |
| 2011/0017096 | A1 | 1/2011 | Reinke et al. |
| 2011/0020537 | A1 | 1/2011 | Reinke et al. |
| 2011/0021673 | A1 | 1/2011 | Reinke et al. |
| 2011/0152410 | A1 | 6/2011 | Reinke et al. |
| 2011/0214589 | A1 | 9/2011 | Reinke et al. |
| 2011/0243661 | A1 | 10/2011 | Baumgardner et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1644625 | 12/2004 |
| EP | 0568021 | 11/1993 |
| EP | 0994923 | 4/2000 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| EP | 1398351 | 6/2007 |
| GB | 429548 | 5/1935 |
| GB | 783015 | 9/1957 |
| GB | 2006220 | 5/1979 |
| GB | 2234512 | 8/1989 |
| JP | 2002332606 | 11/2002 |
| JP | 2006/132131 | 5/2006 |
| WO | 95/22661 | 8/1995 |
| WO | 97/20890 | 6/1997 |
| WO | 01/16233 | 3/2001 |
| WO | 01/62852 | 8/2001 |
| WO | 02/16499 | 2/2002 |
| WO | 02/053645 | 7/2002 |
| WO | 02/103116 | 12/2002 |
| WO | 2005/081775 | 9/2005 |
| WO | 2006/106222 | 10/2006 |
| WO | 2007/032915 | 3/2007 |
| WO | 2007/112335 | 10/2007 |
| WO | 2008/148974 | 12/2008 |
| WO | 2009/033060 | 3/2009 |

OTHER PUBLICATIONS

Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads, and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp.

Ceca Arkema Group, "Green Road Formulation—Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www.siliporite.com, accessed Nov. 21, 2007, 1 pg.

Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.

Choi, Y., Warm Asphalt Review, Austroads Report, Arrb Research, RETT220B, Publication No. AP-T91/07, Nov. 2007.

Damm, K., Abraham, J., Butz, T., Hildebrand, G., Riebesehl, G., "Asphalt Flow Improvers as Intelligent Fillers for Hot Asphalts—A New Chapter in Asphalt Technology," Journal of Applied Asphalt Binder, vol. 2, Issue 1, p. 36-70, Apr. 2002.

Declaration of Patrick Lavin, Jun. 6, 2011; explains 26 years of experience with essentially water-free, non-foaming binders along with the use of additives and the effects of temperature on paving.

Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.

Extended European Search Report. EP Application No. 06790099.3. mailed Jan. 4, 2013.

Giannattasio, Allessandro, "To improve the quality of road bitumen," Reprint from the Italian Building and Construction Issue No. 69/1998—19th Year; pp. 2, 3, 7.

Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Turner-Fairbank Materials and Construction Team, AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.

Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, IA, Aug. 2007, 11 pp.

Gudimettla, Jagan M., et al., "Workability of Hot Mix Asphalt," National Center for Asphalt Technology, Apr. 2003, 66 pages.

Hurley et al., "Evaluation of Aspha-Min™ Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, 30 pp., Jun. 2005.

Hurley et al., "Evaluation of Evotherm™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.

Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.

Hurley, Graham C., et al., "Evaluation of Sasobit™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.

International Search Report issued in PCT/US/2006/33907, mailed Sep. 24, 2007, 4 pages.

International Search Report and Written Opinion issued in PCT/US2008/075452, mailed Feb. 13, 2009; 13 pages.

International Search Report for PCT/US2009/034742, mailed May 26, 2009, 10 pages.

(56) **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion issued in PCT/US2009/052830, mailed Sep. 16, 2010, 9 pages.

Iterchimica Company; "Abstract of the 2005 production categories and applications," Iterchimica Brochure, p. 2 (2005).

James, A.D., et al., "Adhesion Agents for Use in Hot Mixes and Cut-Back Bituments," presented at the 3rd IRF Middle East Regional Meeting, Riyadh, Saudi Arabia, 1988, 10 pages.

Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements for Southern Africa, 1999, 7 pp.

Jenkins, "Mix Design Considerations for Cold and Half-Warm Bituminous Mixes with Emphasis on Foamed Bitumen," dissertation submitted to the Department of Civil Engineering, University of Stellenbosch in fulfillment for the degree of Doctor of Philosophy, Sep. 1, 2000, pp. I-XVII, 1.

Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.

Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.

Kristjansdottir, Olof, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University of Washington, 2006, 127 pp.

LaPointe, Dennis G, e-mail correspondence, May 2011, 4 pages.

Lavin, Patrick, "Asphalt Pavements: A practical guide to design, production and maintenance for engineers and architects," 2003, p. 347.

Logaraj, Sundaram, et al., "Surface-active bitumen additive for warm mix asphalt with adhesion promoting properties," 2009, 12 pages.

"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)", European Roads Review, Special Issue, BGRA, Feb. 2004 (pp. 1-11).

Maccarrone et al., "Cold Asphalt Systems as an Alternative to Hot Mix," XP055014266, pp. 1-6, Jan. 1, 1995.

Maccarrone et al., "Pavement Recycling Using Foamed Bitumen," Proceedings 17th ARRB Conference, Part 3, pp. 349-365.

Malick, R.BN, Bradley, J.E., Bradbury, R.L., An Evaluation of Heated Reclaimed Asphalt Pavement (RAP) Material and Wax Modified Asphalt for Use in Recycled Hot Mix Asphalt (HMA),' 2007.

Naidoo, P., "Fischer-Tropsch Hard Wax Chemistry in Warm Mix Asphalt Applications," Petersen Asphalt Research Conference, Abstract and Presentation Slides, Jun. 20-22, 2005.

Naidoo, P., Sasobit in Warm Mix Asphalt Applications 9 Years of Global Successes, World Asphalt Conference Presentation Slides, Mar. 14, 2006.

Paez, R., "Production of Modifier Asphalt Additives in Equator," 2005 International Symposium on Pavement Recycling, San Paulo, Brazil, Mar. 14-16, 2005, pp. 1-11.

Petersen, J. Claine, "Relationships Between Asphalt Chemical Composition and Performance-Related Properties," ISSA Meeting, Phoenix Arizona, Jan. 23-27, 1982, 10th page.

Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.

Schwartz, Anthony M., et al., Surface Active Agents and Detergents, vol. 2, 1977, pp. 673-677.

Tarrer, A.R., et al., "The Effect of the Physical and Chemical Characteristics of the Aggregate on Bonding," Strategic Highway Research Program, Feb. 1991, 31 pages.

Declaration of Gerald H. Reinke Under 37 CFR 1.132, Jun. 1, 2012.

Declaration of Jan Albeszta Under 37 CFR 1.132, Jun. 1, 2012.

Boldyrev et al., Experience in Using AMDOR-9 Adhesion Additive in the Practice of Road Construction, International Conference 'Bitumen in road construction', 2005.

Chiman, "Aspects of Influence of Additives on Characteristics of Non-Polimetricos Asphalt," Corporation for Research and Development in Asphalt Transport Sector and Industrial Corasfaltatos.

Butz et al., "Motification of Road Bituments with the Fischer-Tropsch Paraffin Sasobit," Journal of Applied Asphalt Technology, Oct. 2001.

Florida Department of Transportation, Standard Specifications for Road and Bridge Construction, 2007.

Gaudefroy et al., "Laboratory Investigations on the Mechanical Performances of Foamed Bitumen Mixes Using Half-Warm Aggregates," TRB 2007 Annual Meeting CD-ROM.

Kanitpong et al., "Laboratory Study on Warm Mix Asphalt Additives," TRB 2007 Annual Meeting CD-ROM.

Kristjansdottir et al., "Assessing the Potential for Warm Mix Asphalt Technology Adoption," TRB 2007 Annual Meeting CD-ROM.

Modern Asphalts, Autumn 2006, Issue No. 18.

Prowell et al., "Field Performance of Warm Mix Asphalt at the NCAT Test Track," TRB 2007 Annual Meeting CD-ROM.

Sasobit Product Information 124, 9 pgs., Apr. 22, 2004.

Sasobit Roads and Trials with Sasobit, 7 pgs.

Transportation Research Board, 86th Annual Meeting Program, Jan. 21-25, 2007.

Wasiuddin et al., "A Comparative Laboratory Study of Sasobit and Aspha-Min for Warm Mix Asphalt," TRB 2007 Annual Meeting CD-ROM.

DIN 1995 Requirements for the Binders, Oct. 1989.

Defendant Akzo Nobel Surface Chemistry LLC's Answer and Counterclaims, Case 1:13-cv-01069GMS Document 12, filed Oct. 7, 2013. pp. 1-10.

Akzo Answer Exhibit A, Case 1:13-cv-01069GMS Document 12, filed Oct. 7, 2013, pp. 1-10.

Defendant Arr-Maz Custom Chemicals, Inc.'s Answer, Affirmative Defenses, and Counterclaims, Case 1:13-cv-01070 GMS, Document 12, filed Sep. 6, 2013, pp. 1-11.

U.S. District Court, District of Delaware (Wilmington), Civil Docket for Case 1:13-cv-01069-GMS.

U.S. District Court, District of Delaware (Wilmington), Civil Docket for Case 1:13-cv-01070-GMS.

Non-Final Office Action in Reexam. No. 90/012,976, mailed Nov. 15, 2013.

Reexamination Order Granting, Reexam. No. 90/012,976, mailed Oct. 29, 2013.

Request for Ex Parte Reexamination, Reexam. No. 90/012,976. filed Sep. 6, 2013.

Reexamination Order Granting, Reexam. No. 90/013,102, mailed Feb. 27, 2014.

Request for Ex Parte Reexamination, Reexam. No. 90/013,102. filed Dec. 20, 2013.

Request for Ex Parte Reexamination, Reexam. No. 90/013,120. filed Jan. 15, 2014.

"Asphaltic Concrete Mixtures for Roads and Aerodromes and Asphaltic Concrete," Interstate Standards, Specifications, GOST 9128-97, Interstate Scientific and Technical Commission on Standardization Technical Rating and Certification in Construction (ISTCS), Moscow 1998.

Redicote® E-6, Akzo Nobel Technical Information, Asphalt Applications, 2003.

Redicote® E-6, Akzo Nobel Material Safety Data Sheet, 2004.

Redicote® E-6, Akzo Nobel Material Safety Data Sheet, 2010.

Redicote® E-6, Akzo Nobel, 2011.

Edwards et al., "Rheological effects of commercial waxes and polyphosphoric acid in bitumen 160/220—low temperature performance." Apr. 20, 2005.

* cited by examiner

U.S. Patent

Nov. 3, 2015

US 9,175,446 B2



APPX211

1

## PROCESSING BITUMINOUS MIXTURES FOR PAVING AT REDUCED TEMPERATURES

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/422,048, filed Mar. 16, 2012, which is a continuation of U.S. application Ser. No. 13/039,066, filed Mar. 3, 2011, U.S. Pat. No. 8,138,242, which is a continuation of U.S. application Ser. No. 12/390,120, filed Feb. 20, 2009, U.S. Pat. No. 7,902,277, which claims the benefit of U.S. Provisional Patent Application No. 61/030,750, filed Feb. 22, 2008, all of which are incorporated herein by reference in their entirety.

### BACKGROUND

Paving materials are typically prepared in an asphalt plant at elevated temperatures before being transported to a construction site. The chosen paving material mixing temperature may depend on a number of factors including the chosen binder, the distance or transportation time to the construction site, and ambient temperature conditions en route and at the site. For example, some paving materials are prepared at 130° C. or higher and, during transportation to the construction site, may cool by about 5-8° C. However, in some instances the paving materials must be transported for relatively long times (e.g., more than two hours), for relatively long distances (e.g., more than 300 Km), or be exposed to very cool outdoor temperatures (e.g., less than 5° C.). This may lead to excessive cooling of the paving materials, which in turn may cause issues during paving or compacting. In some instances, the temperatures at which the paving materials are prepared may be increased to compensate for such cooling. However, increased preparation temperatures may cause other issues including one or more of increased evaporation of volatiles, degradation of some of the components of the paving materials, and excessive energy consumption.

### SUMMARY

The present application provides processing conditions for bituminous paving mixtures containing lubricating agents or additives in which the paving mixtures may be prepared at hot mix temperatures and then when cooled can be paved and compacted at temperatures 10-55° C. lower (or more than 55° C. lower) than the hot mix preparation temperatures. The increased range between the hot mix temperatures and the paving and compacting temperatures is provided, in part, by the improved processing properties provided by these lubricating agents or additives.

The present invention provides processing an asphalt binder and bituminous paving mixture in order to allow, for example, increased transportation times, longer working times, or a greater range of application temperatures. These properties provide improvements in production and paving processes compared to other hot and warm mix processes.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 illustrates an increase in the difference between production and compaction temperatures for a bituminous paving mixture prepared according to the process of the present invention compared to bituminous paving mixtures prepared at hot mix or warm mix temperatures.

### DETAILED DESCRIPTION

It may be desirable for a variety of reasons to prepare bituminous paving materials at, near, or in excess of tempera-

2

tures used for hot mix asphalt but to pave and compact this paving mixture at least about 10° C., between about 17-45° C., between about 10-55° C., or more than 55° C., below the temperatures at which the paving material is prepared. For example, the bituminous paving mixture may be compacted at temperatures 17, 22, 28, 33, 39, 44 or 50° C. below the temperature at which the paving mixture is prepared. Further, the bituminous paving mixture may be compacted at temperatures at least about 10° C., at least about 15° C., at least about 20° C., at least about 30° C., at least about 40° C., or at least about 45° C. below the temperature at which the paving mixture is prepared. According to the processes of this invention, hot mix temperatures, for example, may be greater than about 130° C., greater than about 135° C., greater than about 140° C., greater than about 150° C., greater than 160° C., greater than 170° C., or greater than about 175° C. In other embodiments, hot mix preparation temperatures may be between about 120° C. and about 175° C., between about 130° C. and about 170° C., between about 135° C. and 170° C., between about 140° C. and 170° C., or between about 150° C. and 160° C. Paving and compaction temperatures, for example, may be less than about 160° C., less than about 145° C., less than about 135° C., less than about 130° C., less than about 125° C., less than about 120° C., or less than about 100° C. In some examples, the paving and compaction temperatures may be in a temperature range of about 60° C. to about 160° C., between about 80° C. and about 150° C., between about 100° C. and about 135° C., or between about 100° C. and about 125° C.

Utilization of the process and additives provided in this application enables the production and paving of bituminous paving mixtures under a wide range of conditions. After being compacted at warm temperatures, the bituminous paving mixtures have acceptable field densities for a compacted bituminous material. Exemplary field densities include, but are not limited to less than 10% in place air voids, less than 8% in place air voids and less than 5% in place air voids (when measured according to accepted practices in the paving industry).

Warm mix asphalt compositions are used to produce bituminous paving mixtures at temperatures below those used to produce hot mix asphalt compositions. In addition to producing a bituminous paving mixture at reduced temperatures, warm mix compositions also allow paving and compacting these bituminous paving mixtures at temperatures below those used to pave and compact hot mix asphalt. These reduced temperatures may be 33-45° C. or more below the temperatures used to produce and pave hot mix asphalt compositions.

U.S. application Ser. No. 11/871,782 reports functionally dry asphalt binder compositions, polymer modified asphalt binder compositions and polymer/acid-modified asphalt binder compositions that have been modified with lubricating non-aqueous surfactants, non-surfactant additives, acids or combinations thereof (collectively, lubricating agents or additives). These lubricating agents or additives provide asphalt binder compositions which can be adequately mixed with aggregate at temperatures 17-28° C. lower, even more than 28° C. lower, or as much as 55° C. lower than a substantially similar asphalt binder or asphalt cement that does not contain these lubricating additives. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 17-28° C. lower, even temperatures more than 28° C. lower, or as much as 55° C. lower than a substantially similar asphalt/aggregate mixture that does not contain these lubricating

additives. The entire disclosure of U.S. application Ser. No. 11/871,782, filed Oct. 12, 2007 is incorporated by reference in this application.

Some embodiments of the present invention include a method or process that uses a bituminous paving material containing lubricating agents or additives that may be prepared at temperatures up to, or in excess of, hot mix asphalt production temperatures, and that may be cooled and subsequently paved and compacted at least about 10° C., between about 17-45° C., between about 10-55° C., or more than 55° C., below the hot mix asphalt production temperatures. According to the process of this invention, an asphalt binder, lubricating additive and aggregate are mixed at temperatures 10-55° C., or greater, above the paving and compacting temperatures of the resulting bituminous paving material.

As illustrated in FIG. 1, the process of the present invention provides an increase in the temperature difference between production and compaction temperatures for bituminous mixtures compared to bituminous mixtures prepared and compacted using hot mix or warm mix processes. When a bituminous mixture is prepared and compacted using a hot mix process, the difference between the production and compaction temperatures is schematically illustrated by ARROW 1. Similarly, when a bituminous mixture is prepared and compacted using a warm mix process the difference between the production and compaction temperatures is illustrated by ARROW 2. In contrast to the hot and warm mix processes, the process of the present invention provides for preparing a bituminous mixture at a hot mix temperature and then compacting the mixture at a lower or reduced temperature similar to compaction temperatures used for bituminous mixtures prepared by warm mix processes. The increased difference in the production and compaction temperatures of the present process is illustrated by ARROW 3. The increased or expanded difference between the production temperature and compaction temperature permits, for example, one or more of increased transportation times, longer working times and a greater range of application temperatures.

Water employed in some other warm mix technologies may not be essential to the successful production of bituminous material containing the lubricating agents or additives. The production of hot mix asphalt to produce a bituminous mixture at or near hot mix asphalt temperatures, with or without any additives, results in the removal of water as a component in these hot mix compositions. Bituminous mixtures containing a lubricating additive, with or without added water, and bituminous mixtures produced by injecting water into an asphalt binder containing a lubricating additive, are both intended to be within the scope of the present invention.

Warm paving and compaction processes may be used in a variety of different scenarios. One scenario is using a "warm mix asphalt" where the production and paving of a bituminous mix is carried out at temperatures significantly lower than the temperatures used to produce and pave a hot mix asphalt using the same binder (or suitable asphalt cement). In this scenario, "warm" refers to production and paving temperatures that may be 33-45° C., or more, below the hot mix and hot paved temperatures for a similar binder. There are, however, circumstances where it is desirable or even necessary to produce a bituminous paving mix at, near or in excess of hot mix temperatures with the intention of paving and compacting this bituminous paving mix at reduced temperatures that are associated with warm mix conditions.

Some reasons for producing a bituminous paving mixture at, near, or in excess of hot mix production temperatures but paving and compacting this mixture at 10-55° C., or more

than 55° C., below the temperatures at which the mix is produced include, but are not limited to, the following scenarios:

1) In some geographical regions the cost to move and set up a bituminous mix facility could be cost prohibitive for a small paving project and therefore it would be more cost effective to produce the bituminous mixture at a remote location at an elevated temperature and haul the mix to the paving project site thus resulting in the need to be able to pave and compact the mix at reduced temperatures.

2) In some geographical regions the aggregate resources might not exist or might not be developed to the extent that it is financially viable to produce the bituminous mixture at or near the location of the paving project, thus there could be a need to produce the bituminous mixture at a location with the requisite aggregate resources at an elevated temperature but still be able to compact the mixture at a reduced temperature after the bituminous mix has been hauled to paving project.

3) It may be desirable for other reasons to haul the bituminous mixture a long distance (resulting in a substantial reduction in the temperature of the mixture) without having to excessively heat the bituminous mix during production at the mix facility while still being able to pave this mixture upon arrival at a project site. This avoids potential quality problems that may be associated with having to excessively heat a bituminous mix.

4) Still another reason is the desire to provide bituminous mix to a contractor to perform minor repair patches during the course of a day without returning to the bituminous mix facility to obtain fresh paving mixture at an elevated temperature.

5) During early and late season bituminous mix placement (especially in cooler climates) it may be desirable to produce bituminous mix at a temperature in excess of the temperature employed to produce a warm mix for the mix in question, thus enabling the bituminous mix so produced to be compacted at a temperature 10-55° C., or more than 55° C., below the temperature at which the mix is produced.

For these different scenarios or conditions, and others, the ability to compact the bituminous paving mixture at reduced temperatures regardless of the production temperature is an improvement over existing processes.

Depending on the needs of the individual bituminous mix producer these reduced mix production temperatures are not essential and may not be desired even though the ability to pave and compact this mix at substantially reduced temperatures may be desired and perhaps essential. Utilization of the production process reported in this application enables production of bituminous paving mixture at any reasonable temperature, but allows the contractor to place and pave the mixture at reduced temperatures.

Surfactants (in both aqueous or non-aqueous form) and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder at levels as low as 0.1 wt %, provide sufficient lubrication of the asphalt binder so that aggregate may be adequately coated and then paved and compacted at temperatures 10-55° C., lower than the temperatures normally needed for compaction of similar bituminous mixtures that do not include the lubricating agent or additive.

Non-aqueous surfactants have been incorporated into asphalt binder as additives to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically in a functionally dry or water free warm mix composition have not been appre-

ciated. (The term "functionally dry", or "essentially water free", as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "hot mix" regime, for example as described above.) Exemplary surfactants include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactants may be specifically grouped into four classifications: i) anionic surfactants including, but not limited to, fatty acids (e.g., saturated and unsaturated fatty acids), fatty acid pitch (e.g., stearic acid pitch), and fatty acid derivatives (e.g., fatty acid esters and fatty acid sulfonates), and organo phosphates (e.g., alkyl phosphates); ii) cationic surfactants including, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) amphoteric surfactants including, but not limited to, amino acids, amino acid derivatives, betain derivatives (e.g., alkylbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) nonionic surfactants including, but not limited to, fatty acid esters (e.g., SPAN or TWEEN surfactants), surfactants with ether links (e.g., alkylphenolpolyoxeythylenes and polyoxyethylenated alcohols), surfactants with amide groups (e.g., alkylamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethylenated mercaptans. One exemplary surfactant is an ethoxylated tallow diamine surfactant.

In one exemplary embodiment of the invention, the lubricating surfactant may be used in an amount in the range of about 0.1-1.0 wt % based on the weight of the asphalt binder. Other amounts that are within the scope of this invention include the ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder to produce warm mix paving mixtures. Wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, N.J.) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may include paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum, petroleum-derived and refined waxes (slack wax and refined macrocrystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (e.g., animal, vegetable, and mineral waxes such as beeswax and carnuaba wax), modified natural waxes (e.g., brown coal derivatives such as montan wax and mineral oil derivatives), partial synthetic waxes (e.g., acid waxes, ester waxes, amide waxes, alcohol waxes and oxidized polyethylene waxes), and full synthetic waxes (e.g., Fischer-Tropsch waxes and polyethylene waxes).

In one exemplary embodiment of the invention, the lubricating wax may be used in amount of about less than 1.5 wt % of the weight of the asphalt binder. In other exemplary embodiments of the invention, the lubricating wax may be used in an amount in the range of about 0.1-1.0 wt %. Other amounts that are within the scope of this invention and include ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and additives containing viscosity modifiers or dispersant viscosity

modifiers as well as extrusion processing aids, molding processing aids, polyolefins, or sulfur, may provide lubricating characteristics to petroleum products and may also be used as non-surfactant lubricating additives. Such additives include, but are not limited to, VMS and DVMS used in engine lubricating oils (e.g., polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; extrusion processing aids; molding processing aids (e.g., high trans content polyoctenamer reactive polymers); polyolefins, ethylene vinyl acetates; acrylic polymers; silicones; and elemental sulfur or sulfur derivatives (e.g., sulfur impurities used in fuels to provide lubrication properties). These lubricating additives may, for example, be used in an amount in the range of about 0.1-1.0 wt %, about 0.1-0.5 wt %, about 0.1-0.4 wt %. or 0.1-0.3 wt %.

Phosphoric acids or their derivates are also another class of additives that can, when incorporated into an asphalt binder at levels as low as about 0.2-1.0 wt %, provide sufficient lubrication of a bituminous mixture so that it may be adequately compacted at temperatures 10-55° C., or more than 55° C., below the temperatures normally needed to compact a similar bituminous mixture without the use of this class of phosphoric acid additives. Exemplary lubricating phosphoric acid grades include polyphosphoric acid (PPA), superphosphoric acid (SPA), and other grades of phosphoric acid. In exemplary embodiments of the invention, the lubricating phosphoric acid derivative may be used in an amount of about 0.1-1.5 wt % or about 0.2-1.0 wt % based on the weight of the asphalt binder. Other amounts are within the scope of this invention and include ranges of, for example, about 0.1-0.5 wt %, 0.1-0.4 wt %, and 0.1-0.3 wt %.

Some embodiments of the present process may use paving mixtures mixed with aggregate and optional reclaimed asphalt pavement (RAP) at a hot mix temperature (where this hot mix temperature may be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder) and then the resultant mixture may be compacted at a temperature of 10-55° C., or more than this amount, lower then the hot mix temperature. The amounts of RAP that may be included in the paving mixtures may be 1-98 wt % of the mix, 10-60 wt % of the mix, or up to about 30 wt % of the mix.

Still another embodiment of the present process may use polymer modified asphalt binder compositions comprising a lubricating additive. Exemplary polymer modified asphalt binders may include modifiers such as, but not limited to, synthetic polymers, reclaimed rubber, and reclaimed polymers (e.g., reclaimed polyolefins and polyesters). Other examples of polymer modified asphalt binder compositions are provided in U.S. Patent Application No. 61/101,942, filed Oct. 1, 2008, entitled "Stable Emulsions for Producing Polymer Modified Asphalt," which is incorporated herein by reference in its entirety.

Still another embodiment of the present process may use fiber modified asphalt binder compositions comprising a lubricating additive. Exemplary fiber modified asphalt binders may include fibers such as, but not limited to, organic and inorganic fibers (e.g., polyolefin, cellulosic and mineral fibers).

The present invention also includes forming a paved surface using the paving mixtures made by the process described herein. In this embodiment, a paving mix may be made in the hot mix temperature ranges described herein. The mixing may occur at or away from the paving site, and the mixture

7

may cool as it is being hauled to the site and supplied to a paving machine. The paving mixture is then applied by the paving machine to a prepared surface after which it is usually roller compacted by additional equipment while still at an elevated temperature, for example at any of the paving and compacting temperature ranges provided herein. The compacted aggregate and asphalt mixture eventually stiffens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary for proper paving.

The present inventive process also includes the process of adding a lubricating substance into a heated asphalt binder; combining the lubricated asphalt binder composition with a suitable aggregate that may optionally contain varying amounts of RAP; at any of the hot mix temperature ranges provided herein, mixing to coat the aggregate and optional RAP with the lubricated asphalt binder composition to form a paving material; transferring the paving material to a paving machine; applying the paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface at any of the paving and compacting temperature ranges provided herein.

### Example 1

The inclusion of varying amounts of Reclaimed Asphalt Pavement (RAP) as a component in bituminous mix is a desired option to the bituminous paving industry. Varying amounts of RAP levels, including but not limited to 1-98 wt % of the mix, 10-60 wt % of the mix, or up to about 30 wt % of the mix, have been used successfully with some warm mix processes. In this example, one bituminous mix was produced with RAP at a hot mix temperature and another bituminous mix was produced with RAP at a warm mix temperature. Both of these mixes were then compacted at a reduced temperature relative to a conventional hot mix compaction temperature.

A paving mix suitable for a 1 million ESAL pavement utilizing 20% RAP was used in this example. The target virgin binder content for this paving mix was 4.7% by weight of mix. A PG 58-28 binder containing 0.5% Akzo Nobel E-6 ethoxylated tallow diamine by weight of binder was used as the virgin binder for two mixes. The two mixes were evaluated as detailed below:

TABLE 1

Comparison of Hot Mix and Warm Mix Production Using 20% Rap with Both Mixes Compacted At Warm Temperature

| Conditions | Mix 1-<br>Hot mix, warm compaction | Mix 2-<br>Warm mix, warm compaction |
|---|---|---|
| Mixing temperature | 148° C. (300° F.) | 110° C. (230° F.) |
| Conditioning time total | 2 hrs | 2 hrs |
| Conditioning temp | | 104° C. (220° F.) |
| Conditioning temp 1 | 30 minutes @ 135° C. (275° F.) | |
| Conditioning temp 2 | 30 minutes @ 121° C. (250° F.) | |
| Conditioning temp 3 | 30 minutes @ 110° C. (230° F.) | |
| Conditioning temp 4 | 30 minutes @ 104° C. (220° F.) | |
| Compaction temp | 104° C. (220° F.) | 104° C. (220° F.) |
| Air voids @ design gyrations | 3.5% | 3.4% |

8

The hot mixed, warm compacted mix was sequentially cooled to the warm compaction temperature in order to simulate a paving mix that would be produced at a hot mix temperature and then hauled to a paving project site so that the mix temperature gradually dropped over a period of time to the warm compaction temperature. This data shows no detriment of having produced a paving mix containing selected amounts of RAP, such as but not limited to 20 wt %, at 148° C. and having maintained the mix at elevated temperatures for a period of time prior to cooling to the final compaction temperature and then compacting. That data show that mixes having lubricating agents described herein may be successfully compacted at warm mix compaction temperatures regardless of whether the mixes are prepared using warm or hot mix preparation temperatures. In cases in which the mix does not include a lubricating agent and the mix is prepared using hot mix temperatures and compacted using warm mix temperatures, excessive air voids (e.g., an increase of at least 1-2 percentage points for in place voids) would be in the compacted paving material.

### Example 2

A PG 70-28 polymer modified asphalt paving mix suitable for 10 million ESAL was produced with course mix aggregate at a mixing temperature of 157-163° C. When compacted at a standard compaction temperature between 140-146° C., the paving had unacceptably low and inconsistent field density values. When 0.3% phosphate ester was added to the paving mix, prepared at the above temperatures (157-163° C.), break-down rolled at normal compaction temp (140-146° C.), and densified at about 113° C., the field density values were at an acceptable level and also were more consistent.

Provided in Table 2 below are some exemplary preparation and compaction temperatures for a variety of asphalt grades having one or more of the lubricating agents described herein.

TABLE 2

| Asphalt Grade | Preparation temperature | Compaction temperature |
|---|---|---|
| PG58-28 | 135-143° C. | 96-102° C. |
| PG64-22 | 146-163° C. | 135-152° C. |
| PG64-28 | 143-154° C. | 102-107° C. |
| PG76-22 | 160-177° C. | 146-163° C. |

The paving materials described herein may be prepared in any suitable commercial asphalt plant. Examples include a DOUBLE BARREL GREEN™ plant, a counter flow plant, a parallel flow plant, a remixer plant, a batch plant, and a double drum plant. The materials may be transported and applied using any suitable equipment.

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The invention claimed is:

1. A bituminous paving process, which process comprises:
   a) mixing an asphalt binder, aggregate and lubricating additive at a first temperature greater than 160° C. to form a bituminous mix comprising aggregate coated with asphalt binder and lubricating additive, wherein the lubricating additive comprises a lubricating non-aqueous surfactant, non-surfactant additive, acid, or combinations thereof;
   b) hauling the bituminous mix to a paving site; and
   c) compacting the bituminous mix at a second temperature less than 130° C., to provide bituminous pavement hav-

9

ing field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

**2**. The process of claim **1** wherein the lubricating nonaqueous surfactant comprises i) an anionic surfactant comprising a saturated fatty acid, unsaturated fatty acid, fatty acid pitch, fatty acid ester, fatty acid sulfonate, organo phosphate, or alkyl phosphate; ii) a cationic surfactant comprising an alkyl amine, alkyl quaternary ammonium salt, heterocyclic quaternary ammonium salt, or amido amine; iii) amphoteric surfactant comprising an amino acid, alkylbetain, alkylaminobetain, or imidazoline; or iv) a nonionic surfactant comprising a surfactant with ether links, alkylphenolpolyoxeythylene, polyoxyethylenated alcohol, surfactant with amide groups, alkylamide, mono and diethanolamide, alkylenated oxide copolymer, or polyoxyethyleneated mercaptan.

**3**. The process of claim **1** wherein the lubricating nonaqueous surfactant comprises an ethoxylated tallow diamine surfactant.

**4**. The process of claim **1** wherein the lubricating nonsurfactant additive comprises a paraffin wax, non-paraffin wax, petroleum, petroleum-derived and refined wax, slack wax, refined macrocrystalline wax, natural wax, animal wax, vegetable wax, mineral wax, beeswax, carnuaba wax, modified natural wax, montan wax, partial synthetic wax, acid wax, ester wax, amide wax, alcohol wax, oxidized polyethylene wax, full synthetic wax, Fischer-Tropsch wax, or polyethylene wax.

**5**. The process of claim **1** wherein the lubricating acid comprises a lubricating phosphoric acid grade, polyphosphoric acid, superphosphoric acid, or other grades of phosphoric acid.

**6**. The process of claim **1** wherein the bituminous mix contains about 0.1-1.0 wt % lubricating additive based on the asphalt binder weight.

**7**. The process of claim **1** wherein the bituminous mix contains about 0.1-0.4 wt % lubricating additive based on the asphalt binder weight.

**8**. The process of claim **1** wherein the bituminous mix comprises about 1-98 wt % reclaimed asphalt pavement based on the bituminous mix weight.

**9**. The process of claim **1** wherein the bituminous mix comprises about 10-60 wt % reclaimed asphalt pavement based on the bituminous mix weight.

10

**10**. The process of claim **1** wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap.

**11**. The process of claim **1** wherein a blend of the asphalt binder and lubricating additive has a measured maximum normal force no more than about 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 μm gap.

**12**. The process of claim **1** wherein the compacted mix has a field density value greater than 92% of maximum theoretical density.

**13**. The process of claim **1** wherein the compacted mix has a field density value greater than 95% of maximum theoretical density.

**14**. The process of claim **1** wherein the first temperature is greater than 170° C.

**15**. The process of claim **1** wherein the second temperature is less than about 120° C.

**16**. The process of claim **1** wherein the second temperature is less than 100° C.

**17**. The process of claim **1** wherein the second temperature is more than 55° C. below the first temperature.

**18**. The process of claim **1** wherein the asphalt binder, aggregate and lubricating additive are essentially water free.

**19**. The process of claim **1** comprising mixing an aqueous solution of the lubricating additive with the asphalt binder.

**20**. A bituminous paving process, which process comprises:

a) mixing an asphalt binder, aggregate and lubricating cationic surfactant comprising an alkyl amine, alkyl quaternary ammonium salt, heterocyclic quaternary ammonium salt, or amido amine at a first temperature greater than 160° C. to form a bituminous mix comprising aggregate coated with asphalt binder and lubricating cationic surfactant, wherein the bituminous mix provides increased transportation times, longer working times, or greater range of application temperatures; and

b) compacting the bituminous mix at a second temperature less than 130° C. to provide bituminous pavement having field density values greater than 90% of the maximum theoretical density for the compacted bituminous mix.

**21**. The process of claim **20** wherein the asphalt binder, aggregate and lubricating additive are essentially water free.

* * * * *



US009394652B2

## (12) United States Patent
### Reinke et al.

(10) Patent No.: **US 9,394,652 B2**
(45) Date of Patent: ***Jul. 19, 2016**

(54) **WARM MIX ASPHALT BINDER COMPOSITIONS CONTAINING LUBRICATING ADDITIVES**

(71) Applicants: **ALM HOLDING COMPANY**, Onalaska, WI (US); **ERGON ASPHALT & EMULSIONS, INC.**, Jackson, MS (US)

(72) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignees: **A.L.M. HOLDING CO.**, Onalaska, WI (US); **Ergon Asphalt & Emulsions, Inc.**, Jackson, MS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 183 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/223,569**

(22) Filed: **Mar. 24, 2014**

(65) **Prior Publication Data**

US 2014/0286705 A1 Sep. 25, 2014

**Related U.S. Application Data**

(60) Continuation of application No. 13/683,043, filed on Nov. 21, 2012, now Pat. No. 8,679,245, which is a continuation of application No. 13/112,815, filed on May 20, 2011, now Pat. No. 8,323,394, which is a

(Continued)

(51) **Int. Cl.**
*E01C 19/10* (2006.01)
*C04B 26/26* (2006.01)

(Continued)

(52) **U.S. Cl.**
CPC ................. *E01C 19/10* (2013.01); *C04B 26/26* (2013.01); *C08K 5/0008* (2013.01); *C08L 95/00* (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC ........ C08L 95/00; C09D 195/00; C10C 1/00; C10C 3/00; C04B 26/26; E04D 5/00; E04D 7/00; C07D 195/00

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,014,103 | A | 1/1912 | Wallbaum |
| 1,373,661 | A | 4/1921 | Johansen |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 433003 | 2/1973 |
| AU | 2006231250 | 10/2006 |

(Continued)

OTHER PUBLICATIONS

Edwards et al., "Rheological effects of commercial waxes and polyphosphoric acid in bitumen 160/220—low temperature performance," Apr. 20, 2005.

(Continued)

*Primary Examiner* — Kaj K Olsen
*Assistant Examiner* — Alexandra M Moore
(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

The present invention provides a functionally dry warm mix asphalt binder composition modified with lubricating agents or additives that can be mixed with aggregate and compacted at temperatures substantially below asphalt binder compositions that do not contain the disclosed lubricating additives.

**11 Claims, 4 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 12/896,570, filed on Oct. 1, 2010, now Pat. No. 7,968,627, and a continuation of application No. 12/896,532, filed on Oct. 1, 2010, now Pat. No. 7,981,952, and a continuation of application No. 12/896,488, filed on Oct. 1, 2010, now Pat. No. 7,981,466, and a division of application No. 11/871,782, filed on Oct. 12, 2007, now Pat. No. 7,815,725.

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *C08L 95/00* | (2006.01) |
| *E01C 7/26* | (2006.01) |
| *C08K 5/00* | (2006.01) |
| *E01C 19/08* | (2006.01) |
| *C04B 111/00* | (2006.01) |
| *C08K 5/521* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *E01C 7/265* (2013.01); *E01C 19/08* (2013.01); *C04B 2111/0075* (2013.01); *C08K 5/521* (2013.01); *C08L 2555/24* (2013.01); *C08L 2555/60* (2013.01); *Y02W 30/95* (2015.05)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,384,805 | A | 7/1921 | McSwiney |
| 1,542,626 | A | 6/1925 | MacKay |
| 1,640,544 | A | 8/1927 | Headley |
| 1,674,523 | A | 6/1928 | Sadtler |
| 1,778,760 | A | 10/1930 | Hay |
| 1,815,089 | A | 7/1931 | Alsdorf |
| 1,834,552 | A | 12/1931 | Sadtler et al. |
| 1,842,139 | A | 1/1932 | Alsdorf |
| 1,887,518 | A | 11/1932 | Sadtler |
| 1,888,295 | A | 11/1932 | Smith |
| 1,932,648 | A | 10/1933 | Taylor |
| 1,948,881 | A | 2/1934 | Kirschbaum |
| 1,988,336 | A | 1/1935 | Roediger |
| 1,988,879 | A | 1/1935 | Steininger |
| 2,023,068 | A | 12/1935 | Flood |
| 2,025,945 | A | 12/1935 | Forrest |
| 2,046,902 | A | 7/1936 | Kirschbaum |
| 2,087,401 | A | 7/1937 | Fair |
| 2,191,295 | A | 2/1940 | Dohse |
| 2,243,519 | A | 5/1941 | Barth |
| 2,283,192 | A | 5/1942 | Ditto |
| 2,317,939 | A | 4/1943 | Johnson et al. |
| 2,340,449 | A | 2/1944 | Barwell |
| 2,374,732 | A | 5/1945 | Colburn |
| 2,427,488 | A | 9/1947 | Anderson et al. |
| 2,461,971 | A | 2/1949 | Fischer |
| 2,550,481 | A | 4/1951 | Jense |
| 2,861,787 | A | 11/1958 | Csanyi |
| 2,888,418 | A | 5/1959 | Albanese et al. |
| 2,901,136 | A | 8/1959 | Pordes |
| 2,917,395 | A | 12/1959 | Csanyi |
| 3,855,167 | A | 12/1974 | Bowman |
| 3,904,428 | A | 9/1975 | McConnaughay |
| 4,197,209 | A | 4/1980 | Zinke et al. |
| 4,198,177 | A | 4/1980 | Brett et al. |
| 4,234,346 | A | 11/1980 | Latta, Jr. et al. |
| 4,244,747 | A | 1/1981 | Leonard, Jr. et al. |
| 4,348,237 | A | 9/1982 | Ruckel |
| 4,592,507 | A | 6/1986 | Benedict |
| 4,692,350 | A | 9/1987 | Clarke et al. |
| 4,724,003 | A | 2/1988 | Treybig et al. |

| | | | |
|---|---|---|---|
| 4,836,857 | A | 6/1989 | Hopkins |
| 5,109,041 | A | 4/1992 | Matsuno et al. |
| 5,539,029 | A | 7/1996 | Burris |
| 5,622,554 | A | 4/1997 | Krogh et al. |
| 5,721,296 | A | 2/1998 | Mizunuma et al. |
| 5,772,749 | A | 6/1998 | Schilling et al. |
| 5,788,755 | A | 8/1998 | Salminen |
| 5,827,360 | A | 10/1998 | Salminen |
| 5,911,817 | A * | 6/1999 | Hayner ........... C08L 95/00 106/279 |
| 5,925,233 | A | 7/1999 | Miller et al. |
| 6,136,898 | A | 10/2000 | Loza et al. |
| 6,197,837 | B1 | 3/2001 | Hill et al. |
| 6,451,885 | B1 | 9/2002 | Dresin et al. |
| 6,559,206 | B1 | 5/2003 | Durand et al. |
| 6,576,050 | B1 | 6/2003 | Samanos |
| 6,588,974 | B2 | 7/2003 | Hildebrand et al. |
| 6,793,964 | B2 | 9/2004 | Hoad |
| 6,846,354 | B2 | 1/2005 | Larsen et al. |
| 6,913,416 | B2 | 7/2005 | Hildebrand et al. |
| 7,041,165 | B2 | 5/2006 | Malot |
| 7,114,843 | B2 | 10/2006 | Romier et al. |
| 7,114,875 | B2 | 10/2006 | Romier et al. |
| 7,160,943 | B2 | 1/2007 | Burris et al. |
| 7,297,204 | B2 | 11/2007 | Crews et al. |
| 7,309,390 | B2 | 12/2007 | Falkiewicz |
| 7,815,725 | B2 | 10/2010 | Reinke et al. |
| 7,902,277 | B2 | 3/2011 | Reinke et al. |
| 7,968,627 | B2 | 6/2011 | Reinke et al. |
| 7,981,466 | B2 | 7/2011 | Reinke et al. |
| 7,981,952 | B2 | 7/2011 | Reinke et al. |
| 8,138,242 | B2 | 3/2012 | Reinke et al. |
| 8,323,394 | B2 | 12/2012 | Reinke et al. |
| 8,679,245 | B2 | 3/2014 | Fox |
| 2002/0170464 | A1 | 11/2002 | Larsen et al. |
| 2004/0014485 | A1 | 1/2004 | Takamura et al. |
| 2004/0223808 | A1 | 11/2004 | Romier et al. |
| 2004/0244646 | A1 | 12/2004 | Larsen et al. |
| 2005/0018530 | A1 | 1/2005 | Romier et al. |
| 2005/0284333 | A1 | 12/2005 | Falkiewicz |
| 2006/0086288 | A1 | 4/2006 | Bourrel et al. |
| 2006/0169173 | A1 | 8/2006 | Dupuis et al. |
| 2006/0236614 | A1 | 10/2006 | Antoine et al. |
| 2006/0240185 | A1 | 10/2006 | Antoine et al. |
| 2006/0288907 | A1 | 12/2006 | Fox |
| 2007/0039520 | A1 | 2/2007 | Crews et al. |
| 2007/0060676 | A1 | 3/2007 | Reinke |
| 2007/0082983 | A1 | 4/2007 | Crews et al. |
| 2007/0169668 | A1 | 7/2007 | Moss et al. |
| 2007/0191514 | A1 | 8/2007 | Reinke et al. |
| 2009/0088499 | A1 | 4/2009 | Barreto et al. |
| 2010/0055304 | A1 | 3/2010 | Reinke et al. |
| 2011/0017096 | A1 | 1/2011 | Reinke |
| 2011/0020537 | A1 | 1/2011 | Reinke |
| 2011/0021673 | A1 | 1/2011 | Reinke |
| 2011/0152410 | A1 | 6/2011 | Reinke |
| 2011/0214589 | A1 | 9/2011 | Reinke |
| 2012/0213584 | A1 | 8/2012 | Reinke et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1644625 | 12/2004 |
| EP | 0568021 | 11/1993 |
| EP | 0994923 | 4/2000 |
| EP | 1398351 | 3/2004 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| GB | 429548 | 5/1935 |
| GB | 783015 | 9/1957 |
| GB | 2234512 | 8/1989 |
| JP | 2002/332606 | 11/2002 |
| JP | 2006/132131 | 5/2006 |
| WO | 95/22061 | 8/1995 |
| WO | 99/57199 | 11/1999 |
| WO | 01/16233 | 3/2001 |
| WO | 01/62852 | 8/2001 |
| WO | 02/16499 | 2/2002 |
| WO | 02/103116 | 12/2002 |
| WO | 2005/081775 | 9/2005 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | 2006/106222 | 10/2006 |
| WO | 2007/032915 | 3/2007 |
| WO | 2007/112335 | 10/2007 |
| WO | 2008/148974 | 12/2008 |
| WO | 2009/033060 | 3/2009 |

OTHER PUBLICATIONS

AKZO International Highway Chemical Newsletter, Chemical Division, Spring 1989, pp. 1-9.
Anderson, David A., et al., "The Effect of Antistrip Additives on the Properties of Asphalt Cement," Asphalt Paving Technology 1982, Proceedings Association of Asphalt Paving Technologists Technical Sessions, Kansas City, Missouri, vol. 51, Feb. 22, 23 & 24, 1982, pp. 298-317.
Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.
Bonola et al., "Technologies for the Production of Asphalt Mixes with Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.
Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads, and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp.
Ceca Arkema Group, "Green Road Formulation—Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www.siliporite.com, accessed Nov. 21, 2007, 1 pg.
Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.
Choi, Y., Warm Asphalt Review, Austroads Report, Arrb Research, RETT220B, Publication No. AP-T91/07, Nov. 2007.
Damm, K., Abraham, J., Butz, T., Hildebrand, G., Riebesehl, G., "Asphalt Flow Improvers as Intelligent Fillers for Hot Asphalts—A New Chapter in Asphalt Technology," Journal of Applied Asphalt Binder, vol. 2, Issue 1, p. 36-70, Apr. 2002.
Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.
Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Pavement Materials and Construction Team, AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.
Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, IA, Aug. 2007, 11 pp.
Gudimettla, Jagan M., et al., "Workability of Hot Mix Asphalt," National Center for Asphalt Technology, Apr. 2003, 66 pages.
Hurley et al., "Evaluation of Aspha-Min™ Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, 30 pp., Jun. 2005.
Hurley et al., "Evaluation of Evotherm™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.
Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.
Hurley, Graham C., et al., "Evaluation of Sasobit™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.
International Search Report issued in PCT/US/2006/33907, mailed Sep. 24, 2007, 4 pages.
International Search Report and Written Opinion issued in PCT/US2008/075452, mailed Feb. 13, 2009, 13 pages.
International Search Report for PCT/US2009/034742, mailed May 26, 2009, 10 pages.
International Search Report and Written Opinion issued in PCT/US2009/052830, mailed Sep. 16, 2010, 9 pages.

James, A.D., et al., "Adhesion Agents for Use in Hot Mixes and Cut-Back Bitumens," presented at the 3rd IRF Middle East Regional Meeting, Riyadh, Saudi Arabia, 1988, 10 pages.
Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements for Southern Africa 1999, 7 pp.
Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.
Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.
Kristjansdottir, Olof, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University of Washington, 2006, 127 pp.
LaPointe, Dennis G., e-mail correspondence, May 2011, 4 pages.
Lavin, Patrick, "Asphalt Pavements: A practical guide to design, production and maintenance for engineers and architects," 2003, pp. 347.
Logaraj, Sundaram, et al., "Surface-active bitumen additive for warm mix asphalt with adhesion promoting properties," 2009, 12 pages.
"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)," European Roads Review, Special Issue, BGRA, Feb. 2004 (pp. 1-11).
Malick, R.BN, Bradley, J.E., Bradbury, R.L., An Evaluation of Heated Reclaimed Asphalt Pavement (RAP) Material and Wax Modified Asphalt for Use in Recycled Hot Mix Asphalt (HMA), 2007.
Naidoo, P., "Fischer-Tropsch Hard Wax Chemistry in Warm Mix Asphalt Applications," Petersen Asphalt Research Conference, Abstract and Presentation Slides, Jun. 20-22, 2005.
Naidoo, P., Sasobit in Warm Mix Asphalt Applications 9 Years of Global Successes, World Asphalt Conference Presentation Slides, Mar. 14, 2006.
Paez, R., "Production of Modifier Asphalt Additives in Equator," 2005 International Symposium on Pavement Recycling, Sau Paulo, Brazil, Mar. 14-16, 2005, pp. 1-11.
Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.
Schwartz, Anthony M., et al., Surface Active Agents and Detergents, vol. 2, 1977, pp. 673-677.
Tarrer, A.R., et al., "The Effect of the Physical and Chemical Characteristics of the Aggregate on Bonding," Strategic Highway Research Program, Feb. 1991, 31 pages.
Iterchimica Company, "Abstract of the 2005 production categories and applications," Iterchimica Brochure, p. 2 (2005).
Giannattaslo, Allessandro, "To improve the quality of road bitumen," Reprint from the Italian Building and Construction Issue No. 69/1998—19th Year, pp. 2, 3, 7.
Petersen, J. Claine, "Relationships Between Asphalt Chemical Composition and Performance-Related Properties," ISSA Meeting, Phoenix Arizona, Jan. 23-27, 1982, 10th page.
Declaration of Patrick Lavin, Jun. 6, 2011, explains 26 years of experience with essentially water-free, non-foaming binders along with the use of additives and the effects of temperature on paving.
Declaration of Gerald H. Reinke Under 37 CFR 1.132, Jun. 1, 2012.
Declaration of Jan Alboszta Under 37 CFR 1.132, Jun. 1, 2012.
Boldyrev et al., Experience in Using AMDOR-9 Adhesion Additive in the Practice of Road Construction, International Conference 'Bitumen in road construction', 2005.
Chiman, "Aspects of Influence of Additives on Characteristics of Non-Polimerioicos Asphalts," Corporation for Research and Development in Asphalt Transport Sector and Industrial Corasfaltatos.
Butz et al., "Modification of Road Bituments with the Fischer-Tropsch Paraffin Sasobit," Journal of Applied Asphalt Technology, Oct. 2001.
Florida Department of Transportation, Standard Specifications for Road and Bridge Construction, 2007.
Gaudefroy et al., "Laboratory Investigations on the Mechanical Performances of Foamed Bitumen Mixes Using Half-Warm Aggregates," TRB 2007 Annual Meeting CD-ROM.
Kanitpong et al., "Laboratory Study on Warm Mix Asphalt Additives," TRB 2007 Annual Meeting CD-ROM.
Kristjansdottir et al., "Assessing the Potential for Warm Mix Asphalt Technology Adoption," TRB 2007 Annual Meeting CD-ROM.
Modern Asphalts, Autumn 2006, Issue No. 18.

(56)  **References Cited**

OTHER PUBLICATIONS

Prowell et al., "Field Performance of Warm Mix Asphalt at the NCAT Test Track," TRB 2007 Annual Meeting CD-ROM.
Sasobit Product Information 124, 9 pgs., Apr. 22, 2004.
Sasobit Roads and Trials with Sasobit, 7 pgs.

Transportation Research Board, 86th Annual Meeting Program. Jan. 21-25, 2007.
Wasiuddin et al., "A Comparative Laboratory Study of Sasobit and Aspha-Min for Warm Mix Asphalt," TRB 2007 Annual Meeting CD-ROM.
DIN 1995 Requirements for the Binders, Oct. 1989.

* cited by examiner



FIGURE 1



FIGURE 2

COMPARE NEAT PG 58-28 TO SASOBIT AT 0.5% AND 1.5% LOADINGS AND TO MONTAN WAX AT 1% LOADING, 90°C and 50 μm GAP





**WARM MIX ASPHALT BINDER
COMPOSITIONS CONTAINING
LUBRICATING ADDITIVES**

CROSS-REFERENCES TO RELATED
APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/683,043, filed on Nov. 21, 2012, now U.S. Pat. No. 8,679,245; which is a continuation of U.S. application Ser. No. 13/112,815, filed on May 20, 2011, which is now U.S. Pat. No. 8,323,394; which is a continuation of U.S. application Ser. No. 12/896,570, filed on Oct. 1, 2010, now U.S. Pat. No. 7,968,627; U.S. application Ser. No. 12/896,532, filed on Oct. 1, 2010, now U.S. Pat. No. 7,981,952; and U.S. application Ser. No. 12/896,488 filed on Oct. 1, 2010, now U.S. Pat. No. 7,981,466; which is a divisional of U.S. application Ser. No. 11/871,782, filed on Oct. 12, 2007, now U.S. Pat. No. 7,815,725; which claims benefit to U.S. Provisional Application No. 60/976,141 filed on Sep. 28, 2007, and U.S. Provisional Application No. 60/970,809 filed on Sep. 7, 2007, all of which are incorporated herein by reference in their entirety.

BACKGROUND

International Application No. WO 2007/032915, incorporated by reference herein, reports a warm mix asphalt binder composition and process that injects a foaming, lubricating aqueous solution into a stream of asphalt cement prior to incorporation of the asphalt cement plus foaming, lubricating solution with aggregate at reduced temperatures to produce a warm mix asphalt paving mixture. Evaluations of warm mix compositions produced with this process provide a basis for the warm mix compositions and processes disclosed in this application.

SUMMARY

The present invention provides functionally dry warm mix asphalt binder compositions, polymer modified asphalt binder compositions or polymer/acid-modified asphalt binder compositions that have been modified with lubricating non-aqueous surfactants, non-surfactant additives or acids or combinations thereof (collectively, lubricating agents or additives). The term "functionally dry" as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "warm mix" regime, as further described herein. The mentioned lubricating non-aqueous surfactants, non-surfactant additives or acids, such as phosphoric acid additives, provide asphalt binder compositions that can be adequately mixed with aggregate at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt binder or cement that does not contain these lubricating additives or combinations thereof. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 30-50° F. lower, even temperatures more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt/aggregate mixture that does not contain a lubricating additive or combinations thereof. Another meaning for the term "functionally dry" as used herein is "essentially water-free" as described in the detailed description.

The asphalt binder compositions and aggregate mixtures that contain lubricating agents or additives disclosed in the present application may also include liquid antistripping additives used in conventional asphalt/aggregate mixtures.

Methods of preparing the present asphalt binder compositions as well as methods of using the present asphalt binder compositions mixed with aggregate to prepare paved surfaces are also disclosed in this application.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and an asphalt cement modified with a lubricating surfactant.

FIG. 2 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and two asphalt cements modified with a lubricating wax.

FIG. 3 is a graph plotting the measured viscosities and normal forces with respect to velocity as a measure of lubricity of an asphalt cement at three different temperatures.

FIG. 4 is a graph plotting the measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement, a related polymer-acid modified asphalt cement further modified with polyphosphoric acid, a polymer-acid modified asphalt cement further modified with a liquid antistripping additive and a polymer-acid modified asphalt cement further modified with a lubricating surfactant.

DETAILED DESCRIPTION

Earlier work confirms that laboratory compaction of field-produced warm mixes utilizing the reported foaming, lubricating solution can be adequately compacted at temperatures approximately 30-50° F. or more below typical hot mix asphalt compaction temperatures days after field production. Testing of mix samples taken at the paver have shown that this mix contains approximately 0.5 wt. %, or less, water which is an amount of water being well below the amount of water generally utilized in conventional warm mix production. The only component of the foaming, lubricating solution remaining with the asphalt mixture is an effective concentration of the surfactant providing the lubricating effect. This observation indicates that the incorporation of water in conjunction with a foam for the production of warm mix is not an essential component in all instances, although the water may be used in a system for delivery of the lubricating additive into the asphalt binder or cement. The present invention thus relies, in part, in determining that the lubricating properties of additives added to an asphalt binder or cement are an important component of the present warm mix asphalt mixtures and that it is not necessary or essential to use foamed asphalt binders or emulsified asphalt binders that are used in conventional warm mix asphalt binder compositions, mixtures and paving processes.

As used in the present application, each of the terms "functionally dry" or "essentially water-free" means or is intended to refer to an asphalt binder composition that contains less water or moisture than is routinely used in conventional or known warm mixes. This term does not mean and is not intended to refer to a warm mix composition that is completely free of water, moisture or added water. For example, it is well known that aggregate that will be mixed with the present asphalt binder compositions will also contain varying amounts of water and that water may affect the aggregate coating process. In embodiments of the present invention it is acceptable that there is some moisture contained in the aggregate, because a completely dry aggregate is not practical or may not be desirable. The amounts of water or moisture in the

aggregate will vary for any number of reasons including but not limited to the particular geographical region where the aggregate is crushed or stockpiled, the local weather conditions, the local temperature of the particular stockpile facilities. Due to this variation in the water content of the aggregate, it is expected that there may be adjustments made to the actual water content of the asphalt binder compositions of this invention before the aggregate is coated with the asphalt mixture in order to achieve acceptable coating of the aggregate. If the aggregate is either very wet or very dry the water the water content of the aggregate may be adjusted or altered or, alternatively, the water or moisture content of the asphalt binder composition may be adjusted or altered in order to optimize or ensure adequate coating of the aggregate during mixing. Warm mixes of the present invention will generally include about 2-9 wt. % asphalt binder composition and about 91-98 wt. % aggregate. In other embodiments, the warm mixes will include about 3-8 wt. % asphalt binder composition and about 92-97 wt. % aggregate. asphalt/aggregate. The amount of asphalt binder composition required will depend upon mix type, layer in the pavement structure, aggregate size or traffic considerations, among other factors.

The moisture content of the asphalt binder composition may be changed in a number of ways such as injecting or spraying water into the asphalt binder compositions. Even though the asphalt binder compositions may have the water or moisture content adjusted or altered, these compositions are considered to be functionally dry because the overall water content is lower or substantially lower than other known or conventional warm mix asphalt binder compositions and mixtures.

In addition, it is well known that different grades of asphalt will have different mixing properties and conditions. Adjustments or alterations of the water or moisture concentrations that take into account different asphalt grades are also considered to be functionally dry (or essentially water-free) asphalt binder compositions. When variations in the water contents of different aggregates and different asphalt grades are accounted for, the asphalt/aggregate mixes of mixtures of the present invention will typically have a water content in a range of less than about 5 wt. %. In many instances the water content is less than about 1 wt. %. In certain embodiments of this invention, the asphalt binder compositions comprise less than 0.5 wt. % water. It is understood, however, that water contents outside this range would still be within the scope of the present claims and embodiments of the invention when the claimed compositions contain the lubricating agents or additives, including the non-aqueous surfactants, non-surfactant additives and acids, disclosed in this application.

This application discloses that surfactants in both aqueous or non-aqueous form and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder or cement at levels as low as 0.1 wt. %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed to produce a bituminous mixture without an added lubricating additive or agent. The lubricating additive then enables compaction of these mixtures at 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed for compaction of similar bituminous mixtures.

Non-aqueous surfactants as additives have been commonly incorporated into asphalt cement to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically as a functionally dry or water free warm mix composition have not

been readily apparent to those skilled in the art prior to the disclosure of the elements and examples of this invention and the invention referenced in U.S. Provisional Application No. 60/976,141 and U.S. Provisional Application No. 60/970,809. Suitable lubricating surfactants as additives include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactant additives may be specifically grouped into four classifications: i) anionic surface agents to include, but not limited to, fatty acids (saturated and unsaturated fatty acids), fatty acid pitch (stearic acid pitch), and fatty acid derivatives (fatty acid esters and fatty acid sulfonates), organo phosphates (alkyl phosphates); ii) cationic surface agents to include, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) ampholytic surface agents to include, but not limited to, amino acids, amino acid derivatives, betain derivatives (alkylbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) non-ionic surface agents to include, but not limited to, surfactants with fatty acid ester bonds (SPANS and TWEENS), surfactants with ether bonds (alkylphenolpolyoxeythylenes and polyoxyethylenated alcohols), surfactants with amide bonds (alkanolamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethylenated mercaptans.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder or cement to produce warm mix based on the concept that these wax additives reduce the viscosity of the wax asphalt blend to an extent sufficient to enable production and lay down of the asphalt/aggregate mixture at reduced temperatures. The data in this application indicates that typical wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, NJ) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may be selected from a group of paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum derived and refined waxes (slack wax and refined micro-crystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (animal and vegetable waxes e.g. bees wax and carnauba wax), modified natural waxes (brown coal derivative, e.g., montan wax and mineral oil derivatives), partial synthetic waxes (acid waxes, ester waxes, amid waxes, alcohol waxes and oxidized polyethylene waxes), or full synthetic waxes (Fischer-Tropsch waxes and polyethylene waxes).

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and additives containing viscosity modifiers and/or dispersant viscosity modifiers as well as extrusion and molding production processing aids, polyolefins and sulfur, may provide lubricating characteristics to petroleum products and may also be used as a non-surfactant additive for functionally dry or waterless warm mix asphalt formulations. Such additives include, but are not limited to, VMS and DVMS used in engine lubricating oils (polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; processing aids

5

6

used in extrusion and molding operations (high trans content polyoctenamer reactive polymer), polyolefins (ethylene vinyl acetate (EVA), acrylic polymers and silicones); and sulfur (as sulfur impurities in fuels have been known to provide lubrication properties).

This application also discloses that different concentrations of phosphoric acid, are another class of additives that can, when incorporated into an asphalt cement at levels as low as about 0.2-1.0 wt. %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F., or greater difference, below the temperatures normally needed to produce a bituminous mixture without the phosphoric acid additives.

The following data set out in the examples below indicate that the addition of non-aqueous form enables utilization of asphalt cements that have been produced using acid modifiers, typically those acid modifiers being those drawn from the type of polyphosphoric acid (PPA) or superphosphoric acid (SPA), although other grades of phosphoric acid and other types of acids, such as mineral acids, other inorganic acids or organic acids, may be utilized with the present invention.

While not intending to be bound by theory, the present invention is based, in part, on the observations that the lubricating agents and additives disclosed in this application provide a warm mix having desired visco-lubricity characteristics or properties. As used in this application the term "visco-lubricity" means a characteristic of a material that it exhibits under high rotational velocity as the gap thickness of the material being tested approaches zero. As the gap thickness is reduced and as rotational velocity is increased, the material's viscosity begins to decrease but the normal force between the plates begins to increase. A material that has good visco-lubricity characteristics will exhibit less normal force increase than one which has poor visco-lubricity. Stated another way, the ability of the material being tested to enable the plates to easily rotate relative to each other becomes more important than the viscosity of the material being tested. An example illustrating the meaning of the term "visco-lubricity" is the observed reduced requirements for the mixing and compaction temperatures of polymer modified asphalt binders compared to conventional asphalt binders. Based on purely viscosity data, polymer modified binders should require mixing and compaction temperatures that are 20-50° F. higher than those which common practice have found to be adequate. Many studies have been conducted to explain this apparent contradiction however none have proven wholly satisfactory. It is now believed that these polymer systems are creating a lubricated asphalt binder having visco-lubricity properties that provide adequate mixing to coat aggregate particles and further provide mix compaction at temperatures substantially below those predicted based on viscosity alone.

Another example illustrating the meaning of the term visco-lubricity is the reduction in dry tensile strength of many mixtures produced using conventional asphalt binders combined with liquid antistrip or antistripping additives. Those skilled in the art of performing tensile strength ratio (TSR) tests to verify that bituminous mixtures will not be water sensitive, have seen that the dry tensile strength of mixtures using antistrip treated binders can be noticeably lower than the dry tensile strength of the same mix produced with the same binder but without antistrip. This observation has typically been attributed to a reduction in binder viscosity or stiffness due to the addition of the antistrip to the binder. However, there is often minor reduction in viscosity or stiffness when low levels of antistrip are added to the binder. It is now believed that this tensile strength reduction is an example of the antistrip lubricating the mix resulting in the observed reduced dry tensile strength. A typical recent example will serve to make the point.

A PG 58-28 with and without antistrip was used to produce a mix for tensile strength ratio testing according AASHTO test method T-283. Rheological properties of the PG 58-28 with and without the antistrip were determined. All results are shown in Table 1. For these particular samples there is actually a slight increase in stiffness after the addition of the antistrip (6.3% increase) and yet the dry tensile strength of the mix with the antistrip is reduced by 22.7% based on the average values of the two results using the PG 58-28 without antistrip. The wet strength is reduced by only 8.4%. This reduction in dry tensile strength, which does not occur with all mixes and all binders, is certainly a common response observed by asphalt mix design technicians. Based on the present warm mix work and lubricity testing disclosed herein, the dry tensile strengths are being reduced due to the lubricating effect of antistripping additive. The specimens tested for wet strength are typically saturated to a level of 60 to 80%. The reduced strength of saturated mixes without antistrip is typically attributed to debonding of the binder from the aggregate, which typically can be visually verified. When an antistrip functions as desired there is little or no visual debonding of binder from the aggregate, but it must be considered that reduction in wet strength of the antistrip treated mixes is beginning at the reduced value indicated by the dry strength of the antistrip treated mixes due to the lubricating effect of the antistrip.

TABLE 1

| Sample | % AC | DSR, G*/sin(δ) @ 58° C., kPa | Complex viscosity @ 58° C., Pa · s | Dry Strength, PSI | Wet Strength, PSI | TSR |
|---|---|---|---|---|---|---|
| 58-28, no antistrip | 5.5% | 1.33 | 133 | 78.2 | 51.9 | 66.4% |
| 58-28, no antistrip | 5.8% | 1.33 | 133 | 72.4 | 47.7 | 65.9% |
| 58-28, 0.3% antistrip | 5.6% | 1.42 | 142 | 58.2 | 45.6 | 78.4% |

Laboratory Testing of Lubricity

Since there are no readily available rheological tests identified for determining the lubricity of asphalt cement, the following test provides comparative testing of asphalt cement at different temperatures and with different additives to determine lubricity. This test is described as follows.

1. An AR2000 dynamic shear rheometer using a heated air test chamber was utilized.

2. A shallow cylindrical cup measuring approximately 35 mm in diameter with and approximately 5 mm in height was used to contain the liquid being tested. This cup was secured to the bottom pedestal of the test fixture in the rheometer.

3. A small quantity of the asphalt cement or asphalt cement plus lubricating additive was added to the bottom of the cup. A 25 mm diameter flat plate was used as an upper test fixture in the rheometer. This upper test fixture is a typical test fixture used in plate-plate rheological testing with this instrument.

4. The plate attached to the upper text fixture is brought into contact with the specimen in the cup and the gap is reduced until a membrane of material to be tested is either 100 or 50 μm thick.

5. The test we used is a steady shear test with increasing velocity. The specimen is maintained at a constant temperature while the upper plate rotates in one direction with a programmed increase in angular velocity. As the rotational speed increases the drag between the upper plate and the bottom of the cup increases. In addition normal force increases attempting to force the plates apart. The more lubricating character an additive has the lower the normal force buildup.

In reference to Figures, the upper sets of plotted data are for viscosity, while the lower sets of plotted data are for normal force.

## Example 1 and Data Represented in FIG. 1

A neat PG 58-28 asphalt cement was tested as described above at 90° C. (194° F.) as being representative of a low end, but not uncommon, warm mix asphalt compaction temperature. A material thickness of 100 μm was used. FIG. 1 illustrates that, as the test velocity increases, the viscosity of the material is nearly steady and then begins to gradually decrease until a point is reached where the viscosity decreases very rapidly. For the neat PG 58-28 (black solid diamonds) the normal force begins to increase at a velocity of approximately 50 radians/sec. As the test velocity increases the normal force increases for the neat asphalt until the endpoint of the test is reached. The normal force increases to approximately 2.7 newtons. Several different additives and usage levels are compared in this plot. Two different tests of the PG 58-28 with 1.5 wt. % Sasobit™ wax are shown, the open and solid circles. In one test (the open circle) the normal force reached a value of approximately 1.2 newtons before the test terminated. In the other test (solid circles) the normal force reached about 0.4 newtons. Two tests at a usage level of 0.5 wt. % Sasobit™ wax are also shown (open and solid squares). In both of those tests the maximum normal force never exceeded 0.4 newtons. Lastly, E-6. an ethoxylated tallow diamine (Akzo Nobel Co.), was added at 0.2% by weight to the PG 58-28 and tested (open diamond). This sample achieved a maximum normal force of approximately 0.7 newtons before decreasing. For all blends it is possible to observe that the viscosity of the neat asphalt and the asphalt plus additives is similar from blend to blend for low to medium velocities. The normal forces are also similar until the test velocity becomes quite high. Then the blends with the additives exhibit lower normal forces and in several instances the normal force values peak and then diminish. The data in this plot supports the assertion that (1) the addition of wax additives such as Sasobit™ wax do not appreciably diminish the viscosity in the low to medium velocity ranges of the asphalt cement at warm mix compaction temperatures (regardless of dosage level) and (2) the addition of the wax additive does provide evidence of lubricating the blend compared to the control, neat PG 58-28.

## Example 2 and Data Represented in FIG. 2

To better differentiate between neat asphalt and asphalt containing lubricating additives, the gap in the testing fixture

was reduced to 50 μm. FIG. 2 illustrates the normal force comparison of neat PG 58-28 (open circles), 1.5 wt. % Sasobit™ wax (open squares), 1% montan wax (solid squares) and 0.5 wt. % Sasobit™ wax (solid circles). The normal force for the neat PG 58-28 increases to approximately 8 newtons at 100 radians/second. The normal force for the 1.5 wt. % Sasobit™ wax increases to approximately 5.5 newtons before decreasing. Both the 1 wt. % montan wax and 0.5 wt. % Sasobit™ wax only reach a normal force maximum of about 3 newtons. For all of these blends note that the viscosities of the various samples are very nearly identical in the low and medium velocity ranges, indicating that the wax additives are not functioning by a mechanism of decreasing the viscosity of the asphalt and wax blends.

## Example 3 and Data Represented in FIG. 3

A common way to achieve properties suitable for an asphalt cement that enable it to be compacted is to increase its temperature. FIG. 3 illustrates the variation in viscosity and normal force for a neat PG 58-28 at 3 different temperatures; those temperatures being 90° C. (194° F.), 100° C. (212° F.) and 125° C. (257° F.). FIG. 3 illustrates that as the temperature increases the viscosity decreases, as would be expected. FIG. 3 also illustrates that between a test velocity of 10 and 20 radians/second the normal force begins to increase. As the test temperature increases the normal force peak shifts to lower values at ever increasing velocity values. At 100 radians/second the 90° C. sample exhibits a normal force of about 9 newtons, the 100° C. sample exhibits a normal force of about 4.5 newtons and the 125° C. sample exhibits a normal force of just under 2 newtons. It is instructive to realize that typical hot mix asphalt materials are initially compacted in the range of 125° C. but are not initially compacted at 90° C. This data indicates that warming a PG 58-28 provides lubricating properties in the binder that are acceptable for compaction, whereas typically contractors would not allow a paving mix to cool to a temperature as low as 90° C. before beginning compaction. Therefore hot mix and warm mix are on a continuum line of temperature and it is the nature of the additives that enable warm mix materials to be compacted adequately at temperatures in the 90-100° C. range.

## Example 4 and Data Represented in FIG. 4

Example 4 illustrates the impact of polyphosphoric acid (PPA) plus other additives on the reduction of normal force buildup in the asphalt binder. A polymer modified PG 58-34 which also contains PPA as a reactant was tested in duplicate (open and solid circles). Additionally 0.5 wt. % INNOVALT W phosphate ester antistripping material was added to the PG 58-34 and tested and in another sample 0.3 wt. % E-6 ethoxylated tallow diamine was added to the PG 58-34. All of these samples were compared to a standard PG 58-28. All tests were conducted at 90° C. with a 50 μm test gap. The data plotted in FIG. 4 indicate that even though the viscosity of the 58-34 and its blends (upper curves on the plot) are greater than the viscosity of the PG 58-28, the normal force values are uniformly lower at 10 radians/second and higher. The INNOVALT W added to the PG 58-34 showed the greatest reduction in normal force build-up, but the PG 58-34 with just the acid additive also showed surprising reduction in normal force relative to a neat, unmodified binder. In summary, PPA at typical usage levels (0.2 to 1 wt. %) can serve as a lubricating additive in the production of warm mix asphalt binder compositions.

## Example 5

A PG 64-28 asphalt binder was made by blending 0.75 weight percent polyphosphoric acid with a PG 58-28 asphalt cement. To this blend was added 0.5 wt. % phosphate ester antistripping additive and 0.2 wt. % of E-6 ethoxylated tallow diamine. This asphalt binder blend was mixed using no water at 230° F. with a gravel aggregate. A 100% coating was achieved of the aggregate at this temperature. The mix was compacted to produce Hamburg rut testing specimens at 230° F. achieving the density values expected of a hot mix asphalt.

One test of a paved material's performance is to simulate vehicle traffic stress by the number of repetitive passes a roller supporting a specified weight load must make to cause formation of a rut of a specified depth in the material. Such testing of compacted material produced by the inventive process was done using a testing machine referred to as a Hamburg Wheel Tracking ("HWT") Tester, also known as a PMW Wheel Tracker, available from Precision Machine and Welding, Salina, Kans. The number of Hamburg passes required to reach a rut depth of 10 mm when the compacted material tested in a dry condition was used for comparative evaluation. The test conditions were 158 lb. wheel load, 52 passes per minute at the test temperature using heated air to achieve the specimen test temperature. Generally, when all other variables are essentially the same, the greater the number of passes, the better the anticipated paving mix performance. Those persons of ordinary skill in the art and familiar with the HWT will recognize paving materials that are suitable for a particular application based on the results that are provided when samples are subjected to these test conditions.

Rut tests were performed on specimens produced as identified above using completely dry aggregate and compared to rut tests performed on specimens produced using the same 64-28 plus 0.5 weight percent phosphate ester plus 0.2 weight percent of E-6 introduced using a water dispersed solution as set out in United States Published Application 2007/0191514). Hamburg rut tests were conducted at 50° C. in a water immersed procedure. The average number of rut passes to reach 12.5 mm of rutting was 7300 for the specimens prepared according the procedure of this invention and 4176 according to the procedure using the aqueous, foaming lubricating solution. Further the binders from specimens from each rut test were extracted and recovered and the rheological properties determined at 64° C. The PG 64-28 plus 0.5 weight percent phosphate ester antistrip had a test value for G*/sin (delta) of 1.12 kiloPascals at 64° C. The binder recovered from the mixture produced using the foaming, lubricating solution had a test value of 1.27 kiloPascals and the binder recovered from the mixture produced using the procedure of this invention had a test value of 1.99 kiloPascals. Normally one would expect the value of G*/sin(delta) to increase as a result of mixing and recovery. While there was a slight increase using the foaming lubricating solution it is most likely that a more substantial increase was counteracted by the interaction of the polyphosphoric acid with the water from the foaming solution and the basic character of the dispersed E-6 diamine. By adding the E-6 in non-aqueous form as per this invention the value of G*/sin(delta) increased to greater and more typical extent while still maintaining the ability of the mixture to be produced and compacted under warm mix conditions. The above further supports the embodiment of the present invention for the production of warm mix using binders containing acid modifiers.

## Example 6

A field trial using 300 tons of mix that was produced from PG 58-28 asphalt binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This mix was made at a counterflow drum mix plant and placed on a private road. The mix contained 20% RAP and warm mix was produced at a temperature of about 220-240° F. Compaction took place at temperatures ranging from 205-220° F. Typical hot mix temperatures for this same mix were 310° F. mix temperature and initial compaction temperatures in the range of 285° F. and higher. Field cores obtained one day after mix laydown and compaction showed results of 93.3% and 93.8% of maximum theoretical density. The target density for this mix by specification is 92.0% or greater.

## Example 7

A field trial consisting of 700 tons was conducted using a PG 58-28 binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This blend was mixed with a limestone aggregate through a counterflow drum mixing facility. Warm mix was produced at temperatures varying from 210° F. to as high as 260° F. due to plant variations caused by low production rates during the trial. However, when the mix discharge temperature was stabilized at 225° F. to 235° F. the coating of the aggregate was at 100%. This mixture was further taken to an on-going road project and successfully paved at temperatures ranging from 225° F. to as low as 200° F. Cores cut from this trial pavement exhibited in place densities of 90.8%, 91.6%, 92.2%, 91.2%, 92.1% and 94.0% with values of 91-92% being typical for in place densities when this type of mix is placed as a hot mix. The mixture produced during this trial contained 20 wt. % reclaimed asphalt pavement (RAP). This is significant because the utilization of RAP is an important component of the Hot Mix Asphalt (HMA) paving industry. Although the top end amount of RAP in warm mix is a matter of choice, an amount could be greater than about 50 wt. % because of the requirement that the warm mix discharge temperature be kept low relative to conventional HMA. This same mixture when produced as a conventional hot mix asphalt was mixed at a temperature of 300-310° F. and compacted at temperatures approximately 15-20° F. cooler than the mix temperature.

## Example 8

A field trial was conducted using a PG 58-28 binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This blend was then mixed with aggregate containing 30 wt. % RAP at mix temperatures ranging from 220-240° F. Compaction took place at temperatures ranging from 205-225° F. After this asphalt binder composition was mixed with aggregate, applied and compacted the pavement densities were determined using standard industry procedures.

The following densities were measured.

1 foot off center line—95.4% of maximum theoretical density

6 feet off center line—94.7% of maximum theoretical density

Shoulder of road paved over crushed aggregate base—92.5% of maximum theoretical density

The two pavement densities were taken on pavement sections paved over conventional hot mix asphalt. Typically the first layer of mix paved over aggregate has lower densities because the underlying structure is not as rigid. Target mix density for the mix over pavement is 92% or higher and the density for shoulder mix over crushed aggregate is 91% or

11                                                                                      12

higher. This warm mix sample had measured physical prop-
erties that were above minimum properties for conventional
heat mix samples.

### Example 9

A treated asphalt binder composition of PG 58-28 binder
modified with E-6 ethoxylated tallow diamine surfactant and
polyamine antistripping additive was added to a tank that had
held an untreated asphalt. As a mix with aggregate containing
30 wt. % RAP was beginning to be made, the untreated binder
in the tank was first pumped into a mixing drum at warm mix
temperatures. This untreated binder did not produce a coated
asphalt/aggregate mix. After some time when the treated
binder was being eventually incorporated into the mix, good
coating in the 220-240° F. temperature range was achieved.
Approximately 700 tons of this warm mix was placed and
compacted in the field at temperatures ranging from about
212-228° F. A sample of this mix was taken for moisture
content determination just as the mix was discharged from the
mixing drum at a discharge temperature of about 235° F. The
sample was placed in a plastic container and sealed. Within 30
minutes this sample was tested for moisture content using a
solvent refluxing procedure, ASTM D 1461. The moisture
content of the mix was 0.25 wt. %.

After this asphalt binder composition was mixed with
aggregate, applied and compacted, the pavement densities
were determined using standard industry procedures. The
following densities were measured from randomly selected
samples—93.3%, 93.4% and 93.8% of maximum theoretical
density. Normal hot mix produced at this plant with the same
aggregate and RAP materials and untreated PG58-28 was
mixed at 325° F. and paved at approximately 300° F. and
compacted 5-10° F. below the paving temperature.

### Example 10

Using the same aggregate and RAP as Example 9, about
200 tons of warm mix using a blend of PG 58-28 binder, 0.5
wt. % Sasobit™ wax and 0.3 wt. % polyamine antistripping
additive. A well coated warm mix containing 30 wt. % RAP
was produced at temperatures ranging from 215-240° F.
When the mix was produced on the cooler end of this tem-
perature range, there was tendency of the mix to drag due to
sticking on the paver screed. However, when the mixing
temperature again increased to 240° F., the dragging of the
mix disappeared. This mix appeared to compact adequately.

After this asphalt binder composition was mixed with
aggregate, applied and compacted, the pavement densities
were determined using standard industry procedures. The
following density was measured from a randomly selected
sample—93.0% of maximum theoretical density. The follow-
ing density results were determined: 92.7% on the shoulder,
93.0% in the region where the mix was sticking, 93.4%,
93.5% and 93.3% at other locations on the pavement when the
mixing temperature was back in the 230-240° F. range. For
this project shoulder density minimum requirements were
92.0% of maximum theoretical density and mainline pave-
ment minimum density requirements were 93.0% of maxi-
mum theoretical density.

### Example 11

A laboratory mix was produced using a PG 70-22 binder
modified with SBS (styrene butadiene styrene) polymer. To
this blend was added 0.3% polyphosphoric acid and 0.3%
PreTech Pavegrip 650 (an amine based antistrip). The asphalt

temperature was 325° F. and was being used at 5.3%. The
aggregate was completely dry and heated to 260° F. and
verified with a certified thermometer. The mixture was put
together and mixed in a bucket mixer for approximately 30 to
45 seconds. The coating was 100% and comparable to the hot
mix version that was compacted previously. The heat in the
bucket dropped below 240° F. before the sample was removed
from the mixer. The sample was then "cured" for 2 hours at
248° F. and then compacted with 37 blows per side on the
Marshall Hammer compacting machine. The resultant
sample had about 5.88% average air voids. Data comparing
the hot mix version and warm mix version are listed in Table
2.

#### TABLE 2

| Binder = PG70-22 (SBS) | Mix Temp | Compaction Temp | Blows | Air Voids |
|---|---|---|---|---|
| 0.3% PPA, 0.3% AS | 340 | 300 | 30 | 5.49 |
| 0.3% PPA, 0.3% AS | 340 | 266 | 37 | 5.59 |
| 0.3% PPA, 0.3% AS | 340 | 248 | 37 | 5.77 |
| 0.3% PPA, 0.3% AS | 260 | 248 | 37 | 5.88 |

### EMBODIMENTS OF THE INVENTION

A first embodiment of the present invention is a warm mix,
functionally dry asphalt binder composition comprising a
lubricating surfactant. Suitable lubricating surfactants
include neutral, cationic and anionic surfactants. One suitable
surfactant is an ethoxylated tallow diamine surfactant. In
alternative embodiments of the invention, the lubricating sur-
factant may be used in an amount of about 0.1-1.0 wt. % of the
asphalt binder composition.

A second embodiment of the present invention is a func-
tionally dry warm mix asphalt binder composition compris-
ing a lubricating wax. Suitable lubricating waxes include
montan waxes, petroleum waxes or amide waxes. In alterna-
tive embodiments of the invention, the lubricating wax may
be used in amount of about less than 1.5 wt. % of the asphalt
binder composition. In other alternative embodiments of the
invention the lubricating wax may be used in an amount of
about 0.1-0.5 wt. %.

A third embodiment of the present invention is a function-
ally dry warm mix asphalt binder composition comprising a
lubricating acid such as, for example, anhydrous phosphoric
acid. Suitable lubricating phosphoric acid grades include
polyphosphoric acid (PPA), superphosphoric acid (SPA), or
other grades of phosphoric acid. One suitable phosphoric acid
derivative is polyphosphoric acid. In alternative embodi-
ments of the invention, the lubricating phosphoric acid
derivative may be used in an amount of about 0.2-1.0 wt. % of
the asphalt binder composition.

Both the first, second and third embodiments of the present
asphalt binder compositions may be mixed with aggregate at
a temperature of about 280° F. and lower temperatures (where
this mixing temperature may be a function of the original or
starting PG asphalt grade, viscosity or penetration of the
binder) and that the then resultant mixture may be compacted
at a temperature of about 260° F. and lower temperatures
(where this compaction temperature may also be a function of
the original or starting PG asphalt grade, viscosity or penetra-
tion of the binder). Hot mix asphalt mixtures produced from
the same binders not utilizing the present invention are rea-
sonably anticipated to require respective mixing and compac-
tion temperatures 70-100° F. higher that those temperatures
stated above.

13

Another embodiment of the present invention is a functionally dry warm mix polymer/acid modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

Still another embodiment of the present invention is a functionally dry warm mix polymer modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

This embodiment provides a modified asphalt binder composition that can be mixed with aggregate at a temperature that is at least 30-50° F. below, even temperatures more than 50° F. lower, or as much as 100° F. lower than the temperature that is adequate to mix a similar modified asphalt binder composition that does not contain a lubricating surfactant, a lubricating wax or a lubricating acid or combinations thereof.

The present invention also includes forming a paved surface using the novel warm mix composition described herein. In this aspect, a paving may be made in the temperature ranges described herein using the composition described. The mixing typically occurs away from the paving site, and the mixture is then hauled to the site and supplied to a paving machine. The mixture of the lubricated asphalt binder composition and aggregate is then applied by the paving machine to a prepared surface after which it is usually roller compacted by additional equipment while still at an elevated temperature. The compacted aggregate and asphalt mixture eventually hardens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary in the mixture for proper paving. This will result in cost savings attributable to the present invention because of the reduced need for thermal energy to be supplied or maintained in the mixture. For common binders used in the practice of the present invention, the visco-lubricity characteristics of the binder and lubricating agent composition affect the temperature needed to provide thorough coating of the aggregate and application and compaction of the asphalt and aggregate mixture according to the present invention.

Accordingly, in one aspect, the present invention includes a paved surface formed using the novel warm mix composition described herein. Such a paved surface comprises a compacted mixture of an aggregate and a functionally dry warm mix asphalt binder composition including an asphalt binder, and one or more members selected from the group consisting of a lubricating surfactant, a lubricating non-surfactant additive, a lubricating acid or combinations thereof. In another aspect, the present invention includes a method of forming a paved surface using the novel warm mix composition described herein.

The present inventive process includes adding a lubricating substance into an asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition; combining the warm mix lubricated asphalt binder composition with a suitable aggregate; mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material; transferring the warm mix paving material to a paving machine; applying the warm mix paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface.

14

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The following is claimed:

1. A paving process comprising:
(a) adding a lubricating additive comprising lubricating surfactant, lubricating non-surfactant, lubricating acid or combination thereof to functionally dry, essentially water-free, non-foamed asphalt binder containing less than 5 wt. % water and heated to a warm mix temperature to create a functionally dry warm mix lubricated asphalt binder composition, and if the lubricating additive in the warm mix lubricated asphalt binder composition comprises a lubricating wax, then the lubricating wax is 0.5 wt. % or less of the asphalt binder weight;
(b) combining the warm mix lubricated asphalt binder composition with aggregate and recycled asphalt pavement at a warm mix temperature that is lower than a comparison temperature needed to produce a comparison paving material without the lubricating additive;
(c) mixing to coat the aggregate and recycled asphalt pavement with the lubricated asphalt binder composition to form a warm mix paving material at the warm mix temperature;
(d) transferring the warm mix paving material to a paving machine;
(e) applying the warm mix paving material with the paving machine to a prepared surface at a warm mix paving temperature; and then
(f) compacting the applied paving material to form a paved surface.

2. A paving process according to claim 1 wherein the warm mix paving material is at a warm mix temperature of 280° F. or lower in step (c).

3. A paving process according to claim 1 wherein the warm mix paving material is at a warm mix temperature of 260° F. or lower in step (c).

4. A paving process according to claim 1 wherein the warm mix paving material is at 220-280° F. in step (c) and at 205-260° F. in step (e).

5. A paving process according to claim 1 wherein the warm mix paving material is paved at a warm mix temperature at least 30° F. lower than a comparison paving temperature needed for proper paving of the comparison paving composition.

6. A paving process according to claim 1 wherein the asphalt binder contains less than 1 wt. % water.

7. A paving process according to claim 1 wherein the asphalt binder contains less than 0.5 wt. % water.

8. A paving process according to claim 1 wherein the lubricating additive comprises an anionic surfactant, or ampholytic surfactant.

9. A paving process according to claim 1 wherein the lubricating additive comprises a cationic surfactant.

10. A paving process according to claim 1 wherein the lubricating additive comprises an alkyl amine, amido amine, alkyl quaternary ammonium salt, or heterocyclic quaternary ammonium salt.

11. A paving process according to claim 1 comprising adding a combination of lubricating additives to the asphalt binder.

* * * * *



US010214646B2

(12) **United States Patent**   (10) **Patent No.:** **US 10,214,646 B2**
Reinke et al.                    (45) **Date of Patent:** *Feb. 26, 2019

(54) **WARM MIX PAVING COMPOSITION W/LUBRICATING ANTISTRIP ADDITIVE**

(71) Applicants: **ALM HOLDING COMPANY**, Onalaska, WI (US); **ERGON ASPHALT & EMULSIONS, INC.**, Jackson, MS (US)

(72) Inventors: **Gerald H. Reinke**, La Crosse, WI (US); **Gaylon L. Baumgardner**, Jackson, MS (US); **Steven L. Engber**, Onalaska, WI (US)

(73) Assignees: **A.L.M. Holding Company**, Onalaska, WI (US); **Ergon Asphalt & Emulsion, Inc.**, Jackson, MS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 481 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/926,752**

(22) Filed: **Oct. 29, 2015**

(65) **Prior Publication Data**

US 2016/0115352 A1    Apr. 28, 2016

**Related U.S. Application Data**

(60) Continuation of application No. 14/223,569, filed on Mar. 24, 2014, now Pat. No. 9,394,652, which is a
(Continued)

(51) **Int. Cl.**
$C08L\ 95/00$ (2006.01)
$C04B\ 26/26$ (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. $C08L\ 95/00$ (2013.01); $C04B\ 26/26$ (2013.01); $C08K\ 5/0008$ (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .. C08L 95/00; C08L 2555/00; C08L 2555/24; C08L 2555/60; C09D 195/00;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,014,103 A    1/1912  Wallbaum
1,373,661 A    4/1921  Johansen
(Continued)

FOREIGN PATENT DOCUMENTS

AU    433003    2/1973
AU    2006231250    10/2006
(Continued)

OTHER PUBLICATIONS

Forbes, Robert J., (1993) "Studies in Ancient Technology", Third Edit, E.J. Brill, pp. 1-124.
(Continued)

*Primary Examiner* — Jennifer A Smith
*Assistant Examiner* — Alexandra M Moore
(74) *Attorney, Agent, or Firm* — Kagan Binder, PLLC

(57) **ABSTRACT**

The present invention provides an asphalt paving composition including an essentially water-free, non-foamed warm mix asphalt binder composition modified with lubricating antistrip additives that can be mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with the essentially water-free, non-foamed binder and lubricating antistrip additive. This warm mix paving composition may be mixed at temperatures of 280° F. or lower and may be compacted at temperatures of 260° F. or lower that are below mixing and compacting temperatures of similar paving compositions that do not contain the disclosed lubricating antistrip additives.

**38 Claims, 4 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 13/683,043, filed on Nov. 21, 2012, now Pat. No. 8,679,245, which is a continuation of application No. 13/112,815, filed on May 20, 2011, now Pat. No. 8,323,394, and a continuation-in-part of application No. 12/896,532, filed on Oct. 1, 2010, now Pat. No. 7,981,952, and a continuation-in-part of application No. 12/896,488, filed on Oct. 1, 2010, now Pat. No. 7,981,466, and a division of application No. 11/871,782, filed on Oct. 12, 2007, now Pat. No. 7,815,725.

(60) Provisional application No. 60/976,141, filed on Sep. 28, 2007, provisional application No. 60/970,809, filed on Sep. 7, 2007.

(51) Int. Cl.

| | |
|---|---|
| *E01C 7/26* | (2006.01) |
| *C08K 5/00* | (2006.01) |
| *E01C 19/08* | (2006.01) |
| *E01C 19/10* | (2006.01) |
| *C09D 195/00* | (2006.01) |
| *C08K 5/17* | (2006.01) |
| *C04B 111/00* | (2006.01) |
| *C08K 5/521* | (2006.01) |

(52) U.S. Cl.
CPC ............ *C09D 195/00* (2013.01); *E01C 7/265* (2013.01); *E01C 19/08* (2013.01); *E01C 19/10* (2013.01); *C04B 2111/0075* (2013.01); *C08K 5/17* (2013.01); *C08K 5/521* (2013.01); *C08L 2555/24* (2013.01); *C08L 2555/34* (2013.01); *C08L 2555/40* (2013.01); *C08L 2555/60* (2013.01); *C08L 2555/80* (2013.01); *Y02A 30/333* (2018.01); *Y02W 30/95* (2015.05)

(58) Field of Classification Search
CPC .......... C09J 195/00; C10C 3/00; E01C 19/10; E01C 7/08; E01C 7/265; C04B 26/26; C08K 5/0008
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,384,805 A | 7/1921 | McSwiney |
| 1,542,626 A | 6/1925 | MacKay |
| 1,640,544 A | 8/1927 | Headley |
| 1,674,523 A | 6/1928 | Sadtler |
| 1,778,760 A | 10/1930 | Hay |
| 1,815,089 A | 7/1931 | Alsdorf |
| 1,834,552 A | 12/1931 | Sadtler et al. |
| 1,842,139 A | 1/1932 | Alsdorf |
| 1,887,518 A | 11/1932 | Sadtler |
| 1,888,295 A | 11/1932 | Smith |
| 1,932,648 A | 10/1933 | Taylor |
| 1,948,881 A | 2/1934 | Kirschbaum |
| 1,988,336 A | 1/1935 | Roediger |
| 1,988,879 A | 1/1935 | Steininger |
| 2,023,068 A | 12/1935 | Flood |
| 2,025,945 A | 12/1935 | Forrest |
| 2,046,902 A | 7/1936 | Kirschbaum |
| 2,087,401 A | 7/1937 | Fair |
| 2,191,295 A | 2/1940 | Dohse |
| 2,243,519 A | 5/1941 | Barth |
| 2,283,192 A | 5/1942 | Ditto |
| 2,317,959 A | 4/1943 | Johnson et al. |
| 2,340,449 A | 2/1944 | Barwell |
| 2,374,732 A | 5/1945 | Colburn |
| 2,427,488 A | 9/1947 | Anderson et al. |
| 2,461,971 A | 2/1949 | Fischer |

| | | | |
|---|---|---|---|
| 2,550,481 A | 4/1951 | Jense | |
| 2,861,787 A | 11/1958 | Csanyi | |
| 2,888,418 A | 5/1959 | Albanese et al. | |
| 2,901,369 A | 8/1959 | Pordes | |
| 2,917,395 A | 12/1959 | Csanyi | |
| 3,855,167 A | 12/1974 | Bowman | |
| 3,904,428 A | 9/1975 | McConnaughay | |
| 4,197,209 A | 4/1980 | Zinke et al. | |
| 4,198,177 A | 4/1980 | Brett et al. | |
| 4,234,346 A | 11/1980 | Latta, Jr. et al. | |
| 4,244,747 A | 1/1981 | Leonard, Jr. et al. | |
| 4,348,237 A | 9/1982 | Ruckel | |
| 4,592,507 A | 6/1986 | Benedict | |
| 4,692,350 A | 9/1987 | Clarke et al. | |
| 4,724,003 A | 2/1988 | Treybig et al. | |
| 4,743,304 A * | 5/1988 | Gilmore .................. C08L 95/00 | |
| | | | 106/284.06 |
| 4,836,857 A | 6/1989 | Hopkins | |
| 5,109,041 A | 4/1992 | Matsuno et al. | |
| 5,539,029 A | 7/1996 | Burris | |
| 5,622,554 A | 4/1997 | Krogh et al. | |
| 5,721,296 A | 2/1998 | Mizunuma et al. | |
| 5,772,749 A | 6/1998 | Schilling et al. | |
| 5,788,755 A | 8/1998 | Salminen | |
| 5,827,360 A | 10/1998 | Salminen | |
| 5,925,233 A | 7/1999 | Miller et al. | |
| 6,136,898 A | 10/2000 | Loza et al. | |
| 6,197,837 B1 | 3/2001 | Hill et al. | |
| 6,451,885 B1 | 9/2002 | Dresin et al. | |
| 6,559,206 B1 | 5/2003 | Durand et al. | |
| 6,576,050 B1 | 6/2003 | Samanos | |
| 6,588,974 B2 | 7/2003 | Hildebrand et al. | |
| 6,793,964 B2 | 9/2004 | Hoad | |
| 6,846,354 B2 | 1/2005 | Larsen et al. | |
| 6,913,416 B2 | 7/2005 | Hildebrand et al. | |
| 7,041,165 B2 | 5/2006 | Malot | |
| 7,114,843 B2 | 10/2006 | Romier et al. | |
| 7,114,875 B2 | 10/2006 | Romier et al. | |
| 7,160,943 B2 | 1/2007 | Burris et al. | |
| 7,297,204 B2 | 11/2007 | Crews et al. | |
| 7,309,390 B2 | 12/2007 | Falkiewicz | |
| 7,815,725 B2 | 10/2010 | Reinke et al. | |
| 7,902,277 B2 | 3/2011 | Reinke et al. | |
| 7,968,627 B2 | 6/2011 | Reinke et al. | |
| 7,981,466 B2 | 7/2011 | Reinke et al. | |
| 7,981,952 B2 | 7/2011 | Reinke et al. | |
| 8,138,242 B2 | 3/2012 | Reinke et al. | |
| 8,323,394 B2 | 12/2012 | Reinke et al. | |
| 8,679,245 B2 | 3/2014 | Reinke et al. | |
| 2002/0170464 A1 | 11/2002 | Larsen et al. | |
| 2004/0014845 A1 | 1/2004 | Takamura et al. | |
| 2004/0223808 A1 | 11/2004 | Romier et al. | |
| 2004/0246646 A1 | 12/2004 | Larsen et al. | |
| 2005/0018530 A1 | 1/2005 | Romier et al. | |
| 2005/0284333 A1 | 12/2005 | Falkiewicz | |
| 2006/0086288 A1 | 4/2006 | Bourrel et al. | |
| 2006/0169173 A1 | 8/2006 | Dupuis et al. | |
| 2006/0236614 A1 | 10/2006 | Antoine et al. | |
| 2006/0240185 A1 | 10/2006 | Antoine et al. | |
| 2006/0288907 A1 | 12/2006 | Fox | |
| 2007/0039520 A1 | 2/2007 | Crews et al. | |
| 2007/0060676 A1 | 3/2007 | Reinke | |
| 2007/0082983 A1 | 4/2007 | Crews et al. | |
| 2007/0169668 A1 | 7/2007 | Moss et al. | |
| 2007/0191514 A1 | 8/2007 | Reinke et al. | |
| 2009/0088499 A1 | 4/2009 | Barreto et al. | |
| 2010/0055304 A1 | 3/2010 | Reinke et al. | |
| 2011/0017096 A1 | 1/2011 | Reinke | |
| 2011/0020537 A1 | 1/2011 | Reinke | |
| 2011/0021673 A1 | 1/2011 | Reinke | |
| 2011/0152410 A1 | 6/2011 | Reinke | |
| 2011/0214589 A1 | 9/2011 | Reinke | |
| 2012/0213584 A1 | 8/2012 | Reinke et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1644625 | 12/2004 |
| EP | 0568021 | 11/1993 |
| EP | 0994923 | 4/2000 |

(56)        References Cited

FOREIGN PATENT DOCUMENTS

| EP | 1398351 | 3/2004 |
| EP | 1263885 | 6/2004 |
| EP | 1469038 | 10/2004 |
| GB | 429548 | 5/1935 |
| GB | 783015 | 9/1957 |
| GB | 2234512 | 8/1989 |
| JP | 2002/332606 | 11/2002 |
| JP | 2006/132131 | 5/2006 |
| WO | 1995/0022661 | 8/1995 |
| WO | 99/57199 | 11/1999 |
| WO | 2001/16233 | 3/2001 |
| WO | 2001/062852 | 8/2001 |
| WO | 2002/016499 | 2/2002 |
| WO | 2002/103116 | 12/2002 |
| WO | 2005/081775 | 9/2005 |
| WO | 2006/106222 | 10/2006 |
| WO | 2007/032915 | 3/2007 |
| WO | 2007/112335 | 10/2007 |
| WO | 2008/148974 | 12/2008 |
| WO | 2009/033060 | 3/2009 |

OTHER PUBLICATIONS

Hollander, D., et al., (2000) "Annealing, Distilling, Reheating and Recycling: Bitumen Processing in the Ancient Near East", Paleorient, vol. 26, No. 2, pp. 83-91.
Edwards, Ylva, (2005) "Influence of Waxes on Bitumen and Asphalt Concrete Mixture Performance", Thesis, pp. 1-54
Mahoney, J.P., et al., (1982) "Sulfer Extended Asphalt Laboratory Investigation—Mixture Characterization", Highway Administration Building, Olympia, WA, retrieved from the internet: URL:https://www.wsdotwa.gov/research/reports/fullreports/053.2.pdf, retrieved on Jul. 13, 2017.
Anonymous (2011): "Recommended Mixing and Compaction Temperatures for Performance Graded (PG) Binders Unmodified PG Binders and Modified PG Binders)", retrieved from the internet: URL:http://www.asphalt-materials.com/docs/flyers/CompactionTemperatures.pdf, retrieved on Jul. 13, 2017.
AKZO International Highway Chemical Newsletter, Chemical Division, Spring 1989, pp. 1-9.
Anderson, David A., et al., "The Effect of Antistrip Additives on the Properties of Asphalt Cement," Asphalt Paving Technology 1982, Proceedings Association of Asphalt Paving Technologists Technical Sessions, Kansas City, Missouri, vol. 51, Feb. 22, 23 & 24, 1982, pp. 298-317.
Barreto, "Warm Asphalt Mixes Containing Dispersed Water," ARKEMA-CECA France, Abstract No. 658, 2006, 7 pp.
Bonola et al., "Technologies for the Production of Asphalt Mixes with Low Temperature Processes," World Road Association Italian National Committee, Dec. 2005, 31 pp.
Caillot et al., "Warm Mix Asphalts and Cold Recycling for Controlled Use of Effective Road Techniques Reducing Nuisances," Technical Department for Transport, Roads and Bridges, Engineering for Road Safety, Ministry for Transport, Infrastructure, Tourism and the Sea, France, 12 pp.
Ceca Arkema Group, "Green Road Formulation—Warm Asphalt Mix. 2007 Innovation: helping to lower our planet's temperature," www.siliporite.com, accessed Nov. 21, 2007, 1 pg.
Cervarich, "Cooling Down the Mix" NAPA Explores New "Warm Mix Asphalt" Technologies Developed in Europe, Hot Mix Asphalt Technology, Mar./Apr. 2003, pp. 13-16.
Choi, Y., Warm Asphalt Review, Austroads Report, Arrb Research, RETT220B, Publication No. AP-T91/07, Nov. 2007.
Damm, K., Abraham, J., Butz, T., Hildebrand, G., Riebeschl, G., "Asphalt Flow Improvers as Intelligent Fillers for Hot Asphalts—A New Chapter in Asphalt Technology," Journal of Applied Asphalt Binder, vol. 2, Issue 1, p. 36-70, Apr. 2002.
Diefenderfer et al., "Research Report: Installation of Warm Mix Asphalt Projects in Virginia," Virginia Transportation Research Council, Apr. 2007, 34 pp.

Gibson, Nelson, Modified Asphalt Research Activities at FHWA's Turner-Fairbank Highway Research Center (TFHRC), Pavement Materials and Construction Team, AMAP Conference, Feb. 2005, Orlando, FL, 18 pages.
Goh et al., "Laboratory Evaluation and Pavement Design for Warm Mix Asphalt," Proceedings of the 2007 Mid-Continent Transportation Research Symposium, Ames, IA, Aug. 2007, 11 pp.
Gudimettla, Jagan M., et al., "Workability of Hot Mix Asphalt," National Center for Asphalt Technology, Apr. 2003, 66 pages.
Hurley et al., "Evaluation of Aspha-Min™ Zeolite for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, 30 pp., Jun. 2005.
Hurley et al., "Evaluation of Evotherm™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2006, 49 pp.
Hurley et al., "Evaluation of Potential Processes for Use in Warm Mix Asphalt," National Center for Asphalt Technology, 2006, 46 pp.
Hurley, Graham C., et al., "Evaluation of Sasobit™ for Use in Warm Mix Asphalt," National Center for Asphalt Technology Report, Auburn University, Jun. 2005, 32 pp.
International Search Report issued in PCT/US/2006/33907, dated Sep. 24, 2007, 4 pages.
International Search Report and Written Opinion issued in PCT/US2008/075452, dated Feb. 13, 2009, 13 pages.
International Search Report for PCT/US2009/034742, dated May 26, 2009, 10 pages.
International Search Report and Written Opinion issued in PCT/US2009/052830, dated Sep. 16, 2010, 9 pages.
James, A.D., et al., "Adhesion Agents for Use in Hot Mixes and Cut-Back Bitumens," presented at the 3rd IRF Middle East Regional Meeting, Riyadh, Saudi Arabia, 1988, 10 pages.
Jenkins et al., "Half-Warm Foamed Bitumen Treatment, A New Process," 7th Conference on Asphalt Pavements for Southern Africa, 1999, 7 pp.
Jones, "Warm Mix Asphalt Pavements: Technology of the Future?" Asphalt, Fall 2004, pp. 8-11.
Koenders et al., "Innovative process in asphalt production and application to obtain lower operating temperatures," 2nd Eurasphalt & Eurobitume Congress Barcelona 2000, Book II, pp. 830-840.
Kristjansdottir, Olof, "Warm Mix Asphalt for Cold Weather Paving," a thesis, University of Washington, 2006, 127 pp.
LaPointe, Dennis G., e-mail correspondence, May 2011, 4 pages.
Lavin, Patrick, "Asphalt Pavements: A practical guide to design, production and maintenance for engineers and architects," 2003, pp. 347.
Logaraj, Sundaram, et al., "Surface-active bitumen additive for warm mix asphalt with adhesion promoting properties," 2009, 12 pages.
"Low Energy Asphalt (LEA) with the Performance of Hot-Mix Asphalt (HMA)", European Roads Review, Special Issue, BGRA, Feb. 2004 (pp. 1-11).
Malick, R.BN, Bradley, J.E., Bradbury, R.L., An Evaluation of Heated Reclaimed Asphalt Pavement (RAP) Material and Wax Modified Asphalt for Use in Recycled Hot Mix Asphalt (HMA), 2007.
Naidoo, P., "Fischer-Tropsch Hard Wax Chemistry in Warm Mix Asphalt Applications," Petersen Asphalt Research Conference, Abstract and Presentation Slides, Jun. 20-22, 2005.
Naidoo, P., Sasobit in Warm Mix Asphalt Applications 9 Years of Global Successes, World Asphalt Conference Presentation Slides, Mar. 14, 2006.
Paez, R., "Production of Modifier Asphalt Additives in Equator," 2005 International Symposium on Pavement Recycling, Sau Paulo, Brazil, Mar. 14-16, 2005, pp. 1-11.
Progress Report 2006, The German Bitumen Forum, Jun. 2006, 36 pp.
Schwartz, Anthony M., et al., Surface Active Agents and Detergents, vol. 2, 1977, pp. 673-677.
Tarrer, A.R., et al., "The Effect of the Physical and Chemical Characteristics of the Aggregate on Bonding," Strategic Highway Research Program, Feb. 1991, 31 pages.
Iterchimica Company; "Abstract of the 2005 production categories and applications," Iterchimica Brochure, p. 2 (2005).

(56)          **References Cited**

OTHER PUBLICATIONS

Giannattasio, Allessandro, "To improve the quality of road bitu-
men," Reprint from the Italian Building and Construction Issue No.
69/1998-19th Year; pp. 2, 3, 7.
Petersen, J. Claine, "Relationships Between Asphalt Chemical
Composition and Performance-Related Properties," ISSA Meeting,
Phoenix Arizona, Jan. 23-27, 1982, 10th page.
Declaration of Patrick Lavin, Jun. 6, 2011; explains 26 years of
experience with essentially water-free, non-foaming binders along
with the use of additives and the effects of temperature on paving.
Declaration of Gerald H. Reinke Under 37 CFR 1.132, Jun. 1, 2012.
Declaration of Jan Alboszta Under 37 CFR 1.132, Jun. 1, 2012.
Boldyrev et al., Experience in Using AMDOR-9 Adhesion Additive
in the Practice of Road Construction, International Conference
'Bitumen in road construction', 2005.
Chiman, "Aspects of Influence of Additives on Characteristics of
Non-Polimetricos Asphalt," Corporation for Research and Devel-
opment in Asphalt Transport Sector and Industrial Corasfaltatos.
Butz et al., "Motification of Road Bituments with the Fischer-
Tropsch Paraffin Sasobit," Journal of Applied Asphalt Technology,
Oct. 2001.
Florida Department of Transportation, Standard Specifications for
Road and Bridge Construction, 2007.
Gaudefroy et al., "Laboratory Investigations on the Mechanical
Performances of Foamed Bitumen Mixes Using Half-Warm Aggre-
gates," TRB 2007 Annual Meeting CD-ROM.
Kanitpong et al., "Laboratory Study on Warm Mix Asphalt Addi-
tives," TRB 2007 Annual Meeting CD-ROM.
Kristjansdottir et al., "Assessing the Potential for Warm Mix Asphalt
Technology Adoption," TRB 2007 Annual Meeting CD-ROM.
Modern Asphalts, Autumn 2006, Issue No. 18.
Prowell et al., "Field Performance of Warm Mix Asphalt at the
NCAT Test Track," TRB 2007 Annual Meeting CD-ROM.
Sasobit Product Information 124, 9 pgs., Apr. 22, 2004.
Sasobit Roads and Trials with Sasobit, 7 pgs.
Transportation Research Board, 86th Annual Meeting Program, Jan.
21-25, 2007.
Wasiuddin et al., "A Comparative Laboratory Study of Sasobit and
Aspha-Min for Warm Mix Asphalt," TRB 2007 Annual Meeting
CD-ROM.
DIN 1995 Requirements for the Binders, Oct. 1989.
Edwards et al., "Rehological effects of commercial waxes and
polyphosphoric acid in bitumen 160/220—low temperature perfor-
mance." Apr. 20, 2005.

* cited by examiner



FIGURE 1

COMPARE SASOBIT WAX AT 2 LOADINGS TO
E-6 AND TO NEAT PG 6B-28
ALL TESTS AT 90°C & 100 µm GAP



FIGURE 2

COMPARE NEAT PG 58-28 TO SASOBIT AT 0.5% AND 1.5% LOADINGS AND TO MONTAN WAX AT 1% LOADING, 90°C and 50 μm GAP



FIGURE 3

COMPARE NEAT PG 58-28 TESTED AT 3
TEMPERATURES, 125°C, 100°C, & 90°C-GAP 50 μm



FIGURE 4

COMPARE POLYMER & ACID MODIFIED BINDERS W/ & W/O ADDITIVES TO NEAT 58-28

# WARM MIX PAVING COMPOSITION W/LUBRICATING ANTISTRIP ADDITIVE

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/223,569, filed on Mar. 24, 2014; which is a continuation of U.S. application Ser. No. 13/683,043, filed on Nov. 21, 2012, now U.S. Pat. No. 8,679,245; which is a continuation of U.S. application Ser. No. 13/112,815, filed on May 20, 2011, which is now U.S. Pat. No. 8,323,394; which is a continuation of U.S. application Ser. No. 12/896,570, filed on Oct. 1, 2010, now U.S. Pat. No. 7,968,627; U.S. application Ser. No. 12/896,532, filed on Oct. 1, 2010, now U.S. Pat. No. 7,981,952; and U.S. application Ser. No. 12/896,488 filed on Oct. 1, 2010, now U.S. Pat. No. 7,981,466; which is a divisional of U.S. application Ser. No. 11/871,782, filed on Oct. 12, 2007, now U.S. Pat. No. 7,815,725; which claims benefit to U.S. Provisional Application No. 60/976,141 filed on Sep. 28, 2007, and U.S. Provisional Application No. 60/970,809 filed on Sep. 7, 2007, all of which are incorporated herein by reference in their entirety.

## BACKGROUND

International Application No. WO 2007/032915, incorporated by reference herein, reports a warm mix asphalt binder composition and process that injects a foaming, lubricating aqueous solution into a stream of asphalt cement prior to incorporation of the asphalt cement plus foaming, lubricating solution with aggregate at reduced temperatures to produce a warm mix asphalt paving mixture. Evaluations of warm mix compositions produced with this process provide a basis for the warm mix compositions and processes disclosed in this application.

## SUMMARY

The present invention provides functionally dry warm mix asphalt binder compositions, polymer modified asphalt binder compositions or polymer/acid-modified asphalt binder compositions that have been modified with lubricating surfactants, non-aqueous additives or acids or combinations thereof (collectively, lubricating agents or additives). The term "functionally dry" as used herein in connection with compositions, aggregates or mixtures is used to describe reduced water content compositions, aggregates or mixtures, particularly those in the "warm mix" regime, as further described herein. The mentioned lubricating non-aqueous surfactants, non-surfactant additives or acids, such as phosphoric acid additives, provide asphalt binder compositions that can be adequately mixed with aggregate at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt binder or cement that does not contain these lubricating additives or combinations thereof. In addition, these asphalt/aggregate mixtures can be compacted at temperatures 30-50° F. lower, even temperatures more than 50° F. lower, or as much as 100° F. lower than a substantially similar asphalt/aggregate mixture that does not contain a lubricating additive or combinations thereof. Another meaning for the term "functionally dry" as used herein is "essentially water-free" as described in the detailed description.

The asphalt binder compositions and aggregate mixtures that contain lubricating agents or additives disclosed in the present application may also include liquid antistripping additives used in conventional asphalt/aggregate mixtures.

Methods of preparing the present asphalt binder compositions as well as methods of using the present asphalt binder compositions mixed with aggregate to prepare paved surfaces are also disclosed in this application.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and an asphalt cement modified with a lubricating surfactant.

FIG. 2 is a graph plotting measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement and two asphalt cements modified with a lubricating wax.

FIG. 3 is a graph plotting the measured viscosities and normal forces with respect to velocity as a measure of lubricity of an asphalt cement at three different temperatures.

FIG. 4 is a graph plotting the measured viscosity and normal force properties with respect to velocity as a measure of lubricity of an asphalt cement, a related polymer-acid modified asphalt cement further modified with polyphosphoric acid, a polymer-acid modified asphalt cement further modified with a liquid antistripping additive and a polymer-acid modified asphalt cement further modified with a lubricating surfactant.

## DETAILED DESCRIPTION

Earlier work confirms that laboratory compaction of field-produced warm mixes utilizing the reported foaming, lubricating solution can be adequately compacted at temperatures approximately 30-50° F. or more below typical hot mix asphalt compaction temperatures days after field production. Testing of mix samples taken at the paver have shown that this mix contains approximately 0.5 wt. %, or less, water which is an amount of water being well below the amount of water generally utilized in conventional warm mix production. The only component of the foaming, lubricating solution remaining with the asphalt mixture is an effective concentration of the surfactant providing the lubricating effect. This observation indicates that the incorporation of water in conjunction with a foam for the production of warm mix is not an essential component in all instances, although the water may be used in a system for delivery of the lubricating additive into the asphalt binder or cement. The present invention thus relies, in part, in determining that the lubricating properties of additives added to an asphalt binder or cement are an important component of the present warm mix asphalt mixtures and that it is not necessary or essential to use foamed asphalt binders or emulsified asphalt binders that are used in conventional warm mix asphalt binder compositions, mixtures and paving processes.

As used in the present application, each of the terms "functionally dry" or "essentially water-free" means or is intended to refer to an asphalt binder composition that contains less water or moisture than is routinely used in conventional or known warm mixes. This term does not mean and is not intended to refer to a warm mix composition that is completely free of water, moisture or added water. For example, it is well known that aggregate that will be mixed with the present asphalt binder compositions will also contain varying amounts of water and that water may affect the aggregate coating process. In embodiments of the present invention it is acceptable that there is some moisture con-

tained in the aggregate, because a completely dry aggregate is not practical or may not be desirable. The amounts of water or moisture in the aggregate will vary for any number of reasons including but not limited to the particular geographical region where the aggregate is crushed or stock-piled, the local weather conditions, the local temperature of the particular stockpile facilities. Due to this variation in the water content of the aggregate, it is expected that there may be adjustments made to the actual water content of the asphalt binder compositions of this invention before the aggregate is coated with the asphalt mixture in order to achieve acceptable coating of the aggregate. If the aggregate is either very wet or very dry the water the water content of the aggregate may be adjusted or altered or, alternatively, the water or moisture content of the asphalt binder composition may be adjusted or altered in order to optimize or ensure adequate coating of the aggregate during mixing. Warm mixes of the present invention will generally include about 2-9 wt. % asphalt binder composition and about 91-98 wt. % aggregate. In other embodiments, the warm mixes will include about 3-8 wt. % asphalt binder composition and about 92-97 wt. % aggregate. asphalt/aggregate. The amount of asphalt binder composition required will depend upon mix type, layer in the pavement structure, aggregate size or traffic considerations, among other factors.

The moisture content of the asphalt binder composition may be changed in a number of ways such as injecting or spraying water into the asphalt binder compositions. Even though the asphalt binder compositions may have the water or moisture content adjusted or altered, these compositions are considered to be functionally dry because the overall water content is lower or substantially lower than other known or conventional warm mix asphalt binder compositions and mixtures.

In addition, it is well known that different grades of asphalt will have different mixing properties and conditions. Adjustments or alterations of the water or moisture concentrations that take into account different asphalt grades are also considered to be functionally dry (or essentially water-free) asphalt binder compositions. When variations in the water contents of different aggregates and different asphalt grades are accounted for, the asphalt/aggregate mixes of mixtures of the present invention will typically have a water content in a range of less than about 5 wt. %. In many instances the water content is less than about 1 wt. %. In certain embodiments of this invention, the asphalt binder compositions comprise less than 0.5 wt. % water. It is understood, however, that water contents outside this range would still be within the scope of the present claims and embodiments of the invention when the claimed compositions contain the lubricating agents or additives, including the non-aqueous surfactants, non-surfactant additives and acids, disclosed in this application.

This application discloses that surfactants in both aqueous or non-aqueous form and waxes are two general classes of lubricating additives that may, when incorporated into an asphalt binder or cement at levels as low as 0.1 wt. %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed to produce a bituminous mixture without an added lubricating additive or agent. The lubricating additive then enables compaction of these mixtures at about 30-50° F. lower, even more than 50° F. lower, or as much as 100° F. lower than the temperatures normally needed for compaction of similar bituminous mixtures.

Non-aqueous surfactants as additives have been commonly incorporated into asphalt cement to provide improved moisture resistance, however, their value and function as a lubricating agent in warm mix asphalt and specifically as a functionally dry or water free warm mix composition have not been readily apparent to those skilled in the art prior to the disclosure of the elements and examples of this invention and the invention referenced in U.S. Provisional Application No. 60/976,141 and U.S. Provisional Application No. 60/970,809. Suitable lubricating surfactants as additives include naturally occurring compounds and more commonly synthesized chemical compounds from three categories of surfactants: detergents, wetting agents and emulsifiers. Surfactant additives may be specifically grouped into four classifications: i) anionic surface agents to include, but not limited to, fatty acids (saturated and unsaturated fatty acids), fatty acid pitch (stearic acid pitch), and fatty acid derivatives (fatty acid esters and fatty acid sulfonates), organo phosphates (alkyl phosphates); ii) cationic surface agents to include, but not limited to, alkyl amines, alkyl quaternary ammonium salts, heterocyclic quaternary ammonium salts, amido amines, and non-nitrogenous sulfur or phosphorous derivatives; iii) ampholytic surface agents to include, but not limited to, amino acids, amino acid derivatives, betain derivatives (alkylbetains and alkylaminobetains), imidazolines, imidazoline derivatives; and iv) non-ionic surface agents to include, but not limited to, surfactants with fatty acid ester bonds (SPANS and TWEENS), surfactants with ether bonds (alkylphenolpolyoxyethylenes and plyoxyethylenated alcohols), surfactants with amide bonds (alkanolamides, mono and diethanolamides and their derivatives), alkylenated oxide copolymers and polyoxyethyleneated mercaptans.

Non-surfactant additives based on wax chemistry have been incorporated into an asphalt binder or cement to produce warm mix based on the concept that these wax additives reduce the viscosity of the wax asphalt blend to an extent sufficient to enable production and lay down of the asphalt/aggregate mixture at reduced temperatures. The data in this application indicates that typical wax additives such as Sasobit™ wax (Sasol North America Inc.) and montan wax (Romanta, Amsdorf, Germany or Strohmeyer and Arpe, N.J.) used for this application have only a minor effect on reducing the viscosity of the asphalt-wax blend, but such additives, even at usage levels well below those generally employed, provide a noticeable and beneficial lubricating effect on the asphalt-wax combination. Non-surfactant additives based on wax chemistry may be selected from a group of paraffin and non-paraffin waxes. Paraffin waxes include, but are not limited to, petroleum derived and refined waxes (slack wax and refined micro-crystalline wax) while non-paraffin waxes include, but are not limited to, natural waxes (animal and vegetable waxes e.g. bees wax and carnauba wax), modified natural waxes (brown coal derivative, e.g., montan wax and mineral oil derivatives), partial synthetic waxes (acid waxes, ester waxes, amid waxes, alcohol waxes and oxidized polyethylene waxes), or full synthetic waxes (Fischer-Tropsch waxes and polyethylene waxes).

Other non-surfactant additives such as viscosity modifiers (VMS), dispersant viscosity modifiers (DVMS), and additives containing viscosity modifiers and/or dispersant viscosity modifiers as well as extrusion and molding production processing aids, polyolefins and sulfur, may provide lubricating characteristics to petroleum products and may also be used as a non-surfactant additive for functionally dry or waterless warm mix asphalt formulations. Such additives include, but are not limited to, VMS and DVMS used in

engine lubricating oils (polyisobutylenes, olefin copolymers, hydrogenated styrene-diene copolymers, styrene maleate copolymers, polymethacrylates, olefin-graft PMA polymers and hydrogenated polyisoprene star polymers) and products containing VMS and DVMS such as the residual bottoms from refined recycled engine lubricating oils; processing aids used in extrusion and molding operations (high trans content polyoctenamer reactive polymer), polyolefins (ethylene vinyl acetate (EVA), acrylic polymers and silicones); and sulfur (as sulfur impurities in fuels have been known to provide lubrication properties).

This application also discloses that different concentrations of phosphoric acid, are another class of additives that can, when incorporated into an asphalt cement at levels as low as about 0.2-1.0 wt. %, provide sufficient lubrication of the asphalt cement so that aggregate may be adequately coated at temperatures 30-50° F., or greater difference, below the temperatures normally needed to produce a bituminous mixture without the phosphoric acid additives.

The following data set out in the examples below indicate that the addition of surfactant in non-aqueous form enables utilization of asphalt cements that have been produced using acid modifiers, typically those acid modifiers being those drawn from the type of polyphosphoric acid (PPA) or superphosphoric acid (SPA), although other grades of phosphoric acid and other types of acids, such as mineral acids, other inorganic acids or organic acids, may be utilized with the present invention.

While not intending to be bound by theory, the present invention is based, in part, on the observations that the lubricating agents and additives disclosed in this application provide a warm mix having desired visco-lubricity characteristics or properties. As used in this application the term "visco-lubricity" means a characteristic of a material that it exhibits under high rotational velocity as the gap thickness of the material being tested approaches zero. As the gap thickness is reduced and as rotational velocity is increased, the material's viscosity begins to decrease but the normal force between the plates begins to increase. A material that has good visco-lubricity characteristics will exhibit less normal force increase than one which has poor visco-lubricity. Stated another way, the ability of the material being tested to enable the plates to easily rotate relative to each other becomes more important than the viscosity of the material being tested. An example illustrating the meaning of the term "visco-lubricity" is the observed reduced requirements for the mixing and compaction temperatures of polymer modified asphalt binders compared to conventional asphalt binders. Based on purely viscosity data, polymer

believed that these polymer systems are creating a lubricated asphalt binder having visco-lubricity properties that provide adequate mixing to coat aggregate particles and further provide mix compaction at temperatures substantially below those predicted based on viscosity alone.

Another example illustrating the meaning of the term visco-lubricity is the reduction in dry tensile strength of many mixtures produced using conventional asphalt binders combined with liquid antistrip or antistripping additives. Those skilled in the art of performing tensile strength ratio (TSR) tests to verify that bituminous mixtures will not be water sensitive, have seen that the dry tensile strength of mixtures using antistrip treated binders can be noticeably lower than the dry tensile strength of the same mix produced with the same binder but without antistrip. This observation has typically been attributed to a reduction in binder viscosity or stiffness due to the addition of the antistrip to the binder. However, there is often minor reduction in viscosity or stiffness when low levels of antistrip are added to the binder. It is now believed that this tensile strength reduction is an example of the antistrip lubricating the mix resulting in the observed reduced dry tensile strength. A typical recent example will serve to make the point.

A PG 58-28 with and without antistrip was used to produce a mix for tensile strength ratio testing according AASHTO test method T-283. Rheological properties of the PG 58-28 with and without the antistrip were determined. All results are shown in Table 1. For these particular samples there is actually a slight increase in stiffness after the addition of the antistrip (6.3% increase) and yet the dry tensile strength of the mix with the antistrip is reduced by 22.7% based on the average values of the two results using the PG 58-28 without antistrip. The wet strength is reduced by only 8.4%. This reduction in dry tensile strength, which does not occur with all mixes and all binders, is certainly a common response observed by asphalt mix design technicians. Based on the present warm mix work and lubricity testing disclosed herein, the dry tensile strengths are being reduced due to the lubricating effect of antistripping additive. The specimens tested for wet strength are typically saturated to a level of 60 to 80%. The reduced strength of saturated mixes without antistrip is typically attributed to debonding of the binder from the aggregate, which typically can be visually verified. When an antistrip functions as desired there is little or no visual debonding of binder from the aggregate, but it must be considered that reduction in wet strength of the antistrip treated mixes is beginning at the reduced value indicated by the dry strength of the antistrip treated mixes due to the lubricating effect of the antistrip.

TABLE 1

| Sample | % AC | DSR, G*/sin(δ) @ 58° C., kPa | Complex viscosity @ 58° C., Pa · s | Dry Strength, PSI | Wet Strength, PSI | TSR |
|---|---|---|---|---|---|---|
| 58-28, no antistrip | 5.5% | 1.33 | 133 | 78.2 | 51.9 | 66.4% |
| 58-28, no antistrip | 5.8% | 1.33 | 133 | 72.4 | 47.7 | 65.9% |
| 58-28, 0.3% antistrip | 5.6% | 1.42 | 142 | 58.2 | 45.6 | 78.4% |

modified binders should require mixing and compaction temperatures that are 20-50° F. higher than those which common practice have found to be adequate. Many studies have been conducted to explain this apparent contradiction however none have proven wholly satisfactory. It is now

Laboratory Testing of Lubricity

Since there are no readily available rheological tests identified for determining the lubricity of asphalt cement, the following test provides comparative testing of asphalt

cement at different temperatures and with different additives to determine lubricity. This test is described as follows.

1. An AR2000 dynamic shear rheometer using a heated air test chamber was utilized.

2. A shallow cylindrical cup measuring approximately 35 mm in diameter with and approximately 5 mm in height was used to contain the liquid being tested. This cup was secured to the bottom pedestal of the test fixture in the rheometer.

3. A small quantity of the asphalt cement or asphalt cement plus lubricating additive was added to the bottom of the cup. A 25 mm diameter flat plate was used as an upper test fixture in the rheometer. This upper test fixture is a typical test fixture used in plate-plate rheological testing with this instrument.

4. The plate attached to the upper text fixture is brought into contact with the specimen in the cup and the gap is reduced until a membrane of material to be tested is either 100 or 50 µm thick.

5. The test we used is a steady shear test with increasing velocity. The specimen is maintained at a constant temperature while the upper plate rotates in one direction with a programmed increase in angular velocity. As the rotational speed increases the drag between the upper plate and the bottom of the cup increases. In addition normal force increases attempting to force the plates apart. The more lubricating character an additive has the lower the normal force buildup.

In reference to Figures, the upper sets of plotted data are for viscosity, while the lower sets of plotted data are for normal force.

### Example 1 and Data Represented in FIG. 1

A neat PG 58-28 asphalt cement was tested as described above at 90° C. (194° F.) as being representative of a low end, but not uncommon, warm mix asphalt compaction temperature. A material thickness of 100 µm was used. FIG. 1 illustrates that, as the test velocity increases, the viscosity of the material is nearly steady and then begins to gradually decrease until a point is reached where the viscosity decreases very rapidly. For the neat PG 58-28 (black solid diamonds) the normal force begins to increase at a velocity of approximately 50 radians/sec. As the test velocity increases the normal force increases for the neat asphalt until the endpoint of the test is reached. The normal force increases to approximately 2.7 newtons. Several different additives and usage levels are compared in this plot. Two different tests of the PG 58-28 with 1.5 wt. % Sasobit™ wax are shown, the open and solid circles. In one test (the open circle) the normal force reached a value of approximately 1.2 newtons before the test terminated. In the other test (solid circles) the normal force reached about 0.4 newtons. Two tests at a usage level of 0.5 wt. % Sasobit™ wax are also shown (open and solid squares). In both of these tests the maximum normal force never exceeded 0.4 newtons. Lastly, E-6, an ethoxylated tallow diamine (Akzo Nobel Co.), was added at 0.2% by weight to the PG 58-28 and tested (open diamond). This sample achieved a maximum normal force of approximately 0.7 newtons before decreasing. For all blends it is possible to observe that the viscosity of the neat asphalt and the asphalt plus additives is similar from blend to blend for low to medium velocities. The normal forces are also similar until the test velocity becomes quite high. Then the blends with the additives exhibit lower normal forces and in several instances the normal force values peak and then diminish. The data in this plot supports the assertion that (1) the addition of wax additives such as

Sasobit™ wax do not appreciably diminish the viscosity in the low to medium velocity ranges of the asphalt cement at warm mix compaction temperatures (regardless of dosage level) and (2) the addition of the wax additive does provide evidence of lubricating the blend compared to the control, neat PG 58-28.

### Example 2 and Data Represented in FIG. 2

To better differentiate between neat asphalt and asphalt containing lubricating additives, the gap in the testing fixture was reduced to 50 µm. FIG. 2 illustrates the normal force comparison of neat PG 58-28 (open circles), 1.5 wt. % Sasobit™ wax (open squares), 1% montan wax (solid squares) and 0.5 wt. % Sasobit™ wax (solid circles). The normal force for the neat PG 58-28 increases to approximately 8 newtons at 100 radians/second. The normal force for the 1.5 wt. % Sasobit™ wax increases to approximately 5.5 newtons before decreasing. Both the 1 wt. % montan wax and 0.5 wt. % Sasobit™ wax only reach a normal force maximum of about 3 newtons. For all of these blends note that the viscosities of the various samples are very nearly identical in the low and medium velocity ranges, indicating that the wax additives are not functioning by a mechanism of decreasing the viscosity of the asphalt and wax blends.

### Example 3 and Data Represented in FIG. 3

A common way to achieve properties suitable for an asphalt cement that enable it to be compacted is to increase its temperature. FIG. 3 illustrates the variation in viscosity and normal force for a neat PG 58-28 at 3 different temperatures; those temperatures being 90° C. (194° F.), 100° C. (212° F.) and 125° C. (257° F.). FIG. 3 illustrates that as the temperature increases the viscosity decreases, as would be expected. FIG. 3 also illustrates that between a test velocity of 10 and 20 radians/second the normal force begins to increase. As the test temperature increases the normal force peak shifts to lower values at ever increasing velocity values. At 100 radians/second the 90° C. sample exhibits a normal force of about 9 newtons, the 100° C. sample exhibits a normal force of about 4.5 newtons and the 125° C. sample exhibits a normal force of just under 2 newtons. It is instructive to realize that typical hot mix asphalt materials are initially compacted in the range of 125° C. but are not initially compacted at 90° C. This data indicates that warming a PG 58-28 provides lubricating properties in the binder that are acceptable for compaction, whereas typically contractors would not allow a paving mix to cool to a temperature as low as 90° C. before beginning compaction. Therefore hot mix and warm mix are on a continuum line of temperature and it is the nature of the additives that enable warm mix materials to be compacted adequately at temperatures in the 90-100° C. range.

### Example 4 and Data Represented in FIG. 4

Example 4 illustrates the impact of polyphosphoric acid (PPA) plus other additives on the reduction of normal force buildup in the asphalt binder. A polymer modified PG 58-34 which also contains PPA as a reactant was tested in duplicate (open and solid circles). Additionally 0.5 wt. % INNOVALT W phosphate ester antistripping material was added to the PG 58-34 and tested and in another sample 0.3 wt. % E-6 ethoxylated tallow diamine was added to the PG 58-34. All of these samples were compared to a standard PG 58-28. All tests were conducted at 90° C. with a 50 µm test gap. The

data plotted in FIG. **4** indicate that even though the viscosity of the 58-34 and its blends (upper curves on the plot) are greater than the viscosity of the PG 58-28, the normal force values are uniformly lower at 10 radians/second and higher. The INNOVALT W added to the PG 58-34 showed the greatest reduction in normal force build-up, but the PG 58-34 with just the acid additive also showed surprising reduction in normal force relative to a neat, unmodified binder. In summary, PPA at typical usage levels (0.2 to 1 wt. %) can serve as a lubricating additive in the production of warm mix asphalt binder compositions.

#### Example 5

A PG 64-28 asphalt binder was made by blending 0.75 weight percent polyphosphoric acid with a PG 58-28 asphalt cement. To this blend was added 0.5 wt. % phosphate ester antistripping additive and 0.2 wt. % of E-6 ethoxylated tallow diamine. This asphalt binder blend was mixed using no water at 230° F. with a gravel aggregate. A 100% coating was achieved of the aggregate at this temperature. The mix was compacted to produce Hamburg rut testing specimens at 230° F. achieving the density values expected of a hot mix asphalt.

One test of a paved material's performance is to simulate vehicle traffic stress by the number of repetitive passes a roller supporting a specified weight load must make to cause formation of a rut of a specified depth in the material. Such testing of compacted material produced by the inventive process was done using a testing machine referred to as a Hamburg Wheel Tracking ("HWT") Tester, also known as a PMW Wheel Tracker, available from Precision Machine and Welding, Salina, Kans. The number of Hamburg passes required to reach a rut depth of 10 mm when the compacted material tested in a dry condition was used for comparative evaluation. The test conditions were 158 lb. wheel load, 52 passes per minute at the test temperature using heated air to achieve the specimen test temperature. Generally, when all other variables are essentially the same, the greater the number of passes, the better the anticipated paving mix performance. Those persons of ordinary skill in the art and familiar with the HWT will recognize paving materials that are suitable for a particular application based on the results that are provided when samples are subjected to these test conditions.

Rut tests were performed on specimens produced as identified above using completely dry aggregate and compared to rut tests performed on specimens produced using the same 64-28 plus 0.5 weight percent phosphate ester plus 0.2 weight percent of E-6 introduced using a water dispersed solution (as set out in United States Published Application 2007/0191514). Hamburg rut tests were conducted at 50° C. in a water immersed procedure. The average number of rut passes to reach 12.5 mm of rutting was 7300 for the specimens prepared according the procedure of this invention and 4176 according to the procedure using the aqueous, foaming lubricating solution. Further the binders from specimens from each rut test were extracted and recovered and the rheological properties determined at 64° C. The PG 64-28 plus 0.5 weight percent phosphate ester antistrip had a test value for G*/sin(delta) of 1.12 kiloPascals at 64° C. The binder recovered from the mixture produced using the foaming, lubricating solution had a test value of 1.27 kilo-Pascals and the binder recovered from the mixture produced using the procedure of this invention had a test value of 1.99 kiloPascals. Normally one would expect the value of G*/sin (delta) to increase as a result of mixing and recovery. While

there was a slight increase using the foaming lubricating solution it is most likely that a more substantial increase was counteracted by the interaction of the polyphosphoric acid with the water from the foaming solution and the basic character of the dispersed E-6 diamine. By adding the E-6 in non-aqueous form as per this invention the value of G*/sin (delta) increased to greater and more typical extent while still maintaining the ability of the mixture to be produced and compacted under warm mix conditions. The above further supports the embodiment of the present invention for the production of warm mix using binders containing acid modifiers.

#### Example 6

A field trial using 300 tons of mix that was produced from PG 58-28 asphalt binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This mix was made at a counterflow drum mix plant and placed on a private road. The mix contained 20% RAP and warm mix was produced at a temperature of about 220-240° F. Compaction took place at temperatures ranging from 205-220° F. Typical hot mix temperatures for this same mix were 310° F. mix temperature and initial compaction temperatures in the range of 285° F. and higher. Field cores obtained one day after mix laydown and compaction showed results of 93.3% and 93.8% of maximum theoretical density. The target density for this mix by specification is 92.0% or greater.

#### Example 7

A field trial consisting of 700 tons was conducted using a PG 58-28 binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This blend was mixed with a limestone aggregate through a counterflow drum mixing facility. Warm mix was produced at temperatures varying from 210° F. to as high as 260° F. due to plant variations caused by low production rates during the trial. However, when the mix discharge temperature was stabilized at 225° F. to 235° F. the coating of the aggregate was at 100%. This mixture was further taken to an on-going road project and successfully paved at temperatures ranging from 225° F. to as low as 200° F. Cores cut from this trial pavement exhibited in place densities of 90.8%, 91.6%, 92.2%, 91.2%, 92.1% and 94.0% with values of 91-92% being typical for in place densities when this type of mix is placed as a hot mix. The mixture produced during this trial contained 20 wt. % reclaimed asphalt pavement (RAP). This is significant because the utilization of RAP is an important component of the Hot Mix Asphalt (HMA) paving industry. Although the top end amount of RAP in warm mix is a matter of choice, an amount could be greater than about 50 wt. % because of the requirement that the warm mix discharge temperature be kept low relative to conventional HMA. This same mixture when produced as a conventional hot mix asphalt was mixed at a temperature of 300-310° F. and compacted at temperatures approximately 15-20° F. cooler than the mix temperature.

#### Example 8

A field trial was conducted using a PG 58-28 binder with 0.3 wt. % polyamine antistripping additive and 0.3 wt. % E-6 ethoxylated tallow diamine added. This blend was then mixed with aggregate containing 30 wt. % RAP at mixing temperatures ranging from 220-240° F. Compaction took

place at temperatures ranging from 205-225° F. After this asphalt binder composition was mixed with aggregate, applied and compacted the pavement densities were determined using standard industry procedures.

The following densities were measured.

1 foot off center line–95.4% of maximum theoretical density

6 feet off center line–94.7% of maximum theoretical density

Shoulder of road paved over crushed aggregate base– 92.5% of maximum theoretical density

The two pavement densities were taken on pavement sections paved over conventional hot mix asphalt. Typically the first layer of mix paved over aggregate has lower densities because the underlying structure is not as rigid. Target mix density for the mix over pavement is 92% or higher and the density for shoulder mix over crushed aggregate is 91% or higher. This warm mix sample had measured physical properties that were above minimum properties for conventional heat mix samples.

Example 9

A treated asphalt binder composition of PG 58-28 binder modified with E-6 ethoxylated tallow diamine surfactant and polyamine antistripping additive was added to a tank that had held an untreated asphalt. As a mix with aggregate containing 30 wt. % RAP was beginning to be made, the untreated binder in the tank was first pumped into a mixing drum at warm mix temperatures. This untreated binder did not produce a coated asphalt/aggregate mix. After some time when the treated binder was being eventually incorporated into the mix, good coating in the 220-240° F. temperature range was achieved. Approximately 700 tons of this warm mix was placed and compacted in the field at temperatures ranging from about 212-228° F. A sample of this mix was taken for moisture content determination just as the mix was discharged from the mixing drum at a discharge temperature of about 235° F. The sample was placed in a plastic container and sealed. Within 30 minutes this sample was tested for moisture content using a solvent refluxing procedure, ASTM D 1461. The moisture content of the mix was 0.25 wt. %.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities were determined using standard industry procedures. The following densities were measured from randomly selected samples—93.3%, 93.4% and 93.8% of maximum theoretical density. Normal hot mix produced at this plant with the same aggregate and RAP materials and untreated PG58-28 was mixed at 325° F. and paved at approximately 300° F. and compacted 5-10° F. below the paving temperature.

Example 10

Using the same aggregate and RAP as Example 9, about 200 tons of warm mix using a blend of PG 58-28 binder, 0.5 wt. % Sasobit™ wax and 0.3 wt. % polyamine antistripping additive. A well coated warm mix containing 30 wt. % RAP was produced at temperatures ranging from 215-240° F. When the mix was produced on the cooler end of this temperature range, there was tendency of the mix to drag due to sticking on the paver screed. However, when the mixing temperature again increased to 240° F., the dragging of the mix disappeared. This mix appeared to compact adequately.

After this asphalt binder composition was mixed with aggregate, applied and compacted, the pavement densities

were determined using standard industry procedures. The following density was measured from a randomly selected sample—93.0% of maximum theoretical density. The following density results were determined: 92.7% on the shoulder, 93.0% in the region where the mix was sticking, 93.4%, 93.5% and 93.3% at other locations on the pavement when the mixing temperature was back in the 230-240° F. range. For this project shoulder density minimum requirements were 92.0% of maximum theoretical density and mainline pavement minimum density requirements were 93.0% of maximum theoretical density.

Example 11

A laboratory mix was produced using a PG 70-22 binder modified with SBS (styrene butadiene styrene) polymer. To this blend was added 0.3% polyphosphoric acid and 0.3% PreTech Pavegrip 650 (an amine based antistrip). The asphalt temperature was 325° F. and was being used at 5.3%. The aggregate was completely dry and heated to 260° F. and verified with a certified thermometer. The mixture was put together and mixed in a bucket mixer for approximately 30 to 45 seconds. The coating was 100% and comparable to the hot mix version that was compacted previously. The heat in the bucket dropped below 240° F. before the sample was removed from the mixer. The sample was then "cured" for 2 hours at 248° F. and then compacted with 37 blows per side on the Marshall Hammer compacting machine. The resultant sample had about 5.88% average air voids. Data comparing the hot mix version and warm mix version are listed in Table 2.

TABLE 2

| Binder = PG70-22 (SBS) | Mix Temp | Compaction Temp | Blows | Air Voids |
|---|---|---|---|---|
| 0.3% PPA, 0.3% AS | 340 | 300 | 30 | 5.49 |
| 0.3% PPA, 0.3% AS | 340 | 266 | 37 | 5.59 |
| 0.3% PPA, 0.3% AS | 340 | 248 | 37 | 5.77 |
| 0.3% PPA, 0.3% AS | 260 | 248 | 37 | 5.88 |

Embodiments of the Invention

A first embodiment of the present invention is a warm mix, functionally dry asphalt binder composition comprising a lubricating surfactant. Suitable lubricating surfactants include neutral, cationic and anionic surfactants. One suitable surfactant is an ethoxylated tallow diamine surfactant. In alternative embodiments of the invention, the lubricating surfactant may be used in an amount of about 0.1-1.0 wt. % of the asphalt binder composition.

A second embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating wax. Suitable lubricating waxes include montan waxes, petroleum waxes or amide waxes. In alternative embodiments of the invention, the lubricating wax may be used in amount of about less than 1.5 wt. % of the asphalt binder composition. In other alternative embodiments of the invention the lubricating wax may be used in an amount of about 0.1-0.5 wt. %.

A third embodiment of the present invention is a functionally dry warm mix asphalt binder composition comprising a lubricating acid such as, for example, anhydrous phosphoric acid. Suitable lubricating phosphoric acid grades include polyphosphoric acid (PPA), superphosphoric acid (SPA), or other grades of phosphoric acid. One suitable

13

phosphoric acid derivative is polyphosphoric acid. In alternative embodiments of the invention, the lubricating phosphoric acid derivative may be used in an amount of about 0.2-1.0 wt. % of the asphalt binder composition.

Both the first, second and third embodiments of the present asphalt binder compositions may be mixed with aggregate at a temperature of about 280° F. and lower temperatures (where this mixing temperature may be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder) and that the then resultant mixture may be compacted at a temperature of about 260° F. and lower temperatures (where this compaction temperature may also be a function of the original or starting PG asphalt grade, viscosity or penetration of the binder). Hot mix asphalt mixtures produced from the same binders not utilizing the present invention are reasonably anticipated to require respective mixing and compaction temperatures 70-100° F. higher that those temperatures stated above.

Another embodiment of the present invention is a functionally dry warm mix polymer/acid modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

Still another embodiment of the present invention is a functionally dry warm mix polymer modified asphalt binder composition comprising a lubricating surfactant, a lubricating wax or both.

This embodiment provides a modified asphalt binder composition that can be mixed with aggregate at a temperature that is at least 30-50° F. below, even temperatures more than 50° F. lower, or as much as 100° F. lower than the temperature that is adequate to mix a similar modified asphalt binder composition that does not contain a lubricating surfactant, a lubricating wax or a lubricating acid or combinations thereof.

The present invention also includes forming a paved surface using the novel warm mix composition described herein. In this aspect, a paving mix may be made in the temperature ranges described herein using the composition described. The mixing typically occurs away from the paving site, and the mixture is then hauled to the site and supplied to a paving machine. The mixture of the lubricated asphalt binder composition and aggregate is then applied by the paving machine to a prepared surface after which it is usually roller compacted by additional equipment while still at an elevated temperature. The compacted aggregate and asphalt mixture eventually hardens upon cooling. Because of the large mass of material in paving a roadway or commercial parking lot, the cost of the thermal energy to achieve suitable mixing and paving is reduced because of the reduction in the temperature necessary in the mixture for proper paving. This will result in cost savings attributable to the present invention because of the reduced need for thermal energy to be supplied or maintained in the mixture. For common binders used in the practice of the present invention, the visco-lubricity characteristics of the binder and lubricating agent composition affect the temperature needed to provide thorough coating of the aggregate and application and compaction of the asphalt and aggregate mixture according to the present invention.

Accordingly, in one aspect, the present invention includes a paved surface formed using the novel warm mix composition described herein. Such a paved surface comprises a compacted mixture of an aggregate and a functionally dry warm mix asphalt binder composition including an asphalt binder, and one or more members selected from the group consisting of a lubricating surfactant, a lubricating nonsurfactant additive, a lubricating acid or combinations

14

thereof. In another aspect, the present invention includes a method of forming a paved surface using the novel warm mix composition described herein.

The present inventive process includes adding a lubricating substance into an asphalt binder heated to within a warm mix temperature range to create a warm mix lubricated asphalt binder composition; combining the warm mix lubricated asphalt binder composition with a suitable aggregate; mixing to coat the aggregate with the lubricated asphalt binder composition to form a warm mix paving material; transferring the warm mix paving material to a paving machine; applying the warm mix paving material with the paving machine at a warm mix paving temperature to a prepared surface; and then compacting the applied paving material to form a paved surface.

The invention is not to be taken as limited to the details of the above description as modifications and variations may be made without departing from the spirit or scope of the invention.

The invention claimed is:

**1**. An asphalt paving composition comprising functionally dry, essentially water-free, non-foamed asphalt binder containing lubricating antistrip additive mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with the functionally dry, essentially water-free, non-foamed asphalt binder and lubricating antistrip additive, wherein the lubricating antistrip additive reduces the mixing and compaction temperature of the warm mix paving composition such that the paving composition is produced at and is at a temperature of 280° F. or lower and can be compacted at a temperature of 260° F. or lower, and if the warm mix paving composition also comprises a lubricating wax, then the lubricating wax is 0.5 weight percent or less of the asphalt binder weight.

**2**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive is a liquid.

**3**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive comprises a surfactant.

**4**. An asphalt paving composition according to claim 3 wherein the lubricating antistrip surfactant provides improved moisture resistance to the warm mix asphalt paving composition.

**5**. An asphalt paving composition according to claim 3 wherein the lubricating antistrip additive comprises a cationic surfactant.

**6**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive comprises a phosphate ester.

**7**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive comprises an amine.

**8**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive comprises a polyamine.

**9**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive comprises an ethoxylated tallow diamine.

**10**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive lowers the dry tensile strength of the warm mix paving composition.

**11**. An asphalt paving composition according to claim 1 wherein the lubricating antistrip additive provides a warm mix paving composition having little or no visually verifiable debonding of the asphalt binder composition from the aggregate.

15

16

**12.** An asphalt paving composition according to claim **1** wherein the asphalt binder containing lubricating antistrip additive was at a temperature of 280° F. or lower prior to being mixed with the uncompacted aggregate.

**13.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition is produced at and is at a temperature of 220-240° F.

**14.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition can be compacted at a temperature of 205-225° F.

**15.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition when paved and compacted has a compacted density 91% or higher compared to maximum theoretical density.

**16.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive is about 0.1-1.0 weight percent of the asphalt binder weight.

**17.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive is about 0.2-1.0 weight percent of the asphalt binder weight.

**18.** An asphalt paving composition according to claim **1** comprising an amount of lubricating antistrip additive of about 0.1-0.5 weight percent of the asphalt binder weight.

**19.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature 30-50° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**20.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature more than 50° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**21.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature as much as 100° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**22.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the warm mix paving composition can be compacted at a warm mix temperature 30-50° F. lower than a comparison temperature needed for compaction of an asphalt and aggregate mixture that does not contain the lubricating antistrip additive.

**23.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the warm mix paving composition can be compacted at a warm mix temperature more than 50° F. lower than a comparison temperature needed for compaction of an asphalt and aggregate mixture that does not contain the lubricating antistrip additive.

**24.** An asphalt paving composition according to claim **1** wherein the lubricating antistrip additive provides sufficient lubrication so that the warm mix paving composition can be compacted at a warm mix temperature as much as 100° F. lower than a comparison temperature needed for compaction of an asphalt and aggregate mixture that does not contain the lubricating antistrip additive.

**25.** An asphalt paving composition according to claim **1** wherein the asphalt binder is a Performance Graded (PG) asphalt binder.

**26.** An asphalt paving composition according to claim **1** wherein the asphalt binder comprises a polymer-modified, acid-modified or polymer- and acid-modified binder.

**27.** An asphalt paving composition according to claim **1** wherein the aggregate includes up to 100 weight percent reclaimed asphalt pavement (RAP).

**28.** An asphalt paving composition according to claim **1** wherein a blend of the asphalt binder and lubricating antistrip additive has a measured maximum normal force no more than about 5.5 Newtons at 90° C. using a dynamic shear rheometer with a 50 µm gap.

**29.** An asphalt paving composition according to claim **1** wherein a blend of the asphalt binder and lubricating antistrip additive has a measured maximum normal force no more than 3 Newtons at 90° C. using a dynamic shear rheometer with a 50 µm gap.

**30.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition contains less than 5 weight percent water.

**31.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition contains less than 1 weight percent water.

**32.** An asphalt paving composition according to claim **1** wherein the warm mix paving composition contains less than 0.5 weight percent water.

**33.** A method of making a warm mix paving composition comprising the steps of:
  (a) adding a lubricating antistrip additive to an asphalt binder to provide an asphalt binder composition, and
  (b) mixing the asphalt binder composition with aggregate to coat the aggregate and produce a functionally dry, essentially water-free, non-foamed warm mix paving composition at a warm mix temperature of 280° F. or lower, wherein if the warm mix paving composition also comprises a lubricating wax, then the lubricating wax is 0.5 weight percent or less of the asphalt binder weight.

**34.** A method according to claim **33**, wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature 30-50° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**35.** A method according to claim **33**, wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature more than 50° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**36.** A method according to claim **33**, wherein the lubricating antistrip additive provides sufficient lubrication so that the aggregate can be adequately coated at a warm mix temperature as much as 100° F. lower than the temperature needed to coat the aggregate without the lubricating antistrip additive.

**37.** An asphalt paving composition consisting essentially of functionally dry, essentially water-free, non-foamed asphalt binder containing lubricating antistrip additive mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with binder and lubricating antistrip additive, wherein the lubricating antistrip additive reduces the mixing and compaction temperature of the warm mix paving composition such that the paving composition is produced at and is at a temperature of 280° F. or lower and can be compacted at a temperature of 260° F. or lower.

**38.** An asphalt paving composition comprising functionally dry, essentially water-free, non-foamed asphalt binder

17

18

containing lubricating antistrip additive mixed with uncompacted aggregate to provide a warm mix paving composition of the aggregate adequately coated with the functionally dry, essentially water-free, non-foamed asphalt binder and lubricating antistrip additive, wherein the lubricating antistrip additive is about 0.1-1.0 weight percent of the asphalt binder weight and reduces the mixing and compaction temperature of the warm mix paving composition such that the paving composition is produced at and is at a temperature of 220-240° F. and can be compacted at a temperature of 205-225° F.

* * * * *